1 | Keliang "Clay" Zhu (SBN 305509)
2 | Email: czhu@dehengsv.com
  | Christopher J. Hogan (SBN 191546)
3 | Email: chogan@dehengsv.com
  | DeHeng Law Offices PC
4 | 7901 Stoneridge Drive, #208
  | Pleasanton, CA 94588
5 | Tel: (925) 399-5856
  | Fax: (925) 397-1976
6 | Attorneys for Defendant Ng Cher Yong aka Cy Ng

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., | **CASE No. 17-cv-05517-EMC** |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF FIRM NAME** |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD; NG CHER YONG AKA CY NG; and LIEW YEW SOON AKA MARK LIEW, | |
| Defendant. | |

-1-

NOTICE OF CHANGE OF FIRM NAME                     Case No: 17-CV-05517-EMC

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** effective immediately, Meridar Law Firm PC has changed its name to DeHeng Law Offices PC. The firm's email address has also been changed. The firm's postal mailing address, telephone numbers, and facsimile number will remain the same.

Dated: July 3, 2018

DeHeng Law Offices PC

By: /s/ Keliang "Clay" Zhu
Keliang "Clay" Zhu
Christopher J. Hogan
Attorneys for Defendant Ng Cher Yong
aka Cy Ng

-2-

NOTICE OF CHANGE OF FIRM NAME          Case No: 17-CV-05517-EMC