UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

| | |
|---|---|
| Susan Y. Soong<br>Clerk of Court | General Court Number<br>415-522-2000 |

August 24, 2018

RE: 17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

Default is **entered** as to defendant Sinco Electronics (Dongguan) Co. Ltd., on August 24, 2018.

Susan Y. Soong, Clerk

*/s/ Sheila Rash/*
by:  Sheila Rash
Case Systems Administrator