United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINCO TECHNOLOGIES PTE LTD.,

                 Plaintiff,

        v.

SINCO ELECTRONICS (DONGGUAN)
CO. LTD., et al.,

                Defendants.

Case No.  17-cv-05517-EMC

**ORDER OF REFERENCE TO
MAGISTRATE JUDGE FOR
DISCOVERY**

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

                 ☒  for random assignment to a United States Magistrate Judge.

                 ☐  to United States Magistrate Judge.

Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

After meeting and conferring, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

       **IT IS SO ORDERED.**

Dated: 11/14/2018

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*