89. On information and belief, the website is trading on SinCo's market recognition and goodwill, and is directed to SinCo's United States customers.

90. On information and belief, Electronics DG selected the same colors and balance orientation of its "XingKe" mark to trade on the famous SinCo Marks, specifically the same shade of red and green placed in the same orientation of left to right.

91. On its website, Electronics DG shows a picture of a building displaying one of the SinCo Marks:



92. On its website, Electronics DG includes a sample presentation which displays one of the SinCo Marks in the bottom left:

