UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br> Plaintiff, <br> v. <br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br> Defendants. | Case No. 17-cv-05517-EMC (JCS) <br><br> **ORDER RE JOINT LETTER** <br><br> Re: Dkt. No. 154 |

The parties filed a joint letter on March 11, 2019. Good cause appearing the court resolves the issues as follows:

1. Ng's production of documents responsive to request number 14 from the Dell Vostro and Microsoft laptop computers: Mr. Ng shall provide, within seven (7) calendar days of this order, a declaration describing in detail the forensic search conducted on the two computers in question.

2. Tjoa's production in response to various requests: Defense counsel forthwith shall provide whatever technical assistance is necessary for Plaintiff's counsel to view the documents, including all meta data, attachments, and all parent-child relationships among the documents and/or attachments.

3. Xingke Employee Depositions: The parties shall meet and confer and agree upon a schedule for any Xingke employee depositions sought by Sinco, and file it with the court on or before **Monday, March 18, 2019**.

4. Blanket two (2) week extension: The court rejects this stipulation. All extensions of discovery responses must be agreed upon separately for each set of discovery demands.

5. Further resolutions by meet and confer: With respect to all future agreements on discovery, the parties shall put their agreements in the form of a stipulation and present

it to the court for approval.

**IT IS SO ORDERED.**

Dated: March 13, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge