UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC <br><br> **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Docket No. 156 |

Defendants have moved for relief from Judge Spero's order of March 13, 2019. *See* Docket No. 155 (order). The motion is **DENIED**. Defendants have failed to show that the order is either clearly erroneous or contrary to law: the arguments now raised by Defendants were never presented to Judge Spero. *See, e.g.*, *Shim-Larkin v. City of N.Y.*, No. 17-mc-80019-YGR, 2017 U.S. Dist. LEXIS 110790, at *8 (N.D. Cal. July 17, 2017) (noting that "plaintiff did not raise such arguments before Magistrate Judge Ryu, and has, therefore, waived them"); *see also Greenhow v. Sec'y of Health & Hum. Servs.*, 863 F.2d 633, 638-639 (9th Cir. 1988) ("[W]e do not believe that the Magistrates Act was intended to give litigants an opportunity to run one version of their case past the magistrate, then another past the district court. [¶] Arguments raised for the first time on appeal have traditionally been held to be barred, absent exceptional circumstances or a convincing explanation for the failure to present them to the court below."), *overruled on other grounds by United States v. Hardesty*, 977 F.2d 1347 (9th Cir. 1992); *Borden v. Sec'y of Health & Hum.*

///

///

*Servs.*, 836 F.2d 4, 6 (1st Cir. 1987) (concluding that the district court properly "refused to rule on [a] question [because] it had been waived by failing to raise it before the magistrate").

This order disposes of Docket No. 156.

**IT IS SO ORDERED**.

Dated: March 15, 2019

_____
EDWARD M. CHEN
United States District Judge