UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br> Plaintiff, <br> v. <br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br> Defendants. | Case No. 17-cv-05517-EMC (JCS) <br><br> **ORDER TO SHOW CAUSE WHY ADMINISTRATIVE MOTION TO FILE UNDER SEAL SHOULD NOT BE DENIED** <br><br> Re: Dkt. Nos. 139, 142 |

Plaintiff has filed an administrative motion ("Motion to Seal") to file under seal portions of Plaintiff's Motion for Sanctions and exhibits attached to Lael D. Andara's declaration in support of the Motion for Sanctions. The request is based on designation of this material by Mr. Tjoa as "Confidential-Contains Attorneys' Eyes Only Information." Civil Local Rule 79-5(e)(1) provides that if a party moves to file under seal documents that another party has designated confidential, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Defendant Tjoa has not filed such a declaration. In addition, Plaintiff has not complied with Civil Local Rule 79-5(d)(1)(D), which requires that the unredacted version of a document sought to be filed under seal "must indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Docket No. 139-4, which contains the unredacted Motion for Sanctions, contains no highlighting indicating the material that is the subject of the Motion to Seal.

Accordingly, Defendant Tjoa is ORDERED TO SHOW CAUSE why Plaintiff's Motion to Seal should not be denied by filing a responsive declaration **no later than March 25, 2019** addressing why the material at issue cannot be filed in the public record. Plaintiff is ordered to

file, under seal, an unredacted version of the Motion for Sanctions that is in compliance with Civil Local Rule 79-5(d)(1)(D).

**IT IS SO ORDERED.**

Dated: March 20, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge