# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br> Plaintiff, <br> v. <br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br> Defendants. | Case No. 17-cv-05517-EMC (JCS) <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff has filed a reply brief on its Motion for Sanctions containing redactions, *see* Docket No. 151, and has supplied a Chambers Copy of the reply on the Motion for Sanctions that is not redacted. The unredacted version of the reply on the Motion for Sanctions has not been filed and no administrative motion requesting leave to file under seal has been filed in connection with the Plaintiff's reply brief. Accordingly, Plaintiff is **ordered to show cause** why it should not be required to file its reply brief, without redaction, in the public record. Plaintiff may respond by filing an administrative motion to seal in compliance with Civil Local Rule 79-5(d) no later than **March 25, 2019.**

**IT IS SO ORDERED.**

Dated: March 20, 2019

JOSEPH C. SPERO
Chief Magistrate Judge