# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 28, 2019  **Time:** 1:35 – 2:10 = 35 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-05517-EMC  **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorney for Plaintiff:** Lael Andara
**Attorney for Defendant:** Jeffrey Fazio

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Belle Ball

## PROCEEDINGS

[143] Motion to Amend/Correct – held.

Status Conference - held.

## SUMMARY

Response due in one week as stated on the record.  Matter taken under submission.  Parties to discuss dismissal of the state case, and stipulation to preliminary injunction as a condition of amendment of federal complaint.

Further Status Conference set for May 30, 2019 at 10:30 a.m.  Joint Status Report due May 23, 2019.