**ROPERS, MAJESKI, KOHN & BENTLEY**
LAEL D. ANDARA (SBN 215416)
lael.andara@rmkb.com
JENNIFER E. ACHESON (SBN 130833)
jennifer.acheson@rmkb.com
MICHELLE G. TREVINO (SBN 315304)
michelle.trevino@rmkb.com
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701

*Attorneys for Plaintiff*
SINCO TECHNOLOGIES PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE, LTD, <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON AKA MARK LIEW (an individual) <br><br> Defendant. | CASE NO. 3:17CV5517 EMC <br><br> **STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION TO DISMISS** |

Plaintiff SINCO TECHNOLOGIES PTE, LTD. ("SinCo") and Defendant Liew Yew Soon aka Mark Liew ("Liew"), through their respective attorneys of record, STIPULATE and AGREE to continue hearing on Plaintiff's Motion to Dismiss [Document 105] Defendant Mark Liew's Answer and Counterclaim [Document 136] to the Second Amended Complaint which was reset and on the Court's own motion from April 16 to April 18, 2019, and currently on calendar for

...

April 18, 2019, at 1:30 p.m. to **June 27, 2019 at 1:30 p.m**. [Document No. 181], or as soon thereafter as the Court may hear the Motion to Dismiss. The stipulation is entered for reasons of judicial economy in that Plaintiff's Motion for Leave to File a Third Amended Complaint [143] was taken under submission on/about March 28, 2019 [Document 173], and defense counsel Jeffrey L. Fazio may be amending defendant Mark Liew's Counterclaim [Document 99].

Dated:  April 10, 2019    ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Lael D. Andara*
LAEL D. ANDARA
MICHELLE G. TREVINO
Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

Dated:  April 10, 2019    DeHeng Law Offices

By: */s/ Jeffrey L. Fazio*
JEFFREY L. FAZIO
Attorneys for Defendants
Xingke Electronics (Dongguan) Co., Ltd.,
Mui Liang Tjoa, Ng Cher Yon, and Liew Soon Yew

# **ORDER**

IT IS SO ORDERED that Plaintiff's Motion to Dismiss is continued to **June 27, 2019**, at 1:30 p.m. in Courtroom 5.

Dated: _____  _____

Honorable Edward M. Chen

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4827-2820-6739.1

- 3 -

STIPULATION AND ORDER TO CONTINUE
PLAINTIFF'S MOTION TO DISMISS
CASE NO. 3:17CV5517 EMC