UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC (JCS) <br><br> **ORDER TO SHOW CAUSE AND SETTING SHOW CAUSE HEARING** |

In its April 3, 2019 Order (Docket No. 179), after issuing repeated orders to show cause in connection with the parties' handling of purportedly confidential material, the Court denied requests to seal portions of Sinco's Sanctions Motion and reply brief on the basis that they quoted from the Tjoa deposition, which Defendants have designated as confidential under the protective order in this case. The Court also denied the request that the Tjoa deposition excerpt attached to a declaration filed in support of the Sanctions Motion be sealed in its entirety. The Court explained in its order that the portions of the Tjoa deposition excerpt upon which Sinco relied did not appear to disclose any confidential information and therefore, that Defendants did not meet the "good cause" standard that applies to the sealing of materials filed in connection with discovery motions. Nonetheless, the Court gave Defendants another opportunity to address their claim that the entirety of the Tjoa deposition should be sealed, requesting a supplemental declaration from Tjoa addressing the Court's concerns. A supplemental Tjoa declaration was filed on April 19, 2019. Only a redacted version of that declaration was filed and that is all the Court has considered. Even reviewing that redacted declaration, it is apparent that it does not address the concerns identified by the Court in its previous order and makes no attempt to explain why the *specific* sections of the Tjoa deposition upon which Sinco relied in its Sanctions Motion and reply brief, or the deposition

excerpt filed in support of the Sanctions Motion, should be sealed.

Because Tjoa and his counsel have repeatedly stated that his deposition contains highly confidential information, the undersigned, out of an abundance of caution, will conduct a hearing to address which portions of the Tjoa deposition excerpt that was submitted in support of the Sanctions Motion meet the good cause standard. **Defendant's counsel shall appear, in person, on April 26, 2019 at 9:30 a.m. in Courtroom G and should be prepared to identify, line by line, the specific material in the Tjoa deposition excerpt that they claim is confidential and explain why its disclosure will result in harm to Xingke.** If necessary, the Court will go into a sealed, ex parte proceeding.

**IT IS SO ORDERED.**

Dated: April 22, 2019

JOSEPH C. SPERO
Chief Magistrate Judge