UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| **Case No.:** 17-cv-05517-EMC (JCS) | **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: April 26, 2019 | **Time:** 21 M; 12 M |

**Attorney for Plaintiff:** Lael Andara, Michelle Trevino
**Attorney for Defendant:**  Jeff Fazio, Yi Yao

**Deputy Clerk:** Karen Hom         **Court Reporter:** FTR 9:31-9:52 & 1:19-1:33

## PROCEEDINGS

1. Status re: Discovery – Held (9:42-9:52)
2. Order to Show Cause [dkt 198] – Held (9:31-9:42)
3. Discovery Hearing – Held (1:19-1:33)

## ORDERED AFTER HEARING

Clients (a named individual, if the defendant is an individual and the highest ranking officer of an entity if the defendant is an entity) shall attend future discovery meetings. Future discovery meetings shall be reported by a court reporter and parties shall split the cost.

In the future Defendant shall fully comply with Civil Local Rule 79-5.

By May 3, 2019, Defendant shall file a detailed declaration, identifying line by line of the Tjoa deposition which lines should be sealed and provide a detailed explanation as to why it should be sealed.

Court ordered that the Letter from Defendants' Counsel, ECF 192, shall be SEALED pending further order of the Court.

Parties placed their discovery resolutions on the record. Parties shall e-file a proposed order memorializing their agreed upon resolutions by May 3, 2019.

Parties shall file a joint letter brief by May 3, 2019 as to the unresolved interrogatory #2 and unresolved interrogatories and RFA's. Court will rule from the joint letter.

**NOTES:**  Corporate representatives:  Minh Nguyen & Jou Chee for plaintiff. Fiona Kan, CEO for Xingke (formerly Sinco Electronics) present.

9:51 AM: parties adjourned to the Attorney Lounge to meet and confer to resolve the outstanding discovery disputes. Parties shall report back to the Court after their meet and confer.

**CASE CONTINUED TO:**   06/14/19 (moved from 6/7/19) at 9:30 AM for hearing on Motion for Protective Order.

**Order to be prepared by:**
 [ ]  Plaintiff        [ ]  Defendant          [ ]  Court