UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC  (JCS) <br><br> **ORDER GRANTING IN PART MOTION FOR PROTECTIVE ORDER** <br><br> Re: Dkt. No. 200 |

IT IS HEREBY ORDERED that the testimony by Mr. Chee regarding a fifteen (15) year old prior conviction in Singapore is properly designated as confidential under the Protective Order. All other portions of the Motion for Protective Order are **DENIED**. The Court declines to rule on any question of admissibility as they are reserved for the trial court. The hearing date of June 7, 2019 at 9:30 AM, is **VACATED**.

The parties are hereby ordered to meet and confer regarding all other confidential designations of the Chee transcript in accordance with the Court's orders.

**IT IS SO ORDERED.**

Dated: May 16, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge