UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br> Plaintiff, <br> v. <br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br> Defendants. | Case No. 17-cv-05517-EMC <br><br> **ORDER RE SPECIAL MASTER** |

Federal Rule of Civil Procedure provides that "a court may appoint a master only to [*inter alia*] address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district." Fed. R. Civ. P. 53(a)(1). In the instant case, the Court believes that there may be good cause to appoint a special master with respect to discovery matters. The parties have brought an inordinate number of discovery disputes to Judge Spero. *See FTC v. Qualcomm Inc. (In re Qualcomm Antitrust Litig.)*, No. 17-cv-00220 LHK (NC), 2018 U.S. Dist. LEXIS 61384, at *3 (N.D. Cal. Feb. 24, 2018) (noting that a special master was appointed in "the TFT-LCD (Flat Panel) Antitrust Litigation cases due to [*inter alia*] the 'growing number of discovery disputes'").

"Before appointing a master, the court must give the parties notice and an opportunity to be heard. Any party may suggest candidates for appointment." Fed. R. Civ. P. 53(b)(1). The Court therefore orders the parties to file a joint letter to address the following issues: whether a special master should be appointed for discovery matters; the names of proposed special masters; whether the special master's findings of fact shall be final or subject to clear error review; whether the special master may communicate ex parte with the Court or a party; procedures for raising

discovery disputes with the special master; how the special master should be compensated; and any other matters that may be relevant to appointment of a special master. *See* Fed. R. Civ. P. 53. The joint letter shall be limited to five (5) pages and shall be filed within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: May 24, 2019

_____
EDWARD M. CHEN
United States District Judge