UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br> Plaintiff, <br> v. <br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br> Defendants. | Case No. 17-cv-05517-EMC <br><br> **SECOND ORDER RE SPECIAL MASTER** <br><br> Docket No. 217 |

On May 24, 2019, the Court issued an order regarding the appointment of a special master for discovery matters. *See* Docket No. 217 (order). In the order, the Court identified multiple issues for the parties to address. In response, the parties addressed, at best, one (*i.e.*, whether a special master should be appointed). The Court hereby orders the parties to address **all** issues identified in the Court's order of May 24. Regardless of the parties' views as to whether a special master is warranted, the Court still has an interest as to their positions on all issues, especially as there is at least one open discovery matter still pending before Judge Spero. *See* Docket No. 212 (letter brief). The parties' response to this order (which shall consist of a joint filing) shall be filed by 9:00 a.m., June 5, 2019.

**IT IS SO ORDERED**.

Dated: June 3, 2019

EDWARD M. CHEN
United States District Judge