UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC (JCS) <br><br> **ORDER TO SHOW CAUSE** |

Defendants are **ORDERED TO SHOW CAUSE** why they should not be subject to sanctions as a result of their failure to comply with the Court-established deadline for filing an opposition to the Motion for Sanctions and for making false statements to the Court. Defendants' written response to this Order to Show Cause shall be filed no later than **August 2, 2019**. In their response, Defendants should address the following questions:

- Why Defendants filed their opposition brief a full week after the July 17, 2019 deadline reflected on the docket sheet.

- To the extent Defendants have represented to the Court that their late filing was because Defendants' former counsel "have not been cooperative in providing information," Defendants should address the Declaration of Jeffrey L. Fazio in Response to Declaration of Michael G. York (Docket No. 240) stating that this representation is false, that Defendants' counsel have had no communication with Fazio's firm since a brief email exchange on July 3 and that no assistance in responding to the Motion for Sanctions was requested by Defendants' current counsel.

- To the extent that their late-filed brief reflects that Defendants were aware of the July 17, 2019 deadline for filing their opposition, Defendants should address why they did not request an extension of the deadline to file their brief or attempt to negotiate an extension of the deadlines to file the opposition *and* reply briefs with opposing counsel.

- Defendants should address why Plaintiff should not be awarded attorneys' fees and costs incurred as a result of having to file a supplemental reply brief to address

Defendants' late-filed opposition brief and why additional sanctions should not be imposed for failing to follow the Court's Orders and the Civil Local Rules and for making false statements to the Court.

A hearing on the Order to Show Cause will be held on **August 23, 2019 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: July 26, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge