AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD <br> *Plaintiff* <br> v. <br> SINCO ELECTRONICS (DONGGUAN) CO., LTD., ET AL. <br> *Defendant* | ) ) ) ) ) )  Case No. 3:17-CV-05517-EMC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SINCO TECHNOLOGIES PTE LTD

Date: 11-6-19

*Attorney's signature*

MARIO ISKANDER (SBN 327025)
*Printed name and bar number*

ROPERS MAJESKI KOHN & BENTLEY
1001 MARSHALL STREET, SUITE 500
REDWOOD CITY, CA 94063
*Address*

mario.iskander@ropers.com
*E-mail address*

(650) 364-8200
*Telephone number*

(650) 780-1701
*FAX number*

