UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Due to Magistrate Judge Elizabeth Laporte's retirement, this matter is now referred to one of the following:

☐  for random assignment to a United States Magistrate Judge

☒  to United States Magistrate Judge Laurel Beeler to conduct a settlement conference.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 11/8/2019

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*