LAEL D. ANDARA (SBN 215416)
MARIO A. ISKANDER (SBN327025)
DANIEL E. GAITAN (SBN 326413)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:  todd.roberts@rmkb.com
         lael.andara@rmkb.com
         jennifer.acheson@rmkb.com
         mario.iskander@ropers.com
         daniel.gaitan@ropers.com

Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON AKA MARK LIEW (an individual),<br><br>Defendants. | CASE NO. 3:17CV5517 EMC<br><br>**PLAINTIFF SINCO'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURTROOM**<br><br>Date:          January 16, 2020<br>Time:         1:30 pm<br>Courtroom: Courtroom 5, 17th Floor<br>Judge:        Hon. Edward M. Chen |

    Plaintiff SinCo Technologies PTE Ltd. ("SinCo") respectfully request permission, pursuant to Northern District of California General Order No. 58, to bring certain equipment into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and to set up and use this equipment in the courtroom of the Honorable Edward M. Chen.  SinCo seeks the parties' use of the equipment for purposes of facilitating

demonstrative exhibits during the motion for summary judgment hearing on **January 16, 2020**.

WHEREAS the above-mentioned equipment will include the following:

1. Projector;
2. Large screen;
3. An Electronic Visual Evidence Presenter;
4. 2 Laptops;
5. Cables, peripherals, and power cords for the foregoing equipment.

Plaintiff requests the Court's permission to enter the courtroom staring at 1:15 p.m., or earlier, on **January 16, 2020**, to set up the aforementioned equipment in advance of the start of the hearing scheduled for 1:30 p.m.

Dated: January 7, 2020                              ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Lael D. Andara
    LAEL D. ANDARA
    MARIO A. ISKANDER
    Attorneys for Plaintiff
    SINCO TECHNOLOGIES PTE LTD


### [PROPOSED] ORDER

SinCo's request to bring the above equipment for use during the hearing scheduled for **January 16, 2020**, is hereby GRANTED.

IT IS SO ORDERED.

Date: January 9, 2020

THE HONORABLE EDWARD M. CHEN
United States District Judge