**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
John E. Giust (SBN 196337)
*JohnGiust@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

PRATHER LAW OFFICES
Edwin K. Prather (SBN 190536)
*Edwin@Pratherlawoffices.com*
245 Fifth Street, Suite 103
San Francisco, CA 94103
Tel. (415) 881-7774

Attorneys for DEFENDANTS XINGKE
ELECTRONICS (DONGGUAN) CO., LTD.,
NG CHER. YONG. AKA CY NG,  LIEW
YEW SOON AKA, MARK LIEW, AND
MUI LIANG TJOA AKA ML TJOA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka | CASE NO. 3:17-cv-05517-EMC<br><br>The Honorable Edward M. Chen<br><br>**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY; DECLARATION OF JOHN GIUST**<br><br>**Date:** Feb. 27, 2020<br>**Time:** 1:30 PM<br>**Ctrm:** 5 |

1

**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**

1  MARK LIEW (an individual),
2                                    Defendants.
   _____
3  AND RELATED COUNTER-CLAIMS.

4         Pursuant to Local Rules 7-11 and 79-5, Defendants Ng Cher Yong Aka Cy Ng (an

5  individual); And Liew Yew Soon Aka Mark Liew (an individual) through their moves the

6  court for a Court order allowing the filing of excerpts of portions of the opening brief and

7  Declaration of John E. Giust, Exhibits 1 and 2 under seal.  This motion will be made on the

8  grounds that the parties have stipulated to a protective order, and the attached materials have

9  been designated as confidential by a party.

          This motion will be based upon this notice, the attached Memorandum of Points and

10 Authorities, the concurrently filed declaration of John E. Giust, as well as all of the evidence

11 properly before the court.
12

13

14 Dated: January 9, 2019,              Respectfully submitted,
15

16

17                                      _/s/ John E Giust_____
                                        John E Giust (CA SBN: 196337)
18                                      **WHGC, P.L.C.**
                                        *Counsel for Plaintiff*
19

20

21

22

23

24

25

26
                                        2
27 _____
   **ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL**
28 **DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO**
   **PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.      INTRODUCTION**

This is a case involving alleged trademark infringement, where , Defendants Ng Cher Yong Aka Cy Ng (an individual); And Liew Yew Soon Aka Mark Liew (an individual) ("Defendants" herein) have  moved the Court for Partial Summary Judgment of no personal liability.  The case involves two companies operating abroad, and includes evidence regarding employment information, manufacturing processes and specification and customer relations and prices.

Because such information is sensitive and confidential, the parties seek to maintain such confidentiality of the information both from potential customers, potential competitors and each other. Therefore, the parties have negotiated a stipulated protective order which received court approval. ECF # 124.

The Court allowed the parties to designate deposition transcripts and exhibits as confidential in order to protect trade secrets and confidential information regarding each entities procedures which may harm the parties in the course of their business.

The parties have entered into a stipulated protective order.  See Docket Nos. 124. This order allows the parties to designate materials "Confidential" or "Confidential – Attorneys' Eyes Only."

**II.     DOCUMENTS TO SEAL**

Annex "A" to the Declaration of John E. Giust in Support of Administrative motion are materials sought to be sealed, in unredacted form.

**III.    LOCAL RULES**

In accordance with local rules 79-5 and 7-11, the Defendants seek to file confidential deposition excerpts and exhibits designated by Plaintiff as Attorneys Eyes Only or Confidential, and to protect confidential customer information.

**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**

According to Local Rule 79-5, in order to file court records under seal, a party must demonstrate that the request: (1) establishes that the document or portion thereof, are: (a) privileged, (b) protectable as a trade secret, or entitled to protection under law; (2) are narrowly tailored; (3) seeks only sealable material; and (4) conforms with Civil L.R., rule 79-5(d). (Civil L.R., rule 79-5(b).) These documents are more fully examined in the Accompanying Declaration.

## IV.  INFORMATION SOUGHT TO BE REDACTED

Included in the documents to be sealed are documents designated by the parties as confidential, or confidential attorneys eyes only in this matter. The parties have valuable trade secret information about the technology, products, and services related to customers, products and financial information. As such, the information is protectable under Civil L.R., rule 79-5(b).

