**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., Plaintiff, vs. SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), Defendants. | CASE NO. 3:17-cv-05517-EMC<br>The Hon. Edward M. Chen<br><br>**~~[PROPOSED]~~ ORDER ~~GRANTING~~ DENYING DEFENDANTS' APPLICATION TO REVISE CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL AND CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL** |
| AND RELATED COUNTER-CLAIMS. | |

Having reviewed and considered Defendants' Application to Revise Case Management and Pretrial Order for Jury Trial [DKT. 225] and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Application is ~~**GRANTED.**~~ XXXXXXXX DENIED

2. The new deadlines are as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | July 9, 2020 |
| Expert Reports: | Opening reports by July 9, 2020<br>Rebuttal reports by July 30, 2020 |
| Expert Discovery Cut-Off: | August 6, 2020 |
| Dispositive Motions: | Last day to *file* dispositive motions August 6, 2020<br>[illegible]ember 20, 2020, 1:30 pm |
| Final Pre-Trial Conference: | __________ |
| Trial: | __________ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Edward M. Chen

**IT IS SO ORDERED.**

DATED: January 10, 2020

______________________________
HONORABLE EDWARD M. CHEN

2

~~[PROPOSED]~~ XXXXXXXXX ORDER ~~GRANTING~~ XXXXXXXX DEFENDANTS' APPLICATION TO REVISE CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL AND CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL / 3:17-CV-005517-EMC