**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** May 28, 2020        **Time:** 10:45-11:07=        **Judge:** EDWARD M. CHEN
                                            22 Minutes

**Case No.**: 17-cv-05517-EMC        **Case Name:**  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorney for Plaintiff:** Lael Andara
**Attorneys for Defendant:** Jeffery Wang, Kathleen Alparce

**Deputy Clerk:** Angella Meuleman        **Court Reporter:** Ruth Ekhaus

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference held.

**SUMMARY**

Court inquired as to the parties' view of damages.  Plaintiff stated loss profits are $100 million as it allegedly lost all of its United States business in 24 months.  Defendants disagree.

Parties reported they will be participating in a Settlement Conference before Magistrate Judge Laurel Beeler on 7/23/2020.  Judge Beeler will determine how the settlement conference will proceed.

Discovery has closed with the exception of the completion of the deposition of Mr. Liu.  The Court warned that any document not timely produced in discovery may be subject to exclusion.  Because the body of trial evidence is now in the hands of the parties and the legal parameters have been set, this is the time for the parties to settle, especially since the prospect of getting the case to trial is uncertain.

Trial has not been set in this matter.  In their joint statement, parties requested three weeks for trial. Court stated it had previously scheduled trial for four days and did not intend to give the parties 3 weeks to try the case. They should be prepared to compress their presentation of evidence should this case go to trial.  The Court also stated given the pandemic and the priority given to criminal cases, it was uncertain when this case could be tried.  Priority in civil jury trials once they resume will likely be given to shorter matters.

Further Status Conference set 8/7/2020 at 10:30 A.M.  Joint Status Report due 7/31/2020.