OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** August 7, 2020   **Time:** 10:30-10:55= 25 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-05517-EMC   **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorney for Plaintiff:** Lael Andara
**Attorneys for Defendant:** Jeffrey Wang, Kathleen Alparce

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Ana Dub

### PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference held.

### SUMMARY

Parties stated appearances.

Outstanding Deposition Status:

Plaintiffs are withdrawing the final deposition planned so that it does not interfere with trial schedule.

Defendants have deposed all parties they wish to depose.

Trial Status:

The Court discussed present and likely future realities with the parties regarding the pandemic situation in setting jury trials for civil cases. District Judges will likely have a significant backlog of civil case jury trials due to priority given to criminal trials. Court noted that jury trials may be subject to trailing. The Court discussed the advantages of consenting to a Magistrate Judge for trial who are likely to have a less impacted trial calendar.

The first action brought related to this action is in the Superior Court of California, County of Santa Clara, Case No. 16-cv-301867, assigned to Judge Patricia Lucas. Trial in that matter has been set for 5/17/2021. Settlement conference in that matter is scheduled for 5/12/2021. Trial is expected to take 2-3 weeks.

In the present matter, issues and scope are much narrower than in the state court case. Plaintiff expects 2 or 3 overseas witnesses. Defendant expects 5 or 6 overseas witnesses (corporate and individual defendants). Defense counsel stated it is impossible at the present time to arrange for these defendants to travel to the United States due to current travel restrictions and further uncertainty in the pandemic situation. Court set Jury Trial in this case for **April 12, 2021 at 8:30 AM.** Trial is expected to last 2 weeks.

Parties are scheduled for settlement conference before Magistrate Judge Laurel Beeler on November 4, 2020. Court urged the parties to resolve this case, especially in view of the challenges presented to trials by jury.

**Further Status Conference set December 10, 2020 at 10:30 AM.  Joint Status Report due December 3, 2020.**