1  LAEL D. ANDARA (SBN 215416)
   JENNIFER E. ACHESON (SBN 130833)
2  MARIO A. ISKANDER (SBN 327025)
   DANIEL E. GAITAN (SBN 326413)
3  ROPERS MAJESKI PC
   1001 Marshall Street, 5th Floor
4  Redwood City, CA  94063
   Telephone:     650.364.8200
5  Facsimile:     650.780.1701
   Email:         todd.roberts@ropers.com
6                 lael.andara@ropers.com
                  jennifer.acheson@ropers.com
7                 mario.iskander@ropers.com

8  Attorneys for Plaintiff
   SINCO TECHNOLOGIES PTE LTD
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | SINCO TECHNOLOGIES PTE LTD,                | Case No. 3:17CV5517
14 |            Plaintiff,                       | **NOTICE OF CHANGE OF FIRM NAME**
15 |       v.                                    |
16 | SINCO ELECTRONICS (DONGGUAN) CO.,           | Trial Date: Not Set
   | LTD.; XINGLE ELECTRONICS                    | Date Action Filed: 9/22/2017
17 | (DONGGUAN) CO., LTD.; XINGKE                |
   | ELECTRONICS TECHNOLOGY CO., LTD.;           |
18 | SINCOO ELECTRONICS TECHNOLOGY               |
   | CO., LTD.; MUI LIANG TJOA (an               |
19 | individual); NG CHER YONG aka CY NG (an    |
   | individual); and LIEW YEW SOON aka          |
20 | MARK LIEW (an individual),                  |
21 |            Defendants.                      |

22

23         PLEASE TAKE NOTICE THAT the Law Offices of Ropers, Majeski, Kohn & Bentley, a

24  Professional Corporation, has changed its name to Ropers Majeski PC. Additionally, email

25  addresses ending in @rmkb have been changed to @ropers as reflected in Counsel's contact

26  information on this caption page. The address, telephone number, and facsimile number remain

27  the same.

28

4840-2015-2265.2

- 1 -

NOTICE OF CHANGE OF FIRM NAME
3:17CV5517

| | |
|---|---|
| 1  Dated: September 4, 2020 | Respectfully submitted, |
| 2 | ROPERS MAJESKI PC |
| 4 | By: _____ |
| 5 | LAEL D. ANDARA<br>JENNIFER E. ACHESON |
| 6 | MARIO A. ISKANDER<br>DANIEL E. GAITAN |
| 7 | Attorneys for Plaintiff<br>SINCO TECHNOLOGIES PTE LTD |