LAEL D. ANDARA (SBN 215416)
DANIEL E. GAITAN (SBN 326413)
**ROPERS MAJESKI PC**
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1685
Email:  lael.andara@rmkb.com
            daniel.gaitan@rmkb.com

*Attorneys for Plaintiff*
SINCO TECHNOLOGIES PTE LTD.

**WHGC, P.L.C.**
JEFFREY C.P. WANG (SBN 144414)
JeffreyWang@WHGCLaw.com
JOHN E. GIUST (SBN 196337)
JohnGiust@WHGCLaw.com
KATHLEEN E. ALPARCE (SBN 230935)
KathleenAlparce@WHGCLaw.com
JESSICA A. CRABBE (SBN 263668)
JessicaCrabbe@WHGCLaw.com
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (866) 881-5007

EDWIN K. PRATHER (SBN 190536)
edwin@pratherlawoffices.com
**PRATHER LAW OFFICES**
245 Fifth Street, Suite 103
San Francisco, California 94103
Telephone:  (415) 881-7774

*Attorneys for Defendants and Counterclaimants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD. formerly known as SINCO ELECTRONICS (DONGGUAN) CO. LTD., MUI LIANG TJOA aka ML TJOA, NG CHER YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG AKA CY NG (an individual); and LIEW YEW SOON AKA MARK LIEW (an individual),<br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. 3:17CV5517 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED PRETRIAL DEADLINES**<br><br>Trial: April 12, 2021<br>Time: 8:30 a.m.<br>Courtroom: 5, 17th floor<br><br>New Trial: October TBD, 2021<br>New Time: 8:30 a.m.<br>Courtroom: 5, 17th floor |

Plaintiff SINCO TECHNOLOGIES PTE, LTD. and Defendants XingKe Electronics (Dongguan) Co., Ltd., Ng Cher Yong aka Cy Ng, Mui Liang Tjoa aka ML Tjoa, Liew Yew Soon, aka Mark Liew (collectively, "Parties") are currently set for trial to begin on April 12, 2021. The Parties are also set for a March 16, 2021 Pretrial Conference and have numerous related pretrial filing dates and deadlines in February and March 2021.

Due to the on-going and continuing nature of the COVID-19 health crisis; the Parties' inability and/or difficultly in flying from Asia to the United States for settlement discussions, pretrial preparation, and trial; and the further settlement conference set before Magistrate Judge Beeler on May 4 and 5, 2021, the Parties jointly request and stipulate to continue the present trial date of April 12, 2021, to instead begin at the Court's earliest available date in or after October 2021. The Parties also request and stipulate that the present Final Pretrial Conference of March 16, 2021 be vacated and continued to September 7, 2021, subject to the Court's availability, and that all other related pretrial deadlines be continued based on the new trial and new final pretrial conference dates.

As such, through their respective counsel, all parties to this matter, stipulate to continue the trial, and associated dates.

IT IS HEREBY STIPULATED that the trial date in this matter be continued from April 12, 2021 to October 4, 2021, or such other date at the convenience of the Court.

IT IS FURTHER STIPULATED that the pretrial deadlines identified in the August 8, 2020, Amended Case Management and Pre-Trial Order for Jury Trial (Docket No. 367) be vacated and that the Court issue a Second Amended Case Management and Pretrial Order for Jury Trial to reflect the continuance of the Trial Date and Final Pretrial Conference Date.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: January 29, 2021 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Lael D. Andara<br>*Attorneys for Plaintiff*<br>SINCO TECHNOLOGIES PTE LTD |
| 5 | | |
| 6 | Dated: January 29, 2021 | WHGC, P.L.C. |
| 7 | | |
| 8 | | By: _____<br>Kathleen E. Alparce |
| 9 | | *Attorneys for Defendants and Counterclaimants* |
| 10 | | XINGKE ELECTRONICS (DONGGUAN) CO., LTD. formerly known as SINCO |
| 11 | | ELECTRONICS (DONGGUAN) CO. LTD., MUI LIANG TJOA aka ML TJOA, NG CHER |
| 12 | | YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW |
| 13 | Dated: January 29, 2021 | PRATHER LAW OFFICES |
| 14 | | |
| 15 | | By: _____ |
| 16 | | Edwin K. Prather<br>*Attorneys for Defendants and Counterclaimants* |
| 17 | | XINGKE ELECTRONICS (DONGGUAN) CO., LTD. formerly known as SINCO |
| 18 | | ELECTRONICS (DONGGUAN) CO. LTD., MUI LIANG TJOA aka ML TJOA, NG CHER |
| 19 | | YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW |

| | |
|---|---|
| Dated: January 29, 2021 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: _____<br>Lael D. Andara<br>*Attorneys for Plaintiff*<br>SINCO TECHNOLOGIES PTE LTD |
| Dated: January 29, 2021 | WHGC, P.L.C.<br><br>By: _____<br>Kathleen E. Alparce<br>*Attorneys for Defendants and Counterclaimants*<br>XINGKE ELECTRONICS (DONGGUAN) CO., LTD. formerly known as SINCO ELECTRONICS (DONGGUAN) CO. LTD., MUI LIANG TJOA aka ML TJOA, NG CHER YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW |
| Dated: January 29, 2021 | PRATHER LAW OFFICES<br><br>By: _____<br>Edwin K. Prather<br>*Attorneys for Defendants and Counterclaimants*<br>XINGKE ELECTRONICS (DONGGUAN) CO., LTD. formerly known as SINCO ELECTRONICS (DONGGUAN) CO. LTD., MUI LIANG TJOA aka ML TJOA, NG CHER YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW |

# [PROPOSED] ORDER

Good cause appearing and based on the stipulation of the parties, IT IS HEREBY ORDERED that the scheduled dates in this matter be continued as follows:

| | |
|---|---|
| Trial | October ___, 2021 |
| Pretrial Conference | September ___, 2021 |

The pretrial deadlines identified in the Court's August 8, 2020, Amended Case Management and Pretrial Order for Jury Trial (Docket No. 367) are vacated and the Court will issue a Second Amended Case Management and Pretrial Order for Jury Trial to reflect the continuance of the Trial Date and Final Pretrial Conference Date to October and September 2021.

Dated: February ___, 2021

_____
THE HONORABLE EDWARD M. CHEN
U.S. DISTRICT JUDGE