**WHGC, P.L.C.**
JEFFREY C.P. WANG (SBN 144414)
JeffreyWang@WHGCLaw.com
KATHLEEN E. ALPARCE (SBN 230935)
KathleenAlparce@WHGCLaw.com
JESSICA A. CRABBE (SBN 263668)
JessicaCrabbe@WHGCLaw.com
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (866) 881-5007

EDWIN K. PRATHER (SBN 190536)
edwin@pratherlawoffices.com
**PRATHER LAW OFFICES**
245 Fifth Street, Suite 103
San Francisco, California 94103
Telephone: (415) 881-7774

*Attorneys for Defendants and Counterclaimants*
NG CHER YONG aka CY NG, LIEW YEW SOON aka MARK LIEW, MUI LIANG TJOA aka ML TJOA and XINGKE ELECTRONICS (DONGGUANG) CO. LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., | CASE NO. 3:17-cv-05517-EMC |
| Plaintiff, | The Honorable Edward M. Chen |
| vs. | **NOTICE OF CHANGE OF COUNSEL** |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD**:

**NOTICE IS HEREBY GIVEN** that the following counsel hereby withdraws as counsel for Defendants/Counter-Claimants NG CHER YONG aka CY NG, LIEW YEW SOON aka MARK LIEW, MUI LIANG TJOA aka ML TJOA and XINGKE ELECTRONICS (DONGGUANG) CO. LTD., as he is no longer with the firm of WHGC, P.L.C.  Counsel for Defendants/Counter-Claimants otherwise remain the same.

Withdrawing counsel is:
John E. Giust
WHGC, P.L.C.
1301 Dove Street, Ste. 1050
Newport Beach, CA 92660
JohnGiust@WHGCLaw.com

DATED:  February 11, 2021               WHGC, P.L.C.


By:   */s/ Kathleen E. Alparce*
        Jeffrey C.P. Wang
        Kathleen E. Alparce
        Jessica A. Crabbe

Attorneys for XINGKE ELECTRONICS (DONGGUAN) CO., LTD. formerly known as SINCO ELECTRONICS (DONGGUAN) CO. LTD., MUI LIANG TJOA aka ML TJOA, NG CHER YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that a true and correct copy of the **NOTICE OF CHANGE OF COUNSEL**, filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on **February 11, 2021**.

Executed on **February 11, 2021**, at Newport Beach, California.

                                        */s/ Martha S. Valenzuela*
                                        MARTHA S. VALENZUELA