LAEL D. ANDARA (SBN 215416)
DANIEL E. GAITAN (SBN 326413)
ROPERS MAJESKI PC
1001 Marshall Street, 5th Floor
Redwood City, CA 94063
Telephone:  650.364.8200
Facsimile:  650.780.1701
Email:  lael.andara@ropers.com
          daniel.gaitan@ropers.com

Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGLE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17CV5517<br><br>**PLAINTIFF SINCO TECHNOLOGIES PTE LTD'S NOTICE OF MOTION & AND *DAUBERT* MOTION TO STRIKE THE EXPERT REPORT OF DEFENDANTS' DAMAGES EXPERT HENRY KAHRS AND TO PRECLUDE MR. KAHRS AND ADRIAN FLEISSIG FROM TESTIFYING AT TRIAL**<br><br>Date:     TBD<br>Time:     TBD<br>Courtroom: 5<br>Judge:    Edward M. Chen<br><br>Trial Date:     11/1/2021<br>Date Action Filed: 9/22/2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at a date and time to be set by the Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, in Courtroom 5 located on the 17th Floor, before the Honorable Judge Edward M. Chen, Plaintiff, SINCO TECHNOLOGIES, PTE, LTD., ("SINCO") by and through its Attorneys of record, will and hereby does respectfully move for an Order striking the Defendants: SinCo Electronics (Dongguan) Co., Ltd., doing business as XingKe Electronics (Dongguan) Co., Ltd.; Mui Liang Tjoa; Mark Liew; and Cy Ng's

("XINGKE") sponsored damages expert report and precluding Henry Kahrs and Adrian Fleissig from testifying at trial.

This Motion is made pursuant to the Federal Rules of Evidence Rules 104, 702, 703; 401-403, 104(a) and Federal Rules of Civil Procedure (FRCP) Rule 26(a)(2), *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and other relevant case law and statutory law within the Memorandum of Points of Authority, and any legal authority this Court sees fit. Specifically, Mr. Kahrs expert opinions are barred by Federal Rules of Evidence 104, 401–403 and 702–703 as the opinions: (1) are not premised on an objective and reliable evidentiary basis that is appropriate for an expert opinion on the matters presented; (2) improperly assert, as an expert opinion, that there was no consumer confusion of the trademarks; and (3) creates a danger of prejudice, confusion of the issues, and misleading of the jury, all of which would outweigh the probative value of the proposed expert opinions. SINCO respectfully requests that this Court strike the expert report of Defendants' damages expert Mr. Kahrs and to preclude Mr. Kahrs and Mr. Fleissig from testifying at trial.

The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, and the pleadings on file with the Court in this action; and on such further oral argument and documentary evidence, as may be presented at the hearing of this motion.

Dated: March 26, 2021

Respectfully submitted,

ROPERS MAJESKI PC

By: /s/ Daniel Gaitan

TODD A. ROBERTS
LAEL D. ANDARA
JENNIFER E. ACHESON
DANIEL E. GAITAN
Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD