**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

Edwin K. Prather (SBN 190536)
*edwin@pratherlawoffices.com*
**PRATHER LAW OFFICES**
245 Fifth Street, Suite 103
San Francisco, California 94103
Tel. (415) 881-7774

Attorneys for Defendants and Cross-Complainants
XINGKE ELECTRONICS (DONGGUAN) CO., LTD.,
formerly known as SINCO ELECTRONICS (DONGGUAN)
CO., LTD.; LIEW YEW SOON aka MARK LIEW;
NG CHER YONG aka CY NG; and MUI LIANG TJOA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>             Plaintiff,<br><br>     vs.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>             Defendants. | CASE NO. 3:17-cv-05517-EMC<br><br>**DEFENDANTS' MOTION TO SHORTEN TIME TO CONSIDER MOTION FOR ADMINISTRATIVE RELIEF REGARDING PLAINTIFF'S PREMATURE DAUBERT MOTION IN LIMINE**<br><br><br>Court:  The Honorable Edward M. Chen<br>Courtroom:  5, 17th Floor |

MOTION TO SHORTEN TIME TO CONSIDER MOTION FOR ADMINISTRATIVE RELIEF REGARDING
PLAINTIFF'S PREMATURE DAUBERT MOTION IN LIMINE                    (Case No. 3:17-cv-05517-EMC)

AND RELATED COUNTER-CLAIMS.

Pursuant to Civil Local Rule 6-3, Defendants move for an order shortening time to consider Defendants' Motion for Administrative Relief Regarding Plaintiff's Premature *Daubert* Motion in Limine.

### ARGUMENT

On March 26, 2021, Plaintiff filed a *Daubert* motion in limine – styled as a "motion to strike" – seeking to exclude Defendants' expert witnesses from testifying at trial.  As set forth in Defendants' motion for administrative relief concurrently filed herewith, Plaintiff's *Daubert* motion was filed in violation of the Court's Third Amended Case Management Pretrial Order for Jury Trial ("Third Amended CMO").  (*See* DKT. 380.)

The Third Amended CMO governs the submission of motions in limine, and specifically provides that any oppositions thereto are not required to be served until September 10, 2021, which is twenty-five (25) days prior to the pretrial conference set for October 5, 2021.  Plaintiff, by filing its *Daubert* Motion a motion to strike, is attempting – in violation of the Court's orders – to force Defendants to prematurely file their opposition to a motion in limine five months before it is due, and to improperly allow Plaintiff to exceed the page limit and submit a reply brief.

Defendants asked that Plaintiff withdraw its motion, but Plaintiff did not respond.   (*See* Declaration of Kathleen E. Alparce ("Alparce Decl.") attached hereto at ¶ 6.)

Because Defendants' opposition to the *Daubert* Motion is currently due April 9, 2021, Defendants seek immediate relief through their administrative motion, requesting that the Court enter an order striking or denying Plaintiff's *Daubert* Motion, without prejudice to Plaintiff submitting motions in limine in accordance with the procedures set forth in the Third Amended CMO.

Good cause exists for the Court to shorten time to consider Defendants' Motion for Administrative Relief Regarding Plaintiff's Premature *Daubert* Motion in Limine given that Defendants' opposition is currently due April 9, 2021.  Otherwise, Defendants will be prejudiced by being forced to prematurely file their opposition to the *Daubert* motion in limine more than five months before required to do so pursuant to the Third Amended CMO.  (*See* Alparce Decl. ¶ 7.)

**MOTION TO SHORTEN TIME TO CONSIDER MOTION FOR ADMINISTRATIVE RELIEF REGARDING PLAINTIFF'S PREMATURE DAUBERT MOTION IN LIMINE** (Case No. 3:17-cv-05517-EMC)

Defendants therefore respectfully request that the Court shorten time to consider Defendants' motion for administrative relief regarding Plaintiff's premature *Daubert* motion in limine, and immediately consider and grant their request to strike or deny Plaintiff's *Daubert* motion, without prejudice to Plaintiff submitting motions in limine in accordance with the procedures set forth in the Third Amended CMO.  Granting these requests will have no effect on the current case management schedule set forth in the Third Amended CMO.

Respectfully submitted,

Dated: April  6, 2021          **WHGC, P.L.C.**

By:   */ s / Kathleen E. Alparce*
          Jeffrey C.P. Wang
          Michael G. York
          Kathleen E. Alparce
          Jessica A. Crabbe

Attorneys for Defendants and Cross-Complainants
XINGKE ELECTRONICS (DONGGUAN) CO., LTD.,
NG CHER YONG AKA CY NG, LIEW YEW SOON
AKA MARK LIEW, AND MUI LIANG TJOA AKA
ML TJOA

1
2

## CERTIFICATE OF SERVICE

3

4     The undersigned hereby certify that a true and correct copy of Defendants' Motion to Shorten

5     Time to Consider Motion for Administrative Relief Regarding Plaintiff's Premature Daubert Motion in

6     Limine, filed through the ECF System will be sent electronically to the registered participants as

7     identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on

      non-registered participants on **April 6, 2021**.

8
9     Executed on **April 6, 2021**, at Newport Beach, California.

10
11
12                    _/s/ Martha Valenzuela_
                      MARTHA VALENZUELA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION TO SHORTEN TIME TO CONSIDER MOTION FOR ADMINISTRATIVE RELIEF REGARDING
PLAINTIFF'S PREMATURE DAUBERT MOTION IN LIMINE**          (Case No. 3:17-cv-05517-EMC)