1  LAEL D. ANDARA (SBN 215416)
   DANIEL E. GAITAN (SBN 326413)
2  ROPERS MAJESKI PC
   1001 Marshall Street, 5th Floor
3  Redwood City, CA 94063
   Telephone:  650.364.8200
4  Facsimile:  650.780.1701
   Email:      lael.andara@ropers.com
5              daniel.gaitan@ropers.com

6  Attorneys for Plaintiff
   SINCO TECHNOLOGIES PTE LTD

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 SINCO TECHNOLOGIES PTE LTD,            Case No. 3:17CV5517

12              Plaintiff,               **PLAINTIFF SINCO TECHNOLOGIES
                                          PTE LTD'S NOTICE OF LODGING**
13     v.                               **EXCHANGED SETTLEMENT
                                          CONFERENCE STATEMENT**
14 SINCO ELECTRONICS (DONGGUAN) CO.,
   LTD.; XINGLE ELECTRONICS             Date:    May 5, 2021
15 (DONGGUAN) CO., LTD.; XINGKE         Time:    10:00 a.m.
   ELECTRONICS TECHNOLOGY CO., LTD.;    Judge:   Laurel Beeler
16 SINCOO ELECTRONICS TECHNOLOGY
   CO., LTD.; MUI LIANG TJOA (an        Trial Date:       11/01/2021
17 individual); NG CHER YONG aka CY NG (an   Date Action Filed: 9/22/2017
   individual); and LIEW YEW SOON aka
18 MARK LIEW (an individual),

19              Defendants.

20

21 **TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

22        Notice is hereby given of the lodging of the Plaintiff SINCO TECHNOLOGIES PTE

23 LTD's Exchanged Settlement Conference Statement in the above captioned action, pursuant to

24 [ECF 305].

25

26

27

28

ROPERS
M A J E S K I

A Professional Corporation
Redwood City

1    Dated: April 28, 2021        Respectfully submitted,

2                                        ROPERS MAJESKI PC

3

4

5                                        LAEL D. ANDARA

6                                        DANIEL E. GAITAN
Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

ROPERS MAJESKI

A Professional Corporation
Redwood City