1  LAEL D. ANDARA (SBN 215416)
   DANIEL E. GAITAN (SBN 326413)
2  ROPERS MAJESKI PC
   1001 Marshall Street, 5th Floor
3  Redwood City, CA 94063
   Telephone:    650.364.8200
4  Facsimile:    650.780.1701
   Email:        lael.andara@ropers.com
5                daniel.gaitan@ropers.com

6  Attorneys for Plaintiff
   SINCO TECHNOLOGIES PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGLE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17CV5517<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective June 1, 2021, ROPERS MAJESKI PC, attorneys of record for Plaintiff SINCO TECHNOLOGIES PTE LTD have relocated from 1001 Marshall Street, 5th Floor, Redwood City, California 94063 to **545 Middlefield Road, Suite 175, Menlo Park, California 94025**. The telephone and facsimile numbers remain the same.

Dated: May 19, 2021                              ROPERS MAJESKI PC

                                                 By: _____
                                                     LAEL D. ANDARA
                                                     DANIEL E. GAITAN
                                                     Attorneys for Plaintiff
                                                     SINCO TECHNOLOGIES PTE LTD

4814-5475-8378.1

- 1 -

NOTICE OF CHANGE OF ADDRESS
3:17CV5517