| | |
|---|---|
| **WHGC, P.L.C.**<br>Jeffrey C.P. Wang (SBN 144414)<br>*JeffreyWang@WHGCLaw.com*<br>Michael G. York (SBN 89945)<br>*MichaelYork@WHGCLaw.com*<br>Kathleen E. Alparce (SBN 230935)<br>*KathleenAlparce@WHGCLaw.com*<br>Jessica A. Crabbe (SBN. 263668)<br>*JessicaCrabbe@WHGCLaw.com*<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA 92660<br>Tel. (949) 833-8483; Fax: (866) 881-5007<br><br>Edwin K. Prather (SBN 190536)<br>*edwin@pratherlawoffices.com*<br>**PRATHER LAW OFFICES**<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103<br>Tel. (415) 881-7774<br><br>*Attorneys for Defendants and Counterclaimants*<br>XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA | DOUGLAS A. WINTHROP (SBN 183532)<br>Douglas.Winthrop@arnoldporter.com<br>JEREMY T. KAMRAS (SBN 237377)<br>Jeremy.Kamras@arnoldporter.com<br>JOSEPH FARRIS (SBN 263405)<br>Joseph.Farris@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415.471.3100<br>Facsimile: 415.471.3400 |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>           Plaintiff,<br><br>     vs.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>           Defendants. | Case No. 3:17-CV-05517-EMC<br><br>Action Filed: September 22, 2017<br><br>**NOTICE OF APPEARANCE**<br><br>**Judge:**    Honorable Edward M. Chen<br><br>**Trial:**    November 1, 2021 |

1   PLEASE TAKE NOTICE that JOSEPH FARRIS of the law firm of Arnold & Porter Kaye
2   Scholer LLP, an attorney admitted to practice in the United States District for the Northern
3   District of California, hereby appears as counsel of record for Defendants and Counterclaimants
4   and respectfully requests that all pleadings and other documents be served upon this individual at
5   Arnold & Porter Kaye Scholer LLP, as identified below:

JOSEPH FARRIS (CA State Bar No. 263405)
Email: Joseph.Farris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024

Dated:  August 20, 2021.                ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/ *Joseph Farris*                \
     JOSEPH FARRIS

*Attorneys for Defendants and Counterclaimants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing NOTICE OF APPEARANCE via the Court's CM/ECF system on August 20, 2021.

/s/ *Joseph Farris*
JOSEPH FARRIS