| | | |
|---|---|---|
| 1 | **WHGC, P.L.C.**<br>Jeffrey C.P. Wang (SBN 144414) | DOUGLAS A. WINTHROP (SBN 183532)<br>Douglas.Winthrop@arnoldporter.com |
| 2 | *JeffreyWang@WHGCLaw.com*<br>Michael G. York (SBN 89945) | JEREMY T. KAMRAS (SBN 237377)<br>Jeremy.Kamras@arnoldporter.com |
| 3 | *MichaelYork@WHGCLaw.com*<br>Kathleen E. Alparce (SBN 230935) | JOSEPH FARRIS (SBN 263405)<br>Joseph.Farris@arnoldporter.com |
| 4 | *KathleenAlparce@WHGCLaw.com*<br>Jessica A. Crabbe (SBN. 263668) | ARNOLD & PORTER KAYE SCHOLER LLP |
| 5 | *JessicaCrabbe@WHGCLaw.com*<br>1301 Dove Street, Suite 1050 | Three Embarcadero Center, 10th Floor |
| 6 | Newport Beach, CA 92660<br>Tel. (949) 833-8483; Fax: (866) 881-5007 | San Francisco, CA 94111-4024<br>Telephone: 415.471.3100 |
| 7 | | Facsimile: 415.471.3400 |
| 8 | Edwin K. Prather (SBN 190536)<br>edwin@pratherlawoffices.com<br>**PRATHER LAW OFFICES** | |
| 9 | 245 Fifth Street, Suite 103<br>San Francisco, CA 94103 | |
| 10 | Tel. (415) 881-7774 | |
| 11 | *Attorneys for Defendants and Counterclaimants* | |
| 12 | XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO | |
| 13 | ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG | |
| 14 | CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA | |
| 15 | | |

16   UNITED STATES DISTRICT COURT

17   FOR THE NORTHERN DISTRICT OF CALIFORNIA

18   SAN FRANCISCO DIVISION

19

| | | |
|---|---|---|
| 20 | SINCO TECHNOLOGIES PTE LTD., | Case No. 3:17-CV-05517-EMC |
| 21 | Plaintiff, | Action Filed: September 22, 2017 |
| 22 | vs. | **NOTICE OF APPEARANCE** |
| 23 | SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS | **Judge:**   Honorable Edward M. Chen |
| 24 | (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; | **Trial:**   November 1, 2021 |
| 25 | SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an | |
| 26 | individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka | |
| 27 | MARK LIEW (an individual), | |
| 28 | Defendants. | |

1  PLEASE TAKE NOTICE that JING WANG of the law firm of Arnold & Porter Kaye
2  Scholer LLP, an attorney admitted to practice in the United States District for the Northern District
3  of California, hereby appears as counsel of record for Defendants and Counterclaimants and
4  respectfully requests that all pleadings and other documents be served upon this individual at
5  Arnold & Porter Kaye Scholer LLP, as identified below:

> JING WANG (CA State Bar No. 328020)
> Email: Jing.Wang@arnoldporter.com
> ARNOLD & PORTER KAYE SCHOLER LLP
> 3000 El Camino Real
> Five Palo Alto Square, Suite 500
> Palo Alto, CA  94306-3807-4024

Dated:  August 20, 2021.                ARNOLD & PORTER KAYE SCHOLER LLP

                                        By:  /s/ *Jing Wang*
                                             JING WANG

                                        *Attorneys for Defendants and Counterclaimants*
                                        XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing NOTICE OF APPEARANCE via the Court's CM/ECF system on August 20, 2021.

/s/ *Jing Wang*
JING WANG