| | |
|---|---|
| 1 | LAEL D. ANDARA (SBN 215416) |
| | ROBIN M. PEARSON (SBN 146704) |
| 2 | DANIEL E. GAITAN (SBN 326413) |
| | ROPERS MAJESKI PC |
| 3 | 545 Middlefield Road, Suite 175 |
| | Menlo Park, CA 94025 |
| 4 | Telephone:   650.364.8200 |
| | Facsimile:    650.780.1701 |
| 5 | Email:         lael.andara@ropers.com |
| |                      robin.pearson@ropers.com |
| 6 |                      daniel.gaitan@ropers.com |

Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD, | Case No. 3:17CV5517 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Judge:   Edward M. Chen |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGLE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), | Trial Date:   11/01/2021 |
| | Date Action Filed: 9/22/2017 |
| Defendants. | |

   PLEASE TAKE NOTICE that ROBIN M. PEARSON of the law firm of Ropers Majeski PC, an attorney admitted to practice in the United States District for the Northern District of California, hereby appears as counsel of record for Plaintiff and respectfully requests that all pleadings and other documents be served upon this individual at Ropers Majeski PC, as identified below:

   ROBIN M. PEARSON (CA State Bar No. 146704)
   Email: robin.pearson@ropers.com
   ROPERS MAJESKI PC
   1904 Olympic Boulevard, Suite 8
   Walnut Creek, CA 94596



| | | |
|---|---|---|
| 1 | Dated: August 23, 2021 | Respectfully submitted, |
| 2 | | ROPERS MAJESKI PC |

By: _____
ROBIN M. PEARSON
DANIEL E. GAITAN
Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

- 2 -

NOTICE OF APPEARANCE
3:17CV5517