EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO LTD., INC., XINGKE ELECTRONICS (DONGGUAN) CO., LTD., XINGKE ELECTRONICS TECHNOLOGY CO., LTD., MUI LIANG TJOA, NG CHER YONG AKA CY NG, AND LIEW YEW SOON AKA MARK LIEW, <br><br> Defendants. | Case No.: 3:17-cv-05517-EMC <br><br> **NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON; [PROPOSED] ORDER** |

NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Prather Law Offices and attorney Edwin Prather request leave to withdrawal as co-counsel of record for defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon, in accordance with Northern District Local Civil Rule 11-5.

NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON; [PROPOSED] ORDER [Case No.: 3:17-CV-05517 EMC]

1

Dated: August 27, 2021                                   Respectfully submitted,

                                                                 /s/
                                           EDWIN PRATHER
                                           PRATHER LAW OFFICES
                                           Attorneys for Defendants
                                           XINGKE ELECTRONICS
                                           (DONGGUAN) CO., LTD., MUI
                                           LIANG TJOA, NG CHER YONG,
                                           AND LIEW YEW SOON

**REQUEST OF PRATHER LAW OFFICES FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Prather Law Offices and attorney Edwin Prather request leave to withdrawal as co-counsel of record for defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon, pursuant to Northern District Local Civil Rule 11-5.

Withdrawal will neither prejudice defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon, nor delay trial, as these defendants have been and will continue to be represented by co-counsel from the law firms of WHGC, PLC and Arnold Porter.  WHGC, PLC filed all of the pleadings in this case and handled all of the communications with defense counsel and the trial court.  WHGC, PLC and Arnold Porter are familiar with the issues presented and are preparing for trial.

Prather Law Offices and Edwin Prather informed defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon of their intent to sever ties with the defendants.  Defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon have all consented to termination of representation.

NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR
DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA,
NG CHER YONG, AND LIEW YEW SOON; [PROPOSED] ORDER [Case No.: 3:17-CV-05517 EMC]

2

As such, this Court should grant Prather Law Offices and Edwin Prather's request for leave to withdrawal as co-counsel of record for defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon.

Dated: August 27, 2021                               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 ____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　 EDWIN PRATHER
　　　　　　　　　　　　　　　　　　　　　　　 PRATHER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　 XINGKE ELECTRONICS
　　　　　　　　　　　　　　　　　　　　　　　 (DONGGUAN) CO., LTD., MUI
　　　　　　　　　　　　　　　　　　　　　　　 LIANG TJOA, NG CHER YONG,
　　　　　　　　　　　　　　　　　　　　　　　 AND LIEW YEW SOON

NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON; [PROPOSED] ORDER [Case No.: 3:17-CV-05517 EMC]

3

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Edwin Prather and Prather Law Offices have withdrawn as counsel of record for defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon.  The Clerk of Court is ordered to enter their withdrawal in the case docket and to terminate Notices of Electronic Filing for the withdrawing attorney in this case.

Dated: _____

_____
HONORABLE EDWARD M. CHEN
U.S. DISTRICT JUDGE

NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON; [PROPOSED] ORDER [Case No.: 3:17-CV-05517 EMC]

4