EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
XINGKE ELECTRONICS (DONGGUAN)
CO., LTD., MUI LIANG TJOA, NG CHER
YONG, AND LIEW YEW SOON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO LTD., INC., XINGKE ELECTRONICS (DONGGUAN) CO., LTD., XINGKE ELECTRONICS TECHNOLOGY CO., LTD., MUI LIANG TJOA, NG CHER YONG AKA CY NG, AND LIEW YEW SOON AKA MARK LIEW, <br><br> Defendants. | Case No.: 3:17-cv-05517-EMC <br><br> **DECLARATION OF EDWIN PRATHER IN SUPPORT OF REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON** |

I, Edwin K. Prather, am not a party am not a party in the above-titled action.  I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below

DECLARATION OF EDWIN PRATHER IN SUPPORT OF REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO., LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON [Case No.: 3:17-CV-05517 EMC]

1

[1] I and my law firm, Prather Law Offices, are co-counsel of record for defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon. We serve as local counsel. This Declaration is made in support of our request seeking the Court's leave to withdraw as co-counsel of record for defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon., in accordance with Civil Local Rule 11-5.

[2] On August 23, 2021, I sent correspondence to co-counsel and all clients in this matter, confirming my withdrawal from representation in this matter.  I also provided all clients with copies of the instant Notice of Request and Request for Leave to Withdraw as Counsel.

[3] Defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon have all individually consented to my withdrawal from this matter.

[4] Defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon are currently represented by both the law firms of WHGC, PLC and Arnold Porter.  Both firms are prepared to take this case to trial and my withdrawal will neither prejudice defendants Xingke Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa, Ng Cher Yong, and Liew Yew Soon, nor delay trial.

[5] In conformance with the attached proof of service, a copy of this request is being served on the parties through counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2021, in San Francisco, California.

EDWIN K. PRATHER

DECLARATION OF EDWIN PRATHER IN SUPPORT OF REQUEST FOR LEAVE TO
WITHDRAW AS COUNSEL FOR DEFENDANTS XINGKE ELECTRONICS (DONGGUAN) CO.,
LTD., MUI LIANG TJOA, NG CHER YONG, AND LIEW YEW SOON [Case No.: 3:17-CV-05517 EMC]

2