# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.<br><br>Plaintiff(s),<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD., et al.<br><br>Defendant(s). | Case No: 3:17-cv-05517<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, NEESHA CHHINA, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendents SinCo Electronics et al. in the above-entitled action. My local co-counsel in this case is Douglas A. Winthrop, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>250 West 55th Street<br>New York, New York 10019-9710 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111-4024 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 836-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 471-3100 |
| MY EMAIL ADDRESS OF RECORD:<br>Neesha.Chhina@arnoldporter.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Douglas.Winthrop@arnoldporter.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5726021.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 26, 2021

NEESHA CHHINA
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of NEESHA CHHINA is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 27, 2021

UNITED STATES DISTRICT XXXXXXXXXXX JUDGE