**ROPERS MAJESKI PC**
TODD A. ROBERTS (SBN 129722)
todd.roberts@ropers.com
LAEL D. ANDARA (SBN 215416)
lael.andara@ropers.com
ROBIN M. PEARSON (SBN 146704)
robin.pearson@ropers.com
DANIEL E. GAITAN (SBN 326413)
daniel.gaitan@ropers.com
545 Middlefield Road, Suite 175
Menlo Park, CA 94025
Telephone:   650.364.8200

*Attorneys for Plaintiff*
SINCO TECHNOLOGIES PTE LTD

**WHGC, P.L.C.**
MICHAEL YORK (SBN 89945)
MichaelYork@WHGCLaw.com
JEFFREY C.P. WANG
JeffreyWang@WHGCLaw.com
KATHLEEN E. ALPARCE
KathleenAlparce@WHGCLaw.com
JESSICA A. CRABBE (SBN 263668)
JessicaCrabbe@WHGCLaw.com
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483

**ARNOLD & PORTER KAYE SCHOLER LLP**
DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JESSICA GILLOTTE (SBN 333517)
Jessica.Gillotte@arnoldporter.com
JING WANG (SBN 328020)
Jing.Wang@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
ROBBIN LEE (SBN 6313334)
Robbin.Lee@arnoldporter.com
NEESHA CHHINA (SBN 5726021)
Neesha.Chhina@arnoldporter.com
DANIA QAHOUSH (SBN 335202)
Dania.Qahoush@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD. Formerly known as SINCO ELECTRONICS (DONGGUAN) CO. LTD., MUI LIANG TJOA aka ML TJOA, NG CHER YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17-CV-05517-EMC <br><br> Action Filed: September 22, 2017 <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER** <br><br> Judge:   Honorable Edward M. Chen <br><br> Trial:   November 1, 2021 |

Plaintiff SINCO TECHNOLOGIES PTE LTD. ("SinCo") and Defendants MUI LIANG TJOA, NG CHER YONG, LIEW YEW SOON, and XINGKE ELECTRONICS (DONGGUAN) CO., LTD. ("Xingke") (collectively, "Defendants") (hereinafter collectively "Parties"), through their respective attorneys of record, file this Joint Stipulation and Proposed Order by which the Parties memorialize their agreement that the Stipulated Protective Order entered in this action on **January 14, 2019** (the "Protective Order"), should be amended with respect to the provisions relating to the disclosure of CONFIDENTIAL-ATTORNEY'S EYES ONLY Information or Items to jury or trial consultants. [ECF 124]

ACCORDINGLY, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that Section 7.3 of the Protective Order should be deleted in its entirety and restated as follows:

"7.3   Disclosure of "CONFIDENTIAL - ATTORNEY'S EYES ONLY" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated CONFIDENTIAL - ATTORNEY'S EYES ONLY only to:

a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A;

b) Experts of the Receiving Party other than Professional jury or trial consultants of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 7.4(a), below, have been followed;

c) Professional Jury or trial consultants of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), (3) as to whom the procedures set forth in paragraph 7.4(a)(1)-(3), below, have been followed along with a disclosure of all work in the last five years that the Professional Jury or trial consultant has done for any law firm that has represented any party to this

action or work done by the Professional Jury or trial consultant for any party or witness to this litigation in the last five years, with a brief description of the work done and amount of money received, if any;

    d) the Court and its personnel;

    e) court reporters and their staff, professional jury or trial consultants, and

    f) Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A); and

    g) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information."

    **IT IS SO STIPULATED**, through Counsel of Record.

Dated: September 2, 2021

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Douglas A. Winthrop*

DOUGLAS A. WINTHROP

Attorneys for Defendant

Dated: September 2, 2021

ROPERS, MAJESKI, KOHN & BENTLY LLP

By: [signature]

LAEL D. ANDARA

*Attorneys for Plaintiff*

SINCO TECHNOLOGIES PTE LTD.

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
3
4  Dated:_____           _____
5                                                            Honorable Joseph C. Spero
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28