| | |
|---|---|
| DOUGLAS A. WINTHROP (SBN 183532) | **WHGC, P.L.C.** |
| Douglas.Winthrop@arnoldporter.com | Jeffrey C.P. Wang (SBN 144414) |
| JEREMY T. KAMRAS (SBN 237377) | *JeffreyWang@WHGCLaw.com* |
| Jeremy.Kamras@arnoldporter.com | Michael G. York (SBN 89945) |
| JOSEPH FARRIS (SBN 263405) | *MichaelYork@WHGCLaw.com* |
| Joseph.Farris@arnoldporter.com | Kathleen E. Alparce (SBN 230935) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | *KathleenAlparce@WHGCLaw.com* |
| Three Embarcadero Center, 10th Floor | Jessica A. Crabbe (SBN. 263668) |
| San Francisco, CA 94111-4024 | *JessicaCrabbe@WHGCLaw.com* |
| Telephone: 415.471.3100 | 1301 Dove Street, Suite 1050 |
| Facsimile: 415.471.3400 | Newport Beach, CA 92660 |
| | Tel. (949) 833-8483; Fax: (866) 881-5007 |

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., | Case No. 3:17-CV-05517-EMC |
| Plaintiff, | Action Filed: September 22, 2017 |
| vs. | **DECLARATION OF JOSEPH FARRIS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2** |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), | **Judge:** Honorable Edward M. Chen |
| | **Trial:** November 1, 2021 |
| Defendants. | |

I, JOSEPH FARRIS, declare as follows:

1. I am an attorney and senior associate at the law firm of ARNOLD & PORTER KAYE SCHOLER LLP, counsel of record for the Defendants in this action. I am over the age of 18 and competent to testify on the matters herein of my own personal knowledge.

1. Attached hereto as **Exhibit A** is a true and correct copy of a Suspension Notice issued by the United States Patent and Trademark Office dated April 16, 2017 in connection with XingKe's trademark application no. 87300194 (SINCO01463–SINCO01468).

2. Attached hereto as **Exhibit B** is a true and correct copy of an Office Action issued by the United States Patent and Trademark Office dated April 17, 2017 in connection with XingKe's trademark application no. 87300275 (SINCO01469–SINCO01507).

3. Attached hereto as **Exhibit C** is a true and correct copy of a judgment by default entered against XingKe by the Trademark Trial and Appeal Board in *SinCo Technologies PTE Ltd. v. SinCo Electronics (Dongguan) Co., Ltd.*, Opp. No. 91235382 (TTAB Oct. 13, 2017) (5 TTABVUE in Opp. No. 91235382).

4. Attached hereto as **Exhibit D** is an alleged copy produced by Plaintiff of the Trademark Review and Adjudication Board of the State Administration for Industry and Commerce of the People's Republic of China order invalidating XingKe's trademark no. 8607396, dated April 16, 2018.

5. Attached hereto as **Exhibit E** is an alleged copy produced by Plaintiff of the Trademark Review and Adjudication Board of the State Administration for Industry and Commerce of the People's Republic of China order invalidating XingKe's trademark no. 8607476, dated May 4, 2018.

6. Attached hereto as **Exhibit F** is a true and correct copy of the Appellate Petition filed by XingKe in connection with the Trademark Review and Adjudication Board of the State Administration for Industry and Commerce of the People's Republic of China order's invalidating XingKe's trademark no. 8607396 . Additionally, Exhibit F includes a certified translation of these documents by Xiaohau Fu, dated August 31, 2021.

7. Attached hereto as **Exhibit G** is a true and correct copy of the United States Patent

1  and Trademark Office Note Concerning Miriam Paton Declaration dated December 12, 2018,
2  annexing the November 30, 2018 Declaration of Miriam Paton, filed in connection with XingKe's
3  trademark application no. 87658544.

4       8.      Attached hereto as **Exhibit H** is a true and correct copy of an article titled "Patent
5  Agent Fights Identity Theft Over Fraudulent USPTO Filings From China" published in Corporate
6  Counsel (Online) dated March 4, 2019 and collected from LexisNexis archives.

7       9.      Attached hereto as **Exhibit I** is a true and correct copy of affidavit and documents
8  referenced therein of Guanglei Zhang, partner at the law firm of Jingtian & Gongcheng, dated
9  March 27, 2018 (SINCO903053–SINCO903065);

10      10.     Attached hereto as **Exhibit J** is an excerpt from SinCo SG's Opposition to
11  Defendants' Motion for Summary Adjudication, filed in the related State Action in the Superior
12  Court of California, County of Santa Clara, Case No. 16-cv-301867, dated May 28, 2021.

13  I declare under penalty of perjury under the laws of the United States and the State of
14  California that the foregoing is true and correct. Executed this 3rd day of September, 2021, in
15  Castro Valley, California.

16
17                                     /s/ *Joseph Farris*
                                      JOSEPH FARRIS

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing DECLARATION OF JOSEPH FARRIS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 via the Court's CM/ECF system on _____.

          /s/ *Joseph Farris*
          JOSEPH FARRIS