1

DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com

2

JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com

3

JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com

4

**ARNOLD & PORTER KAYE SCHOLER LLP**

5

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

6

Telephone: 415.471.3100

7

Facsimile: 415.471.3400

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

8

*Attorneys for Defendants* XINGKE

9

ELECTRONICS (DONGGUAN) CO., LTD.,
formerly known as SINCO ELECTRONICS

10

(DONGGUAN) CO., LTD., LIEW YEW SOON
aka, MARK LIEW, NG CHER YONG. aka CY

11

NG, and MUI LIANG TJOA aka ML TJOA

12

13

**UNITED STATES DISTRICT COURT**

14

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

**SAN FRANCISCO DIVISION**

16

17

SINCO TECHNOLOGIES PTE LTD.,

18

Plaintiff,

19

vs.

20

SINCO ELECTRONICS (DONGGUAN) CO.,
LTD.; XINGKE ELECTRONICS

21

(DONGGUAN) CO., LTD.; XINGKE
ELECTRONICS TECHNOLOGY CO., LTD.;

22

SINCOO ELECTRONICS TECHNOLOGY CO.,
LTD.; MUI LIANG TJOA (an individual); NG

23

CHER YONG aka CY NG (an individual); and
LIEW YEW SOON aka MARK LIEW (an

24

individual),

25

Defendants.

Case No. 3:17-CV-05517-EMC

Action Filed: September 22, 2017

**DEFENDANTS' MOTION IN LIMINE
NO. 6 AND PLAINTIFF'S OPPOSITION
THERETO**

Date:      October 5, 2021
Time:      3:00 p.m.
Place:     Courtroom 5, 17th Floor

**Judge:   Honorable Edward M. Chen**

**Trial:   November 1, 2021**

26

27

28