Sinco Technologies Pte Ltd. v. Sinco Electronics (Dongguan) Co. Ltd., *et al*

# APPENDIX D.2

DEFENDANTS' DEPO DESIGNATIONS & PLAINTIFF'S OBJECTIONS

**NDCA Case No. 3:17CV05517 EMC**

**ROPERS MAJESK PC**
LAEL D. ANDARA (SBN 215416)
lael.andara@ropers.com
ROBIN PEARSON (SBN 146704)
robin.pearson@ropers.com
DANIEL E. GAITAN (SBN 326413)
daniel.gaitan@ropers.com
545 Middlefield Road, Suite 175
Menlo Park, CA 94025
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
*Attorneys for Plaintiff*
SINCO TECHNOLOGIES PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD, | Case No. 3:17CV5517 |
| Plaintiff, | **PLAINTIFF SINCO TECHNOLOGIES PTE LTD'S OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS AND NOTICE OF COUNTER-DESIGNATIONS** |
| v. | |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGLE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), | PRETRIAL HEARING<br>Date: October 5, 2021<br>Time: 3:00 p.m.<br>Place: Courtroom 5 – 17th Floor<br>Hon. Edward M. Chen |
| Defendants**.** | TRIAL DATE<br>November 1, 2021 |

Plaintiff SinCo Technologies Pte. Ltd, ("SINCO") hereby provides objections and counter designations to Defendants' identified Deposition testimony.  Any designation including discussion by the attorney, other than objections, with the witness are intended as it provides context for later testimony.

| ABBREVIATION | OBJECTIONS |
|---|---|
| 106 | Rule of completeness to designation. (page:line to page:line). Objections removed. |
| 401/402 | Testimony in designation not relevant to claims or defenses in this action. |
| 403 | Designation causes unfair prejudice, confuses the issues, misleads the jury, wastes time (asked and answered). |
| 609 | Presumption Against Reference to Prior Conviction over ten years old.[1] |
| MIL | Subject to motion *in limine*. |
| LC | Calls for legal conclusion. |
| RD | Testimony is not based on Personal Knowledge, but simply reading a document provided by counsel. |
| NR | Non-responsive; no question pending. |
| SPEC | Calls for speculation. |
| V | Vague. |
| M | Misstates the testimony. |

Any objections are presumed removed from any deposition testimony read or played before the Jury. Defendants designations were inconsistent[2] in skipping or designation of attorney objections along with designation of the counsel asking the question (which is not spoken, and not on the video), in either event such material would not be read or appear on the deposition video. SINCO's counter designations again assumes that any objections by counsel will be removed from the testimony, as well as reference to the attorney asking the question.

[1] Defendants' Deposition Designations is not Proper Notice as required under FRE 609.
[2] For Example: Bryan Lim 19:3; 25:18; 59:13-19; 62:17-20; 80:23 and 85:22 (Defendants designating objections) 39:17; 40:3; 42:21; 47:20; 48:8 and 17; 51:17; 56:4 and 11; 57:18; 64:20 and 65:7 (Defendants designating attorney name). Many more are included not herein referenced.

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

### *COUNTER-DESIGNATIONS AND OBJECTIONS*

These counter-designations anticipate the removal of objections and interaction not in the form of a question by counsel as presented to the Jury.

**I.    Minh Chi Nguyen** (United States)

| DEPOSITION OF MINH CHI NGUYEN, taken on **AUGUST 24, 2018** *(Page and Line Numbers)* | | | |
|---|---|---|---|
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 5:25-6:8 | | | |
| 8:1-9:8 | | | |
| 9:10 – 9:17 | | | |
| 9:19-21 | | | |
| 9:24-10:1 | | | |
| 10:13-10:24 | 106 | 10:8-:11:1 | |
| 11:22-13:12 | 106 | 11:19-13:18 | |
| 14:6-10 | | | |
| 14:13-14 | | | |
| 14:17-23 | | | |
| 15:8-16:21 | | | |
| 17:21-18:6 | 106  SPEC | 17:21-18:20; 20:2-21:16; 25:7-26:18 and 27:24-28:7 | |
| 18:12-13 | | | |
| 31:11-31:23 | 106 | 31:11-31:25 | |
| 37:12-38:2 | 106 | 36:4-38:13 | |
| 52:11-53:12 | 106 | 52:11-54:25 and 55:3-62:24 | |
| 56:5-60:19 | | | |
| 62:15-18 | | | |

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

ROPERS
MAJESKI
A Professional Corporation
Menlo Park

| DEPOSITION OF MINH CHI NGUYEN, taken on AUGUST 24, 2018 *(Page and Line Numbers)* | | | |
|---|---|---|---|
| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| 63:15-21 | 106 | 63:2-63:25 | |
| 64:21-65:19 | 106 | 64:9-67:23 | |
| 71:22-72:2 | 106  M | 70:1-72:2 | |
| 72:14-73:7 | 106 | 72:14-73:21 | |
| 99:24-101:3 | 106 | 98:21-101:23 | |
| 101:24-102:5 | | | |
| 106:9-107:6 | 106 | 103:16-110:18 | |
| 109:2-110:18 | | | |
| 113:8-23 | 106 | 113:8-114:25 | |
| 146:3-147:18 | 106 | 146:3-147:24; 149:7-24 and 150:1-151:20 | |
| 151:12-152:13 | | | |
| 154:9-156:4 | 106 | 154:9-157:1 and 157:3-8 | |
| 156:6-19 | | | |
| 157:9-19 | 106 | 157:9-159:24 | |
| 158:14-24 | | | |
| 163:25-165:12 | 106 | 163:8-165:12 | |
| 168:2-19 | 106 | 165:19-171:18 | |
| 171:22-172:13 | 106 | 171:22-172:15 | |
| 185:6-19 | 106 | 184:17-185:19 | |

SINCO intends on calling this witness to testify live at trial.

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

## II.   BRYAN LIM (Singapore)

| DEPOSITION OF BRYAN LIM, TAKEN ON **APRIL 5, 2019** *(Page and Line Numbers)* | | | | |
|---|---|---|---|---|
| **PLAINTIFF'S DEPOSITION DESIGNATION** | **DEFENDANTS DEPOSITION DESIGNATION** | **OBJECTIONS TO DEFENDANTS DESIGNATIONS** | **PLAINTIFFS' COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| | 5:3-4 | | | |
| | 5:5-11 | | | |
| | 5:16-6:6 | | | |
| 8:10-11:7 | | | | |
| | 9:1-12:13 | 106 | 8:10-12:13 | |
| 11:17-24 | | | | |
| 13:3-16 | 13:3-11 | 106 | 12:20-13:16 | |
| 14:2-15:16 | 14:2-14:6 | 106 | 14:2-16:4 | |
| | 15:8-25 | | | |
| | 17:6-18:3 | 106 | 16:18-23:4 | |
| | 18:6-17 | | | |
| | 19:2-9 | | | |
| | 19:12-13 | | | |
| | 19:16-20:1 | | | |
| | 20:4-8 | | | |
| | 20:14-16 | | | |
| | 20:18 | | | |
| | 20:21-21:5 | | | |
| | 21:20-23:4 | | | |
| | 24:1 | 401/402 NR | | |
| 24:2-25:15 | | | | |

