UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINCO TECHNOLOGIES PTE LTD.,

              Plaintiff,

      v.

SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al.,

              Defendants.

Case No. 17-cv-05517-EMC

**ORDER RE RULE 26 DISCLOSURES**

Docket No. 475

Both parties have objected to trial witnesses who were not formally identified in Rule 26 disclosures (*e.g.*, employees of Google, Intel, Apple, etc.; Miriam Paton; and Guanglei Zhang). The Court is not, at this time, deciding whether these witnesses will be permitted to testify at trial, especially as, for some of the witnesses, there are also independent grounds for objection (*e.g.*, Ms. Paton and Mr. Zhang). However, at this time, the Court is authorizing the objecting party to take the deposition(s) of the witness(es) at issue as this would largely cure any alleged prejudice from the late disclosure. The depositions shall take place no later than October 7, 2021. By taking the deposition(s), the objecting party is not waiving prior objections.

      **IT IS SO ORDERED**.

Dated: September 16, 2021

_____

EDWARD M. CHEN
United States District Judge