DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

WHGC, P.L.C.
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17-cv-05517-EMC<br><br>Action Filed: September 22, 2017<br><br>***CORRECTED* DECLARATION OF JOSEPH FARRIS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF:**<br><br>**(1) DEFENDANTS' MOTIONS IN LIMINE NOS. 1-6**<br><br>**(2) PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS IN LIMINE NOS. 1-6**<br><br>**Judge:**  **Honorable Edward M. Chen**<br><br>**Trial:**  **November 1, 2021** |

I, Joseph Farris, declare as follows:

1. I am an attorney and senior associate at the law firm of Arnold & Porter Kaye Scholer, LLP, counsel of record for Defendants XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD. ("XingKe"), MUI LIANG TJOA aka ML TJOA, NG CHER YONG aka CY NG, and LIEW YEW SOON aka MARK LIEW (together, "Defendants"). I am over the age of 18 and competent to testify on the matters herein of my own personal knowledge.

2. I submit this declaration pursuant to N.D. Cal. Local Rule 79-5(d) to establish compelling reasons for granting Defendants' Administrative Motion to File Under Seal Portions of Defendants' Motions in Limine Nos. 1-6, and Portions of Plaintiff's Oppositions to Defendants' Motion in Limine Nos. 1-6 ("Defendants' Administrative Motion to File Under Seal").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Alan J. Cox, Ph.D., which was attached as Exhibit A to the Farris Declaration in Support of Defendants' Motion in Limine No. 1. Defendants request that this entire document be filed under seal, as this document contains materials designated by one or more parties as "Confidential" or "Confidential - Attorneys' Eyes Only" and contains confidential information such as revenue reports, personally identifying information, financial information, and/or materials one or more of the parties are contractually obligated to maintain as confidential.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Henry J. Kahrs, CPA/ABV/CFF, CFE, CMA, which was attached as Exhibit B to the Farris Declaration in Support of Defendants' Motion in Limine No. 1. Defendants request that this entire document be filed under seal, as this document contains materials designated by one or more parties as "Confidential" or "Confidential - Attorneys' Eyes Only" and contains confidential information such as revenue reports, personally identifying information, financial information, and/or materials one or more of the parties are contractually obligated to maintain as confidential.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Sales and Purchase Reports Humen for years 2013-2017, which were attached as Exhibits 8-12 to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 1. Plaintiff has requested

that these documents be filed under seal in their entirety.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the redacted and unredacted versions email communications bates labelled SINCO516527- SINCO516539, which were attached as Exhibit 175 to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 1.  Plaintiff has requested that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the redacted and unredacted versions the Minh Chi Nguyen Declaration dated August 7, 2018, which was attached as Exhibit 339 to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 1.  Plaintiff has requested that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the redacted and unredacted versions of a customer audit document, which was attached as Ex. 399 to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 3.  Plaintiff has requested that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Master Purchase Agreement between SinCo Dongguan (now XingKe) and Google, which was attached as Exhibit E to the Farris Declaration in Support of Defendants' Motion in Limine No. 4.  Plaintiff has requested that this document be filed under seal in its entirety.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the redacted and unredacted versions of emails from Mark Liew, which were attached as Exhibit F to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 4.  Plaintiff has requested that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the redacted and unredacted versions of an email from Mark Liew to Cynthia, which was attached as Exhibit A to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 4. Defendants

request that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal, as it contains confidential information such as non-public banking information and personally identifiable information.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the redacted and unredacted versions Mark Liew's Visa Application, which was attached as Exhibit B to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 4. Defendants request that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal, as it contains confidential information such as non-public banking information and personally identifiable information.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the redacted and unredacted versions of documents bates labelled SINCO576259-60, which was attached as Exhibit G to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 4. Defendants request that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal, as it contains confidential information such as non-public banking information and personally identifiable information.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Mr. Ng's employment application, which was attached as Exhibit 3 to the Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 5. Defendants request that this document be filed publicly using the proposed redactions, with the unredacted version filed under seal, as it contains confidential information such as non-public banking information and personally identifiable information.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the redacted and unredacted versions of photographs of ML Tjoa, which were attached as Exhibit 68 to Gaitan Declaration in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 6. Plaintiff has requested that this document be filed publicly using the proposed redactions, with the unredacted

//

//

//

version filed under seal.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 16th day of September, 2021, in Castro Valley, California.

                                          /s/ *Joseph Farris*
                                          JOSEPH FARRIS