DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SINCO TECHNOLOGIES PTE LTD.,

Plaintiff,

vs.

SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),

Defendants.

Case No. 3:17-CV-05517-EMC

Action Filed: September 22, 2017

**DEFENDANTS' AMENDED DISCOVERY AND DEPOSITION DESIGNATIONS**

**Judge: Honorable Edward M. Chen**

**Trial: November 1, 2021**

Pursuant to the Court's September 28, 2021 Order (ECF 438), Defendants provide this amended designation of written discovery and deposition testimony for trial. For the Court's convenience, attached hereto as Exhibit A is a redline reflecting all changes.

Defendants hereby submit the following Discovery and Deposition Designations and provide notice of intent to read the following designated documents or transcripts or play the videos at trial. Defendants reserve the right to supplemental these disclosures, including to add designations for any witnesses that become unavailable for trial due to travel restrictions or otherwise.

**Written Discovery Designations**

| Date | Discovery | Designated Responses |
|---|---|---|
| 3/8/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Response to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Request for Admissions | Nos. 5-9<br>Nos. 31, 33, 35, 37, 39, 41, 43, 45, 47, 49<br>Nos. 51, 53, 55, 57, 59, 61, 63, 65, 67, 69<br>Nos. 91, 93, 95, 97, 99, 101, 103, 105, 107, 109<br>Nos. 111, 113, 115, 117, 119, 121, 123, 125, 127, 129<br>Nos. 130-134<br>Nos. 142-144<br>No. 152 |
| 3/15/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Responses to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Interrogatories to SinCo Technologies Pte Ltd. | No. 5 at 31:4-15, 31:18-27, 32:16-33:16<br>No. 12 at 46:7-9<br>No. 13 at 46:28.<br>No. 16 at 49:17-19<br>No. 17 at 50:27-51:2<br>No. 18 at 52:10-12<br>No. 19 at 53:21-22<br>No. 20 at 55:10-13<br>No. 21 at 56:21-24<br>No. 22 at 57:19-22<br>No. 23 at 58:13-14 |
| 5/9/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Amended Responses to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Request for Admissions | Nos. 5, 6, 142, 143, 144 |

| 5/9/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Amended Responses to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Interrogatories to SinCo Technologies Pte Ltd. | No. 15 at 28:27-29:3 |
|---|---|---|

**Deposition Designations**

Defendants previously designated the deposition testimony of three witnesses: Minh Chi Nguyen, Jonathan Chee (both in his individual capacity and as a FRCP 30(b)(6) designee), and Bryan Lim, and incorporate those designations herein. However, insofar as Plaintiff has indicated its intent to call Minh Nguyen and Jonathan Chee to provide live testimony at trial, Defendants do not expect to rely upon deposition designations for these witnesses, other than for impeachment purposes as necessary; to the extent that Defendants do elect to play any further deposition testimony other than for impeachment purposes, Defendants do not expect that the total time for both cross-examination and deposition for any witness would exceed the current estimate of cross-examination time. Plaintiff has also indicated its intent to call Bryan Lim via recorded deposition testimony. Defendants' designations for Mr. Lim that do not overlap with Plaintiff's designations amount to less than 30 minutes of testimony (less than the 1 hour of cross-examination that Defendants had previously anticipated).

Dated: October 1, 2021.

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Joseph Farris*
JOSEPH FARRIS

*Attorneys for Defendants* XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing DEFENDANTS' AMENDED DISCOVERY AND DEPOSITION DESIGNATIONS via the Court's ECF system on October 1, 2021.

/s/ *Joseph Farris*
JOSEPH FARRIS

# EXHIBIT A

DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SINCO TECHNOLOGIES PTE LTD.,

Plaintiff,

vs.

SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),

Defendants.

Case No. 3:17-CV-05517-EMC

Action Filed: September 22, 2017

**DEFENDANTS' AMENDED DISCOVERY AND DEPOSITION DESIGNATIONS**

**Judge: Honorable Edward M. Chen**

**Trial: November 1, 2021**

Pursuant to the Court's September 28, 2021 Order (ECF 438), Defendants provide this amended designation of written discovery and deposition testimony for trial. For the Court's convenience, attached hereto as Exhibit A is a redline reflecting all changes.

Defendants hereby submit the following Discovery and Deposition Designations and provide notice of intent to read the following designated documents or transcripts or play the videos at trial. Defendants reserve the right to supplemental these disclosures, including to add designations for any witnesses that become unavailable for trial due to travel restrictions or otherwise. These Discovery Designations were served on Plaintiffs and SinCo SG on September 3, 2021. Pursuant to the Court's Standing Order, Defendants will provide a hard copies of these documents upon completion.

