# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 5, 2021  **Time:** 3:14-4:30; 4:47-6:31= 3 Hours  **Judge:** EDWARD M. CHEN

**Case No.:** 17-cv-05517-EMC  **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorney for Plaintiff:** Lael Andara
**Attorneys for Defendant:** Doug Winthrop, Kirk Jenkins, Joseph Farris, Robbin Lee, Jeremy Kamras

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Ana Dub

## PROCEEDINGS HELD BY ZOOM WEBINAR

Final Pretrial Conference - held;
[435] [436] [437] [438] [439] [440] [454] [455] [456] [458] [459] [460] [472] Motions in Limine held.

## SUMMARY

Parties stated appearances and proffered argument.

ADR: Court inquired as to the parties' status regarding settlement conference.  Parties stated that Magistrate Judge Beeler has reached out to them for further talks.  Court strongly encouraged parties to settle as attorneys fees and costs are escalating rapidly and with the rulings announced at the PTC, the parties have all the information they need to assess their respective litigation risks.

Pretrial Conference:

Jury Voir Dire: There likely will be up to 30-35 potential jurors called.  Parties urged to stipulate to select only vaccinated jurors.  Parties will receive non-case-specific generic questionnaires of prospective jurors in advance of voir dire.  Parties will also be permitted to ask up to 10 questions in a case-specific questionnaire before trial.  Parties to jointly submit those 10 questions by Monday, Oct. 11.  Voir dire will be conducted as follows:  Court will voir dire first for hardships and general cause.  Then each juror will be called to come up to a podium one at a time, to be questioned first by the court and then by each party.  Average time will be 3 minutes per prospective juror.  Selection is planned for the morning (3 hours) with trial to begin in the

afternoon.  Trial hours are 8:30 – 1:30 each trial day (Thursdays are dark).  Court reserves the right to go longer on any given day if necessary.

Court will select 8-9 jurors to try this case; 3 peremptories each side.  Parties will have 17 hours each to present evidence.  Total hours include opening statements, closing arguments and direct and cross examinations.  Court reserves the right to shorten the time before trial.

Court will present a trial logistical run-through on October 25, 2021 at 10:00AM.

Motions in Limine and Ruling on Objections to witnesses, exhibits and discovery excerpts as stated on the record with written order to follow.  Parties to shorten exhibit and discovery excerpt list.  All testimony read will count as time on the clock.  Parties to meet and confer and stipulate on description of state court case.  Court will issue proposed jury instructions per discussion for parties comments.  Court also ruled on miscellany items.