ROPERS MAJESKI PC
LAEL D. ANDARA (SBN 215416)
lael.andara@ropers.com
545 Middlefield Road, Suite 175
Menlo Park, CA 94025
Telephone:    650.364.8200

*Attorney for Plaintiff*
SINCO TECHNOLOGIES PTE LTD

WHGC, P.L.C.
MICHAEL YORK (SBN 89945)
MichaelYork@WHGCLaw.com
JEFFREY C.P. WANG
JeffreyWang@WHGCLaw.com
KATHLEEN E. ALPARCE
KathleenAlparce@WHGCLaw.com
JESSICA A. CRABBE (SBN 263668)
JessicaCrabbe@WHGCLaw.com
130 1 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483

ARNOLD & PORTER KAYE SCHOLER LLP
DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO.,
LTD. Formerly known as SINCO ELECTRONICS
(DONGGUAN) CO. LTD., MUI LIANG TJOA aka
ML TJOA, NG CHER YONG aka CY NG, and
LIEW YEW SOON aka MARK LIEW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD, <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGLE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17CV5517 <br><br> **JOINT STIPULATION & [PROPOSED] ORDER DISMISSING PLAINTIFF'S FOURTH CLAIM FOR RELIEF FOR FEDERAL TRADEMARK DILUTION** <br><br> PRETRIAL CONFERENCE <br> Date:       October 5, 2021 <br> Time:       3:00 p.m. <br> Judge:      Edward M. Chen <br><br> Trial Date: 11/1/2021 <br> Date Action Filed: 9/22/2017 |

Whereas on **February 23, 2018** Plaintiff SinCo Technologies Pte. Ltd., Inc. filed a

Second Amended Complaint against Defendants Ng Cher Yong aka Cy Ng ["Mr. Ng"], Liew

Yew Soon aka Mark Liew ["Mr. Liew"], Mui Liang Tjoa ["Mr. Tjoa"], and XingKe Electronics

[Dongguan] Co. Ltd. ["XingKe"] alleging (1) trademark infringement, (2) false designation of origin, (3) false advertising, (4) trademark dilution, (5) common law trademark infringement and unfair competition, and (6) state statutory unfair competition. [ECF 23]

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, having considered and agreed that the Cause of Action No. 4 for Trademark Dilution (15 U.S.C. §1125 (c)), be dismissed with prejudice, and that cause of action only. [ECF 23]

The Stipulation and Order may be executed in subparts, and electronic signature shall have the same force and effect as original signatures.

Dated: 9/30/21

Respectfully submitted,

ROPERS MAJESKI PC

By: _____
LAEL D. ANDARA
*Attorneys for Plaintiff*
SINCO TECHNOLOGIES PTE LTD

Dated: 9/30/21

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Douglas A. Winthrop*
Douglas A. Winthrop
Jeremy T. Kamras
Joseph Farris
*Attorneys for Defendants*
NG CHER YONG; MUI LIANG TJOA; LIEW YEW SOON; & XINGKE ELECTRONICS (Dongguan) CO., LTD formerly known as SINCO ELECTRONICS (Dongguan) CO. LTD.

**ORDER**

After full consideration of the Joint Stipulation Regarding Plaintiff SinCo Technologies Pte. Ltd., Inc.'s Voluntary Dismissal of Cause of Action No. 4 for Trademark Dilution (15 U.S.C. §1125 (c)), with prejudice, the Court hereby orders:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff SinCo Technologies Pte. Ltd., Inc.'s Cause of Action No. 4 for Trademark Dilution (15 U.S.C. §1125 (c)), is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: October 6, 2021

HON. JUDGE EDWARD M. CHEN