LAEL D. ANDARA (SBN 215416)
DANIEL E. GAITAN (SBN 326413)
ROBIN M. PEARSON (SBN 146704)
ROPERS MAJESKI PC
545 Middlefield Road, Suite 175
Menlo Park, CA 94025
Telephone:   650.364.8200
Facsimile:   650.780.1701
Email:   lael.andara@ropers.com
    robin.pearson@ropers.com
    daniel.gaitan@ropers.com

Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGLE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17CV5517<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE**<br><br>PRETRIAL HEARING<br>Date: October 5, 2021<br>Time: 3:00 p.m.<br>Place: Courtroom 5 – 17th Floor<br>Hon. Edward M. Chen<br><br>TRIAL DATE<br>November 1, 2021 |

Upon consideration of Plaintiff SinCo Technologies Pte Ltd. ("SinCo")'s Motion to Seal Documents Supporting its Motions *In Limine and* Defendants' Oppositions to SinCo's Motions In Limine ("Motion *In Limine*").

IT IS HEREBY ORDERED THAT the following documents be sealed:

| MOTION IN LIMINE #1 DOCUMENTS | PORTIONS TO BE FILED UNDER SEAL | REASON/EXPLANATION |
|---|---|---|
| **SINCO's Motion *In Limine* #1** | | |
| Notably, SINCO is filing only the Redacted Portions thereof, as it has incorporated the Declaration of Daniel Gaitan filed on March 26, 2021, herein after "Gaitan Decl." [ECF 384-2 and Exhibits at ECF 384-3] | | |
| **Defendants Opposition to Motion in Limine #1** | | |
| **Exhibit A** — Expert Report which Defendants Designated at Attorney's Only - Confidential | Entire | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and **specific customers and projects** |

| MOTION IN LIMINE #2 DOCUMENTS | PORTIONS TO BE FILED UNDER SEAL | REASON/EXPLANATION |
|---|---|---|
| **SINCO's Motion *In Limine* #2** | | |
| **MPA** — SINCO'S MOTION IN LIMINE # 2 | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on customers employees |
| **Exhibit A** — Supplemental Initial Disclosures | Portions Thereof | Portions Thereof |
| **Defendants Opposition to Motion in Limine #2** | | |
| **Exhibit E** — DECLARATION OF IN SUPPORT OF SINCO TECHNOLOGIES PTE LTD.'S MOTION FOR SUMMARY JUDGEMENT | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and specific customers and projects |
| **Exhibit F** — Transcript of Mui Liang Tjoa Conducted on January 17, 2019 | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and specific customers and projects |
| **Exhibit J** — DEFENDANT/CROSS COMPLAINANT MUI LIANG TJOA'S SECOND FURTHER RESPONSE TO SPECIAL INTERROGATORIES (SET ONE) | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and specific customers and projects |

| MOTION IN LIMINE #2<br><br>DOCUMENTS | PORTIONS TO BE FILED UNDER SEAL | REASON/EXPLANATION |
|---|---|---|
| **Exhibit K** | PLAINTIFF SINCO TECHNOLOGIES PTE, LTD.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO XINGKE ELECTRONICS (DONGGUAN) CO., LTD, SET THREE | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and specific customers and projects |

| MOTION IN LIMINE #3<br><br>DOCUMENTS | PORTIONS TO BE FILED UNDER SEAL | REASON/EXPLANATION |
|---|---|---|
| **Defendants Opposition to Motion in Limine #3** | | |
| **Exhibit E** | Expert Report of Alan J Cox Designated at Attorney's Only - Confidential | Entire | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and **specific customers and projects** |

| MOTION IN LIMINE #4<br><br>DOCUMENTS | PORTIONS TO BE FILED UNDER SEAL | REASON/EXPLANATION |
|---|---|---|
| **SINCO's Motion *In Limine* #4** | | |
| **Exhibit E** | Letter attached to email sent to Defendants counsel requesting that Defendants' counsel remove the letter from public record, dated **April 15, 2019** at approximately 3:14 PM. | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on Mr. Chee's Right to Privacy |
| **Exhibit F** | Deposition Transcript of Jonathan Chee, dated **April 4, 2019.** | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on Mr. Chee's Right to Privacy and CONFIDENTIAL ATTORNEY'S EYES ONLY as to Trade secrets. |

| | **MOTION IN LIMINE #4**<br>**DOCUMENTS** | **PORTIONS TO BE FILED UNDER SEAL** | **REASON/EXPLANATION** |
|---|---|---|---|
| **Exhibit G** | Emails exchanged with Defendants' counsel requesting that Defendants' counsel remove the letter from public record, dated **April 15, 2019** from 4:40 PM to 7:59 PM. | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on Mr. Chee's Right to Privacy |
|  | **Defendants Opposition to Motion *In Limine* #4** | | |
| **Exhibit B** | Email discussing Confidential US Customer projects | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on customer names and projects |
| **Exhibit C** | Video Deposition Transcript of Jonathan Chee, dated **April 4, 2019.** | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on Mr. Chee's Right to Privacy and CONFIDENTIAL ATTORNEY'S EYES ONLY as to Trade secrets, and customer names |
| **Exhibit G** | Email Communication with Customer Intel – disclosing employee names | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and **specific customers employees** |

| | MOTION IN LIMINE #5 DOCUMENTS | PORTIONS TO BE FILED UNDER SEAL | REASON/EXPLANATION |
|---|---|---|---|
| SINCO's Motion in Limine #5 | | | |
| **Exhibit 3** | NOTICE OF DEPOSITION OF GOUKI GAO AND REQUEST FOR PRODUCTION OF DOCUMENTS OR TANGIBLE THINGS | Portions Thereof | Narrowly tailored. Contains parties' trade secret and/or 'Confidential' based on their designation and **specific customers** |

**IT IS SO ORDERED.**

Date: October 8, 2021

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE