# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., | Case No. 3:17-CV-05517-EMC |
| Plaintiff, | Action Filed: September 22, 2017 |
| vs. | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), | Date: October 5, 2021<br>Time: 3:00 p.m.<br>Place: Courtroom 5, 17th Floor<br><br>**Judge: Honorable Edward M. Chen**<br><br>**Trial: November 1, 2021** |
| Defendants. | |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

This matter comes before the Court on Defendants' Administrative Motion to File Under Seal (1) Portions of Defendants' Motions in Limine Nos. 1-6, and (2) Plaintiff's Oppositions to Defendants' Motions in Limine Nos. 1-6 (the "Motion"). Having considered the Motion, as well as the pleadings and materials lodged in this action, the Court finds compelling reason and GRANTS the Motion.

**IT IS SO ORDERED.**

Dated: October 8, 2021

_____
The Honorable Edward M. Chen
United States District Judge