1 | DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com

2 | JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com

3 | JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com

4 | ARNOLD & PORTER KAYE SCHOLER LLP

5 | Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

6 | Telephone: 415.471.3100
Facsimile: 415.471.3400

7 |

WHGC, P.L.C.
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

8 |

9 | *Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO.,

10 | LTD., formerly known as SINCO
ELECTRONICS (DONGGUAN) CO., LTD.,

11 | LIEW YEW SOON aka, MARK LIEW, NG
CHER YONG. aka CY NG, and MUI LIANG

12 | TJOA aka ML TJOA

13 |

# UNITED STATES DISTRICT COURT

14 |

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 |

## SAN FRANCISCO DIVISION

16 |

17 |

18 | SINCO TECHNOLOGIES PTE LTD.,

19 |         Plaintiff,

vs.

20 | SINCO ELECTRONICS (DONGGUAN) CO.,
LTD.; XINGKE ELECTRONICS

21 | (DONGGUAN) CO., LTD.; XINGKE
ELECTRONICS TECHNOLOGY CO., LTD.;

22 | SINCOO ELECTRONICS TECHNOLOGY
CO., LTD.; MUI LIANG TJOA (an

23 | individual); NG CHER YONG aka CY NG (an
individual); and LIEW YEW SOON aka

24 | MARK LIEW (an individual),

25 |         Defendants.

Case No. 3:17-CV-05517-EMC

Action Filed: September 22, 2017

**JOINT PROPOSED SUPPLEMENTAL JUROR QUESTIONNAIRE**

**Judge:**    **Honorable Edward M. Chen**

**Trial:**     **November 1, 2021**

26 |

27 |

28 |

1     Pursuant to the Court's direction at the final pretrial conference, the parties jointly submit

2 the attached Joint Proposed Supplemental Juror Questionnaire.

3

4 Dated:  October 11, 2021                  ARNOLD & PORTER KAYE SCHOLER LLP

5
                                           By:   /s/ *Douglas A. Winthrop*
6                                                DOUGLAS A. WINTHROP

7                                                *Attorneys for Defendants* XINGKE
                                                 ELECTRONICS (DONGGUAN) CO., LTD.,
8                                                formerly known as SINCO ELECTRONICS
                                                 (DONGGUAN) CO., LTD., LIEW YEW SOON
9                                                aka, MARK LIEW, NG CHER YONG. aka CY
                                                 NG, and MUI LIANG TJOA aka ML TJOA
10

11 Dated:  October 11, 2021                  ROPERS MAJESKI PC

12
                                           By:   /s/ *Lael D. Andara*
13                                               LAEL D. ANDARA
                                                 ROBIN M. PEARSON
14                                               DANIEL E. GAITAN
                                                 Attorneys for Plaintiff & Cross-Defendant
15                                               SINCO TECHNOLOGIES PTE LTD

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED SUPPLEMENTAL JUROR QUESTIONNAIRE          NO. 3:17-CV-05517-EMC

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that all counsel of record who are deemed to have consented to electronic

3   service are being served a copy of the foregoing JOINT PROPOSED SUPPLEMENTAL JUROR

4   QUESTIONNAIRE via the Court's ECF system on October  12 , 2021.

5
                                                        /s/ Douglas A. Winthrop
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED SUPPLEMENTAL JUROR QUESTIONNAIRE                    NO. 3:17-CV-05517-EMC

**JOINT PROPOSED SUPPLEMENTAL QUESTIONNAIRE**

Q1.     *Have you, or has anyone close to you, had any experience, education, or training in any of the following*: (Please check all that apply)

☐     Business (If yes, please explain):
☐     Electronic components or devices (If yes, please explain):
☐     Copyrights/Trademarks/Patents (If yes, please explain):
☐     Marketing/Sales (If yes, please explain):
☐     Contracts (If yes, please explain):
☐     Licensing agreements (If yes, please explain):
☐     Product development (If yes, please explain):
☐     Engineering (If yes, please explain):
☐     Development of tools for manufacturing electronic parts (If yes, please explain):
☐     Supply chain logistics/procurement (If yes, please explain):
☐     Law or Courts (If yes, please explain):

Q2.     *Are you, or is anyone in your family, an engineer?*

a)     Where do you/they work?
b)     Do you/they purchase tools or parts for your/their place of business?
c)     If yes, please describe.

Q3.     *Have you traveled to China for business?*
☐  Yes     ☐  No

Q4.     *Do you speak Cantonese or Mandarin?*
☐  Yes     ☐  No

Q5.     *Do you believe that oral agreements are just as binding as written agreements?*
☐  Yes     ☐  No

Q6     *Which comes closer to your beliefs:*

☐     It is more important to follow the spirit of a contract.
☐     It is more important to follow the letter of a contract.

Q7.     *Do you have any strong feelings or beliefs about businesses based in China?*

Q8.     *Have you, a family member, or close friend ever applied for a trademark?*

Q9     *Have you, or has anyone close to you, ever been involved in a dispute regarding a trademark, brand, or licensing agreement?*
☐  Yes     ☐  No
If YES, please explain:

Q10.    *Have you, or has anyone close to you, ever been a victim of unfair business competition?*

☐  Yes     ☐  No
If YES, please explain: