**ROPERS MAJESKI PC**
LAEL D. ANDARA (SBN 215416)
lael.andara@ropers.com
545 Middlefield Road, Suite 175
Menlo Park, CA 94025
Telephone:    650.364.8200

*Attorney for Plaintiff*
SINCO TECHNOLOGIES PTE LTD

**WHGC, P.L.C.**
MICHAEL YORK (SBN 89945)
MichaelYork@WHGCLaw.com
JEFFREY C.P. WANG
JeffreyWang@WHGCLaw.com
KATHLEEN E. ALPARCE
KathleenAlparce@WHGCLaw.com
JESSICA A. CRABBE (SBN 263668)
JessicaCrabbe@WHGCLaw.com
130 l Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483

DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:     415.471.3400

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO.,
LTD. Formerly known as SINCO ELECTRONICS
(DONGGUAN) CO. LTD., MUI LIANG TJOA aka
ML TJOA, NG CHER YONG aka CY NG, and
LIEW YEW SOON aka MARK LIEW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGLE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17CV5517<br><br>**JOINT PROPOSED DESCRIPTION OF RELATED STATE CASE [PURSUANT TO ECF DOC. NO. 503]**<br><br>Judge:             Edward M. Chen<br>Trial Date:       11/01/2021<br>Date Action Filed: 9/22/2017 |

Pursuant to the Court's **October 8, 2021**, FINAL PRETRIAL CONFERENCE ORDER, (10:2-11) the parties' provide the following agreed upon proposed joint statement. [ECF 503]

**STATEMENT AS TO STATE ACTION**

There is a separate lawsuit among some of the same parties pending in a California state court that was filed on **October 28, 2016**. On **September 22, 2017**, SinCo Technologies filed this federal lawsuit asserting claims for trademark infringement and other violations of federal law. In the state lawsuit, SinCo Technologies asserts claims against the defendants under different legal theories, and the defendants assert claims against SinCo Technologies. You should not speculate about the law that applies to that case or how the outcome of that case impacts or does not impact this case. Your job is only to decide the case presented to you here based solely on the law that I instruct you to apply.

Dated:                                          *Respectfully submitted,*

                                                ROPERS MAJESKI PC


                                                By: */s/ Lael D. Andara*
                                                    LAEL D. ANDARA
                                                    Attorneys for Plaintiff
                                                    SINCO TECHNOLOGIES PTE LTD


Dated:                                          ARNOLD & PORTER KAYE SCHOLER LLP


                                                By: */s/ Joseph Farris*
                                                    Douglas A. Winthrop
                                                    Jeremy T. Kamras
                                                    Jessica Gillotte
                                                    Joseph Farris
                                                    Attorneys for Defendants
                                                    NG CHER YONG; MUI LIANG TJOA;
                                                    LIEW YEW SOON; & XINGKE
                                                    ELECTRONICS (Dongguan) CO., LTD
                                                    formerly known as SINCO ELECTRONICS
                                                    (Dongguan) CO. LTD.