| | |
|---|---|
| DOUGLAS A. WINTHROP (SBN 183532) <br> Douglas.Winthrop@arnoldporter.com <br> JEREMY T. KAMRAS (SBN 237377) <br> Jeremy.Kamras@arnoldporter.com <br> JOSEPH FARRIS (SBN 263405) <br> Joseph.Farris@arnoldporter.com <br> **ARNOLD & PORTER KAYE SCHOLER LLP** <br> Three Embarcadero Center, 10th Floor <br> San Francisco, CA 94111-4024 <br> Telephone: 415.471.3100 <br> Facsimile: 415.471.3400 | WHGC, P.L.C. <br> Jeffrey C.P. Wang (SBN 144414) <br> *JeffreyWang@WHGCLaw.com* <br> Michael G. York (SBN 89945) <br> *MichaelYork@WHGCLaw.com* <br> Kathleen E. Alparce (SBN 230935) <br> *KathleenAlparce@WHGCLaw.com* <br> Jessica A. Crabbe (SBN. 263668) <br> *JessicaCrabbe@WHGCLaw.com* <br> 1301 Dove Street, Suite 1050 <br> Newport Beach, CA 92660 <br> Tel. (949) 833-8483; Fax: (866) 881-5007 |

*Attorneys for Defendants* XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17-CV-05517-EMC <br><br> Action Filed: September 22, 2017 <br><br> **DECLARATION OF JOSEPH FARRIS IN OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION IN LIMINE NO. 2** <br><br> Date:   October 5, 2021 <br> Time:   3:00 p.m. <br> Place:  Courtroom 5, 17th Floor <br><br> **Judge:   Honorable Edward M. Chen** <br><br> **Trial:   November 1, 2021** |

I, JOSEPH FARRIS, declare as follows:

1. I am an attorney at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") and am licensed to practice law in California and before this Court. I am counsel of record for Defendants in this matter. I have personal knowledge of the facts stated herein, and I make this declaration in support of Defendants' Opposition to Plaintiff's Supplemental Brief in Support of Motion in Limine No. 2.

2. Attached hereto as **Exhibit A** is a true and correct excerpt from SinCo SG's Requests for Admission to XingKe, Set Two, filed in the related State Action in the Superior Court of California, County of Santa Clara, Case No. 16-cv-301867, dated August 27, 2021.

3. Attached hereto as **Exhibit B** is a true and correct excerpt from SinCo SG's Requests for Production of Documents to XingKe, Set Three, filed in the related State Action in the Superior Court of California, County of Santa Clara, Case No. 16-cv-301867, dated December 18, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of an announcement from Jinlong Machinery & Electronics Co., Bates stamped SINCO2199401.

5. Attached hereto as **Exhibit D** is a true and correct excerpt from Jinlong Machinery & Electronics Co.'s 2019 Annual Report, Bates stamped SINCO2196850–7029.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of October 2021, in Castro Valley, California.

                                          /s/ *Joseph Farris*
                                          JOSEPH FARRIS