DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17-CV-05517-EMC <br><br> Action Filed: September 22, 2017 <br><br> **DEFENDANTS' SUPPLEMENTAL DEPOSITION DESIGNATIONS** <br><br> **Judge:** Honorable Edward M. Chen <br><br> **Trial:** November 1, 2021 |

Defendants hereby submit the following Supplemental Deposition Designations and provide notice of intent to read the following designated documents or transcripts or play the videos at trial. Defendants reserve the right to supplemental these disclosures, including to add designations for any witnesses that become unavailable for trial due to travel restrictions or otherwise. These Supplemental Deposition Designations were served on Plaintiffs and SinCo SG on October 15, 2021. Pursuant to the Court's Standing Order, Defendants will provide hard copies of these documents upon completion.

| Deposition of Wee Phurm (Andy) Lim<br>October 3, 2021 | | | | | |
|---|---|---|---|---|---|
| Designation Type (Affirmative/Counter) | Begin Page | Begin Line | End Page | End Line | Objection |
| Affirmative | 8  | 17 | 8  | 21 | |
| Affirmative | 11 | 4  | 11 | 5  | |
| Affirmative | 11 | 12 | 11 | 15 | |
| Affirmative | 11 | 17 | 12 | 7  | |
| Affirmative | 13 | 4  | 14 | 11 | |
| Affirmative | 14 | 13 | 14 | 16 | |
| Affirmative | 14 | 19 | 14 | 20 | |
| Affirmative | 15 | 2  | 15 | 5  | |
| Affirmative | 15 | 8  | 15 | 10 | |
| Affirmative | 15 | 12 | 15 | 13 | |
| Affirmative | 15 | 15 | 16 | 8  | |
| Affirmative | 16 | 10 | 16 | 10 | |
| Affirmative | 16 | 16 | 16 | 19 | |
| Affirmative | 16 | 23 | 17 | 19 | |
| Affirmative | 17 | 21 | 17 | 22 | |
| Affirmative | 17 | 24 | 18 | 11 | |
| Affirmative | 18 | 20 | 19 | 2  | |
| Affirmative | 20 | 4  | 21 | 1  | |
| Affirmative | 20 | 4  | 20 | 4  | |
| Affirmative | 20 | 7  | 20 | 9  | |
| Affirmative | 20 | 11 | 20 | 12 | |
| Affirmative | 21 | 14 | 22 | 20 | |
| Affirmative | 23 | 13 | 24 | 6  | |
| Affirmative | 25 | 2  | 25 | 4  | |
| Affirmative | 25 | 7  | 25 | 21 | |
| Affirmative | 25 | 23 | 25 | 24 | |
| Affirmative | 26 | 1  | 26 | 4  | |
| Affirmative | 26 | 6  | 26 | 10 | |

- 2 -
DEFENDANTS' SUPPLEMENTAL DEPOSITION DESIGNATIONS          NO. 3:17-CV-05517-EMC

| Deposition of Wee Phurm (Andy) Lim<br>October 3, 2021 | | | | | |
|---|---|---|---|---|---|
| **Designation Type (Affirmative/Counter)** | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Objection** |
| Affirmative | 26 | 13 | 26 | 13 | |
| Affirmative | 26 | 16 | 26 | 20 | |
| Affirmative | 27 | 3 | 27 | 14 | |
| Affirmative | 27 | 25 | 29 | 6 | |
| Affirmative | 30 | 5 | 30 | 7 | |
| Affirmative | 30 | 11 | 30 | 25 | |
| Affirmative | 31 | 3 | 31 | 7 | |
| Affirmative | 31 | 10 | 31 | 14 | |
| Affirmative | 31 | 17 | 31 | 18 | |
| Affirmative | 32 | 19 | 33 | 12 | |
| Affirmative | 34 | 11 | 34 | 17 | |
| Affirmative | 34 | 19 | 34 | 20 | |
| Affirmative | 34 | 25 | 35 | 1 | |
| Affirmative | 35 | 3 | 35 | 4 | |
| Affirmative | 35 | 7 | 35 | 15 | |
| Affirmative | 35 | 17 | 36 | 2 | |
| Affirmative | 36 | 4 | 36 | 13 | |
| Affirmative | 36 | 15 | 36 | 15 | |
| Affirmative | 37 | 3 | 37 | 7 | |
| Affirmative | 37 | 10 | 37 | 10 | |
| Affirmative | 37 | 24 | 38 | 12 | |
| Affirmative | 38 | 15 | 38 | 16 | |
| Affirmative | 39 | 9 | 40 | 2 | |
| Affirmative | 41 | 9 | 41 | 17 | |
| Affirmative | 42 | 25 | 43 | 6 | |
| Affirmative | 44 | 18 | 45 | 1 | |
| Affirmative | 46 | 16 | 46 | 19 | |
| Affirmative | 46 | 22 | 47 | 18 | |
| Affirmative | 58 | 13 | 58 | 21 | |
| Affirmative | 59 | 10 | 59 | 14 | |
| Affirmative | 65 | 6 | 65 | 8 | |
| Affirmative | 65 | 11 | 65 | 21 | |
| Affirmative | 66 | 24 | 66 | 25 | |
| Affirmative | 67 | 10 | 67 | 13 | |
| Affirmative | 67 | 15 | 68 | 5 | |
| Affirmative | 68 | 7 | 68 | 8 | |
| Affirmative | 68 | 17 | 68 | 21 | |
| Affirmative | 68 | 23 | 68 | 23 | |
| Affirmative | 78 | 6 | 78 | 18 | |

