United States District Court<br/>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC <br><br> **ORDER RE AGENDA FOR OCTOBER 20, 2021 PRETRIAL HEARING** |

The parties shall be prepared to discuss the following items on the attached agenda at the pretrial hearing set for October 20, 2021.

**IT IS SO ORDERED**.

Dated: October 18, 2021

_____
EDWARD M. CHEN
United States District Judge