OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** October 25, 2021   **Time:** 10:30 - 11:00 = 30 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-05517-EMC   **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorney for Plaintiff:** Lael Andara
**Attorneys for Defendant:** Douglas Winthrop, Jeremy Kamras, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Recorded

**PROCEEDINGS CONDUCTED IN PERSON AND ZOOM WEBINAR**

Status Conference and Trial Run-Through held.

**SUMMARY**

Parties discussed possibility that project names of third parties may be confidential. Defendants are to approach Apple, Google, and Tjoa to see if confidentiality can be waived. If not, Court will require a declaration, stating the reason(s) why this information is deemed confidential, to be submitted by end of business tomorrow. Court will determine whether confidential designation meets the standards applicable to trial. See *Kamakana v. City & Cty. of Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006) (applying compelling interest test); Civil L.R. 79-5.

Trademark/tradename from Plaintiff's binder spines to be removed.

For trial, if there are confidential documents, public will listen in by audio only (AT&T conference line) instead of by Zoom.

Video depositions – not practical to edit – if confidential information is referred to, members of public will be excluded from the courtroom and public broadcast will be disabled at time of such testimony. Parties to meet and confer and agree to codes for in-court live testimony.

Stipulation of Facts to be filed by end of business tomorrow.

Jury questionnaires to come out soon and to be distributed to parties. Court will likely seat 8 jurors.

Further Status Conference re: Jury Questionnaires set for Wednesday, 10/27/2021, at 3:30PM and will be conducted by Zoom.