DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

WHGC, P.L.C.
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

*Attorneys for Defendants* XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17-CV-05517-EMC<br><br>Action Filed: September 22, 2017<br><br>**DEFENDANTS' SUPPLEMENTAL DEPOSITION DESIGNATIONS**<br><br><br>Judge:   Honorable Edward M. Chen<br><br>Trial:   November 1, 2021 |

Plaintiff SinCo Technologies Pte. Ltd, ("SINCO") hereby provides objections and counter designations to Defendants' identified Deposition testimony. Any designation including discussion by the attorney, other than objections, with the witness are intended as it provides context for later testimony.

| ABBREVIATION | OBJECTIONS |
|---|---|
| 106 | Rule of completeness to designation. (page:line to page:line). Objections removed. |
| 401/402 | Testimony in designation not relevant to claims or defenses in this action. |
| 403 | Designation causes unfair prejudice, confuses the issues, misleads the jury, wastes time (asked and answered). |
| 609 | Presumption Against Reference to Prior Conviction over ten years old.[1] |
| MIL | Subject to motion *in limine*. |
| LC | Calls for legal conclusion. |
| RD | Testimony is not based on Personal Knowledge, but simply reading a document provided by counsel. |
| NR | Non-responsive; no question pending. |
| SPEC | Calls for speculation. |
| V | Vague. |
| M | Misstates the testimony. |

Any objections are presumed removed from any deposition testimony read or played before the Jury. Defendants designations were inconsistent[2] in skipping or designation of attorney objections along with designation of the counsel asking the question (which is not spoken, and not on the video), in either event such material would not be read or appear on the deposition video. SINCO's counter designations again assumes that any objections by counsel will be removed from the testimony, as well as reference to the attorney asking the question.

---

[1] Defendants' Deposition Designations is not Proper Notice as required under FRE 609.
[2] For Example: Bryan Lim 19:3; 25:18; 59:13-19; 62:17-20; 80:23 and 85:22 (Defendants designating objections) 39:17; 40:3; 42:21; 47:20; 48:8 and 17; 51:17; 56:4 and 11; 57:18; 64:20 and 65:7 (Defendants designating attorney name). Many more are included not herein referenced.

# PLAINTIFF COUNTER-DESIGNATIONS AND OBJECTIONS

These counter-designations anticipate the removal of objections and interaction not in the form of a question by counsel as presented to the Jury.

I. **GOOGLE -** Wee Phurm (Andy) Lim

### DEPOSITION OF ANDY LIM TAKEN ON OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 8:17-21 | | 9:4-12 | |
| | | 9:15-19 | |
| | | 10:2-18 | |
| 11:4-5 | | 11:6-9 | |
| 11:12-15 | | | |
| 11:17-12:7 | | 12:8-9 | |
| | | 12:18-23 | |
| 13:4-14:11 | | | |
| 14:13-16 | | | |
| 14:19-20 | | | |
| 15:2-5 | | | |
| 15:8-10 | | | |
| 15:12-13 | | | |
| 15:15-16:8 | | | |
| 16:10 | | 16:13-15 | |

DEPOSITION OF ANDY LIM TAKEN ON **OCTOBER 3, 2021**

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 16:16-19 | | 16:20-22 | |
| 16:23-17:19 | | | |
| 17:21-22 | | | |
| 17:24-18:11 | | 18:12-17 | |
| 18:20-19:2 | | 19:3-6 | |
| 20:4-21:1 | | | |
| 21:14-22:20 | | 21:7-12 | |
| | | 22:21-23:10 | |
| 23:13-24:6 | | 24:12-14 | |
| 25:2-4 | | | |
| 25:7-21 | | | |
| 25:23-24 | | | |
| 26:1-26:4 | | | |
| 26:6-10 | | | |
| 26:13 | | | |
| 26:16-20 | | | |
| 27:3-14 | | | |
| 27:25-29:6 | | 29:7-24 | |
| 30:5-7 | | | |

## DEPOSITION OF ANDY LIM TAKEN ON OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 30:11-25 | | | |
| 31:3-7 | | | |
| 31:10-14 | | | |
| 31:17-18 | | 31:21-32:5 | |
| 32:19-33:12 | | 32:12-18 | |
| | | 33:13-22 | FRE 401. Assumes facts not in evidence. |
| 34:11-17 | | | |
| 34:19-20 | | | |
| 34:25-35:1 | | | |
| 35:3-4 | | | |
| 35:7-15 | | | |
| 35:17-36:2 | | | |
| 36:4-13 | | | |
| 36:15 | | 36:18-25 | FRE 401 / 403 - Google's response to a hypothetical supplier's violation of environmental laws is irrelevant and prejudicial; implication is that DG violated such laws. |

