LAEL D. ANDARA (SBN 215416)
ERNEST E. PRICE (SBN 164534)
ROPERS MAJESKI PC
545 Middlefield Road, Suite 175
Menlo Park, CA 94025
Telephone:   650.364.8200
Facsimile:   650.780.1701
Email:       lael.andara@ropers.com

Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17CV5517<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:             Edward M. Chen<br>Trial Date:        11/01/2021<br>Date Action Filed: 9/22/2017 |

PLEASE TAKE NOTICE that ERNEST E. PRICE, of the law firm of Ropers Majeski PC, an attorney admitted to practice in the United States District for the Northern District of California, hereby appears as counsel of record for Plaintiff SINCO TECHNOLOGIES PTE LTD and respectfully requests that all pleadings and other documents be served upon this individual at Ropers Majeski PC, as identified below:

4877-7606-1697.1

- 1 -

NOTICE OF APPEARANCE
3:17CV5517

1  ERNEST E. PRICE (CA State Bar No. 164534)
   Email: ernest.price@ropers.com
2  ROPERS MAJESKI PC
   445 South Figueroa Street, Suite 3000
3  Los Angeles, CA 90071

4  Dated: October 27, 2021                    Respectfully submitted,

5                                             ROPERS MAJESKI PC

6

7
                                              By: */s/ Ernest E. Price*
8                                                 ERNEST E. PRICE
                                                  LAEL D. ANDARA
9                                                 Attorneys for Plaintiff
                                                  SINCO TECHNOLOGIES PTE LTD