DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
Kathleen E. Alparce (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
Jessica A. Crabbe (SBN. 263668)
*JessicaCrabbe@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel. (949) 833-8483; Fax: (866) 881-5007

*Attorneys for Defendants* XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17-CV-05517-EMC <br><br> Action Filed: September 22, 2017 <br><br> **DEFENDANTS' RESPONSE TO COURT'S ORDER OF OCTOBER 26, 2021 RE JURY INSTRUCTIONS** <br><br> Date: October 20, 2021 <br> Time: 3:00 p.m. <br> Place: Courtroom 5, 17th Floor <br><br> **Judge: Honorable Edward M. Chen** <br><br> **Trial: November 1, 2021** |

1  Solely for the purpose of preserving a clear record and without rearguing the point, defendants reassert their objections to any instruction regarding the plaintiff's purported claim for "passing off" or unfair competition.

Attached are true and correct copies of *Public Prosecutor v. Jurong Country Club* (2019) 5 SLR 554, *BNM v. Nat'l Univ. of Singapore* (2014) 4 SLR 931, and *National University Hospital (Singapore) PTE Ltd. v. Cicada Cube PTE Ltd.* (2017) SGHC 53.

Defendants urge the court to drop the "false advertising" claim for the reasons set forth in the Court's order.

Finally, defendants believe that any award with respect to the individual defendants of both statutory and compensatory damages would be duplicative and contrary to the language of 15 U.S.C. § 1117(d) that statutory damages are available "*instead of* actual damages and profits." *See Tavaglione v. Billings* (1993) 4 Cal. 4th 1150, 1158-59 (Plaintiff "is not entitled to more than a single recovery for each distinct item of compensable damage supported by the evidence.  Double or duplicative recovery for the same items of damage amounts to overcompensation and is therefore prohibited.")(internal citation omitted); *Indu Craft, Inc. v. Bank of Baroda,* 47 F.3d 490, 497 (2nd Cir. 1997) ("A plaintiff seeking compensation for the same injury under different legal theories is of course entitled to only one recovery"); *MuscleTech Research and Dev. Inc. v. East Coast Ingredients, LLC,* 2007 WL 655755, *5 (W.D.N.Y. 2007)(same); *cf. Joe Hand Prods., Inc. v. Nguyen,* 2012 WL 1183738, *3 (N.D. Cal. 2012)(noting that "[s]everal courts have denied recovery for conversion damages as 'cumulative' where statutory damages were already awarded").

Dated: October 28 2021.  ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Douglas A. Winthrop*
DOUGLAS A. WINTHROP

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA