UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al.,<br><br>　　　　　　Defendants. | Case No. 17-cv-05517-EMC<br><br>**ORDER RE DEFENDANTS' SECOND SUPPLEMENTAL DEPOSITION DESIGNATIONS**<br><br>Docket No. 571 |

Attached are the Court's rulings on Defendants' Second Supplemental Deposition Designations. For convenience, the Court has used "S" for sustained and "OR" for overruled.

**IT IS SO ORDERED**.

Dated: November 1, 2021

_____
EDWARD M. CHEN
United States District Judge