# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** November 1, 2021  **Time:** 8:00 – 4:37 = **Judge:** EDWARD M. CHEN
5 Hours; 15 Minutes

**Case No.**: 17-cv-05517-EMC  **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee
**Also Present:** Dr. Jonathan Chee, Tao Tao (Client Representatives)

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Debra Pas

## PROCEEDINGS HELD IN PERSON

Jury Selection / Jury Trial held.

## SUMMARY

Jury Selection:

Peremptory challenges. Final jury panel of 8 selected.

Jury Trial:

Plaintiff's opening statement: Lael Andara
Defendants' opening statement: Douglas Winthrop

Witnesses: Video Deposition Testimony of Brian Lim.

Parties to return 11/2/2021 for Further Jury Trial at 8:15 AM for housekeeping matters; trial to begin at 8:30AM.