UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**EXHIBIT and WITNESS LIST**

| JUDGE: **EDWARD M. CHEN** | PLAINTIFF ATTORNEY: Lael Andara, Ernie Price | DEFENSE ATTORNEY: Douglas Winthrop, Jeremy Kamras, Robbin Lee |
|---|---|---|
| JURY SELECTION: November 1, 2021 | REPORTERS: Debra Pas | CLERK: Angella Meuleman |
| TRIAL DATE: November 1, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 AM | | | Court in session. Parties stated appearances. Court discussed outstanding objections to slides. Court ruled as stated on the record. Further housekeeping matters discussed. | |
| | | 8:21 AM | | | Court in recess. | |
| | | 9:32 AM | | | Court reconvened. Parties stated appearances. Prospective Jury pool present and sworn. Court welcomes prospective jury panel (31 present) and makes introductory remarks to jury panel. Court and counsel voir dire jury panel for hardships. | |
| | | 10:38 AM | | | Jurors excused for recess. Juror #12 approaches the podium out of the presence of the jury panel for discussion of private medical condition. | |
| | | 10:40 AM | | | Hardships discussed outside the presence of the jury. | |
| | | 10:53 AM | | | Court in recess. | |
| | | 10:57 AM | | | Court reconvened. Jury present. Prospective jurors re hardships thanked and excused. Voir dire from counsel. | |
| | | 11:50 AM | | | Jurors excused for lunch break. Court discussed housekeeping matters outside the presence of the jury. Peremptory challenges conducted. | |
| | | 12:24 PM | | | Court in recess. | |
| | | 12:53 PM | | | Court reconvened. Court further discusses final jury selection matters outside presence of jury. Final jury panel selected. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:00 PM | | | Prospective Jury panel present.  Final Jury selected and sworn.  Court reads jury instructions aloud. | |
| | | 1:30 PM | | | Plaintiff's opening statement. | |
| | | 1:51 PM | | | Plaintiff's opening statement concludes. | |
| | | 1:52 PM | | | Defendants' opening statement. | |
| | | 1:54 PM | | | Court in recess.  One juror requested to be excused immediately to attend to a medical situation.  Jury excused; to return momentarily. | |
| | | 2:12 PM | | | Court reconvened.  Jury present.  Defendants' opening statement resumes. | |
| | | 3:09 PM | | | Opening statement of Defendants concludes.  Court reads further jury instruction to jury.  Court in recess. | |
| | | 3:28 PM | | | Court reconvened.  Jury present.  Court reads Stipulation of Facts to the jury. | |
| | | 3:32 PM | | | Video Deposition of Witness, **Brian Lim.** | |
| 159 | | | | X | | Exhibit introduced in video deposition. | |
| | | 4:37 PM | | | Court admonished, thanked, and excused jurors for the day.  Counsel to return tomorrow morning at 8:15 for any housekeeping matters.  Jury instructed to return tomorrow morning no later than 8:15AM.  Trial continued to 11/2/2021 at 8:30AM. | |