LAEL D. ANDARA (SBN 215416)
ERNEST E. PRICE (SBN 164534)
ROPERS MAJESKI PC
545 Middlefield Road, Suite 175
Menlo Park, CA 94025
Telephone:    650.364.8200
Facsimile:    650.780.1701
Email:        lael.andara@ropers.com
              ernest.price@ropers.com

Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17CV5517<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' NOTICE OF TRIAL WITNESSES AND POTENTIAL EXHIBITS FOR SUBSEQUENT TRIAL DATE OF NOVEMBER 3, 2021 [ECF 533]**<br><br>Judge:            Hon. Edward M. Chen<br>Trial Start Date:    11/01/2021<br>Date Action Filed: 9/22/2017 |

Plaintiff SINCO TECHNOLOGIES PTE LTD hereby objects to the following portions of

Defendants' Notice of Trial Witnesses and Potential Exhibits for the subsequent trial date of

**November 3, 2021**.

Plaintiff stand by their objections raised in ECF 553. Plaintiff will further review these

objections and supplement this response if they intend to withdraw any of their objections.

Plaintiff has stated in their Witness list of **October 20, 2021**, "Plaintiff also reserves the

right to call any witnesses listed or called by Defendant." The evidence and witnesses are not the

1  province or owned by any specific party and are subject by the use of any party subject to proper

2  notice.

3  Dated: November 2, 2021                    Respectfully submitted,

4                                             ROPERS MAJESKI PC

5

6                                             By: /s/ *Lael Andara*
                                             _____
7                                                 LAEL D. ANDARA
                                                 ERNEST E. PRICE
8                                                 Attorneys for Plaintiff
                                                 SINCO TECHNOLOGIES PTE LTD

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   LAEL D. ANDARA (SBN 215416)
    ERNEST E. PRICE (SBN 164534)
2   ROPERS MAJESKI PC
    545 Middlefield Road, Suite 175
3   Menlo Park, CA 94025
    Telephone:   650.364.8200
4   Facsimile:   650.780.1701
    Email:       lael.andara@ropers.com
5                ernest.price@ropers.com

6   Attorneys for Plaintiff
    SINCO TECHNOLOGIES PTE LTD

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  SINCO TECHNOLOGIES PTE LTD,            Case No. 3:17CV5517

12          Plaintiff,                     **PROOF OF SERVICE**

13      v.

14  SINCO ELECTRONICS (DONGGUAN) CO.,
    LTD.; XINGLE ELECTRONICS
15  (DONGGUAN) CO., LTD.; XINGKE
    ELECTRONICS TECHNOLOGY CO., LTD.;
16  SINCOO ELECTRONICS TECHNOLOGY
    CO., LTD.; MUI LIANG TJOA (an
17  individual); NG CHER YONG aka CY NG (an
    individual); and LIEW YEW SOON aka
18  MARK LIEW (an individual),

19          Defendants.

20

21

22

23

24

25

26

27

28

4885-5767-5265.1                                    PROOF OF SERVICE
                                                    3:17CV5517

**CASE NAME:** **SINCO TECHNOLOGIES PTE LTD V. XINGKE ELECTRONICS (DONGGUAN) CO., LTD., ET AL.**

**ACTION NO.:** **3:17CV5517**

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 545 Middlefield Road, Suite 175, Menlo Park, CA 94025, County of San Mateo.

3. On November 2, 2021 I served the following documents:

**PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF TRIAL WITNESSES & POTENTIAL EXHIBITS FOR NOVEMBER 3, 2021**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Jeffrey C.P. Wang
Kathleen E. Alparce
Michael York
Jessica Crabbe
WHGC, P.L.C.
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
**Email:** JeffreyWang@whgclaw.com
KathleenAlparce@whgclaw.com
MichaelYork@whgclaw.com
JessicaCrabbe@whgclaw.com
ElaineWu@whgclaw.com
FrontDesk@whgclaw.com
MarthaValenzuela@whgclaw.com

Douglas A. Winthrop
Jeremy T. Kamras
Jessica Gillotte
Jing Wang
Joseph Farris
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
**Email:** Jeremy.Kamras@arnoldporter.com
Douglas.Winthrop@arnoldporter.com
Jessica.Gillotte@arnoldporter.com
Jing.Wang@arnoldporter.com
Joseph.Farris@arnoldporter.com
Jerome.Ferrer@arnoldporter.com
Jane.Rustice@arnoldporter.com

Neesha Chhina
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
**Email:** Neesha.Chhina@arnoldporter.com

Robbin Lee
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
**Email:** Robbin.Lee@arnoldporter.com

Dania Qahoush
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor Los Angeles, CA 90017-5844
**Email:** Dania.Qahoush@arnoldporter.com

5.  I served the documents by the following means:

    a.  ☐   By United States mail:  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

    b.  ☐   By overnight delivery:  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c.  ☐   By messenger:  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service.

    d.  ☐   By fax transmission:  Based on an agreement between the parties and in conformance with Rule 2.306, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

    e.  ☒   By email or electronic transmission: I sent the documents via my electronic service address (manali.shah@ropers.com) to the persons at the email addresses listed in item 4.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    f.  ☐   By email or electronic transmission: I caused the document(s) listed above to be electronically served through One Legal for the above-entitled case upon the parties listed in item 4.  The file transmission was reported as complete and a copy of the One Legal Receipt will be maintained in our case file.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Date:   November 2, 2021                  */s/Lael Andara*
                                     _____
                                               LAEL ANDARA

4885-5767-5265.1

PROOF OF SERVICE
3:17CV5517