# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 2, 2021  **Time:** 8:17 – 1:44 = **Judge:** EDWARD M. CHEN
5 Hours; 7 Minutes

**Case No.:** 17-cv-05517-EMC   **Case Name:**  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Debra Pas

## PROCEEDINGS HELD IN PERSON

Jury Trial held.

## SUMMARY

Witnesses: Video Deposition Testimony of Brian Lim; Dr. Jonathan Chee.
Admitted Exhibits: 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 419, 12, 56, 68, 71, 75, 14, 203, 204, 205, 69, 703, 697.

See Trial Log for further details.