UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| **EDWARD M. CHEN** | | Lael Andara, Ernie Price | Douglas Winthrop, Jeremy Kamras, Robbin Lee, Joseph Farris |
| **JURY SELECTION:** | | **REPORTERS:** | **CLERK:** |
| November 2, 2021 | | Debra Pas | Angella Meuleman |
| **TRIAL DATE:** | | | |
| November 2, 2021 | | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:17 AM | | | Court in session.  Parties stated appearances. | |
| | | | | | Plaintiff renewed objections re: Swiftronics document. Court sustains previous ruling for reasons as stated on the record. | |
| | | 8:23 AM | | | Court in recess. | |
| | | 8:35 AM | | | Court reconvened.  Jury Present. | |
| | | 8:36 AM | | | Continued Video Deposition of Witness, **Brian Lim**. | |
| 178 | | | X | | Exhibit – Email exchange. | |
| | | 8:54 AM | | | Testimony concluded. | |
| | | 8:55 AM | | | Witness, **Dr. Jonathan Chee**, approaches the witness stand and sworn for testimony.  Direct examination of witness by Lael Andara. | |
| 1-4 | | | X | X | Exhibits 1 thru 4 (Trademark) | |
| 5 | | | X | X | SinCo Supply Agreement with Sinco Electronics | |
| 7 | | | X | X | SinCo's Sales By Customer. | |
| 8 | | | X | X | Sales Report Humen 2013. | |
| 9 | | | X | X | Sales Report Humen 2014. | |
| 10 | | | X | X | Sales Report Humen 2015. | |
| 11 | | | X | X | Sales Report Humen 2016. | |
| 419 | | | X | X | Apple Release drawing | |
| 12 | | | X | X | Sales e Report Humen 2017 | |

|  |  | 10:04 AM |  |  | Court in recess. Jury excused for break. |  |
|  |  | 10:26 AM |  |  | Court reconvened.  Jury present.  Continued examination of witness, Dr. Jonathan Chee.  Direct examination by Lael Andara. |  |
| 420 |  |  | X |  | Apple Sales. |  |
| 56 |  |  | X | X | Email BOSE factory visit on 8/2/2015. |  |
| 68 |  |  | X | X | Bose Slide presentation at factory. |  |
| 207 |  |  | X |  | Email |  |
| 418 |  |  | X | X | NDA with Apple/SINCO |  |
| 71 |  |  | X | X | Ltr to Bose Management |  |
| 75 |  |  | X | X | Email from SINCO to Bose |  |
| 14 |  |  | X | X | SinCo TERMS & CONDITIONS to P.O. |  |
| 203 |  |  | X | X | SinCo 2016 Audited Report – Annual Financial Statement |  |
| 204 |  |  | X | X | SinCo 2017 Audited Report – Annual Financial Statement |  |
| 205 |  |  | X | X | SinCo 2018 Audited Report – Annual Financial Statement |  |
|  |  | 12:07 PM |  |  | Jury excused for break.  Court in recess. |  |
|  |  | 12:23 PM |  |  | Court reconvened.  Jury present.  Continued examination of witness, Dr. Jonathan Chee.  Direct examination by Lael Andara. |  |
| 69 |  |  | X | X | Audio recording of Mui Liang Tjoa's Bose presentation. |  |
|  |  | 12:52 PM |  |  | Cross-examination of witness by Joseph Farris. |  |
|  | 703 |  | X | X | KOTL Company Overview. |  |
|  |  |  |  |  | Video deposition of Dr. John Chee (played: 922 thru114) |  |
|  | 697 |  | X | X | Email from Nancy Wenlan Chen to Desmond Chin. |  |
|  |  | 1:44 PM |  |  | Jury excused.  Court thanked and admonished jury and further instructed them to return 11/3/2021 at 8:30AM. |  |