# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 3, 2021     **Time:** 8:15 - 1:35 =     **Judge:** EDWARD M. CHEN
                                            4 Hours; 31 Minutes

**Case No.:** 17-cv-05517-EMC     **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas

### PROCEEDINGS HELD IN PERSON

Jury Trial held.

### SUMMARY

Witnesses: Dr. Jonathan Chee
Admitted Exhibits: See Trial Log.