UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

## EXHIBIT and WITNESS LIST

| JUDGE: EDWARD M. CHEN | PLAINTIFF ATTORNEY: Lael Andara, Ernie Price | DEFENSE ATTORNEY: Douglas Winthrop, Jeremy Kamras, Robbin Lee, Joseph Farris |
|---|---|---|
| JURY SELECTION: November 3, 2021 | REPORTERS: Debra Pas | CLERK: Angella Meuleman |
| TRIAL DATE: November 3, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:15 AM | | | Court in session. Parties stated appearances. Discussion re Carter deposition outside the presence of the jury. Court will further instruct the jury as stated on the record. Request to strike pages 5 thru 9 on Exhibit 75. Court grants for reasons as stated on the record. Trial exhibit updated. Court directed parties to redact or to stipulate to exhibits that are shown in video testimony but are not admitted. | |
| | | 8:30 AM | | | Court in recess. | |
| | | 8:40 AM | | | Court reconvened. Jury present. Continued cross-examination of Dr. Jonathan Chee by Joseph Farris. | |
| | 500 | | X | X | Debit Notes Issued by SinCo SG to SinCo DG. | |
| | 238 | | X | X | Mark Liew's Payroll Report. | |
| | 719 | | X | X | Debit Notes issued by SinCo. | |
| | 801 | | X | X | Salary statements for Cy Ng | |
| | 217 | | X | X | Humen Factory Photo | |
| | 690 | | X | X | Clarification of SinCo Structure. | |
| | 535 | | X | X | SinCo Electronic (Dongguan)Company Limited – Articles of Association. | |
| | 536 | | X | X | SinCo Electronics (Dongguan) Company Limited – Articles of Incorporation. | |
| | 538 | | X | X | Board of Directors Meeting. | |
| | 581 | | X | X | Email from Xu to Lim re Jinlong Acquisition. | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | 901 | | X | X | Minutes of Meeting of Board of Directors | |
| | 591 | | X | X | Email from Eu to Looi re Mechanical Supplier Selection. | |
| | | | | | Video clip played to Dr. Chee's deposition. | |
| | | 10:05 AM | | | Jury excused for morning break.  Court in recess. | |
| | | 10:24 AM | | | Court reconvened.  Jury present.  Continued cross-examination of Dr. Jonathan Chee by Joseph Farris. | |
| | 594 | | X | X | Email from Khouri to Chee. | |
| | 599 | | X | X | Email from Knox to Eu re SinCo Technologies – Account Opening. | |
| | 547 | | X | X | Email re China vs. Singapore Sinco Companies | |
| | 612 | | X | X | Email from M. Nguyen re Private and Confidential. | |
| | 625 | | X | X | Acquisition Prospectus | |
| | 626 | | X | X | Email from Chua to Cheun re Acquisition Prospectus (Top Secret) Zhuhai CC | |
| | 638 | | X | X | Email from Nguyen from Chee re Customers | |
| | 668 | | X | X | Eu-Nguyen Email | |
| | 670 | | X | X | Chee-Nguyen Email | |
| | 692 | | X | X | Eu-Sg Personnel Email | |
| | 675 | | X | X | Email from Chee to Nguyen re SinCo Dongguan. | |
| | 350 | | X | X | Email dated 7/20/2015 from Brian Chee | |
| | 662 | | X | X | Email from Low dated 8/15/2016 | |
| | 671 | | X | X | Email from Low to Nguyen re SinCo Meeting | |
| | 683 | | X | X | Memorandum to SinCo Technologies Pte Ltd. Clients. | |
| | 684 | | X | X | Email from Chee re Memorandum. | |
| | 712 | | X | X | Email dated 2/22/2017 | |
| | 790 | | X | X | Sinco Purchase Orders | |
| | 556 | | X | X | Email from Lim to Gao and Xu | |
| | 659 | | X | X | Email from Nguyen | |
| | | 12:02 PM | | | Jury excused.  Court in recess. | |
| | See desc | 12:27 PM | X | X | Court reconvened. Jury present. Cross-examination of Dr. Chee by Joseph Farris.  Exhibits stipulated to between the parties: #s639, 649, 52, 658, 657 with 418 as attachment; 550 subject to further stip. | |
| | 677 | | X | X | Litigation document (Objection; overruled) | |

2

|  | 420 |  | X | X | Customer Sales |  |
|---|---|---|---|---|---|---|
|  | 388 |  | X | X | Document to Dongguan Environmental Protection Bureau |  |
|  |  | 12:51 PM |  |  | Re-direct examination of witness by Lael Andara. |  |
| 249 |  |  | X | X | Affidavit of Cy Ng SINGAPORE |  |
| 244 |  |  | X | X | SinCO Employment Application RE: Cy Ng. |  |
| 247 |  |  | X | X | NDA RE: Cy Ng |  |
| 248 |  |  | X | X | Payroll Report: Cy NG |  |
| 246 |  |  | X | X | Loan Agreement Re: Cy Ng |  |
| 222 |  |  | X | X | Application for SINCO: Mark Liew |  |
| 226 |  |  | X | X | University Sponsorship for Mark |  |
| 223 |  |  | X | X | Letter of Employment: Mark Liew |  |
| 24 |  |  | X | X | U.S. Visa Application |  |
| 25 |  |  | X | X | Mr. Liew's Email to SINCO Requesting Approval for Personal Travel |  |
|  |  | 1:35 PM |  |  | Court admonished and thanked jurors and directed them to return on Friday, 11/5/2021, at 8:30AM. Court confirmed time remaining with parties. Jury excused. Court in recess. |  |