# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 5, 2021          **Time:** 8:15 - 1:38 =          **Judge:** EDWARD M. CHEN
                                        4 Hours; 45 Minutes

**Case No.**: 17-cv-05517-EMC   **Case Name:**  Sinco Technologies Pte Ltd v. Sinco
                                 Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Debra Pas

### PROCEEDINGS HELD IN PERSON

Jury Trial held.

### SUMMARY

Witnesses: Dr. Jonathan Chee (live), Video deposition testimony of Paul Carter**,** Video
deposition testimony of Alison Chen**,** ML Tjoa (live).

Admitted Exhibits: See Trial Log.

Deposition video testimonies displayed designated as Court record.

Bryan Lim Video Deposition - Court Exhibit 1;
Paul Carter Video Deposition - Court Exhibit 2; and
Alison Chen Video Deposition - Court Exhibit 3.