UNITED STATES DISTRICT COURT  NORTHERN
DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| **EDWARD M. CHEN** | Lael Andara, Ernie Price | Douglas Winthrop, Jeremy Kamras, Robbin Lee, Joseph Farris |
| **JURY SELECTION:** | **REPORTERS:** | **CLERK:** |
| November 1, 2021 | Debra Pas | Angella Meuleman |
| **TRIAL DATE:** | | |
| November 5, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:15 AM | | | Court in session.  Parties stated appearances.  Jury instruction re: using trademark if abandoned discussed with the parties outside the presence of the jury. | |
| | | 8:29 AM | | | Jury present.  Court reads instruction re: exclusion and abandonment of trademark to jury. | |
| | | 8:32 AM | | | Witness, **Dr. Jonathan Chee**, approaches the witness stand for further testimony.  Witness advised still under oath.  Re-Direct examination of witness by Lael Andara. | |
| 285 | | | X | X | Year End Appraisals of SINCO employees. | |
| 235 | | | X | X | Mark Liew's Performance Appraisals/Review | |
| 236 | | | X | X | Mark Liew's Performance Appraisals/Review | |
| 237 | | | X | X | Mark Liew's Performance Appraisals/Review | |
| 253 | | | X | X | Letter of Employment – Quek | |
| 289 | | | X | X | Letter of Employment Yang Darui | |
| 290 | | | X | X | Letter of Employment Ng Yi Ming | |
| 54 | | | X | X | Email from Bryan Lim to Xu Shugong re China vs. Singapore Sinco Companies | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | | | X | X | 2014 Purchase Order Agreements | |
| 18 | | | X | X | 2015 Purchase Order Agreements | |
| 425 | | | X | X | PO to XINGKE from SInCo | |
| 431 | | | X | X | Email: PO to XINGKE from SInCo | |
| | | 9:23 AM | | | Re-Cross-examination of witness by Joseph Farris. | |
| | 541 | | X | X | Ng-Cynthia Chu Emails re Hire of Liew | |
| | | 9:46 AM | | | Re-Direct examination of witness by Lael Andara | |
| 271 | | | X | X | Resignation of Mark Liew Yew Soon | |
| | | 9:52 AM | | | Jury excused for morning break. Court in recess. | |
| | | 10:11 AM | | | Court reconvened out of the presence of the jury to discuss displayed exhibit. | |
| | 421 | | | | Exhibit discussed in video deposition but not displayed. Completeness objection made by defendant.  Court ruled if exhibit does come up, it will be admitted.  Further, parties will meet and confer regarding exhibits. | |
| | | 10:16 AM | | | Jury present.   Court clarifies witness as case-in-chief regarding defense and plaintiff for the jury.   Video deposition testimony of **Paul Carter**.  Direct examination by Lael Andara. | |
| | | 11:00 AM | | | Video deposition testimony of **Alison Chen**.   Direct examination by Lael Andara. | |
| | | 11:36 AM | | | Witness, **ML Tjoa**, approaches the witness stand and sworn for testimony.   Direct examination of witness by Lael Andara. | |
| | | 12:07 PM | | | Jury excused for lunch break.  Court in recess. | |
| | | 12:26 PM | | | Court reconvened.   Jury present.   Direct examination of witness continued by Lael Andara. | |
| 49 | | | X | X | Email Tjoa and Google – Showing confusion. | |
| 170 | | | X | X | Email Tjoa to Google. Completeness objection.  NDA is exhibit to be attached. | |
| 111 | | | X | X | Initial Filing DG Trademark Application. SN 87425484 for XINGKE.  Admitted on condition redaction stipulated to. Published to jury 111-3 only. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112 | | | X | X | Initial Filing DG Trademark Application SN 87377118 for XINGKE.  Admitted on condition redaction stipulated to.  Published to jury 112-15 only. | |
| | | 1:30 PM | | | Jury excused, admonished, and instructed to return on Monday, November 8, 2021, at 8:30AM.  Outside presence of jury, Court clarified applicable rules that apply regarding witness communication.  Deposition video testimony designated as court exhibits discussed.  Deposition video testimonies displayed designated as Court record.<br>Bryan Lim Video Deposition - Court Exhibit 1;<br>Paul Carter Video Deposition - Court Exhibit 2; and<br>Alison Chen Video Deposition - Court Exhibit 3. | |
| | | | | | Designations:<br>Bryan Lim: P: 26:58 D: 52:34<br>Paul Carter: D: 26:40 / P: 15:07<br>Alison Chen: P: 33:04 / D: 1:08 | |
| | | 1:38 PM | | | Instructed parties to meet and confer as stated on the record.  Court in recess.  Parties to return Monday, November 8, 2021, at 8:15AM. | |