# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** November 8, 2021        **Time:** 8:14 - 1:42 =        **Judge:** EDWARD M. CHEN
4 Hours; 44 Minutes

**Case No.**: 17-cv-05517-EMC        **Case Name:**  Sinco Technologies Pte Ltd v. Sinco
Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman        **Court Reporter:** Debra Pas

### PROCEEDINGS HELD IN PERSON

Jury Trial held.

### SUMMARY

Witnesses: ML Tjoa (live), Video Deposition of Andy Lim, Cy Ng (live), Mark Liew (live).

Admitted Exhibits: See Trial Log.