UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

## EXHIBIT and WITNESS LIST

| JUDGE: **Edward M. Chen** | PLAINTIFF ATTORNEY: Lael Andara, Ernie Price | DEFENSE ATTORNEY: Douglas Winthrop, Jeremy Kamras, Joseph Farris, Robbin Lee |
|---|---|---|
| JURY SELECTION: November 1, 2021 | REPORTERS: Debra Pas | CLERK: Angella Meuleman |
| TRIAL DATE: November 8, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:14 AM | | | Court in session. Parties stated appearances. Parties met and conferred re: stipulating to video deposition exhibits. Counsel to give list to deputy clerk. | |
| | | 8:18 AM | | | Court in recess. | |
| | | 8:28 AM | | | Court reconvened. Jury present. Witness, **ML Tjoa**, approaches the witness stand for continued testimony. Court reminds witness of continued oath. Examination of witness by Lael Andara. | |
| | | | | | Video deposition played, Page 119, line 14 to Page 120, line 15 | |
| 93 | | | X | X | Initial Filing and Specimens DG TM App. | |
| 94 | | | X | X | Initial Filing and Specimens DG TM App. | |
| 95 | | | X | X | Initial Filing and Specimens DG TM App. | |
| 97 | | | X | X | Initial Filing and Specimens DG TM App. | |
| 99 | | | X | X | Initial Filing and Specimens DG TM App. | |
| 106 | | | X | X | Initial Filing and Specimens DG TM App. | |
| 107 | | | X | X | Initial Filing and Specimens DG TM App. | |
| 59 | | | X | X | CAP Report | |
| 73 | | | X | X | Tjoa Email to Bose: jinLong Overview | |
| 159 | | | X | X | Purchase Order dated 3/19/2015 | |
| 157 | | | X | X | Purchase Order dated 2/3/2017 | |
| 161 | | | X | X | Purchase Orders dated 2014-2017 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 160 | | | X | X | Purchase Order dated 1/4/2016 | |
| 78 | | | X | X | XINGKE name change | |
| | | 9:42 AM | | | Jury excused for break. Court in recess. | |
| | | 9:55 AM | | | Court reconvened. Housekeeping matters discussed outside presence of the jury. | |
| | | 10:00 AM | | | Jury present. Examination of witness by Lael Andara continued. | |
| 112 | | | X | | Initial Filing DG Trademark App. | |
| 127 | | | X | | SINCO Business Card. | |
| 896 | | | X | X | Mark Liew DG Business Card and Badge. | |
| | | 10:10 AM | | | Examination concluded. No cross-examination. | |
| | | 10:11 AM | | | Court instructs jury re: video deposition and transcript. Video Deposition of **Andy Lim**. | |
| | | | | | Exhibits displayed: 170, 50, 692 | |
| | | 11:11 AM | | | Testimony concluded. Last name referenced in video deposition clarified as Loo from Google; not Liew. | |
| | | 11:13 AM | | | Witness, **Cy Ng**, approaches the witness stand and sworn for testimony. Direct examination by Ernie Price. | |
| 67 | | | X | X | Email from ML KOTL to Cy Ng re Bose. | |
| 273 | | | X | X | Resignation of Cy Ng. | |
| | | 11:56 AM | | | No cross-examination. Jury excused for lunch break. Court in recess. | |
| | | 12:17 PM | | | Court reconvened. Matters discussed outside the presence of the jury. | |
| | | 12:20 PM | | | Jury present. | |
| | | 12:21 PM | | | Witness, **Mark Liew**, approaches the witness stand and sworn for testimony. Assisted by interpreter, Mimi Lain, if needed. | |
| 220 | | | X | X | Offer of Employment Liew | |
| 224 | | | X | X | Payroll Report: Mark Liew | |
| 257 | | | X | X | Employment Application Form of Yang Darui. | |
| 40 | | | X | X | I 94 – Liew | |
| 429 | | | X | X | Motorola Communications. Completeness objection. Original admitted as presented. Court instructed defense to introduce at appropriate time. | |
| 163 | | | X | X | Email Liew to Google | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 165 | | | X | X | Email Liew to Google | |
| 166 | | | X | X | Email Liew to Google | |
| | 1:38 PM | | | | Jury excused. Court thanked, admonished, and instructed jury to return tomorrow, 11/9/2021, at 8:30AM. | |
| | 1:42 PM | | | | Court discussed further housekeeping matters outside presence of jury.  Court in recess. | |