# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 9, 2021  **Time:** 8:13 - 1:54=  **Judge:** EDWARD M. CHEN
                                     5 Hours; 4 Minutes

**Case No.:** 17-cv-05517-EMC   **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Debra Pas

### PROCEEDINGS HELD IN PERSON

Jury Trial held.

### SUMMARY

Witnesses: Mark Liew (live); Minh Chi Nguyen (live).

Admitted Exhibits: See Trial Log.