UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**EXHIBIT and WITNESS LIST**

| JUDGE: **Edward M. Chen** | PLAINTIFF ATTORNEY: Lael Andara, Ernie Price | DEFENSE ATTORNEY: Douglas Winthrop, Jeremy Kamras, Joseph Farris, Robbin Lee |
|---|---|---|
| JURY SELECTION: November 1, 2021 | REPORTERS: Debra Pas | CLERK: Angella Meuleman |
| TRIAL DATE: November 9, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:13 AM | | | Court in session. Parties stated appearances. Court discusses matters outside the presence of the jury. | |
| | | 8:32 AM | | | Court reconvened. Jury present. Continued testimony of Witness, **Mark Liew**, previously sworn for testimony. Assisted by interpreter, Chen-Hao Hsu, sworn, if needed. Direct examination of witness by Lael Andara. | |
| 409, 410 | | | X | X | Alison Chen Emails | |
| | | | | | Deposition transcript of Mark Liew played, Page 276, line 7 to Page 277 line 21. | |
| 225 | | | X | X | Yew Soon Liew Linkedin Profile. | |
| | | | | | Deposition transcript of Mark Liew played, Page 139 line 3 to Page 140, line 12. | |
| 218 | | | X | X | FACEBOOK: "Boss singing" | |
| 149 | | | X | | Purchase Order – Bose to SinCo. Objection. Sustained. | |
| 63 | | | X | X | Email Liew to Ng RE: Bose Projects. | |
| | | | | | Deposition transcript of Mark Liew played, Page 193, line 22; Page 194, line 1. Objection. Overruled. | |
| | | | | | Deposition transcript of Mark Liew played, Page 195, line 3 Page 195, line 5. Objection. Overruled. | |
| 234 | | | X | | CPFE – Court disallows exhibit introduced due to late production. | |
| | | | | | Deposition transcript of Mark Liew played, Page 128, line 21; page 129, line 3 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | No cross-examination. | |
| | | 9:14 AM | | | Video Deposition Testimony of **Jerry Darui**, began. Objection. Sustained. Playing of deposition deferred at this time. | |
| | | 9:19 AM | | | Jury excused for morning break. Court in recess. | |
| | | 9:36 AM | | | Court reconvened. Parties discussed housekeeping matters with the Court outside presence of the jury. | |
| | | 9:41 AM | | | Jury present. Witness, **Minh Chi Nguyen**, approaches the witness stand and sworn for testimony. Direct examination of witness by Lael Andara. | |
| 21 | | | X | X | Larry Marvet to Dave Choong. | |
| 22 | | | X | X | Minh to Larry Marvet. | |
| 44 | | | X | X | Email from Andy Lim to Minh and Jon at SINCO. | |
| 46 | | | X | X | Ming's Email re project to Liew CSR. | |
| 31 | | | X | X | Minh Visit to Google. | |
| 79 | | | X | X | Email to Google from Minh. | |
| 47 | | | X | X | Factory Development project through Liew. | |
| 693 | | | X | X | Sales Revenue Amazon/Kyocera/Mobility | |
| | | 11:23 AM | | | Cross-examination of witness by Robbin Lee. | |
| | 660 | | X | X | Email from Lim to Eu re Pricing. | |
| | | 11:45 AM | | | Jury excused for lunch break. Court in recess. | |
| | | 12:05 PM | | | Court reconvened. Jury present. Continued cross-examination of witness by Robbin Lee. | |
| | 651 | | X | X | Email from Nguyen to Yen re project. | |
| | 696 | | X | X | Email from Nguyen to Chee re Bose Message. | |
| | 746 | | X | X | Email from Nguyen to Eu re New SinCo Factory in Zhuhai. | |
| | 598 | | X | X | Email from Ng to Nguyen re Conference Call. | |
| | | | | | Oral motion made by plaintiff to strike testimony. Court Denied. | |
| | 587, 588 | | X | X | Email from Eu to Chee re Intel Meeting Minutes | |
| | | | X | X | Oral Stipulation to Exhibits 157, 159, and 160. | |
| | | 1:49 PM | | | Jury excused. Court admonished and instructed Jury to return 11/10/2021 at 8:30AM. | |

|  |  |  |  | Court discussed housekeeping matters outside presence of jury. |  |
|---|---|---|---|---|---|
|  |  |  |  | Admitted exhibits stipulated to re: Paul Carter: 390, 419-420, 829-834, 836-837 and 840; Alison Chen: 78, 403, 404, 405, 408, 409 as stated on record, 410 as stated on record; 93, 94, 95, 97, 99, 101, 102, 104, 106 -107, 109, 111-114; 207; 178 |  |
|  | 1:54 PM |  |  | Court in recess. |  |