# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 10, 2021   **Time:** 8:13 - 1:44=   **Judge:** EDWARD M. CHEN
4  Hours; 42 Minutes

**Case No.:** 17-cv-05517-EMC   **Case Name:**  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Debra Pas

## PROCEEDINGS HELD IN PERSON

Jury Trial held.

## SUMMARY

Witnesses: Minh Chi Nguyen (live); Alan James Cox, Ph.D. (live)

Admitted Exhibits: See Trial Log.