UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

## EXHIBIT and WITNESS LIST

| JUDGE: Edward M. Chen | PLAINTIFF ATTORNEY: Lael Andara, Ernie Price | DEFENSE ATTORNEY: Douglas Winthrop, Jeremy Kamras, Joseph Farris, Robbin Lee |
|---|---|---|
| JURY SELECTION: November 1, 2021 | REPORTERS: Debra Pas | CLERK: Angella Meuleman |
| TRIAL DATE: November 10, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:13 AM | | | Court in session. Parties stated appearances. Discussion re: Tao Tao potential testimony and other housekeeping matters as stated on the record outside of presence of jury. Plaintiff reserves the right to call on rebuttal. | |
| | | 8:23 AM | | | Court in recess. | |
| | | 8:32 AM | | | Court reconvened. Jury present. Witness, **Minh Chi Nguyen**, approaches the witness stand for further testimony. Court reminded witness of continuance of oath. Cross-examination of witness by Robbin Lee. | |
| | 609 | | X | X | Nguyen email attaching SinCo Portfolio to customer and attachment. Admitted with originals attached. | |
| | | | | | Deposition of Minh Nguyen recited; Page 109, line 18 thru Page 110, line 18. | |
| | | 9:29 AM | | | Re-direct examination of witness by Lael Andara. | |
| | | 9:34 AM | | | Witness, **Alan James Cox, Ph.D.,** approaches the witness stand and sworn for testimony. Direct examination of witness by Ernie Price. | |
| 399 | | | X | X* | Alan Cox Supplemental Report 399-23 thru 399-33. Objection. Sustained. | |
| | | 10:04 AM | | | Jury excused for break. Court in recess. | |
| | | 10:22 AM | | | Court reconvened. Jury present. Continued examination of Dr. Cox by Ernie Price. | |
| | | | | | Request to submit redacted supplemental report of Alan Cox as stated on the record. *Exhibit conditionally admitted on agreement of redactions between parties. | |

|   |   | 10:55 AM |   |   | Cross examination of witness by Jeremy Kamras. |   |
|---|---|---|---|---|---|---|
|   |   | 12:08 PM |   |   | Jury excused for lunch break. Court in recess. |   |
|   |   | 12:30 PM |   |   | Court reconvened. Jury present. Redirect examination of witness by Ernie Price. |   |
|   |   | 12:34 PM |   |   | Plaintiff RESTS subject to rebuttal on cross-examination. |   |
|   |   | 12:36 PM |   |   | Witness, **Cy Ng**, approaches the witness stand and sworn for testimony. Direct examination of witness by Robbin Lee. |   |
|   | 806 |   | X | X | SinCo brochure "Moulding the Future" |   |
|   | 245 |   | X | X | Offer of Employment Letter of Cy Ng. |   |
|   | 895 |   | X | X | Cy Ng business card. |   |
|   | 558 |   | X | X | Email from Lim to Xu re Dividend. |   |
|   | 847 |   | X | X | SinCo Slide Deck |   |
|   | 755 |   | X | X | DG email to Ruwido regarding XingKe Company Presentation; and two powerpoint presentations |   |
|   | 880 |   | X | X | Archived SinCo DG website from 2006. Objection. Sustained – counsel to lay foundation. |   |
|   | 881 |   | X | X | Archived SinCo DG website from 2016. |   |
|   | 548 |   | X | X | Intel Purchase Order to DG |   |
|   |   | 1:40 PM |   |   | Jury excused. Court admonishes jury and instructs jury to return on 11/12/2021 at 8:30AM. |   |
|   |   | 1:43 PM |   |   | Court discusses further housekeeping matters outside the presence of the jury. |   |
|   |   | 1:44 PM |   |   | Court in recess. Parties to return 11/12/2021 at 8:15AM. |   |