# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 12, 2021     **Time:** 8:17 - 1:29 =     **Judge:** EDWARD M. CHEN
4 Hours; 32 Minutes

**Case No.:** 17-cv-05517-EMC     **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas

### PROCEEDINGS HELD IN PERSON

Jury Trial held.

### SUMMARY

Witnesses: CY Ng (live); Deqiang Liu (by video testimony); ML Tjoa (live); Henry Kahrs (live); Alan James Cox, Ph.D. (live).

Oral motions for judgment as a matter of law under Rule 50(a) on grounds as more thoroughly stated on the record made by Defendant and Plaintiff. Court takes matters under submission.

Admitted Exhibits: See Trial Log.