UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| **Edward M. Chen** | Lael Andara, Ernie Price | Douglas Winthrop, Jeremy Kamras, Joseph Farris, Robbin Lee |
| JURY SELECTION: | REPORTERS: | CLERK: |
| November 1, 2021 | Debra Pas | Angella Meuleman |
| TRIAL DATE: | | |
| November 12, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:17 AM | | | Court in session.  Parties stated appearances.  Discussion re: demonstratives outside of presence of jury. | |
| | | 8:30 AM | | | Jury present.  Witness, **CY Ng**, approaches the witness stand.  Court reminds witness of continued oath.  Direct examination of witness by Robbin Lee. | |
| | 133 | | X | X | XINGKE website www.xingkecn.com | |
| | 846 | | X | X | CY Ng XingKe Business Card. | |
| | 906 | | X | X | Email | |
| | 564 | | X | X | Email from Ng to Lim re calls. | |
| | | 9:05 AM | | | Cross-examination of witness by Ernie Price. | |
| | | 9:17 AM | | | Video Deposition testimony of **Deqiang Liu**, displayed. | |
| | | 9:49 AM | | | Witness, **ML Tjoa**, approached the witness stand and sworn for testimony.  Direct examination of witness by Douglas Winthrop. | |
| | | 10:17 AM | | | Jury excused for morning break.  Court in recess. | |
| | | 10:37 AM | | | Court reconvened.  Jury present.  Examination of witness continues by Douglas Winthrop. | |
| | 636 | | X | X | Google's A. Lim emails ML Tjoa regarding a project. | |
| | 897 | | X | X | Tjoa emails with Google. | |
| | 688 | | X | X | Google DG MSA (Master Purchase Agreement). | |
| | 678 | | X | X | Lim-Ng Email | |
| | 848 | | X | X | ML Tjoa Business Card. | |

| | 708 | | X | X | Email from Parma to Ng re Project for Bose | |
|---|---|---|---|---|---|---|
| | 707 | | X | X | Certificate of Change of Name – XingKe (Hong Kong) | |
| | DDX3 | | | | Slide. Objection. Overruled. | |
| | DDX4 | | | | Slide. Objection. Overruled. | |
| | 899 | | X | X | Apple Watch X-Functional Site Visit | |
| | 905 | | X | X | Apple Restricted Project Agreement | |
| | 900, 744 | | X | X | Xingke – Status meeting and cost summit; Apple – Tjoa emails: Onsite Dry Run Review. Admitted subject to the addition of XK0002716 through 20 | |
| | | 11:30 AM | | | Cross-examination of witness by Lael Andara. | |
| | | 11:50 AM | | | Jury excused for break.  Court in recess. | |
| | | 12:10 PM | | | Court reconvened.  Jury present.  Cross-examination of witness continues. | |
| 407 | | | X | X | XINGKE NDA with Google. | |
| 88 | | | X | X | Tjoa Declaration before the USPTO. | |
| | | 12:15 PM | | | Re-direct examination of witness by Douglas Winthrop. | |
| | | 12:16 PM | | | Re-cross examination of witness by Lael Andara. | |
| | | 12:16 PM | | | Witness, **Henry Kahrs,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Jeremy Kamras. | |
| | DDX10 | | | | Demonstrative. | |
| | | 12:44 PM | | | Cross-examination of witness by Ernie Price. | |
| | DDX006 | | | | Demonstrative. | |
| | DDX008 | | | | Demonstrative. | |
| | | 1:01 PM | | | Defense RESTS. | |
| | | 1:03 PM | | | Witness, **Alan James Cox, Ph.D.**, approaches the witness stand for rebuttal testimony.  Direct examination of witness by Ernie Price. | |
| | | 1:08 PM | | | Cross-examination of witness by Jeremy Kamras. | |
| | | 1:10 PM | | | Witness excused.  Plaintiff RESTS. | |
| | | 1:12 PM | | | Jury excused for the day.  Court admonishes and instructs jury to return on Monday, 11/15/2021, at 8:30AM. where they will be hearing closing arguments and thereafter given the instructions and evidence for deliberations. | |

| | | | | | Outside presence of jury, defense orally moved for judgment as a matter of law under Rule 50(a) on grounds as more thoroughly stated on the record.  Plaintiff orally moved for Rule 50(a) on grounds as more thoroughly stated on the record.  Court takes matters under submission. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1:29 PM | | | Court instructed counsel to return on Monday, 11/15/2021, at 8:15AM.  Court in recess. | |