UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al.,<br><br>          Defendants. | Case No. 17-cv-05517-EMC<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

**IT IS SO ORDERED**.

Dated: November 12, 2021

_____
EDWARD M. CHEN
United States District Judge