# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 15, 2021  **Time:** 8:18 – 12:11 =   **Judge:** EDWARD M. CHEN
                                   3 Hours; 26 Minutes

**Case No.:** 17-cv-05517-EMC   **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorneys for Plaintiff:** Lael Andara, Ernie Price
**Attorneys for Defendant:** Jeremy Kamras, Douglas Winthrop, Joseph Farris, Robbin Lee

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Debra Pas

## PROCEEDINGS HELD IN PERSON

Jury Trial held.

## SUMMARY

Parties stated appearances.

Closing arguments made by Lael Andara, on behalf of plaintiff; and Douglas Winthrop, on behalf of defendants.

Jury proceeds into deliberations.