UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-05517-EMC  Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**EXHIBIT and WITNESS LIST**

| JUDGE: **Edward M. Chen** | PLAINTIFF ATTORNEYS: Lael Andara, Ernie Price | DEFENSE ATTORNEYS: Douglas Winthrop, Jeremy Kamras, Joseph Farris, Robbin Lee |
|---|---|---|
| JURY SELECTION: November 1, 2021 | REPORTERS: Debra Pas | CLERK: Angella Meuleman |
| TRIAL DATE: November 15, 2021 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:18 AM | | | Court in session. Parties stated appearances. Discussion re: objections concerning amended jury verdict form and closing slides outside of presence of jury. Objection to originals for exhibits 1 thru 5. Overruled. Originals may be submitted for reasons as stated on the record. | |
| | | 8:50 AM | | | Jury present. Court reads aloud jury instructions. | |
| | | 9:26 AM | | | Jury excused for break. Court in recess. | |
| | | 9:42 AM | | | Jury present. Closing argument conducted by Plaintiff's counsel, Lael Andara. | |
| | | 10:06 AM | | | Closing concludes. | |
| | | 10:08 AM | | | Jury excused for break. Court in recess. | |
| | | 10:19 AM | | | Court reconvened. Housekeeping matters discussed outside of the presence of the jury. | |
| | | 10:24 AM | | | Jury present. Closing argument conducted by Defendants' counsel, Douglas Winthrop. | |
| | | 11:52 AM | | | Closing argument concluded. | |
| | | 11:53 AM | | | Rebuttal argument conducted by Plaintiff's counsel, Lael Andara. | |
| | | 12:11 PM | | | Rebuttal concluded. Court reads aloud remainder of jury instructions. Jury proceeds into deliberations. | |