# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

### CIVIL MINUTES

**Date:** November 16, 2021    **Time:** 4:43 - 5:09 = 26 Minutes    **Judge:** EDWARD M. CHEN

**Case No.:** 17-cv-05517-EMC    **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorney for Plaintiff:** Lael Andara
**Attorneys for Defendant:** Douglas Winthrop, Jeremy Kamras, Robbin Lee

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Debra Pas

### PROCEEDINGS

Jury Trial - Held.

### SUMMARY

Jury deliberations continue. Court received and responded to a jury note.