UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE EDWARD M. CHEN

CASE NO. C17-5517-EMC

CASE NAME: Sinco Technologies Pte Ltd. v. Sinco Electronics (Dongguan) Co. Ltd., et al

**NOTE FROM THE JURY**

Note No. _1_

Date _11/16/21_

Time _4:30 PM_

1. The Jury has reached a unanimous verdict (    )

    Or

2. The Jury has the following question:

    Is the jury allowed access to the presentations
    by expert witnesses Cox and Kaats?
    We expected to have hard copies of this material
    but do not see them in the jury room.

    _____
    Foreperson of the Jury

Answer to Jury Question No. 1:

You will be provided with the illustrative presentations of both expert witnesses. These presentations are not trial exhibits, but were intended to help the jury understand the testimony of these witnesses.  See Jury Instructions 47 through 51 regarding damages.



REVENUE
## SUMMARY OF SALES - 2017 - 2018

*Source: Exhibits 869-877*

| Customer | Sales | | |
|---|---|---|---|
| | 2017 | 2018 | Total |
| Apple - Bands | $ 842,942 | $ 14,840,923 | $ 15,683,866 |
| Apple - Cases | - | - | - |
| Sub-Total - Apple | 842,942 | 14,840,923 | 15,683,866 |
| Swiftronics - Cases | 31,605,374 | 29,126,880 | 60,732,254 |
| Bose - Folger, Harvey, Lincoln (A) | 813,248 | 1,350,196 | 2,163,444 |
| Google - A50 (B) | 869,619 | 1,776,806 | 2,646,425 |
| Google - Chirp (C) | 1,092,073 | 730,753 | 1,822,826 |
| Intel | 212,665 | 6,233 | 218,898 |
| Motorola | 74,191 | 381,597 | 455,788 |
| Sub-Total - Other Claimed | 3,061,795 | 4,245,585 | 7,307,381 |
| Total Claimed | $ 35,510,111 | $ 48,213,389 | $ 83,723,500 |

NOTE:

(A) Based on sales by product data, Exhibits 869-873.

(B) Based on sales by product data, Exhibits 874.

(C) Based on sales by product data, Exhibits 875-876.

DDX010











**SinCo Monthly Sales to US Customers of Product Made at DG**

**Sales**
(Millions of Dollars/Month)

— Monthly Sales of SinCo Product made at DG for US Customers ($ Millions)





# Lost Value Calculated for SinCo from XingKe's Alleged Use of SinCo's Name

## January 2016 - December 2018

| Damages from Lost US Sales | $32.3 |
|---|---|



NERA
ECONOMIC CONSULTING

3





# SinCo Profits and Costs of Sales as a % of Sales

Profits and Costs as % of Sales

120%
100%
80%
60%
40%
20%
0%
-20%

**Costs of Sales as % of Revenue**

83% (2015)
83% (2016)
94% (2017)
110% (2018)

**Profit Margin**

17% (2015)
17% (2016)
6% (2017)
-10% (2018)



4

# Lost Value Calculated for SinCo from XingKe's Alleged Use of SinCo's Name

## January 2016 - December 2018

| | |
|---|---|
| Damages from Lost US Sales | $32.3 |
| Reduced Profits on Remaining Sales | $5.2 |

**NERA**
ECONOMIC CONSULTING

5

# Lost Value Calculated for SinCo from XingKe's Alleged Use of SinCo's Name



**NERA**
ECONOMIC CONSULTING

## January 2016 - December 2018

| | |
|---|---|
| Damages from Lost US Sales | $32.3 |
| Reduced Profits on Remaining Sales | $5.2 |
| **Total Harm to SinCo** | **$37.5** |



**DG US$ Sales to SinCo as % of Total US$ Sales**



NERA
ECONOMIC CONSULTING

