# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 17, 2021   **Time:** 11:10 - 3:10= 37 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-05517-EMC   **Case Name:** Sinco Technologies Pte Ltd v. Sinco Electronics (Dongguan) Co. Ltd., et al

**Attorney for Plaintiff:** Lael Andara
**Attorneys for Defendant:** Douglas Winthrop, Jeremy Kamras, Robbin Lee

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Debra Pas

## PROCEEDINGS

Jury Trial - Held.

## SUMMARY

Jury deliberations continue.  Court received and responded to a jury note.

2:45 PM - Jury Verdict received and read aloud.  Court expressed its appreciation; thanked and excused jurors from service.