Answer to Jury Question #2

No. Exhibits 867-877 were not admitted as evidence at trial. The parties stipulated that the experts could rely on exhibits even if the exhibits themselves are not admitted into evidence.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE EDWARD M. CHEN

CASE NO. C17-5517-EMC

CASE NAME: Sinco Technologies Pte Ltd. v. Sinco Electronics (Dongguan) Co. Ltd., et al

### NOTE FROM THE JURY

Note No. __2__

Date __11/17/21__

Time __10:55 AM__

1. The Jury has reached a unanimous verdict ( )

   Or

2. The Jury has the following question:

   May the jury see, specifically, Exhibits 867-877, referenced in the Summary of Sales Revenue, produced by Baker/Tilly, form

   _____
   Foreperson of the Jury