UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>        Plaintiff.<br><br>    v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al.,<br><br>        Defendants. | Case No. 17-cv-05517-EMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 594 |

**( X ) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 11/17/2021

Kathleen M Shambaugh (Acting), Clerk of Court

_____
Angella Meuleman
Deputy Clerk