Under the terms of the Stipulated Protective Order, entered into by the parties, and approved by the Court (See Docket 124), the parties have an obligation to maintain the confidentiality and protect material designated as confidential by one another. Defendants have narrowly tailored their requests to meet this requirement.

## IV.    CONCLUSION.

For all of the above stated reasons, Defendant XingKe respectfully requests the court allow the filing of these documents under seal.


Dated: September 25, 2019,                    Respectfully submitted,



                                               */s/ John E Giust*
                                              John E Giust (CA SBN: 196337)
                                              **WHGC, P.L.C.**
                                              *Counsel for Plaintiff*

4

**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
John E. Giust (SBN 196337)
*JohnGiust@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007


Attorneys for XINGKE ELECTRONICS
(DONGGUAN) CO., LTD., NG CHER YONG
AKA CY NG, LIEW YEW SOON AKA
MARK LIEW, AND MUI LANG TJOA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., | CASE NO. 3:17-cv-05517-EMC |
| Plaintiff, | The Honorable Edward M. Chen |
| vs. | **DECLARATION OF JOHN E. GIUST IN SUPPORT OF ADMINISTRATIVE MOTION** |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), | **Date:** Feb. 27, 2020<br>**Time:** 1:30PM<br>**Ctrm:** 5 |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

5

**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**

I, John E. Giust am counsel for Defendant Xingke Electronics (Dongguan) Co., Ltd, over the age of 18 and competent to testify on the matters herein of my own personal knowledge.

1.    Defendants Cy Ng and Mark Liew have filed a Motion for Partial Summary Judgment of no personal liability.

2.    This Administrative Motion to File Under Seal is brought pursuant to the requirements under Local Rule 79-5, Federal Rules of Civil Procedure, Rule 5.2 and 26(c), the protective order in place in this matter and this declaration and attached exhibits.

3.    On January 14, 2019, the Court issued an Order re: Amending Stipulated Protective Order (Amended Stipulated protective Order"), incorporating revisions made by the court.

4.    I have submitted a declaration "Declaration Of John Giust In Support Of Motion For Partial Summary Judgment Of No Personal Liability" containing materials sought to be filed under seal.

5.    The materials are as follows, for the reasons stated.

| Document | Description | Portions to be filed under seal | Reason |
|---|---|---|---|
| Exhibit 1 To the Declaration of John Giust in Support of Motion for Partial Summary Judgment Of No Personal Liability | Cy NG deposition testimony | Highlighted customer names and confidential information | Reveals confidential customer identities or other protected information. |
| Exhibit 2 To the Declaration of John Giust in Support of | Mark Liew deposition testimony | Highlighted customer names and | Reveals confidential customer identities or other protected |

**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**

| | | | |
|---|---|---|---|
| Motion for Partial Summary Judgment Of No Personal Liability | | confidential information | information. |
| Memorandum Of Points And Authorities In Support Of Motion For Partial Summary Judgment Of No Personal Liability | Memorandum in Support of Motion for Partial Summary Judgment | Highlighted customer names and confidential information | Reveals confidential customer identities or other protected information. |

The materials mentioned above are attached as Annex A, hereto in unredacted form.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed January 9, 2019, at Newport Beach, California, USA. _____

     (date)             (place)               (John E Giust).

**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**

1

**CERTIFICATE OF SERVICE**

2

3       The undersigned hereby certify that a true and correct copy of the ADMINISTRATIVE

4   MOTION AND MOTION FOR ORDER TO SEAL DOCUMENTS SUPPORTING MOTION FOR

5   PARTIAL SUMMARY JUDGMENT OF NO PERSONAL LIABILITY filed through the ECF System

6   will be sent electronically to the registered participants as identified on the Notice of Electronic Filing

7   (NEF) and paper copies will be sent to those indicated on non-registered participants on **January 9,**

8   **2020**.

9

10      Executed on **January 9, 2020**, at Newport Beach, California.

11

12

13                                            _/s/Christie Noble_____
                                            CHRISTIE NOBLE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ADMINISTRATIVE MOTION AND MOTION FOR ORDER TO SEAL
DOCUMENTS SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO
PERSONAL LIABILITY, CASE NO. 3:17-CV-05517**