| DEPOSITION OF BRYAN LIM, TAKEN ON **APRIL 5, 2019** *(Page and Line Numbers)* | | | | |
|---|---|---|---|---|
| **PLAINTIFF'S DEPOSITION DESIGNATION** | **DEFENDANTS DEPOSITION DESIGNATION** | **OBJECTIONS TO DEFENDANTS DESIGNATIONS** | **PLAINTIFFS' COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| | 25:16-27:14 | 106 | 25:16-28:25 | |
| 25:22-27:14 | | | | |
| | 29:1-4 | M | 28:17-30:17 | |
| | 29:7 | RD L 401/402 403 | | |
| | 29:9-12 | L 401/402 403 | | |
| | 29:16 | 401/402 403 | | |
| | 30:12-17 | L 401/402 403 | | |
| | 30:21 | | | |
| | 30:23-24 | 106 | 30:23-31:22 | |
| | 31:2-9 | | | |
| | 31:11 | | | |
| | 31:19-22 | | | |
| | 32:1-3 | | | |
| 32:5-38:15 | 32:5-6 | 401/402 | 32:5-40:13 | |
| | 32:10-13 | 106 | | |
| | 33:15 | 401/402 | | |
| | 33:17-35:12 | 106 | | |
| | 35:15-36:21 | 106 | | |
| | 36:23-38:15 | 106 | | |
| | 38:23-39:11 | 106 | | |
| 39:6-40:13 | 39:13-24 | M 106 | | |
| | 40:1-14 | 106 | | |

ROPERS MAJESKI
A Professional Corporation
Menlo Park

4828-6865-8169.2

- 5 -

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

| Plaintiff's Deposition Designation | Defendants Deposition Designation | Objections to Defendants Designations | Plaintiffs' Counter-Designation | Objections to Counter-Designation |
|---|---|---|---|---|
| | 41:7-42:8 | 106 | 41:7-42:11 | |
| 41:11-42:1 | | | | |
| 42:12-43:15 | 42:12-15 | 106 V | | |
| | 42:18-23 | 106 V | | |
| | 43:2-19 | 106 M | | |
| | 43:21-22 | 106 | | |
| | 43:24-44:2 | V 106 | | |
| | 44:4 | 106 | | |
| | 44:7-8 | 106 | | |
| | 44:10-45:21 | | | |
| | 45:23-46:11 | 106 | 45:23-46:22 | |
| 46:23-47:16 | 46:23-25 | V 106 | 46:23-47:16 | |
| | 47:4-9 | | | |
| | 47:11-13 | | | |
| | 47:19-48:5 | 106 | 47:15-54:11 | |
| | 48:7-48:14 | | | |
| | 48:16-51:10 | | | |
| 49:12-51:6 | | | | |
| | 51:12-13 | | | |
| | 51:15-19 | | | |
| | 52:22-54:16 | | | |

4828-6865-8169.2

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

**DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 5, 2019**
*(Page and Line Numbers)*

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

| DEPOSITION OF BRYAN LIM, TAKEN ON **APRIL 5, 2019** *(Page and Line Numbers)* | | | | |
|---|---|---|---|---|
| PLAINTIFF'S DEPOSITION DESIGNATION | DEFENDANTS DEPOSITION DESIGNATION | OBJECTIONS TO DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| 51:20-54:11 | | | | |
| 54:20-55:6 | 54:20-24 | V | | |
| | 55:1-2 | V | | |
| | 55:4-13 | 403 401/402 LC | 55:4-59:5 | |
| | 55:18-23 | 403 401/402 LC L | | |
| | 56:1-7 | 403 401/402 LC L | | |
| | 56:9-15 | 403 401/402 LC | | |
| | 56:18-24 | 403 401/402 LC | | |
| | 57:2 | 403 401/402 LC | | |
| | 57:4-13 | 403 401/402 LC | | |
| | 57:16-24 | NR 401/402 LC | | |
| | 58:3-9 | NR 401/402 LC L | | |
| | 58:12-59:1 | 403 401/402 LC | | |
| | 59:4-10 | 403 401/402 LC | | |
| | 59:13-19 | NR L | | |
| | 59:22-25 | 106 | 59:20-62:16 | |
| | 61:1-62:13 | | | |
| | 62:17-20 | 401/402 NR | 62:17-24 | |
| | 63:12-17 | 403 401/402 LC | 63:12 -65:16 | |
| | 63:20-64:16 | | | |

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

| DEPOSITION OF BRYAN LIM, TAKEN ON **APRIL 5, 2019** *(Page and Line Numbers)* | | | | |
|---|---|---|---|---|
| **PLAINTIFF'S DEPOSITION DESIGNATION** | **DEFENDANTS DEPOSITION DESIGNATION** | **OBJECTIONS TO DEFENDANTS DESIGNATIONS** | **PLAINTIFFS' COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| | 64:19-65:2 | | | |
| | 65:5 - 16 | | | |
| 64:24-68:18 | 65:17-66:12 | | | |
| | 66:17-67:22 | | | |
| | 68:1-20 | | | |
| | 68:23-25 | 106 | 65:17-72:8 | |
| | 69:2-20 | | | |
| 69:4-11 | | | | |
| | 70:2-72:4 | | | |
| | 72:18-77:11 | | | |
| | 77:25-78:23 | | | |
| | 79:2-81:6 | 106 | 72:18-85:12 | |
| | 82:24-83:2 | | | |
| | 84:8-85:12 | | | |
| | 85:18-21 | | | |
| | 85:25-87:6 | | | |
| 84:10-92:19 | 87:8-88:19 | 106 | 85:18-91:14 | |
| | 89:21-90:7 | | | |
| | 90:10-91:6 | | | |
| | 91:12-14 | 106 | 91:12-99:6 | |
| | 91:18 | | | |

4828-6865-8169.2

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

| DEPOSITION OF BRYAN LIM, TAKEN ON **APRIL 5, 2019** *(Page and Line Numbers)* | | | | |
|---|---|---|---|---|
| **PLAINTIFF'S DEPOSITION DESIGNATION** | **DEFENDANTS DEPOSITION DESIGNATION** | **OBJECTIONS TO DEFENDANTS DESIGNATIONS** | **PLAINTIFFS' COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| | 91:20-93:1 | | | |
| | 93:23-95:1 | | | |
| 94:10-96:5 | 95:3-9 | | | |
| | 95:12-96:18 | | | |
| 97:5-98:23 | 97:5-98:9 | | | |
| | 98:11-99:4 | | | |
| | 99:6 | | | |
| | 99:10-100:17 | V | | |
| 99:14-100:17 | | | | |
| | 101:5-10 | | 101:5-102:21; 103:1-105:4 and 106:18-23 | |
| 101:15-102:21 | | 106 | | |
| 103:1-105:4 | | | | |
| 106:18-23 | | | | |
| 108:22-111:4 | | V 106 | 108:22-111:12 | |
| | 110:19-111:12 | | | |
| | 112:2-11 | 401/402 403 RD LC L | | |
| | 112:24-113:12 | 401/402 403 RD LC L | | |
| | 113:15-16 | 401/402 403 RD LC L | | |
| | 113:18-114:1 | 401/402 403 RD LC L | | |
| 114:23-115:12 | 114:25-115:3 | 106 | 114:23-115:20 | |
| | 115:9-12 | 106 | 114:23-115:20 | |
| | 116:25-117:7 | 106 | 116:15-117:7 | |