**Written Discovery Designations**

| Date | Discovery | Designated Responses |
|---|---|---|
| 3/8/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Response to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Request for Admissions | Nos. 1 through 1535-9<br>Nos. 31, 33, 35, 37, 39, 41, 43, 45, 47, 49<br>Nos. 51, 53, 55, 57, 59, 61, 63, 65, 67, 69<br>Nos. 91, 93, 95, 97, 99, 101, 103, 105, 107, 109<br>Nos. 111, 113, 115, 117, 119, 121, 123, 125, 127, 129<br>Nos. 130-134<br>Nos. 142-144<br>No. 152 |
| 3/15/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Responses to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Interrogatories to SinCo Technologies Pte Ltd. | No. 1 at 5:20-23, 6:2-9:21.<br>No. 4 at 30:27-31:3.<br><br>No. 5 at 31:4-15, 31:18-27, 32:16-33:16.<br>No. 6 at 34:13-15.<br>No. 7 at 35:10-12.<br>No. 8 at 36:22-24.<br>No. 9 at 37:16-39:21, 40:1-25.<br>No. 12 at 46:7-9.<br>No. 13 at 46:28.<br>No. 14 at 47:20<br>No. 15 at 48:6-7, 48:9-11.<br>No. 16 at 49:14-19.49:17-19<br>No. 17 at 50:25-51:2.50:27-51:2 |

| | | |
|---|---|---|
| | | No. 18 at ~~52:8-12.~~52:10-12<br>No. 19 at ~~53:19-22.~~53:21-22<br>No. 20 at ~~55:8-13.~~55:10-13<br>No. 21 at ~~56:18-24.~~56:21-24<br>No. 22 at 57:19-22~~.~~<br>No. 23 at 58:13-14~~.~~<br>~~No. 24 at 59:6-7.~~ |
| 5/9/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Amended Responses to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Request for Admissions | Nos. 5, 6, 142, 143, 144~~, 145.~~ |
| 5/9/2019 | Plaintiff SinCo Technologies Pte Ltd.'s Amended Responses to Defendant XingKe Electronics (Dongguan) Co., Ltd.'s First Interrogatories to SinCo Technologies Pte Ltd. | ~~No. 6 at 6:9-16.~~<br>~~No. 7 at 7:11-19.~~<br>~~No. 8 at 9:9-17.~~<br>No. 15 at 28:27-29:3~~.~~ |

**Deposition Designations**

Defendants previously designated the deposition testimony of three witnesses: Minh Chi Nguyen, Jonathan Chee (both in his individual capacity and as a FRCP 30(b)(6) designee), and Bryan Lim, and incorporate those designations herein. However, insofar as Plaintiff has indicated its intent to call Minh Nguyen and Jonathan Chee to provide live testimony at trial, Defendants do not expect to rely upon deposition designations for these witnesses, other than for impeachment purposes as necessary; to the extent that Defendants do elect to play any further deposition testimony other than for impeachment purposes, Defendants do not expect that the total time for both cross-examination and deposition for any witness would exceed the current estimate of cross-examination time. Plaintiff has also indicated its intent to call Bryan Lim via recorded deposition testimony. Defendants' designations for Mr. Lim that do not overlap with Plaintiff's designations amount to less than 30 minutes of testimony (less than the 1 hour of cross-examination that Defendants had previously anticipated).

| ~~Deposition of Minh Chi Nguyen August 24, 2018~~ | | | | | |
|---|---|---|---|---|---|
| ~~Designation Type (Affirmative/Counter)~~ | ~~Begin Page~~ | ~~Begin Line~~ | ~~End Page~~ | ~~End Line~~ | ~~Objection~~ |
| ~~Affirmative~~ | ~~5~~ | ~~25~~ | ~~6~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~8~~ | ~~1~~ | ~~9~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~9~~ | ~~10~~ | ~~9~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~9~~ | ~~19~~ | ~~9~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~9~~ | ~~24~~ | ~~10~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~10~~ | ~~13~~ | ~~10~~ | ~~24~~ | |
| ~~Affirmative~~ | ~~11~~ | ~~22~~ | ~~13~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~14~~ | ~~6~~ | ~~14~~ | ~~10~~ | |
| ~~Affirmative~~ | ~~14~~ | ~~13~~ | ~~14~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~14~~ | ~~17~~ | ~~14~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~15~~ | ~~8~~ | ~~16~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~17~~ | ~~21~~ | ~~18~~ | ~~6~~ | |
| ~~Affirmative~~ | | | | | |