| Deposition of Wee Phurm (Andy) Lim<br>October 3, 2021 | | | | | |
|---|---|---|---|---|---|
| **Designation Type (Affirmative/Counter)** | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Objection** |
| Affirmative | 78 | 22 | 80 | 5 | |
| Affirmative | 80 | 8 | 80 | 21 | |
| Affirmative | 80 | 24 | 81 | 19 | |
| Affirmative | 82 | 5 | 82 | 21 | |
| Affirmative | 83 | 17 | 84 | 2 | |
| Affirmative | 84 | 9 | 85 | 12 | |

| Deposition of Paul Carter<br>October 7, 2021 | | | | | |
|---|---|---|---|---|---|
| **Designation Type (Affirmative/Counter)** | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Objection** |
| Affirmative | 9 | 1 | 10 | 4 | |
| Affirmative | 10 | 13 | 12 | 7 | |
| Affirmative | 13 | 12 | 14 | 17 | |
| Affirmative | 15 | 1 | 15 | 10 | |
| Affirmative | 15 | 13 | 15 | 17 | |
| Affirmative | 15 | 19 | 15 | 25 | |
| Affirmative | 16 | 2 | 16 | 5 | |
| Affirmative | 17 | 8 | 17 | 11 | |
| Affirmative | 17 | 16 | 17 | 21 | |
| Affirmative | 17 | 23 | 18 | 11 | |
| Affirmative | 18 | 21 | 18 | 23 | |
| Affirmative | 18 | 25 | 18 | 25 | |
| Affirmative | 19 | 2 | 19 | 19 | |
| Affirmative | 20 | 16 | 20 | 19 | |
| Affirmative | 20 | 21 | 21 | 3 | |
| Affirmative | 21 | 14 | 21 | 18 | |
| Affirmative | 22 | 4 | 22 | 14 | |
| Affirmative | 22 | 18 | 22 | 22 | |
| Affirmative | 22 | 25 | 23 | 10 | |
| Affirmative | 24 | 12 | 24 | 22 | |
| Affirmative | 25 | 1 | 25 | 20 | |
| Affirmative | 25 | 22 | 26 | 2 | |
| Affirmative | 26 | 5 | 26 | 9 | |
| Affirmative | 27 | 10 | 28 | 19 | |
| Affirmative | 29 | 4 | 29 | 12 | |
| Affirmative | 29 | 14 | 29 | 14 | |
| Affirmative | 30 | 1 | 30 | 2 | |

| Deposition of Paul Carter<br>October 7, 2021 | | | | | |
|---|---|---|---|---|---|
| Designation Type (Affirmative/Counter) | Begin Page | Begin Line | End Page | End Line | Objection |
| Affirmative | 30 | 7 | 30 | 12 | |
| Affirmative | 34 | 23 | 34 | 25 | |
| Affirmative | 35 | 2 | 35 | 13 | |
| Affirmative | 35 | 16 | 35 | 16 | |
| Affirmative | 35 | 19 | 36 | 1 | |
| Affirmative | 36 | 3 | 36 | 9 | |
| Affirmative | 41 | 18 | 41 | 21 | |
| Affirmative | 41 | 25 | 42 | 16 | |
| Affirmative | 42 | 19 | 43 | 4 | |
| Affirmative | 43 | 7 | 43 | 9 | |
| Affirmative | 43 | 20 | 43 | 22 | |
| Affirmative | 43 | 24 | 44 | 5 | |
| Affirmative | 44 | 7 | 44 | 8 | |
| Affirmative | 44 | 10 | 44 | 22 | |
| Affirmative | 50 | 15 | 50 | 17 | |
| Affirmative | 50 | 20 | 50 | 22 | |
| Affirmative | 50 | 25 | 51 | 3 | |
| Affirmative | 51 | 5 | 51 | 8 | |
| Affirmative | 51 | 10 | 51 | 15 | |
| Affirmative | 51 | 17 | 51 | 25 | |
| Affirmative | 52 | 7 | 52 | 8 | |
| Affirmative | 52 | 11 | 52 | 13 | |
| Affirmative | 53 | 10 | 53 | 12 | |
| Affirmative | 53 | 14 | 53 | 18 | |
| Affirmative | 60 | 12 | 60 | 22 | |
| Affirmative | 60 | 24 | 61 | 11 | |
| Affirmative | 66 | 10 | 66 | 12 | |
| Affirmative | 66 | 15 | 66 | 23 | |
| Affirmative | 67 | 2 | 67 | 2 | |
| Affirmative | 67 | 4 | 67 | 18 | |
| Affirmative | 67 | 20 | 67 | 22 | |
| Affirmative | 67 | 25 | 68 | 8 | |
| Affirmative | 68 | 10 | 68 | 13 | |

| | | |
|---|---|---|
| 1 | Dated: October 15, 2021. | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 2 | | By: /s/ *Joseph Farris* |
| 3 | | JOSEPH FARRIS |
| 4 | | *Attorneys for Defendants* XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing **DEFENDANTS' SUPPLEMENTAL DEPOSITION DESIGNATIONS** via the Court's ECF system on October 15, 2021.

                 /s/ *Joseph Farris*
                 JOSEPH FARRIS