DEPOSITION OF ANDY LIM TAKEN ON **OCTOBER 3, 2021**

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 37:3-7 | | | |
| 37:10 | | 37:13-17 | |
| 37:24-38:12 | | | |
| 38:15-16 | | | |
| 39:9-40:2 | | 39:2-7 | |
| 41:9-17 | | 40:13-41:6 | FRE 401 / 403. Testimony regarding CNC machine to build tools irrelevant to case. |
| | | 41:18-42:22 | |
| 42:25-43:6 | | 43:20-44:2 | |
| 44:18-45:1 | | 45:17-46:3 | |
| 46:16-46:19 | | | |
| 46:22-47:18 | | 47:19-23 | |
| | | 48:6-8 | |
| | | 48:14-21 | |
| | | 49:21-50:11 | |
| | | 50:23-52:1 | |
| | | 53:17-25 | |
| | | 54:18-21 | |

### DEPOSITION OF ANDY LIM TAKEN ON OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| | | 54:24-55:9 | |
| | | 56:11-20 | FRE 401 / 403. Whether a supplier violated a law is irrelevant to the case; prejudicial to suggest that Defendants violated the law. |
| | | 57:20-22 | FRE 401 / 403. Supplier Responsibility Report irrelevant; implication is that Defendants were in violation of it, but there is no evidence to support this. |
| | | 58:10-11 | |
| 58:13-21 | | | |
| 59:10-14 | | 59:15-60:1 | FRE 401 / 403. Testimony re Tjoa's alleged "firing" violates Order on Defendants' Motion in Limine No. 6 Order; assumes facts not in evidence; lack of foundation. |
| | | 60:11-17 | FRE 401 / 403. Testimony re Tjoa's alleged "firing" violates |

### DEPOSITION OF ANDY LIM TAKEN ON OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| | | 61:14-16 | |
| | | 61:23-24 | |
| | | 62:3-64:7 | |
| | | 64:11-13 | |
| | | 64:17-65:5 | |
| 65:6-8 | | | |
| 65:11-21 | | 66:1-9 | |
| 66:24-25 | | 66:17-19 | Facts not in evidence / Foundation |
| 67:10-13 | | | |
| 67:15-68:5 | | | |
| 68:7-8 | | | |
| 68:17-21 | | | |
| 68:23 | | 69:5-10 | FRE 401 / 403. Lack of foundation; assumes facts not in evidence. |
| | | 69:18-7 | Counter-designation is unclear. To the extent the counter designation refers to 70:7 as the end line, the objection is FRE 401. Lack of foundation and assumes facts not in |

### DEPOSITION OF ANDY LIM TAKEN ON OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| | | | evidence. |
| | | 70:10-12 | FRE 401 / 403 / Lack of foundation / assumes facts not in evidence. |
| | | 70:21-71:4 | |
| | | 71:14-17 | FRE 401 / 403. Whether Google expects suppliers to follow the law suggests that Defendants did not. |
| | | 74:12-20 | |
| | | 75:9-20 | FRE 401 / 403 / Lack of personal knowledge. Irrelevant whether the witness is aware that Defendant filed trademark applications in the US. |
| 78:6-18 | | | |
| 78:22-80:5 | | | |
| 80:8-21 | | | |
| 80:24-81:19 | | 81:20-21 | Counter-designation is question but no witness answer counter-designated. |

### DEPOSITION OF ANDY LIM TAKEN ON OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 82:5-21 | | | |
| 83:17-84:2 | | | |
| 84:9-85:12 | | | |

## II.  APPLE - Paul Carter

### DEPOSITION OF PAUL CARTER TAKEN ON OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 9:1-10:4 | | | |
| 10:13-12:7 | | | |
| 13:12-14:17 | | 14:18-25 | |
| 15:1-10 | | | |
| 15:13-17 | | | |
| 15:19-25 | | | |
| 16:2-5 | | | |
| 17:8-11 | | 17:5-7 | |

DEPOSITION OF PAUL CARTER TAKEN ON **OCTOBER 3, 2021**

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 17:16-21 | | 17:12-15 | Rule 401. Plaintiff's counter-designation is counsel's objection, which Plaintiff indicated above should be removed from the testimony. |
| 17:23-18:11 | | 18:12-20 | |
| 18:21-23 | | | |
| 18:25 | | | |
| 19:2-19 | | 19:20-20:1 | |
| 20:16-19 | | 20:4-15 | |
| 20:21-21:3 | | | |
| 21:14-18 | | | |
| 22:4-14 | | | |
| 22:18-22 | | | |
| 22:25-23:10 | | 23:21-24:3 | |
| 24:12-22 | | | |
| 25:1-20 | | | |
| 25:22-26:2 | | | |
| 26:5-9 | | | |
| 27:10-28:19 | | 28:20-29:1 | |