ROPERS
MAJESKI
A Professional Corporation
Menlo Park

ROPERS
M A J E S K I

A Professional Corporation
Menlo Park

| | | | | |
|---|---|---|---|---|
| DEPOSITION OF BRYAN LIM, TAKEN ON **APRIL 5, 2019** | | | | |
| *(Page and Line Numbers)* | | | | |
| PLAINTIFF'S DEPOSITION DESIGNATION | DEFENDANTS DEPOSITION DESIGNATION | OBJECTIONS TO DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| | 118:11-14 | 106 | 117:10-120:20 | |
| | 118:16 | | | |
| | 118:18-119:7 | | | |
| 118:22-119:5 | | | | |
| | 119:9-10 | | | |
| | 119:12-22 | | | |
| | 120:1-4 | | | |
| 120:6-20 | | | | |
| | 121:10-13 | 106 | 121:4-122:20 | |
| | 121:17-22 | | | |
| 121:18-122:20 | 121:24-122:4 | | | |
| | 123:1-3 | V 106 | 123:1-124:11 | |
| | 123:6 | 106 | | |
| | 123:8 | V 106 | | |
| | 123:10-14 | V 106 | | |
| | 123:16-17 | 106 | | |
| | 123:19-20 | L 106 | | |
| | 123:22-124:11 | 106 | | |
| | 127:9-128:2 | 106 | 124:21-125:24; 126:9-128:5 | |
| | 128:4-5 | | | |
| | 133:22-134:5 | 106 | 133:22-134:14 | |
| | 136:6-22 | 106 | 136:6-138:11 | |

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

| DEPOSITION OF BRYAN LIM, TAKEN ON **APRIL 5, 2019** *(Page and Line Numbers)* | | | | |
|---|---|---|---|---|
| PLAINTIFF'S DEPOSITION DESIGNATION | DEFENDANTS DEPOSITION DESIGNATION | OBJECTIONS TO DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| | 136:25-137:20 | | | |
| | 138:24-140:15 | 106 | 138:24 -143:7 | |
| 139:21-143:7 | 140:19-141:5 | | | |
| | 153:19-22 | 106 | 153:19-155:25 | |
| | 154:9-155:13 | | | |
| | 155:15-25 | | | |
| | 156:23-162:3 | V LC RD | 156:23-158:4 | |
| 156:23-158:4 | | | | |
| | 165:16-17 | 106 RD | 165:16-171:10 and 172:2-174:12 | |
| | 165:20-166:24 | | | |
| 165:24-175:19 | 167:2-23 | | | |
| | 168:20-169:17 | | | |
| | 169:21-170:4 | | | |
| | 170:6 | | | |
| | 170:19-171:4 | | | |
| | 174:14-175:19 | | | |
| 177:2-178:18 | | | | |
| | 179:2-180:23 | 106 | 179:2-184:12 | |
| 179:22-180:19 | | | | |
| | 181:4-18 | | | |
| 181:19-184:12 | | | | |
| | 185:9-186:11 | M | | |

4828-6865-8169.2

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

III.    **JONATHAN CHEE** (Singapore)

<table>
<tr><td colspan="4">DEPOSITION OF JONATHAN CHEE, TAKEN ON **APRIL 4, 2019**<br>(*Page and Line Numbers*)</td></tr>
<tr><th>DEFENDANTS' DEPOSITION DESIGNATION</th><th>OBJECTIONS TO DESIGNATIONS</th><th>PLAINTIFF COUNTER-DESIGNATION</th><th>OBJECTIONS TO COUNTER-DESIGNATION</th></tr>
<tr><td>6:4-11</td><td></td><td></td><td></td></tr>
<tr><td>6:22-24</td><td>401/402</td><td></td><td></td></tr>
<tr><td>7:12-16</td><td></td><td></td><td></td></tr>
<tr><td>8:10-13</td><td></td><td></td><td></td></tr>
<tr><td>8:18-25</td><td></td><td></td><td></td></tr>
<tr><td>9:15-25</td><td rowspan="2">609 MIL4 403 EXCL</td><td></td><td></td></tr>
<tr><td>13:2-5</td><td></td><td></td></tr>
<tr><td>16:6-17:17</td><td>401/402  106</td><td>16:6-17:14</td><td></td></tr>
<tr><td>17:23-18:16</td><td>106</td><td>17:23-21:25</td><td></td></tr>
<tr><td>25:5</td><td>106</td><td rowspan="4">25:1-31:16</td><td></td></tr>
<tr><td>25:7-28:16</td><td>106</td><td></td></tr>
<tr><td>28:18-19</td><td>106</td><td></td></tr>
<tr><td>28:21-29:20</td><td>106</td><td></td></tr>
<tr><td>39:18-42:8</td><td rowspan="2">106</td><td rowspan="2">38:11-44:17</td><td></td></tr>
<tr><td>42:19-44:17</td><td></td></tr>
<tr><td>47:4-49:18</td><td rowspan="3"></td><td rowspan="3"></td><td></td></tr>
<tr><td>49:21-50:22</td><td></td></tr>
<tr><td>51:1-15</td><td></td></tr>
<tr><td>52:17-56:25</td><td>106</td><td>52:17-54:12 and 54:22-58:17</td><td></td></tr>
<tr><td>63:18-64:19</td><td>401/402  106</td><td>63:3-64:14</td><td></td></tr>
</table>

ROPERS

MAJESKI

A Professional Corporation
Menlo Park

| DEPOSITION OF JONATHAN CHEE, TAKEN ON **APRIL 4, 2019** | | | |
|---|---|---|---|
| (*Page and Line Numbers*) | | | |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 64:24-25 | 401/402  106 | 64:15-70:6 | |
| 65:3-66:11 | | | |
| 66:13-14 | | | |
| 66:16-67:15 | | | |
| 67:18-68:1 | | | |
| 68:5 | | | |
| 68:7-70:6 | | | |
| 71:4-8 | 106 | 71:4-8; 72:14-73:1 and 73:3-15 | |
| 73:16-25 | 106 | 73:16-99:25 | |
| 74:3 | | | |
| 74:6-11 | | | |
| 74:13-74:22 | | | |
| 75:1-19 | | | |
| 75:21-76:1 | | | |
| 76:3-10 | | | |
| 76:12-22 | | | |
| 76:24-25 | | | |
| 77:2-78:1 | | | |
| 78:3-22 | | | |
| 79:4-9 | | | |
| 79:11 | | | |
| 79:13 | | | |

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
| --- | --- | --- | --- |
| (*Page and Line Numbers*) | | | |
| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| 79:15-16 | 106 | 73:16-99:25 | |
| 79:18-21 | | | |
| 79:25-80:10 | | | |
| 80:16-82:16 | | | |
| 82:23 | | | |
| 82:25 | | | |
| 83:2-14 | | | |
| 83:19-21 | | | |
| 83:24-84:13 | | | |
| 84:20-85:8 | | | |
| 85:23-86:10 | | | |
| 86:12 | | | |
| 86:14-94:17 | | | |
| 94:19-21 | | | |
| 94:23-95:15 | | | |
| 95:19-97:4 | | | |
| 109:3-110:5 | 106 | 109:3-114:17 | |
| 110:8-10 | | | |
| 110:12-16 | | | |
| 111:6-112:25 | | | |
| 113:5-14 | | | |
| 113:25-114:21 | | | |

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019<br>(*Page and Line Numbers*) | | | |
|---|---|---|---|
| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| 115:6-20 | 106 | 115:6-124:18 | |
| 115:23-24 | | | |
| 116:1-8 | | | |
| 116:10-12 | | | |
| 118:17-119:3 | | | |
| 119:5-18 | | | |
| 119: 20-21 | | | |
| 120:1-121:5 | | | |
| 121:7-123:2 | | | |
| 123:4-17 | | | |
| 123:20-25 | | | |
| 148:22-149:20 | 401/402 | | |
| 149:16-20 | | | |
| 150:14 | | | |
| 150:16-25 | | | |
| 151:1-20 | 609 MIL4 403 EXCL | | |
| 156:4-23 | 609 MIL4 403 EXCL | | |
| 157:1 | 609 MIL4 403 EXCL | | |
| 157:21-24 | 609 MIL4 403 EXCL | | |