| ~~Deposition of Minh Chi Nguyen August 24, 2018 – CONFIDENTIAL-ATTORNEYS' EYES ONLY (portion)~~ | | | | | |
|---|---|---|---|---|---|
| ~~Designation Type (Affirmative/Counter)~~ | ~~Begin Page~~ | ~~Begin Line~~ | ~~End Page~~ | ~~End Line~~ | ~~Objection~~ |
| ~~Affirmative~~ | ~~18~~ | ~~12~~ | ~~18~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~31~~ | ~~11~~ | ~~31~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~37~~ | ~~12~~ | ~~38~~ | ~~2~~ | |
| ~~Affirmative~~ | ~~52~~ | ~~11~~ | ~~53~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~56~~ | ~~5~~ | ~~60~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~62~~ | ~~15~~ | ~~62~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~63~~ | ~~15~~ | ~~63~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~64~~ | ~~21~~ | ~~65~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~71~~ | ~~22~~ | ~~72~~ | ~~2~~ | |
| ~~Affirmative~~ | ~~72~~ | ~~14~~ | ~~73~~ | ~~7~~ | |
| ~~Affirmative~~ | ~~99~~ | ~~24~~ | ~~101~~ | ~~3~~ | |
| ~~Affirmative~~ | ~~101~~ | ~~24~~ | ~~102~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~106~~ | ~~9~~ | ~~107~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~109~~ | ~~2~~ | ~~110~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~113~~ | ~~8~~ | ~~113~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~146~~ | ~~3~~ | ~~147~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~151~~ | ~~12~~ | ~~152~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~154~~ | ~~9~~ | ~~156~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~156~~ | ~~6~~ | ~~156~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~157~~ | ~~9~~ | ~~157~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~158~~ | ~~14~~ | ~~158~~ | ~~21~~ | |

| ~~**Deposition of Minh Chi Nguyen**~~<br>~~**August 24, 2018 – CONFIDENTIAL-ATTORNEYS' EYES ONLY (portion)**~~ | | | | | |
|---|---|---|---|---|---|
| ~~**Designation Type (Affirmative/Counter)**~~ | ~~**Begin Page**~~ | ~~**Begin Line**~~ | ~~**End Page**~~ | ~~**End Line**~~ | ~~**Objection**~~ |
| | ~~163~~ | ~~25~~ | ~~165~~ | ~~12~~ | |
| | ~~168~~ | ~~2~~ | ~~168~~ | ~~19~~ | |
| | ~~171~~ | ~~22~~ | ~~172~~ | ~~13~~ | |
| | ~~185~~ | ~~6~~ | ~~185~~ | ~~19~~ | |

| ~~**Deposition of Bryan Lim**~~<br>~~**April 5, 2019**~~ | | | | | |
|---|---|---|---|---|---|
| ~~**Designation Type (Affirmative/Counter)**~~ | ~~**Begin Page**~~ | ~~**Begin Line**~~ | ~~**End Page**~~ | ~~**End Line**~~ | ~~**Objection**~~ |
| ~~Affirmative~~ | ~~5~~ | ~~3~~ | ~~5~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~5~~ | ~~5~~ | ~~5~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~5~~ | ~~16~~ | ~~6~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~9~~ | ~~1~~ | ~~12~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~13~~ | ~~3~~ | ~~13~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~14~~ | ~~2~~ | ~~14~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~15~~ | ~~8~~ | ~~15~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~17~~ | ~~6~~ | ~~18~~ | ~~3~~ | |
| ~~Affirmative~~ | ~~18~~ | ~~6~~ | ~~18~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~19~~ | ~~2~~ | ~~19~~ | ~~9~~ | |
| ~~Affirmative~~ | ~~19~~ | ~~12~~ | ~~19~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~19~~ | ~~16~~ | ~~20~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~20~~ | ~~4~~ | ~~20~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~20~~ | ~~14~~ | ~~20~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~20~~ | ~~18~~ | ~~20~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~20~~ | ~~21~~ | ~~21~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~21~~ | ~~20~~ | ~~23~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~24~~ | ~~1~~ | ~~24~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~25~~ | ~~16~~ | ~~27~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~29~~ | ~~1~~ | ~~29~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~29~~ | ~~7~~ | ~~29~~ | ~~7~~ | |
| ~~Affirmative~~ | ~~29~~ | ~~9~~ | ~~29~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~29~~ | ~~16~~ | ~~29~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~30~~ | ~~12~~ | ~~30~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~30~~ | ~~21~~ | ~~30~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~30~~ | ~~23~~ | ~~30~~ | ~~24~~ | |
| ~~Affirmative~~ | ~~31~~ | ~~2~~ | ~~31~~ | ~~9~~ | |
| ~~Affirmative~~ | ~~31~~ | ~~11~~ | ~~31~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~31~~ | ~~19~~ | ~~31~~ | ~~22~~ | |
| ~~Affirmative~~ | ~~32~~ | ~~1~~ | ~~32~~ | ~~3~~ | |