DEPOSITION OF PAUL CARTER taken on **OCTOBER 3, 2021**

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 29:4-12 | | | |
| 29:14 | | 29:17-25 | |
| 30:1-2 | | | |
| 30:7-12 | | 30:14-18 | |
| | | 31:2-32:9 | Counsel misstates and mischaracterizes the witness's testimony at 31:17-18. |
| | | 33:4-7 | |
| | | 33:21-34:22 | Lack of foundation. Counsel is testifying at 34:11-13. |
| 34:23-25 | | | |
| 35:2-13 | | | |
| 35:16 | | | |
| 35:19-36:1 | | | |
| 36:3-9 | | 36:10-15 | |
| | | 40:11-17 | FRE 401. 40:11-17 contains witness's counsel's explanation of Apple's general position regarding its project code names and is not relevant to the witness's |

DEPOSITION OF PAUL CARTER TAKEN ON **OCTOBER 3, 2021**

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| | | | testimony. |
| 41:18-21 | | 41:15-17 | |
| 41:25-42:16 | | | |
| 42:19-43:4 | | | |
| 43:7-9 | | 43:11-19 | |
| 43:20-22 | | | |
| 43:24-44:5 | | | |
| 44:7-8 | | | |
| 44:10-22 | | 44:14-45:4 | |
| | | 46:17-21 | |
| | | 47:4-12 | |
| | | 47:17-48:2 | |
| | | 48:21-24 | |
| | | 49:5-8 | |
| | | 49:11-14 | Counsel is testifying and mischaracterizes witness's testimony at 49:11-14. |
| | | 49:17-50:12 | |
| 50:15-17 | | | |
| 50:20-22 | | | |

### DEPOSITION OF PAUL CARTER taken on OCTOBER 3, 2021

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 50:25-51:3 | | | |
| 51:5-8 | | | |
| 51:10-15 | | | |
| 51:17-25 | | | |
| 52:7-8 | | | |
| 52:11-13 | | 52:16-17 | |
| | | 52:21-25 | |
| | | 53:2-9 | |
| 53:10-12 | | | |
| 53:14-18 | | | |
| | | 54:14-25 | FRE 403. Cumulative evidence, the witness is already presented as and confirmed that he is testifying on his personal behalf only. *See, e.g.*, 17:12-15, 24:17, 25:1, 31:14-15, 32:6. |
| | | 55:3-10 | Counsel misstates and mischaracterizes witness's testimony as to whether there is confusion by other business units within Apple. |

### DEPOSITION OF PAUL CARTER taken on **OCTOBER 3, 2021**

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| | | 55:13-17 | FRE 401 / 403. Violates Order on Defendants' Motion in Limine No. 6 Order. |
| | | 55:20-56:18 | |
| | | 56:20-57:8 | |
| | | 58:9-15 | FRE 401. Counsel's question is hypothetical and not relevant. |
| 60:12-22 | | | |
| 60:24-61:11 | | 61:22-62:5 | |
| | | 62:7-15 | |
| | | 63:12-22 | |
| | | 63:23-25 | |
| | | 64:9-11 | |
| | | 64:18-65:9 | |
| | | 65:12-16 | |
| 66:10-12 | | | |
| 66:15-23 | | | |
| 67:2 | | | |
| 67:4-18 | | | |

<u>DEPOSITION OF PAUL CARTER TAKEN ON **OCTOBER 3, 2021**</u>

(*Page and Line Numbers*)

| DEFENDANTS' DEPOSITION DESIGNATION | OBJECTIONS TO DESIGNATIONS | PLAINTIFF COUNTER-DESIGNATION | OBJECTIONS TO COUNTER-DESIGNATION |
|---|---|---|---|
| 67:20-22 | | | |
| 67:25-68:8 | | | |
| 68:10-13 | | 68:22-69:5 | |
| | | 69:8-24 | Mischaracterizes the witness's testimony; counsel is testifying. |

Dated:  October 26, 2021        ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/ *Joseph Farris*
     JOSEPH FARRIS

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing **DEFENDANTS' SUPPLEMENTAL DEPOSITION DESIGNATIONS** via the Court's ECF system on October 26, 2021.

/s/ *Joseph Farris*

16

DEFS' SUPP. DEPO. DESIGNATIONS                                  3:17-CV-05517-EMC