4828-6865-8169.2

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

DEPOSITION OF JONATHAN CHEE, TAKEN ON **APRIL 4, 2019**
(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 160:19-161:2 | 401/402 403 LC | | |
| 161:4-7 | 401/402 403 LC | | |
| 161:11-17 | 401/402 403 LC | | |
| 163:4-25 | 106 | 163:4 – 167:6 | |
| 164:3-9 | | | |
| 164:15 | | | |
| 165:20-166:11 | | | |
| 167:3-6 | | | |
| 167:8-16 | 106 | 167:8-174:21 | |
| 168:1-14 | | | |
| 168:16-169:8 | | | |
| 169:18-170:14 | | | |
| 170:13-14 | | | |
| 170:17-172:11 | | | |
| 172:16-173:5 | | | |
| 174:1-21 | | | |
| 178:22-179:13 | 106 | 178:22-180:21 | |
| 180:5-13 | | | |
| 182:6-183:9 | 106 | 181:15-184:13 | |
| 183:12-184:1 | | | |
| 186:14-189:13 | 106 | 184:24-190:8 | |
| 189:16-23 | | | |

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

4828-6865-8169.2

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

DEPOSITION OF JONATHAN CHEE, TAKEN ON **APRIL 4, 2019**
(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 190:1-8 | 106 | 184:24-190:8 | |
| 190:13-193:17 | 106 | 190:13-195:25 | |
| 193:21-194:25 | | | |
| 198:12-200:7 | 106 | 198:6-203:20 | |
| 200:9-202:1 | | | |
| 205:5-208:23 | 401/402 | 205:5-208:22 | |
| 209:13-210:9 | 401/402 | | |
| 210:11-19 | | | |
| 210:21-19 | 106 | 210:21-216:12 | |
| 214:1-16 | | | |
| 215:3-216:8 | | | |
| 217:2-219:1 | 106 | 217:2-223:4 | |
| 219:11-222:14 | | | |
| 229:5-10 | 106 | 228:19-231:6 | |
| 240:5-8 | 106 | 240:5-252:22 | |
| 240:10-246:17 | | | |
| 246:23-249:25 | | | |
| 250:3-252:22 | | | |

SINCO intends on calling this witness to testify live at trial.

**IV.    SINCO 30(b)(6)** (Jonathan Chee)

<table>
<tr><td colspan="4"><strong>DEPOSITION OF SINCO 30 (b)(6) TAKEN ON SEPTEMBER 16, 2019</strong><br><em>(Page and Line Numbers)</em></td></tr>
<tr><th>DEFENDANTS' DEPOSITION DESIGNATION</th><th>OBJECTIONS TO DESIGNATIONS</th><th>PLAINTIFF COUNTER-DESIGNATION</th><th>OBJECTIONS TO COUNTER-DESIGNATION</th></tr>
<tr><td>5:7-8</td><td></td><td></td><td></td></tr>
<tr><td>5:14-16</td><td></td><td></td><td></td></tr>
<tr><td>6:18-22</td><td></td><td></td><td></td></tr>
<tr><td>6:24-7:2</td><td></td><td></td><td></td></tr>
<tr><td>7:3-5</td><td>401/402</td><td></td><td></td></tr>
<tr><td>8:9-15</td><td>106</td><td>8:9-9:11</td><td></td></tr>
<tr><td>9:22-12:13</td><td></td><td></td><td></td></tr>
<tr><td>12:21-23</td><td rowspan="3">106</td><td rowspan="3">12:21-14:8</td><td></td></tr>
<tr><td>13:4-14</td><td></td></tr>
<tr><td>13:18-14:8</td><td></td></tr>
<tr><td>14:18-21</td><td rowspan="5">106</td><td rowspan="5">14:18-18:25</td><td></td></tr>
<tr><td>15:5-16:4</td><td></td></tr>
<tr><td>16:8-11</td><td></td></tr>
<tr><td>16:14-18:1</td><td></td></tr>
<tr><td>18:14-23</td><td></td></tr>
<tr><td>19:5-21:1</td><td>106</td><td>19:5-21:16</td><td></td></tr>
<tr><td>21:19-22:3</td><td>106</td><td>21:19-22:16</td><td></td></tr>
</table>

ROPERS MAJESKI
A Professional Corporation
Menlo Park

DEPOSITION OF SINCO 30 (b)(6) TAKEN ON **SEPTEMBER 16, 2019**
(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 22:6-16 | | | |
| 23:4-24:7 | | | |
| 24:14-26:14 | 106 | 23:4-31:17 | |
| 26:21-23 | | | |
| 27:1-15 | | | |
| 27:17-25 | | | |
| 28:5-31:17 | | | |
| 32:1-34:8 | | | |
| 34:25-35:10 | 106 403 | 34:10-35:10 | |
| 35:24-37:10 | 106 | 35:24-37:15 | |
| 37:14-15 | | | |
| 38:1-39:3 | | | |
| 39:8-13 | 403 LC | | |
| 39:14-39:15 | | | |
| 39:18-40:6 | 106 | 39:14-40:23 | |
| 40:12-23 | | | |

ROPERS
MAJESKI
A Professional Corporation
Menlo Park

DEPOSITION OF SINCO 30 (b)(6) TAKEN ON **SEPTEMBER 16, 2019**
(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 41:7-42:6 | 106 | 41:7-46:15 | |
| 42:9-12 | | | |
| 42:14-43:16 | | | |
| 43:25 | | | |
| 44:4-6 | | | |
| 44:12-23 | | | |
| 45:1-10 | | | |
| 46:14-15 | | | |
| 46:16-48:1 | | | |
| 48:19-50:17 | | | |
| 50:19-24 | | | |
| 51:1-52:6 | | | |
| 52:11 | RD 401/402 | | |
| 53:22-23 | MIL TR | | |
| 53:25 | MIL TR | | |
| 54:5-8 | MIL TR | | |
| 54:14-55:11 | MIL TR | | |

ROPERS
M A J E S K I

A Professional Corporation
Menlo Park

| DEPOSITION OF SINCO 30 (b)(6) TAKEN ON SEPTEMBER 16, 2019 *(Page and Line Numbers)* | | | |
|---|---|---|---|
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 56:5-12 | 106 | 56:5-60:16 | |
| 56:16-24 | | | |
| 57:5-8 | | | |
| 57:19-58:6 | | | |
| 58:10-23 | | | |
| 58:25 | | | |
| 59:2-18 | | | |
| 60:4-16 | | | |
| 61:6-62:22 | 106 | 61:3 -70:21 | |
| 63:10-68:19 | | | |
| 68:23-69:17 | | | |
| 70:9-21 | | | |

Dated: September 8, 2021          Respectfully submitted,

ROPERS MAJESKI PC


By: ____/s/ Lael Andara____
LAEL D. ANDARA
ROBIN M. PEARSON
DANIEL E. GAITAN
*Attorneys for Plaintiff*
SINCO TECHNOLOGIES PTE LTD

ROPERS
M A J E S K I
A Professional Corporation
Menlo Park

4828-6865-8169.2

PLAINTIFF'S DEPO DESIGNATIONS
3:17CV5517

DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendants* XINGKE ELECTRONICS
(DONGGUAN) CO., LTD., formerly known as
SINCO ELECTRONICS (DONGGUAN) CO., LTD.,
LIEW YEW SOON aka, MARK LIEW, NG CHER
YONG. aka CY NG, and MUI LIANG TJOA aka ML
TJOA