| Deposition of Bryan Lim<br>April 5, 2019 | | | | | |
|---|---|---|---|---|---|
| Designation Type (Affirmative/Counter) | Begin Page | Begin Line | End Page | End Line | Objection |
| Affirmative | 32 | 5 | 32 | 6 | |
| Affirmative | 32 | 10 | 33 | 13 | |
| Affirmative | 33 | 15 | 33 | 15 | |
| Affirmative | 33 | 17 | 35 | 12 | |
| Affirmative | 35 | 15 | 36 | 21 | |
| Affirmative | 36 | 23 | 38 | 15 | |
| Affirmative | 38 | 23 | 39 | 11 | |
| Affirmative | 39 | 13 | 39 | 24 | |
| Affirmative | 40 | 1 | 40 | 14 | |
| Affirmative | 41 | 7 | 42 | 8 | |
| Affirmative | 42 | 12 | 42 | 15 | |
| Affirmative | 42 | 18 | 42 | 23 | |
| Affirmative | 43 | 2 | 43 | 19 | |
| Affirmative | 43 | 21 | 43 | 22 | |
| Affirmative | 43 | 24 | 44 | 2 | |
| Affirmative | 44 | 4 | 44 | 4 | |
| Affirmative | 44 | 7 | 44 | 8 | |
| Affirmative | 44 | 10 | 45 | 21 | |
| Affirmative | 45 | 23 | 46 | 11 | |
| Affirmative | 46 | 23 | 46 | 25 | |
| Affirmative | 47 | 4 | 47 | 9 | |
| Affirmative | 47 | 11 | 47 | 13 | |
| Affirmative | 47 | 19 | 48 | 5 | |
| Affirmative | 48 | 7 | 48 | 14 | |
| Affirmative | 48 | 16 | 51 | 10 | |
| Affirmative | 51 | 12 | 51 | 13 | |
| Affirmative | 51 | 15 | 52 | 19 | |
| Affirmative | 52 | 22 | 54 | 16 | |
| Affirmative | 54 | 20 | 54 | 24 | |
| Affirmative | 55 | 1 | 55 | 2 | |
| Affirmative | 55 | 4 | 55 | 13 | |
| Affirmative | 55 | 18 | 55 | 23 | |
| Affirmative | 56 | 1 | 56 | 7 | |
| Affirmative | 56 | 9 | 56 | 15 | |
| Affirmative | 56 | 18 | 56 | 24 | |
| Affirmative | 57 | 2 | 57 | 2 | |
| Affirmative | 57 | 4 | 57 | 13 | |
| Affirmative | 57 | 16 | 57 | 24 | |
| Affirmative | 58 | 3 | 58 | 9 | |

| ~~Deposition of Bryan Lim April 5, 2019~~ | | | | | |
|---|---|---|---|---|---|
| ~~Designation Type (Affirmative/Counter)~~ | ~~Begin Page~~ | ~~Begin Line~~ | ~~End Page~~ | ~~End Line~~ | ~~Objection~~ |
| ~~Affirmative~~ | ~~58~~ | ~~12~~ | ~~59~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~59~~ | ~~4~~ | ~~59~~ | ~~10~~ | |
| ~~Affirmative~~ | ~~59~~ | ~~13~~ | ~~59~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~59~~ | ~~22~~ | ~~59~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~61~~ | ~~1~~ | ~~62~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~62~~ | ~~17~~ | ~~62~~ | ~~20~~ | |
| ~~Affirmative~~ | ~~63~~ | ~~12~~ | ~~63~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~63~~ | ~~20~~ | ~~64~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~64~~ | ~~19~~ | ~~65~~ | ~~2~~ | |
| ~~Affirmative~~ | ~~65~~ | ~~5~~ | ~~66~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~66~~ | ~~17~~ | ~~67~~ | ~~22~~ | |
| ~~Affirmative~~ | ~~68~~ | ~~1~~ | ~~68~~ | ~~20~~ | |
| ~~Affirmative~~ | ~~68~~ | ~~23~~ | ~~68~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~69~~ | ~~2~~ | ~~69~~ | ~~20~~ | |
| ~~Affirmative~~ | ~~70~~ | ~~2~~ | ~~72~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~72~~ | ~~18~~ | ~~77~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~77~~ | ~~25~~ | ~~78~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~79~~ | ~~2~~ | ~~81~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~82~~ | ~~24~~ | ~~83~~ | ~~2~~ | |
| ~~Affirmative~~ | ~~83~~ | ~~19~~ | ~~83~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~84~~ | ~~8~~ | ~~85~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~85~~ | ~~18~~ | ~~85~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~85~~ | ~~25~~ | ~~87~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~87~~ | ~~8~~ | ~~88~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~89~~ | ~~21~~ | ~~90~~ | ~~7~~ | |
| ~~Affirmative~~ | ~~90~~ | ~~10~~ | ~~91~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~91~~ | ~~12~~ | ~~91~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~91~~ | ~~18~~ | ~~91~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~91~~ | ~~20~~ | ~~93~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~93~~ | ~~23~~ | ~~95~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~95~~ | ~~3~~ | ~~95~~ | ~~9~~ | |
| ~~Affirmative~~ | ~~95~~ | ~~12~~ | ~~96~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~97~~ | ~~5~~ | ~~98~~ | ~~9~~ | |
| ~~Affirmative~~ | ~~98~~ | ~~11~~ | ~~99~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~99~~ | ~~6~~ | ~~99~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~99~~ | ~~10~~ | ~~100~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~101~~ | ~~5~~ | ~~101~~ | ~~10~~ | |
| ~~Affirmative~~ | ~~110~~ | ~~19~~ | ~~111~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~112~~ | ~~2~~ | ~~112~~ | ~~11~~ | |