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17-CV-05517-EMC <br><br> Action Filed: September 22, 2017 <br><br> **REPLY TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS AND NOTICE OF COUNTER-DESIGNATIONS** <br><br> Date:      October 5, 2021 <br> Time:      3:00 p.m. <br> Place:     Courtroom 5, 17th Floor <br><br> **Judge:  Honorable Edward M. Chen** <br><br> **Trial:  November 1, 2021** |

Plaintiff SinCo Technologies Pte. Ltd, ("SINCO") hereby provides objections and counter designations to Defendants' identified Deposition testimony. Any designation including discussion by the attorney, other than objections, with the witness are intended as it provides context for later testimony.

| ABBREVIATION | OBJECTIONS |
|---|---|
| 106 | Rule of completeness to designation. (page:line to page:line). Objections removed. |
| 401/402 | Testimony in designation not relevant to claims or defenses in this action. |
| 403 | Designation causes unfair prejudice, confuses the issues, misleads the jury, wastes time (asked and answered). |
| 609 | Presumption Against Reference to Prior Conviction over ten years old.[1] |
| MIL | Subject to motion *in limine*. |
| LC | Calls for legal conclusion. |
| RD | Testimony is not based on Personal Knowledge, but simply reading a document provided by |
| NR | Non-responsive; no question pending. |
| SPEC | Calls for speculation. |
| V | Vague. |
| M | Misstates the testimony. |

Any objections are presumed removed from any deposition testimony read or played before the Jury. Defendants designations were inconsistent[2] in skipping or designation of attorney objections along with designation of the counsel asking the question (which is not spoken, and not on the video), in either event such material would not be read or appear on the deposition video. SINCO's counter designations again assumes that any objections by counsel will be removed from the testimony, as well as reference to the attorney asking the question.

### *COUNTER-DESIGNATIONS AND OBJECTIONS*

These counter-designations anticipate the removal of objections and interaction not in the form of a question by counsel as presented to the Jury.

**I.      Minh Chi Nguyen** (United States)

| DEPOSITION OF MINH CHI NGUYEN, TAKEN ON AUGUST 24, 2018 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 5:25-6:8 | | | |
| 8:1-9:8 | | | |
| 9:10 — 9:17 | | | |
| 9:19-21 | | | |
| 9:24-10:1 | | | |
| 10:13-10:24 | 106 | 10:8-:11:1 | |
| 11:22-13:12 | 106 | 11:19-13:18 | Rule 401 / 403.  Part of Plaintiff's counter-designation (13:18) is only one line of a question and no response is provided and thus it should not be included.  Beyond this issue, Defendants have no objection to Plaintiff's counter-designation. |
| 14:6-10 | | | |
| 14:13-14 | | | |
| 14:17-23 | | | |
| 15:8-16:21 | | | |
| 17:21-18:6 | 106 SPEC | 17:21-18:20; 20:2-21:16; 25:7-26:18 and 27:24-28:7 | Rule 401 / 403 / 106. Plaintiff's counter-designations do not correct a misleading impression; rather, it |
| 18:12-13 | | | |

| DEPOSITION OF MINH CHI NGUYEN, TAKEN ON AUGUST 24, 2018 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| | | | seeks to admit testimony regarding a completely separate topic (i.e., employment status of Liew and Ng). |
| 31:11-31:23 | 106 | 31:11-31:25 | |
| 37:12-38:2 | 106 | 36:4-38:13 | Rule 401 / 403 / 106. 36:4 - 37:11 does not correct a misleading impression; rather, it discusses propriety information for another company — not the original company discussed in Defendants' original designations. |
| 52:11-53:12 | 106 | 52:11-54:25 and 55:3-62:24 | *See* Defendants MIL No. 5. 52:13-54:25, although discussing the same project, this pertains to the issue of trade secrets; it is irrelevant for claims at issue in the federal case. |
| 56:5-60:19 | | | |
| 62:15-18 | | | |
| 63:15-21 | 106 | 63:2-63:25 | |
| 64:21-65:19 | 106 | 64:9-67:23 | |
| 71:22-72:2 | 106 M | 70:1-72:2 | In the event Plaintiff's counter-designations are admitted into evidence, under Fed. R. Evid. 106, Defendants counter-designate: 72:14-73:24; 74:6-9; ; 74:16-74:19-20; 79:4-80:15. |
| 72:14-73:7 | 106 | 72:14-73:21 | In the event Plaintiff's counter-designations are admitted into evidence, under Fed. R. Evid. 106, Defendants counter-designate: 72:14- |

| DEPOSITION OF MINH CHI NGUYEN, TAKEN ON AUGUST 24, 2018 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| | | | 73:24; 74:6-9; ; 74:16-74:19-20; 79:4-80:15. |
| 99:24-101:3 | 106 | 98:21-101:23 | |
| 101:24-102:5 | | | |
| 106:9-107:6 | 106 | 103:16-110:18 | Hearsay.  Page 103:16-22 repeats the witness's prior declaration and counsel's statement is not required to be admitted under Fed. R. Evid. 106. |
| 109:2-110:18 | | | |
| 113:8-23 | 106 | 113:8-114:25 | Under Fed. R. Evid. 106, 113:8-114:25 and 115:25-9 should be included. |
| 146:3-147:18 | 106 | 146:3-147:24; 149:7-24 and 150:1-151:20 | Hearsay and Lack of Personal Knowledge. In pages 150:10-151:11, the witness is repeating what he heard from other Plaintiff employees and even admits "Firsthand knowledge, no I do not know." |
| 151:12-152:13 | | | |
| 154:9-156:4 | 106 | 154:9-157:1 and 157:3-8 | |
| 156:6-19 | | | |
| 157:9-19 | 106 | 157:9-159:24 | |
| 158:14-24 | | | |
| 163:25-165:12 | 106 | 163:8-165:12 | Hearsay and FRE 403. 163:8-163:25 is an incomplete answer to a question that was not counter-designated and also repeats the witness's prior declaration. |
| 168:2-19 | 106 | 165:19-171:18 | Hearsay and FRE 403. 165:19-165:25 repeats the witness's prior out-of-court statement; 166:20-24 |

| DEPOSITION OF MINH CHI NGUYEN, TAKEN ON AUGUST 24, 2018 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| | | | (same); and the remainder of Plaintiff's counter designation is irrelevant or should be excluded under FRE 403. |
| 171:22-172:13 | 106 | 171:22-172:15 | |
| 185:6-19 | 106 | 184:17-185:19 | FRE 401/403.  The counter-designations pertain to the state trade secret allegations.  *See* Defendants MIL No. 5. |

SINCO intends on calling this witness to testify live at trial.