| Deposition of Bryan Lim April 5, 2019 | | | | | |
|---|---|---|---|---|---|
| **Designation Type (Affirmative/Counter)** | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Objection** |
| Affirmative | 112 | 24 | 113 | 12 | |
| Affirmative | 113 | 15 | 113 | 16 | |
| Affirmative | 113 | 18 | 114 | 1 | |
| Affirmative | 114 | 25 | 115 | 3 | |
| Affirmative | 115 | 9 | 115 | 12 | |
| Affirmative | 116 | 25 | 117 | 7 | |
| Affirmative | 118 | 11 | 118 | 14 | |
| Affirmative | 118 | 16 | 118 | 16 | |
| Affirmative | 118 | 18 | 119 | 7 | |
| Affirmative | 119 | 9 | 119 | 10 | |
| Affirmative | 119 | 12 | 119 | 22 | |
| Affirmative | 120 | 1 | 120 | 4 | |
| Affirmative | 121 | 10 | 121 | 13 | |
| Affirmative | 121 | 17 | 121 | 22 | |
| Affirmative | 121 | 24 | 122 | 4 | |
| Affirmative | 123 | 1 | 123 | 3 | |
| Affirmative | 123 | 6 | 123 | 6 | |
| Affirmative | 123 | 8 | 123 | 8 | |
| Affirmative | 123 | 10 | 123 | 14 | |
| Affirmative | 123 | 16 | 123 | 17 | |
| Affirmative | 129 | 19 | 123 | 20 | |
| Affirmative | 123 | 22 | 124 | 11 | |
| Affirmative | 127 | 9 | 128 | 2 | |
| Affirmative | 128 | 4 | 128 | 5 | |
| Affirmative | 133 | 22 | 134 | 5 | |
| Affirmative | 136 | 6 | 136 | 22 | |
| Affirmative | 136 | 25 | 137 | 20 | |
| Affirmative | 138 | 24 | 140 | 15 | |
| Affirmative | 140 | 19 | 141 | 5 | |
| Affirmative | 153 | 19 | 153 | 22 | |
| Affirmative | 154 | 9 | 155 | 13 | |
| Affirmative | 155 | 15 | 155 | 25 | |
| Affirmative | 156 | 23 | 162 | 3 | |
| Affirmative | 165 | 16 | 165 | 17 | |
| Affirmative | 165 | 20 | 166 | 24 | |
| Affirmative | 167 | 2 | 167 | 23 | |
| Affirmative | 168 | 20 | 169 | 17 | |
| Affirmative | 169 | 21 | 170 | 4 | |
| Affirmative | 170 | 6 | 170 | 6 | |

| Deposition of Bryan Lim<br>April 5, 2019 | | | | | |
|---|---|---|---|---|---|
| **Designation Type (Affirmative/Counter)** | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Objection** |
| ~~Affirmative~~ | ~~170~~ | ~~19~~ | ~~171~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~174~~ | ~~14~~ | ~~175~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~179~~ | ~~2~~ | ~~180~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~181~~ | ~~4~~ | ~~181~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~185~~ | ~~9~~ | ~~186~~ | ~~11~~ | |

| Deposition of Jonathan Chee<br>April 4, 2019 | | | | | |
|---|---|---|---|---|---|
| **Designation Type (Affirmative/Counter)** | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Objection** |
| ~~Affirmative~~ | ~~6~~ | ~~4~~ | ~~6~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~6~~ | ~~22~~ | ~~6~~ | ~~24~~ | |
| ~~Affirmative~~ | ~~7~~ | ~~12~~ | ~~7~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~8~~ | ~~10~~ | ~~8~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~8~~ | ~~18~~ | ~~8~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~9~~ | ~~15~~ | ~~9~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~13~~ | ~~2~~ | ~~13~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~16~~ | ~~6~~ | ~~17~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~17~~ | ~~23~~ | ~~18~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~18~~ | ~~1~~ | ~~18~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~25~~ | ~~5~~ | ~~25~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~25~~ | ~~7~~ | ~~28~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~28~~ | ~~18~~ | ~~28~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~28~~ | ~~21~~ | ~~29~~ | ~~20~~ | |
| ~~Affirmative~~ | ~~39~~ | ~~18~~ | ~~42~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~42~~ | ~~19~~ | ~~44~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~47~~ | ~~4~~ | ~~49~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~49~~ | ~~21~~ | ~~50~~ | ~~22~~ | |
| ~~Affirmative~~ | ~~51~~ | ~~1~~ | ~~51~~ | ~~15~~ | |
| ~~Affirmative~~ | ~~52~~ | ~~17~~ | ~~56~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~63~~ | ~~18~~ | ~~64~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~64~~ | ~~24~~ | ~~64~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~65~~ | ~~3~~ | ~~66~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~66~~ | ~~13~~ | ~~66~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~66~~ | ~~16~~ | ~~67~~ | ~~15~~ | |
| ~~Affirmative~~ | ~~67~~ | ~~18~~ | ~~68~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~68~~ | ~~5~~ | ~~68~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~68~~ | ~~7~~ | ~~70~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~71~~ | ~~4~~ | ~~71~~ | ~~8~~ | |