## II.   BRYAN LIM (Singapore)

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 4, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| PLAINTIFF'S DEPOSITION DESIGNATION | DEFENDANTS DEPOSITION DESIGNATION | OBJECTIONS TO DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| | 5:3-4 | | | |
| | 5:5-11 | | | |
| | 5:16-6:6 | | | |
| 8:10-11:7 | | | | |
| | 9:1-12:13 | 106 | 8:10-12:13 | |
| 11:17-24 | | | | |
| 13:3-16 | 13:3-11 | 106 | 12:20-13:16 | |
| 14:2-15:16 | 14:2-14:6 | 106 | 14:2-16:4 | |
| | 15:8-25 | | | |
| | 17:6-18:3 | 106 | 16:18-23:4 | |

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 4, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| | 18:6-17 | | | |
| | 19:2-9 | | | |
| | 19:12-13 | | | |
| | 19:16-20:1 | | | |
| | 20:4-8 | | | |
| | 20:14-16 | | | |
| | 20:18 | | | |
| | 20:21-21:5 | | | |
| | 21:20-23:4 | | | |
| | 24:1 | 401/402 NR | | |
| 24:2-25:15 | | | | |
| | 25:16-27:14 | 106 | 25:16-28:25 | |
| 25:22-27:14 | | | | |
| | 29:1-4 | M | 28:17-30:17 | Testimony is relevant because it pertains to SinCo Silicon Rubber, with whom one of the defendants had entered into an employment agreement. No objections to Plaintiff's counter-designations (28:17-30:17). |
| | 29:7 | **RD L 401/402** 403 | | |
| | 29:9-12 | **L 401/402 403** | | |
| | 29:16 | 401/402 **403** | | |
| | 30:12-17 | L 401/402 403 | | |
| | 30:21 | | | |
| | 30:23-24 | 106 | 30:23-31:22 | |
| | 31:2-9 | | | |
| | 31:11 | | | |
| | 31:19-22 | | | |

DEFS' REPLY TO OBJECTIONS TO DEPO. DESIGNATIONS                    3:17-CV-05517-EMC

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 4, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| | 32:1-3 | | | |
| 32:5-38:15 | 32:5-6 | 401/402 | | |
| | 32:10-13 | 106 | | |
| | 33:15 | 401/402 | | |
| | 33:17-35:12 | 106 | | |
| | 35:15-36:21 | 32:5-40:13 106 | | |
| | 36:23-38:15 | 106 | | |
| | 38:23-39:11 | 106 | | |
| 39:6-40:13 | 39:13-24 | M 106 | | |
| | 40:1-14 | 106 | | |
| | 41:7-42:8 | 106 | 41:7-42:11 | 42:8-11 are counsel's objections; these should be excluded. |
| 41:11-42:1 | | | | |
| 42:12-43:15 | 42:12-15 | 106 V | | The question is not vague; the witness was able to answer the question. |
| | 42:18-23 | 106 V | | The question is not vague; the witness was able to answer the question. |
| | 43:2-19 | 106 M | | The question does not misstate testimony.  In 43:8, the witness admits the customer would speak to Defendants; thus, counsel's follow-up question that a customer would speak with Defendants on its own does not misstate testimony. |

7

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 4, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| | 43:21-22 | 106 | | Plaintiff's raises a FRE 106 objection but does not counter-designate any testimony that should be admitted for completeness. |
| | 43:24-44:2 | V 106 | | The question is not vague; the witness was able to answer the question. |
| | 44:4 | 106 | | Plaintiff raises a FRE 106 objection but does not counter-designate any testimony that should be admitted for completeness. |
| | 44:7-8 | 106 | | Plaintiff raises a FRE 106 objection but does not counter-designate any testimony that should be admitted for completeness. |
| | 44:10-45:21 | | | |
| | 45:23-46:11 | 106 | 45:23-46:22 | |
| 46:23-47:16 | 46:23-25 | V 106 | 46:23-47:16 | The question is not vague; the witness was able to answer the question. |
| | 47:4-9 | | | |
| | 47:11-13 | | | |
| | 47:19-48:5 | | | |
| | 48:7-48:14 | | | |
| | 48:16-51:10 | | | |
| 49:12-51:6 | | | | |
| | 51:12-13 | | | |
| | 51:15-19 | | | |

DEFS' REPLY TO OBJECTIONS TO DEPO. DESIGNATIONS                    3:17-CV-05517-EMC

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 4, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| | 52:22-54:16 | | | |
| **PLAINTIFF'S DEPOSITION DESIGNATION** | **DEFENDANTS DEPOSITION DESIGNATION** | **OBJECTIONS TO DEFENDANTS DESIGNATIONS** | **PLAINTIFFS' COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 51:20-54:11 | | | | |
| 54:20-55:6 | 54:20-24 | V | | The question is not vague; the witness was able to answer the question. |
| | 55:1-2 | V | | |
| | 55:4-13 | 403 401/402 LC | | The witness's inability to answer basic questions regarding his motivations and reasons for bringing a lawsuit against Defendants — had they not used the "SinCo" name — is relevant because it demonstrates the level of animosity and bias the witness had against Defendants.  This suggests that SinCo SG brought a meritless case against Defendants because the two were in direct competition for customers after SinCo DG was sold, rather than due to Trademark infringement. |
| | 55:18-23 | 403 401/402 LC L | | |
| | 56:1-7 | 403 401/402 LC L | | |
| | 56:9-15 | 403 401/402 LC | 55:4-59:5 | |
| | 56:18-24 | 403 401/402 LC | | |
| | 57:2 | 403 401/402 LC | | |
| | 57:4-13 | 403 401/402 LC | | |
| | 57:16-24 | NR 401/402 LC | | |
| | 58:3-9 | NR 401/402 LC L | | |
| | 58:12-59:1 | 403 401/402 LC | | |
| | 59:4-10 | 403 401/402 LC | | |
| | 59:13-19 | NR L | | |
| | 59:22-25 | | | |

9

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 4, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| | 61:1-62:13 | 106 | 59:20-62:16 | |
| | 62:17-20 | 401/402 NR | 62:17-24 | 62:17-24 contains an exchange between counsel only, and thus this exchange be omitted. |
| | 63:12-17 | 403 401/402 LC | 63:12 -65:16 | |
| | 63:20-64:16 | | | |
| **PLAINTIFF'S DEPOSITION DESIGNATION** | **DEFENDANTS DEPOSITION DESIGNATION** | **OBJECTIONS TO DEFENDANTS DESIGNATIONS** | **PLAINTIFFS' COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| | 64:19-65:2 | | | |
| | 65:5 - 16 | | | |
| 64:24-68:18 | 65:17-66:12 | | | |
| | 66:17-67:22 | | | |
| | 68:1-20 | | | |
| | 68:23-25 | 106 | 65:17-72:8 | |
| | 69:2-20 | | | |
| 69:4-11 | | | | |
| | 70:2-72:4 | | | |
| | 72:18-77:11 | | | |
| | 77:25-78:23 | | | |
| | 79:2-81:6 | 106 | 72:18-85:12 | |
| | 82:24-83:2 | | | |
| | 84:8-85:12 | | | |
| | 85:18-21 | | | |

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 4, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| 84:10-92:19 | 85:25-87:6 | 106 | 85:18-91:14 | |
| | 87:8-88:19 | | | |
| | 89:21-90:7 | | | |
| | 90:10-91:6 | | | |
| | 91:12-14 | 106 | 91:12-99:6 | |
| | 91:18 | | | |

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 5, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| PLAINTIFF'S DEPOSITION DESIGNATION | DEFENDANTS DEPOSITION DESIGNATION | OBJECTIONS TO DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| | 91:20-93:1 | | | |
| | 93:23-95:1 | | | |
| 94:10-96:5 | 95:3-9 | | | |
| | 95:12-96:18 | | | |
| 97:5-98:23 | 97:5-98:9 | | | |
| | 98:11-99:4 | | | |
| | 99:6 | | | |
| | 99:10-100:17 | V | | Nothing is vague about the question nor answer.  The witness states he purportedly heard Defendants were pretending to be Plaintiff and that he subsequently clarified with the customer that this wasn't true, which undermines any |