| Deposition of Jonathan Chee April 4, 2019 | | | | | |
|---|---|---|---|---|---|
| Designation Type (Affirmative/Counter) | Begin Page | Begin Line | End Page | End Line | Objection |
| Affirmative | 73 | 16 | 73 | 25 | |
| Affirmative | 74 | 3 | 74 | 3 | |
| Affirmative | 74 | 6 | 74 | 11 | |
| Affirmative | 74 | 13 | 74 | 22 | |
| Affirmative | 75 | 1 | 75 | 19 | |
| Affirmative | 75 | 21 | 76 | 1 | |
| Affirmative | 76 | 3 | 76 | 10 | |
| Affirmative | 76 | 12 | 76 | 22 | |
| Affirmative | 76 | 24 | 76 | 25 | |
| Affirmative | 77 | 2 | 78 | 1 | |
| Affirmative | 78 | 3 | 78 | 22 | |
| Affirmative | 79 | 4 | 79 | 9 | |
| Affirmative | 79 | 11 | 79 | 11 | |
| Affirmative | 79 | 13 | 79 | 13 | |
| Affirmative | 79 | 15 | 79 | 16 | |
| Affirmative | 79 | 18 | 79 | 21 | |
| Affirmative | 79 | 25 | 80 | 10 | |
| Affirmative | 80 | 16 | 82 | 16 | |
| Affirmative | 82 | 23 | 82 | 23 | |
| Affirmative | 82 | 25 | 82 | 25 | |
| Affirmative | 83 | 2 | 83 | 14 | |
| Affirmative | 83 | 19 | 83 | 21 | |
| Affirmative | 83 | 24 | 84 | 13 | |
| Affirmative | 84 | 20 | 85 | 8 | |
| Affirmative | 85 | 23 | 86 | 10 | |
| Affirmative | 86 | 12 | 86 | 12 | |
| Affirmative | 86 | 14 | 94 | 17 | |
| Affirmative | 94 | 19 | 94 | 21 | |
| Affirmative | 94 | 23 | 95 | 15 | |
| Affirmative | 95 | 19 | 97 | 4 | |
| Affirmative | 109 | 3 | 110 | 5 | |
| Affirmative | 110 | 8 | 110 | 10 | |
| Affirmative | 110 | 12 | 110 | 16 | |
| Affirmative | 111 | 6 | 112 | 25 | |
| Affirmative | 113 | 5 | 113 | 14 | |
| Affirmative | 113 | 25 | 114 | 21 | |
| Affirmative | 115 | 6 | 115 | 20 | |
| Affirmative | 115 | 23 | 115 | 24 | |
| Affirmative | 116 | 1 | 116 | 8 | |