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 5, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| | | | | argument that there was "actual confusion". |
| 99:14-100:17 | | | | |
| | 101:5-10 | 106 | 101:5-102:21; 103:1-105:4 and | |
| 101:15-102:21 | | | | |
| 103:1-105:4 | | | 106:18-23 | |
| 106:18-23 | | | | |
| 108:22-111:4 | | V 106 | 108:22-111:12 | |
| | 110:19-111:12 | | | |
| | 112:2-11 | 401/402 403 RD LC L | | This line of questioning is relevant because it demonstrates that the witness had made prior inconsistent statements (i.e., Plaintiff's complaint and his inability to determine whether this is true or not). |
| | 12 112:24-113- | 401/402 403 RD LC L | | |
| | 113:15-16 | 401/402 403 RD LC L | | |
| | 1 113:18-114- | 401/402 403 RD LC L | | |
| 114:23-115:12 | 114:25-115:3 | 106 | 114:23-115:20 | |
| | 115:9-12 | 106 | 114:23-115:20 | |
| | 116:25-117:7 | 106 | 116:15-117:7 | |
| | 118:11-14 | | | |
| | 118:16 | | | |
| | 118:18-119:7 | | | |
| 118:22-119:5 | | | | |
| | 119:9-10 | | | |
| | 119:12-22 | | | |

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 5, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
|  | 120:1-4 |  |  |  |
| 120:6-20 |  |  |  |  |
|  | 121:10-13 | 106 | 121:4-122:20 |  |
|  | 121:17-22 |  |  |  |
| 121:18-122:20 | 121:24-122:4 |  |  |  |
|  | 123:1-3 | V 106 | 123:1-124:11 |  |
|  | 123:6 | 106 |  |  |
|  | 123:8 | V 106 |  |  |
|  | 123:10-14 | V 106 |  |  |
|  | 123:16-17 | 106 |  |  |
|  | 123:19-20 | L 106 |  |  |
|  | 123:22-124:11 | 106 |  |  |
|  | 127:9-128:2 | 106 | 124:21-125:24; 126:9-128:5 |  |
|  | 128:4-5 |  |  |  |
|  | 133:22-134:5 | 106 | 133:22-134:14 |  |
|  | 136:6-22 | 106 | 136:6-138:11 |  |
|  | 136:25-137:20 |  |  |  |
|  | 138:24-140:15 | 106 | 138:24 -143:7 |  |
| 139:21-143:7 | 140:19-141:5 |  |  |  |
|  | 153:19-22 | 106 | 153:19-155:25 |  |
|  | 154:9-155:13 |  |  |  |
|  | 155:15-25 |  |  |  |
|  | 156:23-162:3 | V LC **RD** | 156:23-158:4 | The exchange is neither vague nor a |

| DEPOSITION OF BRYAN LIM, TAKEN ON APRIL 5, 2019 | | | | |
|---|---|---|---|---|
| *(Page and Line Numbers)* | | | | |
| 156:23-158:4 | | | | legal conclusion. Counsel is reading from a document in which the deponent corresponded with a non-party regarding the sale of SinCo DG; the fact that the deponent was aware of an upcoming sale and received compensation for it suggests that he consented to the sale. |
| 165:24-175:19 | 165:16-17 | 106 **RD** | 165:16-171:10 **and 172:2-174:12** | The deponent is confronted by his prior statement from a document. The admission of such evidence is proper for its truth and Defendants' designations are proper. |
| | 165:20-166:24 | | | |
| | 167:2-23 | | | |
| | 168:20-169:17 | | | |
| | **169:21-170:4** | | | |
| | **170:6** | | | |
| | **170:19-171:4** | | | |
| | **174:14-175:19** | | | |
| 177:2-178:18 | | | | |
| 179:22-180:19 | 179:2-180:23 | 106 | 179:2-184:12 | |
| | 181:4-18 | | | |
| 181:19-184:12 | | | | |
| | 185:9-186:11 | M | | Nothing is misleading. The witness answers the question in the affirmative (186:14). As such, the proper designation should be 185:9-186:14. |

14

III.   **JONATHAN CHEE** (Singapore)

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 6:4-11 | | | |
| 6:22-24 | 401/402 | | |
| 7:12-16 | | | |
| 8:10-13 | | | |
| 8:18-25 | | | |
| 9:15-25 | 609 MIL4 403 EXCL | | *See* Defendants' Opposition to MIL No. 4. |
| 13:2-5 | | | |
| 16:6-17:17 | 401/402 106 | 16:6-17:14 | |
| 17:23-18:16 | 106 | 17:23-21:25 | |
| 25:5 | 106 | | FRE 401 / 403 / 701 / Speculation.  In Plaintiff's counter-designations (29:20-31:16), the witness admits, "Yes I would be speculating. I would not know…" and opines about "minority oppression" and other complex business concepts even though he has not been designated or qualified as an expert witness (Rule 701). |
| 25:7-28:16 | 106 | | |
| 28:18-19 | 106 | | |
| 28:21-29:20 | 106 | 25:1-31:16 | |
| 39:18-42:8 | 106 | 38:11-44:17 | |
| 42:19-44:17 | | | |
| 47:4-49:18 | | | |
| 49:21-50:22 | | | |

15

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 51:1-15 | | | |
| 52:17-56:25 | 106 | 52:17-54:12 and | |
| 63:18-64:19 | 401/402 106 | 63:3-64:14 | Testimony regarding Plaintiff's business structure and the "ultimate decision maker" is relevant to SinCo SG's conduct in this case. |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 64:24-25 | | | It is relevant that the "word" SinCo is publicly being used by multiple companies but Plaintiff is not prosecuting these companies (affirmative defenses). |
| 65:3-66:11 | | | |
| 66:13-14 | | | |
| 66:16-67:15 | 401/402 106 | 64:15-70:6 | |
| 67:18-68:1 | | | |
| 68:5 | | | |
| 68:7-70:6 | | | |
| 71:4-8 | 106 | 71:4-8; 72:14-73:1 and 73:3-15 | |
| 73:16-25 | | | |
| 74:3 | | | |
| 74:6-11 | | | |
| 74:13-74:22 | | | |
| 75:1-19 | | | |
| 75:21-76:1 | | | |
| 76:3-10 | | | |
| 76:12-22 | | | |
| 76:24-25 | | | |

DEFS' REPLY TO OBJECTIONS TO DEPO. DESIGNATIONS                    3:17-CV-05517-EMC

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 77:2-78:1 | | | |
| 78:3-22 | | | |
| 79:4-9 | | | |
| 79:11 | | | |
| 79:13 | | | |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 79:15-16 | | | Rule 401 and 403. Testimony from 97:5-99:25 pertain to tooling and design of products (trade secrets). *See* Defendants MIL No. 5. |
| 79:18-21 | | | |
| 79:25-80:10 | | | |
| 80:16-82:16 | | | |
| 82:23 | | | |
| 82:25 | | | |
| 83:2-14 | | | |
| 83:19-21 | | | |
| 83:24-84:13 | 106 | 73:16-99:25 | |
| 84:20-85:8 | | | |
| 85:23-86:10 | | | |
| 86:12 | | | |
| 86:14-94:17 | | | |
| 94:19-21 | | | |
| 94:23-95:15 | | | |
| 95:19-97:4 | | | |
| 109:3-110:5 | 106 | 109:3-114:17 | Rule 106.  Plaintiff's counter-designation |