| ~~Deposition of Jonathan Chee<br>April 4, 2019~~ | | | | | |
|---|---|---|---|---|---|
| ~~Designation Type (Affirmative/Counter)~~ | ~~Begin Page~~ | ~~Begin Line~~ | ~~End Page~~ | ~~End Line~~ | ~~Objection~~ |
| ~~Affirmative~~ | ~~116~~ | ~~10~~ | ~~118~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~118~~ | ~~17~~ | ~~119~~ | ~~3~~ | |
| ~~Affirmative~~ | ~~119~~ | ~~5~~ | ~~119~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~119~~ | ~~20~~ | ~~119~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~120~~ | ~~1~~ | ~~121~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~121~~ | ~~7~~ | ~~123~~ | ~~2~~ | |
| ~~Affirmative~~ | ~~123~~ | ~~4~~ | ~~123~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~123~~ | ~~20~~ | ~~123~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~148~~ | ~~22~~ | ~~149~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~149~~ | ~~16~~ | ~~149~~ | ~~20~~ | |
| ~~Affirmative~~ | ~~150~~ | ~~14~~ | ~~150~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~150~~ | ~~16~~ | ~~151~~ | ~~20~~ | |
| ~~Affirmative~~ | ~~156~~ | ~~4~~ | ~~156~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~157~~ | ~~1~~ | ~~157~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~157~~ | ~~21~~ | ~~157~~ | ~~24~~ | |
| ~~Affirmative~~ | ~~160~~ | ~~19~~ | ~~161~~ | ~~2~~ | |
| ~~Affirmative~~ | ~~161~~ | ~~4~~ | ~~161~~ | ~~7~~ | |
| ~~Affirmative~~ | ~~161~~ | ~~11~~ | ~~161~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~163~~ | ~~4~~ | ~~163~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~164~~ | ~~3~~ | ~~164~~ | ~~9~~ | |
| ~~Affirmative~~ | ~~164~~ | ~~15~~ | ~~165~~ | ~~15~~ | |
| ~~Affirmative~~ | ~~165~~ | ~~20~~ | ~~166~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~167~~ | ~~3~~ | ~~167~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~167~~ | ~~8~~ | ~~167~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~168~~ | ~~1~~ | ~~168~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~168~~ | ~~16~~ | ~~169~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~169~~ | ~~18~~ | ~~170~~ | ~~7~~ | |
| ~~Affirmative~~ | ~~170~~ | ~~13~~ | ~~170~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~170~~ | ~~17~~ | ~~172~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~172~~ | ~~16~~ | ~~173~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~174~~ | ~~1~~ | ~~174~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~178~~ | ~~22~~ | ~~179~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~180~~ | ~~5~~ | ~~180~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~182~~ | ~~6~~ | ~~183~~ | ~~9~~ | |
| ~~Affirmative~~ | ~~183~~ | ~~12~~ | ~~184~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~186~~ | ~~14~~ | ~~189~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~189~~ | ~~16~~ | ~~189~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~190~~ | ~~1~~ | ~~190~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~190~~ | ~~13~~ | ~~193~~ | ~~17~~ | |

| ~~Deposition of Jonathan Chee<br>April 4, 2019~~ | | | | | |
|---|---|---|---|---|---|
| ~~Designation Type (Affirmative/Counter)~~ | ~~Begin Page~~ | ~~Begin Line~~ | ~~End Page~~ | ~~End Line~~ | ~~Objection~~ |
| ~~Affirmative~~ | ~~193~~ | ~~21~~ | ~~194~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~198~~ | ~~12~~ | ~~200~~ | ~~7~~ | |
| ~~Affirmative~~ | ~~200~~ | ~~9~~ | ~~202~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~205~~ | ~~5~~ | ~~208~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~209~~ | ~~13~~ | ~~210~~ | ~~9~~ | |
| ~~Affirmative~~ | ~~210~~ | ~~11~~ | ~~211~~ | ~~19~~ | |
| ~~Affirmative~~ | ~~214~~ | ~~1~~ | ~~214~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~215~~ | ~~3~~ | ~~216~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~217~~ | ~~2~~ | ~~219~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~219~~ | ~~11~~ | ~~222~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~229~~ | ~~5~~ | ~~229~~ | ~~10~~ | |
| ~~Affirmative~~ | ~~240~~ | ~~5~~ | ~~240~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~240~~ | ~~10~~ | ~~246~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~246~~ | ~~23~~ | ~~249~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~250~~ | ~~3~~ | ~~252~~ | ~~22~~ | |

| ~~Deposition of Jonathan Chee - Fed. R. Civ. P. 30(b)(6)<br>September 16, 2019~~ | | | | | |
|---|---|---|---|---|---|
| ~~Designation Type (Affirmative/Counter)~~ | ~~Begin Page~~ | ~~Begin Line~~ | ~~End Page~~ | ~~End Line~~ | ~~Objection~~ |
| ~~Affirmative~~ | ~~5~~ | ~~7~~ | ~~5~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~5~~ | ~~14~~ | ~~5~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~6~~ | ~~18~~ | ~~6~~ | ~~22~~ | |
| ~~Affirmative~~ | ~~6~~ | ~~24~~ | ~~7~~ | ~~2~~ | |
| ~~Affirmative~~ | ~~7~~ | ~~2~~ | ~~7~~ | ~~5~~ | |
| ~~Affirmative~~ | ~~8~~ | ~~9~~ | ~~8~~ | ~~15~~ | |
| ~~Affirmative~~ | ~~9~~ | ~~22~~ | ~~12~~ | ~~13~~ | |
| ~~Affirmative~~ | ~~12~~ | ~~21~~ | ~~12~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~13~~ | ~~4~~ | ~~13~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~13~~ | ~~18~~ | ~~14~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~14~~ | ~~18~~ | ~~14~~ | ~~21~~ | |
| ~~Affirmative~~ | ~~15~~ | ~~5~~ | ~~16~~ | ~~4~~ | |
| ~~Affirmative~~ | ~~16~~ | ~~8~~ | ~~16~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~16~~ | ~~14~~ | ~~18~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~18~~ | ~~14~~ | ~~18~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~19~~ | ~~5~~ | ~~21~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~21~~ | ~~19~~ | ~~22~~ | ~~3~~ | |
| ~~Affirmative~~ | ~~22~~ | ~~6~~ | ~~22~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~23~~ | ~~4~~ | ~~24~~ | ~~7~~ | |