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 110:8-10 | | | cuts off 114:18-21, in which Plaintiff admits that counsel's statement is true. |
| 110:12-16 | | | |
| 111:6-112:25 | | | |
| 113:5-14 | | | |
| 113:25-114:21 | | | |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 115:6-20 | | | |
| 115:23-24 | | | |
| 116:1-8 | | | |
| 116:10-12 | | | |
| 118:17-119:3 | | | |
| 119:5-18 | 106 | 115:6-124:18 | |
| 119: 20-21 | | | |
| 120:1-121:5 | | | |
| 121:7-123:2 | | | |
| 123:4-17 | | | |
| 123:20-25 | | | |
| 148:22-149:20 | | | |
| 149:16-20 | | | |
| 150:14 | | | Plaintiff's failure to prosecute other companies using the "SinCo" name is relevant as it goes towards Defendants' affirmative defenses. |
| 150:16-25 | 401/402 | | |

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 151:1-20 | 609 MIL4 403 EXCL | | *See* Defendants' Opposition to MIL No. 4. |
| 156:4-23 | 609 MIL4 403 EXCL | | |
| 157:1 | 609 MIL4 403 EXCL | | |
| 157:21-24 | 609 MIL4 403 EXCL | | |
| 160:19-161:2 | 401/402 403 LC | | Defendants' designations are proper impeachment under FRE 608(b) (specific instances of untruthful act). Deponent admits being the COO of a company despite being disqualified. |
| 161:4-7 | 401/402 403 LC | | |
| 161:11-17 | 401/402 403 LC | | |
| 163:4-25 | 106 | 163:4 —167:6 | |
| 164:3-9 | | | |
| 164:15 | | | |
| 165:20-166:11 | | | |
| 167:3-6 | | | |
| 167:8-16 | | | |
| 168:1-14 | | | |
| 168:16-169:8 | | | |
| 169:18-170:14 | | | |
| 170:13-14 | | | |
| 170:17-172:11 | | | |
| 172:16-173:5 | | | |

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 174:1-21 | | | |
| 178:22-179:13 | 106 | 178:22-180:21 | |
| 180:5-13 | | | |
| 182:6-183:9 | 106 | 181:15-184:13 | |
| 183:12-184:1 | | | |
| 186:14-189:13 | 106 | 184:24-190:8 | |
| 189:16-23 | | | |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 190:1-8 | 106 | 184:24-190:8 | |
| 190:13-193:17 | 106 | 190:13-195:25 | |
| 193:21-194:25 | | | |
| 198:12-200:7 | 106 | 198:6-203:20 | |
| 200:9-202:1 | | | |
| 205:5-208:23 | 401/402 | 205:5-208:22 | The deponent's decision to amend language at issue in this case suggests that the deponent understood such language to create an ambiguity and thus is relevant to the issue of whether Defendants Mark Liew and Cy Ng were employees of SinCo SG or Xingke. |
| 209:13-210:9 | 401/402 | | Evidence that contradicts SinCo SG's allegations in the complaint (a party admission) is proper impeachment by specific contradiction, |
| 210:11-19 | | | |

| DEPOSITION OF JONATHAN CHEE, TAKEN ON APRIL 4, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| | | | which permits extrinsic evidence. *See US v. Antonakeas*, 255 F.3d 714, 724 (9th Cir. 2001). |
| 210:21-19 | 106 | 210:21-216:12 | |
| 214:1-16 | | | |
| 215:3-216:8 | | | |
| 217:2-219:1 | 106 | 217:2-223:4 | |
| 219:11-222:14 | | | |
| 229:5-10 | 106 | 228:19-231:6 | |
| 240:5-8 | 106 | 240:5-252:22 | |
| 240:10-246:17 | | | |
| 246:23-249:25 | | | |
| 250:3-252:22 | | | |

SINCO intends on calling this witness to testify live at trial.

IV.    **SINCO 30(b)(6)** (Jonathan Chee)

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| 5:7-8 | | | |
| 5:14-16 | | | |
| 6:18-22 | | | |
| 6:24-7:2 | | | |
| 7:3-5 | 401/402 | | |

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 8:9-15 | 106 | 8:9-9:11 | |
| 9:22-12:13 | | | |
| 12:21-23 | 106 | 12:21-14:8 | |
| 13:4-14 | | | |
| 13:18-14:8 | | | |
| 14:18-21 | 106 | 14:18-18:25 | |
| 15:5-16:4 | | | |
| 16:8-11 | | | |
| 16:14-18:1 | | | |
| 18:14-23 | | | |
| 19:5-21:1 | 106 | 19:5-21:16 | |
| 21:19-22:3 | 106 | 21:19-22:16 | |

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| 22:6-16 | | | |
| 23:4-24:7 | | | |
| 24:14-26:14 | | | |
| 26:21-23 | | | |

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 27:1-15 | | | |
| 27:17-25 | | | |
| 28:5-31:17 | 106 | 33:4-31:17 | |
| 32:1-34:8 | | | |
| 34:25-35:10 | 106 403 | 34:10-35:10 | |
| 35:24-37:10 | 106 | 35:24-37:15 | |
| 37:14-15 | | | |
| 38:1-39:3 | | | |
| 39:8-13 | 403 LC | | |
| 39:14-39:15 | 106 | 39:14-40:23 | |
| 39:18-40:6 | | | |
| 40:12-23 | | | |

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
| 41:7-42:6 | | | |
| 42:9-12 | | | |
| 42:14-43:16 | | | |

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 43:25 | 106 | 41:7-46:15 | |
| 44:4-6 | | | |
| 44:12-23 | | | |
| 45:1-10 | | | |
| 46:14-15 | | | |
| 46:16-48:1 | | | |
| 48:19-50:17 | | | |
| 50:19-24 | | | |
| 51:1-52:6 | | | |
| 52:11 | RD 401/402 | | The witness answers a question posed in 52:2-6 and thus Defendants' designation is relevant. |
| 53:22-23 | MIL TR | | Defendants agree to withdraw this designation. |
| 53:25 | MIL TR | | Defendants agree to withdraw this designation. |
| 54:5-8 | MIL TR | | Defendants agree to withdraw this designation. |
| 54:14-55:11 | MIL TR | | Defendants agree to withdraw this designation. |

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| **DEFENDANTS' DEPOSITION DESIGNATION** | **OBJECTIONS TO DESIGNATIONS** | **PLAINTIFF COUNTER-DESIGNATION** | **OBJECTIONS TO COUNTER-DESIGNATION** |
| 56:5-12 | | | |
| 56:16-24 | | | |

| DEPOSITION OF SINCO 30(b)(6), TAKEN ON SEPEMBER 16, 2019 | | | |
|---|---|---|---|
| *(Page and Line Numbers)* | | | |
| 57:5-8 | 106 | 56:5-60:16 | |
| 57:19-58:6 | | | |
| 58:10-23 | | | |
| 58:25 | | | |
| 59:2-18 | | | |
| 60:4-16 | | | |
| 61:6-62:22 | 106 | 61:3 -70:21 | |
| 63:10-68:19 | | | |
| 68:23-69:17 | | | |
| 70:9-21 | | | |

Dated:  September 10, 2021.             ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ *Douglas A. Winthrop*
      DOUGLAS A. WINTHROP

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO.,
LTD., formerly known as SINCO
ELECTRONICS (DONGGUAN) CO., LTD.,
LIEW YEW SOON aka, MARK LIEW, NG
CHER YONG. aka CY NG, and MUI LIANG
TJOA aka ML TJOA

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing DEFENDANTS' REPLY TO OBJECTIONS TO DEPOSITION DESIGNATIONS on September 14, 2021.

*/s/ Douglas A. Winthrop*
DOUGLAS A. WINTHROP