| ~~Deposition of Jonathan Chee - Fed. R. Civ. P. 30(b)(6) September 16, 2019~~ | | | | | |
|---|---|---|---|---|---|
| ~~Designation Type (Affirmative/Counter)~~ | ~~Begin Page~~ | ~~Begin Line~~ | ~~End Page~~ | ~~End Line~~ | ~~Objection~~ |
| ~~Affirmative~~ | ~~24~~ | ~~14~~ | ~~26~~ | ~~14~~ | |
| ~~Affirmative~~ | ~~26~~ | ~~21~~ | ~~26~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~27~~ | ~~1~~ | ~~27~~ | ~~15~~ | |
| ~~Affirmative~~ | ~~27~~ | ~~17~~ | ~~27~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~28~~ | ~~5~~ | ~~31~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~32~~ | ~~1~~ | ~~34~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~34~~ | ~~25~~ | ~~35~~ | ~~10~~ | |
| ~~Affirmative~~ | ~~35~~ | ~~24~~ | ~~37~~ | ~~10~~ | |
| ~~Affirmative~~ | ~~37~~ | ~~14~~ | ~~37~~ | ~~15~~ | |
| ~~Affirmative~~ | ~~38~~ | ~~1~~ | ~~39~~ | ~~3~~ | |
| ~~Affirmative~~ | ~~39~~ | ~~8~~ | ~~39~~ | ~~15~~ | |
| ~~Affirmative~~ | ~~39~~ | ~~18~~ | ~~40~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~40~~ | ~~12~~ | ~~40~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~41~~ | ~~7~~ | ~~42~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~42~~ | ~~9~~ | ~~42~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~42~~ | ~~14~~ | ~~43~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~43~~ | ~~25~~ | ~~43~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~44~~ | 4 | ~~44~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~44~~ | ~~12~~ | ~~44~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~45~~ | ~~1~~ | ~~45~~ | ~~10~~ | |
| ~~Affirmative~~ | ~~46~~ | ~~14~~ | ~~48~~ | ~~1~~ | |
| ~~Affirmative~~ | ~~48~~ | ~~19~~ | ~~50~~ | ~~17~~ | |
| ~~Affirmative~~ | ~~50~~ | ~~19~~ | ~~50~~ | ~~24~~ | |
| ~~Affirmative~~ | ~~51~~ | ~~1~~ | ~~52~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~52~~ | ~~11~~ | ~~52~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~53~~ | ~~22~~ | ~~53~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~53~~ | ~~25~~ | ~~53~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~54~~ | ~~5~~ | ~~54~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~54~~ | ~~14~~ | ~~55~~ | ~~11~~ | |
| ~~Affirmative~~ | ~~56~~ | ~~5~~ | ~~56~~ | ~~12~~ | |
| ~~Affirmative~~ | ~~56~~ | ~~16~~ | ~~56~~ | ~~24~~ | |
| ~~Affirmative~~ | ~~57~~ | ~~5~~ | ~~57~~ | ~~8~~ | |
| ~~Affirmative~~ | ~~57~~ | ~~19~~ | ~~58~~ | ~~6~~ | |
| ~~Affirmative~~ | ~~58~~ | ~~10~~ | ~~58~~ | ~~23~~ | |
| ~~Affirmative~~ | ~~58~~ | ~~25~~ | ~~58~~ | ~~25~~ | |
| ~~Affirmative~~ | ~~59~~ | ~~2~~ | ~~59~~ | ~~18~~ | |
| ~~Affirmative~~ | ~~60~~ | 4 | ~~60~~ | ~~16~~ | |
| ~~Affirmative~~ | ~~61~~ | ~~6~~ | ~~62~~ | ~~22~~ | |
| ~~Affirmative~~ | ~~63~~ | ~~10~~ | ~~68~~ | ~~19~~ | |

| Deposition of Jonathan Chee - Fed. R. Civ. P. 30(b)(6) September 16, 2019 | | | | | |
|---|---|---|---|---|---|
| **Designation Type (Affirmative/Counter)** | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Objection** |
| Affirmative | 68 | 23 | 69 | 17 | |
| Affirmative | 70 | 9 | 70 | 21 | |

Dated: September 3October 1, 2021.

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Joseph Farris*
JOSEPH FARRIS

*Attorneys for Defendants* XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing DEFENDANTS' AMENDED DISCOVERY AND DEPOSITION DESIGNATIONS email on October 1, 2021.

/s/