1   LAEL D. ANDARA (SBN 215416)
    ROPERS MAJESKI PC
2   545 Middlefield Road, Suite 175
    Menlo Park, CA 94025
3   Telephone:    650.364.8200
    Facsimile:    650.780.1701
4   Email:        lael.andara@ropers.com
                  ernest.price@ropers.com
5
6   *Attorney for Plaintiff*
    SINCO TECHNOLOGIES PTE LTD
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  SINCO TECHNOLOGIES PTE LTD,              Case No. 3:17CV5517
12              Plaintiff,                   **DECLARATION OF LAEL D.**
                                             **ANDARA IN SUPPORT OF**
13          v.                               **PLAINTIFF'S MOTION FOR**
                                             **DEFAULT JUDGMENT**
14  SINCO ELECTRONICS (DONGGUAN) CO.,
    LTD.; XINGKE ELECTRONICS               **[Fed. Rules Civ. Proc. § 55(b)(2)]**
15  (DONGGUAN) CO., LTD.; XINGKE
    ELECTRONICS TECHNOLOGY CO., LTD.;       Date:     TBD
16  SINCOO ELECTRONICS TECHNOLOGY           Time:     TBD
    CO., LTD.; MUI LIANG TJOA (an           Judge:    Edward M. Chen
17  individual); NG CHER YONG aka CY NG (an
    individual); and LIEW YEW SOON aka      Trial Date:      11/01/2021
18  MARK LIEW (an individual),              Date Action Filed: 9/22/2017
19              Defendants.
20
21          I, Lael D. Andara, declare:
22          I am a partner in the law firm of Ropers Majeski PC, Counsel for Plaintiff SINCO
23  TECHNOLOGIES PTE LTD. ("SinCo") in this action. I am a member in good standing of the
24  California State Bar, New York State Bar, Montana State Bar and the District of Columbia.
25          I have personal knowledge of the facts stated herein and am familiar with the documents
26  referred to below.
27
28

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1. Attached hereto as **Exhibit 1** is a true and correct copy of SINCOO's Tom Chen and Ec Hu's business cards bearing the SINCO mark.

2. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of the SINCOO website taken on **January 17, 2018** displaying the "SinCo" mark and asserting they have been in operation since 2000 with bates numbers SINCO575129- SINCO575139 followed by SINCO962164 to SINCO575158 which was the website as of **January 7, 2019**. The image on the website actually depicts the Defendant XINGKE ELECTRONICS (DONGGUAN) CO., LTD's factory (SINCO575131 and SINCO962167), and the name as depicted has never existed in the real world based on the testimony obtained in this litigation. The relationship with Defendant XINGKE ELECTRONICS (DONGGUAN) CO., LTD., is further evidenced at SINCO962201 under Investor relations.

3. On **February 16, 2018**, via email, I sent on behalf of SINCO pre-litigation letters to Tom Chen, Defendant SINCOO's Chief Operating Officer, regarding the company's violation of SINCO's trademark rights in its "SinCo" trademark and directed them to cease and desist or be subject to legal penalty. (ECF Dkt. No. 104 at p.2). Attached hereto as **Exhibit 3** is a true and correct copy of the February 16, 2018, letter sent to EC HU and Tom Chen of SINCOO.

4. On **February 27, 2018**, Tom Chen responded to SINCO's February 16, 2018 email. Attached hereto as **Exhibit 4** is a true and correct copy of the February 27, 2018, response letter from Mr. Chen promising to investigate the matter further.

5. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the **November 8, 2021,** trial transcript where Mr. Tjoa testified as to SINCOO's tenancy and relationship with Defendant XINGKE.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a follow-up letter sent on **March 8, 2018**, to Mr. Chen concerning Plaintiff's request to meet in person and discuss the matter before filing suit. We then sent another letter to Tom Chen, COO, of SINCOO, offering an opportunity to meet and discuss the **February 16, 2018** letter (see Exhibit 6), and advising that

ROPERS
MAJESKI
A Professional Corporation
Menlo Park

failure to cooperate would result in initiation of proceedings against SINCOO for willful trademark infringement.

7.   When Defendant failed to respond or otherwise refused to cooperate, Plaintiffs filed the instant litigation against Defendant on **April 25, 2018**. SINCO sent SINCOO the Summons, First Amended Complaint with Exhibits A through R, and Chinese translations thereof, with two copies of Waiver of Service of Summons and a Notice and Request to Waive Service of Summons via FedEx. The package was refused by the recipient. (ECF Dkt. No. 104 at p.2).

8.   On **August 22, 2018**, Plaintiffs filed for a request for entry for default against Defendant SINCOO [ECF Dkt. No. 50], which was subsequently entered on **August 24, 2018** [ECF Dkt. No. 51].

9.   I have not heard from Tom Chen or SINCOO since the last above referenced communication.

10.   Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

11.   On information and belief, Defendant is not an infant, incompetent natural person, or a person in military service or otherwise exempted from default judgment under the Solders' and Sailors' Civil Relief Act of 1940.

12.   Attached hereto as **Exhibit 7** is a true and correct copy of Mr. ML Tjoa's **January 17, 2019**, and **June 3, 2019** deposition testimony concerning SINCOO and XIGNKE's working relationship relevant to SINCO's prior United States client projects.

Executed this 1st day of December 2021 in Menlo Park, California.

LAEL D. ANDARA

# EXHIBIT 1







EXHIBIT 141
M. LIEW
3/8/19

JOANNE ICHIKI
CSR No. 11660

# EXHIBIT 2

1/17/2018

Beijing time: Wednesday, January 17,

Chinese | English

# Sincoo 兴科



🏠 Home  👥 About Xing Branch  🏬 Product and R & D  📰 News  🔖 Recruitment  🔗 Investor Relations

兴科科技 创造未来
Sincoo Technology Creating The Future

## About Xing

Current position> Home > About Xingke > About Xingke

**About Xing Branch**

Organization

Brilliant imprint

Vision mission

Values

Corporate style

contact us

### contact us

Address : Xingke Industrial Park, Huaibei Avenue, Huide Town, Humen Town, Dongguan City, Guangdong Province, China

Tel : (86) 0769-89951688

Fax : (86) 0769-89951629

E-mail : sales@sincoo.cn

Xingke Group was established in 2000, after 10 years of steady development, has become a professional design and production of silicon rubber, plastic and metal materials of electronic, electrical products of high-tech enterprises. Company products are widely used in telecommunications, medical, automotive, home appliances, office, everyday consumer goods and other fields.

2007 Humen, Dongguan Branch Industrial Park completed and put into operation, covers an area of 70,000 square meters. Construction area of 1 80,000 square meters, is the most complete set of similar products and equipment, the most advanced technology production base. Since its ince ption, Xingke people always "harmony, progress and innovation" as the company's operating philosophy, based on superb technology, advanced e quipment, improve the quality management system, work together with suppliers to customer satisfaction.

In 2013, Hing Electronic Technology relies on the Group platform into the precision structural parts industry, now has a precision machine parts m anufacturing process.



1/17/2018

About Xingke / About Xingke

Business development must focus on process and efficiency, so an integrated, holistic solution is an inevitable result of modern business / industrial development. As a worldwide expert in the integration of precision structural parts, Xingke specializes in the research, design, production and sales of precision molds and precision machine components in the field of consumer electronics. In the fields of plastic structural parts, precision molds, magnesium alloy structural parts, glass structural parts, antenna structures Pieces, powder metallurgy structural parts have outstanding performance, for the world's consumer electronics products provide high precision mold development, injection molding and surface treatment and other structural products and services.

Faced with the rapid development of smart consumer electronics age, Xingke will be user-oriented, continuous innovation, cooperation and win-win, open people's pursuit of a better life!

Home  |  About Us  |  Products & Research  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights reserved Design and maintenance:  visual dimension design

1/17/2018

Product center

Beijing time: Wednesday, January 17,

Chinese | English

# *Sincoo* 兴科

🏠 Home    👥 About    🏭 Product    📄 news    💼 Recruitment    ◇ Investor
        Xing Branch    and R & D                    Relations

## Product and R

Main business

**Technology and Innovation**

Product center

You are here> Home > Technology and Innovation > Technology and Innovation

### First, technology research and development capabilities



树脂

微孔
结构

铝材

注塑之后

### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huide
Town, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86) 0769-89951688
Fax : (86) 0769-89951629
E-mail : sales@sincoo.cn

### Second, one-stop integration capabilities

Product center



Third, a wide range of customer service capabilities

服务众多客户，拥用灵活
的资源分配方案与严格的
客户信息保密制度！

 

   

   

   

Fourth, efficient project management

1/17/2018

Product center



➜ 集金属、塑料与后制程领域一体化垂直整合服务。

➜ 从产品前端研发提供有效技术解决方案。

➜ 专业的团队涵盖项目管理、技术支持、生产与品质管理。

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights reserved Design and maintenance:  visual dimension design

1/17/2018

Industry news

Beijing time: Wednesday, January 17,

Chinese | English







Location> Home > Industry News

## news

**Industry news**

company news

### contact us

Address : Xingke Industrial Park, Huaibei Avenue, Huide Town, Humen Town, Dongguan City, Guangdong Province, China

Tel : (86) 0769-89951688

Fax : (86) 0769-89951629

E-mail : sales@sincoo.cn



#### From the iPhone 6 to see the future of mobile technology

From the iPhone 6 to see the future of the mainstream mobile phone technology Although Apple has not yet released the official release of the iPhone 6 date, but the news of all parties have pointed to the September 9, iPhone is the magic that every

Published: 2014-08-29 00:00:00    Author: admin



#### takee holographic phone has entered mass production

Holographic phone effect concept diagram Securities Times reporter Ma Lingling market hype fried takee holographic mobile phone has entered mass production stage, its supplier Shen Tianma A officially announced has received billion Sida orders

Published: 2014-08-25 00:00:00    Author: admin



#### Data show: high-tech electronics indulge modern people

Ofcom released a recent survey of living habits, the report surprising results. Data show that many people indulge in electronic equipment

Published: 2014-08-18 00:00:00    Author: admin



#### Android market share growth faster than iOS platform 10.6%

August 15 news, according to IDC released in the second quarter of 2014, the latest smart phone market data show that Apple iOS and Google Android two system platforms continue to lead the share continues to grow

Published: 2014-08-17 00:00:00    Author: admin

1/17/2018

Industry news



**Worm gear transmission works**

Turbine worm reducer is completely rely on two eccentric wheel gear transmission.

Published: 2014-08-08 00:00:00   Author: admin



**On the machining process and methods described**

Machining mainly refers to machining, which is widely used in the field of industrial production.

Published: 2014-08-08 00:00:00   Author: admin

A total of 6 Pian

Home  |  About Us  |  Products & Research  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights reserved Design and maintenance:  visual dimension design

http://www.sincoo.cn/index.php?cate--cid-18.html

1/17/2018                                                recruitment ads

Beijing time: Wednesday, January 17,

Chinese | English

 Sincoo 兴科

🏠 Home    👥 About     🏭 Product      📰 news        💼          🔧 Investor
              Xing Branch  and R & D                Recruitment     Relations



小梦想　大舞台
我里是我们共同的舞台 兴科期待有您的加入！

**recruitment ads**

Location> Home > Recruitment > Recruitment announcement

**recruitment ads**

social recruitment

Campus Recruiting



小梦想 大舞台
这里是我们共同的舞台 兴科期待有您的加入！



### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huide
Town, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86) 0769–89951688
Fax : (86) 0769–89951629
E–mail : sales@sincoo.cn

# Human resources development principles :

people-oriented, the right people on the right position. In achieving the overall goal of the enterprise at the same time, each employee to provide full realization of self-worth of space for development.

# Contact :

Contact: Mr. Zhang
Tel: 18617290002
E-mail:zhang.qianwei@sincoo.cn

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights reserved Design
and maintenance:  visual dimension design

http://www.sincoo.cn/index.php?cate--cid-39.html                                1/1

1/17/2018                                           Investor Relations

Beijing time: Wednesday, January 17,                                                    Chinese | English

 

🏠 Home   👥 About        🏭 Product      📰 news      📱        🔧 Investor
              Xing Branch    and R & D              Recruitment    Relations

引领行业大发展 携手共筑兴科大未来



## Investor

You are here> Home > Investor Relations > Investor Relations

**Investor Relations**

Company Announcement

Periodic reports

Investor Relations Services

### contact us

**Address :** Xingke Industrial
Park, Huaibei Avenue, Huide
Town, Humen Town,
Dongguan City, Guangdong
Province, China
**Tel :** (86) 0769–89951688
**Fax :** (86) 0769–89951629
**E–mail :** sales@sincoo.cn

Xingke shares basic information:

| company name: | Hing Electronic Technology Co., Ltd. Branch |
|---|---|
| Registered address: | Humen, Humen Town, Dongguan City, North Avenue Branch Hing Industrial Park |
| Company referred to: | Branch Science and Technology |
| legal representative: | Hoon give |
| Registered capital (ten thousand yuan): | RMB 110 million |
| Industry Type: | Manufacturing category |
| Postal code: | 523926 |
| company phone: | (86) 0769–89819999–8242 |
| company Fax: | (86) 0769–89819000 |
| company website: | Http://www.sincoo.cn |

1/17/2018

Xing Branch official website - Xing Branch official website

Beijing time: Wednesday, January 17,

Chinese | English

# Sincoo 兴科

🏠 Home    👥 About Xing Branch    🔗 Product and R & D    📰 news    💼 Recruitment    ◈ Investor Relations



兴科科技　创造未来

Sincoo Technology　Creating The Future

| Xing Branch science and | Integration, one-stop | Core strengths, resource |

> News     More...

From the iPhone 6 to see the future of mobile technology takee holographic mobile phone has entered mass

Data Show: High–tech electronic products addicted to the Android market share growth 10.6% faster than the iOS

Worm gear works        2014–08–08

About Machining Process and Method      Description

Hot Recommended



### From the iPhone 6 to see the future of mobile technology

From the iPhone 6 to see the future of the mainstream mobile phone technology Although Apple has not yet released the official release of the iPhone 6 date, but the

技术支持
## TECHNICAL SUPPORT




创新能力
## INNOVATION CAPACITY



Latest Jobs            Soci

> Product Center



> Precision metal structure
    Magnesium alloy structure



> Precision plastic structure
    Precision plastic structure



> Precision molds
   Precision Mold

> More
More

> Investor Relations



Investor Relations

Lead the development of the industry, work together to build Xingda future

1/17/2018

Xing Branch official website - Xing Branch official website

Home | About Us | Products & Research | News | Recruitment | Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights reserved Design and maintenance: visual dimension design

1/17/2018

兴科官网 - 兴科官网

北京时间：118年1月17日 星期三

中文 | 英文



 首页    关于兴科    产品与研发    新闻动态    招聘    投资者关系

兴科科技  创造未来
Sincoo Technology  Creating The Future

兴科科技,创造未来        整合,一站式解决方案        核心优势,资源共享

> 新闻动态                                更多...          > 热点推荐

从iPhone 6看未来手机技术            2014-08-29                  从iPhone 6看未来手机技术
takee全息手机已进入量产阶段          2014-08-25
数据显示：高科技电子产品让现代人沉迷    2014-08-18                                      从iPhone 6看未来主流手机技术
Android市场份额增长比iOS平台快10.6%   2014-08-17                                      虽然苹果官方还未公布iPhone 6的发布日
蜗轮蜗杆传动工作原理                 2014-08-08                                      期，但各方消息已经指向了9月9号，
关于机加工的工艺以及方法阐述           2014-08-08                                      iPhone就是有这样的魔力，每 ⊡

技术支持
TECHNICAL
SUPPORT


创新能力
INNOVATION
CAPACITY


🔊 最新招聘          社会招聘 CNC编程工程师 CNC调机员 夹治具设计    发布日期：2014-09-05

> 产品中心

   > 精密金属结构件           > 精密塑胶结构件           > 精密模具            > 更多          > 投资者关系
                    Magnesium alloy                      Precision plastic                      Precision Mould      More
                    structure                            structure                                                                 投资者关系
                                                                                                                                              引领行业大发展，携手共筑兴科大未
                                                                                                                                              来

http://www.sincoo.cn/                                                                                                                         1/2

SINCO575129

1/17/2018                                                                                       兴科官网 - 兴科官网

首页  |  关于兴科  |  产品与研发  |  新闻动态  |  招聘  |  投资者关系                                            兴科电子科技有限公司 Copyright © 2014 版权所有  设计维护：  祝维设计

SINCO575130

1/17/2018

关于兴科/关于兴科

北京时间：118年1月17日 星期三

中文 | 英文



🏠 首页　👥 关于兴科　🏭 产品与研发　📰 新闻动态　📣 招聘　🔍 投资者关系



兴科科技 创造未来
Sincoo Technology Creating The Future

## 关于兴科

| |
|---|
| **关于兴科** |
| 组织架构 |
| 光辉印记 |
| 愿景使命 |
| 价值观 |
| 企业风采 |
| 联系我们 |

### 联系我们

地　址：中国广东省东莞市虎门镇
怀德社区怀北大道兴科工业园
电　话：(86)0769-89951688
传　真：(86)0769-89951629
E-mail：sales@sincoo.cn

当前位置 >首页 > 关于兴科 > 关于兴科





About
SinCoo

关于兴科

兴科集团成立于2000年，经过10多年的稳步发展，已经成为专业设计和生产硅橡胶、塑胶及金属材质的电子、电器零配件产品的高新技术企业。公司产品广泛应用于通讯、医疗、汽车、家电、办公、日常消费品等领域。

2007年东莞虎门兴科工业园建成投产，占地面积70,000平方米。建筑面积180,000平方米，是同类产品设备最齐全、技术最先进的生产基地。自成立以来，兴科人始终将"和谐、进取、创新"作为公司的经营理念，基于精湛的技术、先进的设备、完善的品质管理体系，与供应商携手共进、让客户满意。

2013年，兴科电子科技依托集团平台进入精密结构件行业，目前拥有精密机构件全制程的制造能力。

企业发展必须注重过程和效率，因此，一体化的整体解决方案是现代商业/工业发展的必然产物。作为全球精密结构件一体化解决方案专家，兴科专注消费电子领域精密模具及精密机件研发、设计、生产与销售，在塑胶结构件、精密模具、镁合金结构件、玻璃结构件、天线结构件、粉末冶金结构件等方面均有卓越的表现，可为全球消费类电子产品提供高精模具开发、注塑成型以及表面处理等结构件产品与服务。

面对发展日趋迅猛的智能消费电子时代，兴科将以用户为导向，持续创新，合作共赢，开启人们对美好生活追求！

SINCO575131

1/17/2018

关于兴科/关于兴科

首页　|　关于兴科　|　产品与研发　|　新闻动态　|　招聘　|　投资者关系

兴科电子科技有限公司 Copyright © 2014 版权所有　设计维护：　视维设计

SINCO575132

1/17/2018                                                     产品中心

北京时间：118年1月17日 星期三                                                              中文 | 英文

# Sincoo 兴科

🏠 首页   👥 关于兴科   🏢 产品与研发   📰 新闻动态   📣 招聘   ❮❯ 投资者关系

创新技术 精益求精
Technical Innovation  Strive for excellence

## 产品与研发

主营业务

**技术与创新**

产品中心

当前位置 >首页 > 技术与创新 > 技术与创新

### 一、技术研发能力



### 二、一站式整合能力

## 联系我们

地　址：中国广东省东莞市虎门镇
怀德社区怀北大道兴科工业园

电　话：(86)0769-89951688

传　真：(86)0769-89951629

E-mail：sales@sincoo.cn

SINCO575133

1/17/2018                                                产品中心



三、多元化客户服务能力

服务众多客户，拥用灵活
的资源分配方案与严格的
客户信息保密制度！















四、高效项目管理

SINCO575134

1/17/2018                                                产品中心



→ 集金属、塑料与后制程领域一体化垂直整合服务。
→ 从产品前端研发提供有效技术解决方案。
→ 专业的团队涵盖项目管理、技术支持、生产与品质管理。

首页　|　关于兴科　|　产品与研发　|　新闻动态　|　招聘　|　投资者关系

兴科电子科技有限公司 Copyright © 2014 版权所有　设计维护：　视维设计

SINCO575135

1/17/2018

行业新闻

北京时间：118年1月17日 星期三

中文 | 英文



 首页　关于兴科　产品与研发　新闻动态　招聘　投资者关系



## 新闻动态

 行业新闻

公司新闻

## 联系我们

地　址：中国广东省东莞市虎门镇
怀德社区怀北大道兴科工业园
电　话：(86)0769-89951688
传　真：(86)0769-89951629
E-mail：sales@sincoo.cn

当前位置 > 首页 > 行业新闻



### 从iPhone 6看未来手机技术

从iPhone 6看未来主流手机技术 有这样的魔力，每

发于于：2014-08-29 00:00:00　作者：admin



### takee全息手机已进入量产阶段

全息手机效果概念图 证券时报记者 马玲玲市场热炒的takee全息手机已进入量产阶段，其供应商深天马A正式宣布已收到亿思达订单

发于于：2014-08-25 00:00:00　作者：admin



### 数据显示：高科技电子产品让现代人沉迷

Ofcom发布了一项最新的关于生活习惯的调查报告，报告的结果令人吃惊。数据显示很多人沉迷于电子设备

发于于：2014-08-18 00:00:00　作者：admin



### Android市场份额增长比比iOS平台快10.6%

8月15日消息，根据IDC发布的2014年第二季度智能手机市场的最新数据显示，苹果iOS和谷歌Android两大系统平台继续领跑，份额继续增长

发于于：2014-08-17 00:00:00　作者：admin

http://www.sincoo.cn/index.php?cate--cid-18.html

1/2

SINCO575136

1/17/2018

行业新闻



**蜗轮蜗杆传动工作原理**

涡轮蜗杆减速机完全是靠两个偏心轮实现齿轮的传递。

发表于：2014-08-08 00:00:00   作者：admin



**关于机加工的工艺以及方法阐述**

机加工主要是指机械加工，在工业生产领域里面应用十分广泛。

发表于：2014-08-08 00:00:00   作者：admin

共 **6** 篇

首页  |  关于兴科  |  产品与研发  |  新闻动态  |  招聘  |  投资者关系

兴科电子科技有限公司 Copyright © 2014 版权所有   设计维护：  视维设计

SINCO575137

1/17/2018 招聘公告



北京时间：118年1月17日 星期三

中文 | 英文

🏠 首页　👥 关于兴科　📊 产品与研发　📰 新闻动态　📣 招聘　📇 投资者关系

小梦想　大舞台
我是我们共同的舞台 兴科期待有您的加入！

招聘公告

招聘公告
社会招聘
校园招聘

联系我们

地　址：中国广东省东莞市虎门镇
怀德社区怀北大道兴科工业园
电　话：(86)0769-89951688
传　真：(86)0769-89951629
E-mail：sales@sincoo.cn

当前位置 >首页 > 招聘 > 招聘公告



### 人力资源开发原则：

以人为本，将合适的人放在合适岗位。在实现企业总体目标的同时，给每个员工提供充分实现自我价值的发展空间。

### 联系方式：

联 系 人：张先生
联系电话：18617290002
电子邮箱：zhang.qianwei@sincoo.cn

首页　|　关于兴科　|　产品与研发　|　新闻动态　|　招聘　|　投资者关系

兴科电子科技有限公司 Copyright © 2014 版权所有  设计维护： 视维设计

SINCO575138

1/17/2018                                                                                                       投资者关系

北京时间：118年1月17日 星期三                                                                                          中文 | 英文



 首页　 关于兴科　 产品与研发　 新闻动态　 招聘　 投资者关系



**引领行业大发展** 携手共筑兴科大未来

## 投资者关系

当前位置 > 首页 > 投资者关系 > 投资者关系

**投资者关系**

公司公告

定期报告

投资者关系服务

**兴科股份基本资料：**

| | |
|---|---|
| 公司全称： | 兴科电子科技有限公司 |
| 注册地址： | 东莞市虎门镇怀德社区北大道兴科工业园 |
| 公司简称： | 兴科科技 |
| 法人代表： | 胡思赐 |
| 注册资本(万元)： | 人民币1.1亿元 |
| 行业种类： | 生产制造类 |
| 邮政编码： | 523926 |
| 公司电话： | (86)0769-89819999-8242 |
| 公司传真： | (86)0769-89819000 |
| 公司网址： | Http://www.sincoo.cn |

**联系我们**

地　址：中国广东省东莞市虎门镇
怀德社区怀北大道兴科工业园
电　话：(86)0769-89951688
传　真：(86)0769-89951629
E-mail：sales@sincoo.cn

首页 ｜ 关于兴科 ｜ 产品与研发 ｜ 新闻动态 ｜ 招聘 ｜ 投资者关系                    兴科电子科技有限公司 Copyright © 2014 版权所有　设计维护： 视维设计

SINCO575139

Beijing time: Monday, January 7, 119

Chin



🏠 Home    👥 About Xingke    🔧 Product and R&D    📰 news    📷 Recruitment

兴科科技   创造未来
Sinco Technology   Creating The Fu



| Xingke Technology, | Integrated, one-stop | Core advantage, resource |

> News                                    More...

Looking at the future mobile phone technology from iPhone 6
Takee holographic mobile phone has entered mass
Data show: high-tech electronics make modern people
Android market share growth is 10.6% faster than iOS
Worm gear drive working principle          2014-08-08
Process and method description of machining  2014-08-08

> Hot recommendation



Looking at future mobile phone technology from iPhone 6

Looking at the mainstream mobile phone technology from the iPhone 6 Although the Apple official has not announced the release date of the iPhone 6, but the news has already

技术支持
TECHNICAL SUPPORT

创新能力
INNOV CAPAC

newest recruit

Social Recruitment CNC Programmin

> Product Center

 > Precision metal structural parts
Magnesium alloy

 > Precision plastic structural parts
Precision plastic

 > Precision mold
Precision Mould

> more
More

> Investor Relations

 Investor Relations
Leading the developm industry and working build the future of Xi

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r and maintenance:  visual din


EXHIBIT
116
Planet Depos, LLC

SINCO0962164

1/7/2019                                    Xingke official website - Xingke official website

Beijing time: Monday, January 7, 119                                                                    Chin



整合，一站式解决方案
Integration One-Stop Manufacturing Solution

| Xingke Technology, | Integrated, one-stop | Core advantage, resource |

> News                                          More...          > Hot recommendation

Looking at the future mobile phone technology from iPhone 6                    Looking at future mobile
Takee holographic mobile phone has entered mass                               phone technology from iPhone
Data show: high-tech electronics make modern people                           6
Android market share growth is 10.6% faster than iOS                          Looking at the mainstream mobile
Worm gear drive working principle            2014-08-08                       phone technology from the iPhone 6
Process and method description of machining  2014-08-08                        Although the Apple official has not
                                                                              announced the release date of the
                                                                              iPhone 6, but the news has already

技术支持         创新能力
TECHNICAL      INNOV
SUPPORT        CAPAC

  

  newest      9-05
              recruit

> Product Center                                                              > Investor Relations

  > Precision metal        > Precision plastic      > Precision mold      > more        Investor Relations
       structural parts               structural parts               Precision Mould      More
       Magnesium alloy               Precision plastic                                                              Leading the developm
       structure                     structure                                                                     industry and working
                                                                                                                   build the future of Xi

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor              Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
Relations                                                                                   and maintenance:  visual din

SINCO0962165

1/7/2019     Xingke official website - Xingke official website

Beijing time: Monday, January 7, 119     Chin

 SINCOO 兴科科技集团

🏠 Home    👥 About Xinqke    🏛 Product and R&D    📰 news    📇 Recruitment

核心优势　资源共享
Core Strengths　Resources Sharing

| Xingke Technology, | Integrated, one-stop | Core advantage, resource |

> News     More...

Looking at the future mobile phone technology from iPhone 6
Takee holographic mobile phone has entered mass
Data show: high-tech electronics make modern people
Android market share growth is 10.6% faster than iOS
Worm gear drive working principle    2014-08-08
Process and method description of machining    2014-08-08

> Hot recommendation



**Looking at future mobile phone technology from iPhone 6**

Looking at the mainstream mobile phone technology from the iPhone 6 Although the Apple official has not announced the release date of the iPhone 6, but the news has already

技术支持

TECHNICAL SUPPORT

创新能力

INNOV CAPAC

 newest recruit    ·gramming Engineer CNC Adjuster Fixture Design Date:2014-09-05

> Product Center

 > Precision metal structural parts
Magnesium alloy structure

> Precision plastic structural parts
Precision plastic structure

 > Precision mold
Precision Mould

> more
More

> Investor Relations

 Investor Relations
Leading the developm industry and working build the future of Xi

Home | About Xingke | Products & R&D | News | Recruitment | Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r and maintenance:  visual dim

http://www.sincoo.cn/index.php     1/1

SINCO0962166

1/7/2019                                      About Xingke / About Xingke

Beijing time: Monday, January 7, 119                                            Chir



| Home | About Xingke | Product and R&D | news | Recruitment |

 

## About Xingke

**About Xingke**

Organization

Glorious imprint

Vision mission

Value

Corporate style

contact us

### contact us

Address : Xingke Industrial Park, Huaibei Avenue, Huaide Community, Humen Town, Dongguan City, Guangdong Province, China
Tel : (86)0769–89951688
Fax : (86)0769–89951629
E–mail :sales@sincoo.cn

Current location> Home > About Xingke > About Xingke

Founded in 2000, Xingke Group has become a high–tech enterprise specialized in designing and producing electronic and electrical parts and co mponents of silicone rubber, plastic and metal after more than 10 years of steady development. The company's products are widely used in commu ications, medical, automotive, home appliances, office, consumer goods and other fields.

In 2007, Dongguan Humen Xingke Industrial Park was completed and put into operation, covering an area of 70,000 square meters. With a cons ction area of 180,000 square meters, it is the most complete and technologically advanced production base of similar products. Since its incepti Xingke people have always regarded "harmony, enterprising and innovation" as the company's business philosophy. Based on exquisite technolc y, advanced equipment and perfect quality management system, we will work hand in hand with suppliers to satisfy customers.

In 2013, Xingke Electronic Technology entered the precision structural parts industry relying on the Group's platform, and currently has the mar acturing capability of the whole process of precision machine components.

Enterprise development must focus on process and efficiency, so the integrated solution is an inevitable outcome of modern business/industria evelopment. As a global expert in precision structural components integration, Xingke focuses on the development, design, production and sale f precision molds and precision machine components in the field of plastics, in plastic structural parts, precision molds, magnesium alloy struct l parts, glass structural parts, antenna structures. Excellent performance in parts and powder metallurgy structural parts, providing structural pr ucts and services for high–precision mold development, injection molding and surface treatment for global consumer electronics.

In the face of the increasingly rapid development of intelligent consumer electronics, Xingke will be user–oriented, continuous innovation, coop tion and win–win, and open people's pursuit of a better life!

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r and maintenance: visual din

SINCO0962167

1/7/2019                                    Organizational structure / organizational structure

Beijing time: Monday, January 7, 119                                                    Chin

# SINCOO
兴科科技集团

 🏠 Home      👥 About        🏛 Product       📰 news        📇
                Xingke       and R&D                      Recruitment

兴科科技 · 创造未来
Sincoo Technology Creating The Future

*Sincoo*

## Organization

Current location> Home > About Xingke > Organization

About Xingke

**Organization**

Glorious imprint

Vision mission

Value

Corporate style

contact us



### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor            Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
Relations                                                                                and maintenance:  visual dim

SINCO0962168

1/7/2019                                          Brilliant imprint /????

Beijing time: Monday, January 7, 119                                                  Chin

**SINCOO**
兴科科技集团

🏠 Home    👥 About       🏛 Product        📱 news       📠
                Xingke      and R&D                    Recruitment

兴科科技  创造未来
Sincoo Technology Creating The Future                        Sincoo

**Glorious**

About Xingke                    Current location> Home > About Xingke > Glowing imprint

Organization                    First, the industrial layout

**Glorious imprint**

Vision mission                  

Value

Corporate style

contact us

**contact us**

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn              Second, the development process

SINCO0962169

1/7/2019                                   Brilliant imprint /????



Third, the company honor
   Customer honor







2005 / MOTOROLA 最佳供应商    2006 / 联想 "最佳供应商" "最佳品质管理供应商"    2007 / 创维优秀供应商         联想优秀供应商







2008 / 中兴全球最佳合作伙伴    桑菲 "优秀供应商"    FOXCONN JIT 优秀供应商    2009 / 08-09年度中兴 "全球最佳合作伙伴"    2010 / 华翌伙伴

SINCO0962170

1/7/2019                                        Brilliant imprint /????






2011 / TCL "优秀供应商" 证书.      中兴 "最佳敏捷交付奖" .      2012 / TCL 最佳 互利共赢奖      中兴 "交付业绩表现

Government honor




TCL 最佳互利共赢奖                        2011年广东高新技术企业

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r and maintenance:  visual din

SINCO0962171

1/7/2019                                              Vision Mission / Vision Mission

Beijing time: Monday, January 7, 119                                                      Chir

SINCOO
兴科科技集团

🏠 Home    👥 About        🏢 Product      📰 news       📷
                  Xingke       and R&D                    Recruitment

兴科科技 · 创造未来
Sincoo Technology Creating The Future

Sincoo

# Vision mission

| About Xingke |
| Organization |
| Glorious imprint |
| **Vision mission** |
| Value |
| Corporate style |
| contact us |

Current location> Home > About Xingke > Vision Mission



**Vision Mission**

● Vision

is the world's leading supplier of state-of-the-art manufacturing technology and strong product development capabilities in the metal structura
dustry.

● Mission to

provide users with stylish, innovative and convenient consumer electronics features, making people's lives better.

## contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor
Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual dim

SINCO0962172

1/7/2019        Value

Beijing time: Monday, January 7, 119       Chin

 SINCOO 兴科科技集团

🏠 Home   👥 About Xingke   🏛 Product and R&D   📰 news   📇 Recruitment



兴科科技 创造未来
Sincoo Technology Creating The Future

## Value

为 客 户 创 造 价 值
Creating Value For Customers

- About Xingke
- Organization
- Glorious imprint
- Vision mission
- **Value**
- Corporate style
- contact us

Current location> Home > About Xingke > Values

### Customer first

Serving customers is the only reason for Xingke's existence, and customer demand is the driving force behind Xingke's development. In the field cision structural parts, we are constantly striving to continuously optimize our product and service solutions and are committed to creating max value for our customers.

### Honesty and morality

Integrity is our most important intangible asset. We adhere to the principle of honesty and trustworthiness to ensure that we can make the most ble commitment to any customer. Customer satisfaction is our success.

### teamwork

Through teamwork, we combine our consistent pursuit with our business, and encourage team initiative and creativity to achieve our common g o be committed to comprehensive leading structural components solutions.

### Innovation

Any advanced technology, product, solution, and management can only generate value if it is transformed into commercial success. We adhere t ustomer demand-oriented, aggressive, courageous, and continue to innovate around customer needs.

### contact us

Address : Xingke Industrial Park, Huaibei Avenue, Huaide Community, Humen Town, Dongguan City, Guangdong Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual dim

SINCO0962173

1/7/2019                                                                          Corporate style

Beijing time: Monday, January 7, 119                                                                                    Chin

 SINCOO
兴科科技集团

🏠 Home    👥 About        🏭 Product      📰 news         💼
                    Xingke        and R&D                     Recruitment

兴科科技·创造未来
Sincoo Technology Creating The Future



## Corporate style

About Xingke

Organization

Glorious imprint

Vision mission

Value

**Corporate style**

contact us

Current location> Home > About Xingke > Corporate style



Employee sports venue

In-house shopping store

### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn

SINCO0962174

1/7/2019                                                    Corporate style



Company employees organize basketball team to play



Xingke Culture Column



Employees play table tennis amateur

SINCO0962175

1/7/2019

Corporate style



snooker room



After the meal, I will play chess.

SINCO0962176

1/7/2019                                   Corporate style



Organize employees to watch movies



Organizing employee performances

SINCO0962177

1/7/2019                                                    Corporate style



Company reading room

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor
Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual din

SINCO0962178

1/7/2019

Contact us / contact us

Beijing time: Monday, January 7, 119                                                                          Chi

# SINCOO
兴科科技集团

 Home    About Xingke     Product and R&D    news    Recruitment

兴科科技 创造未来
Sincoo Technology Creating The Future

Sinco

Current location> Home > About Xingke > Contact us

## contact us

About Xingke

Organization

Glorious imprint

Vision mission

Value

Corporate style

**contact us**

### contact us

**Address :** Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
**Tel :** (86)0769-89951688
**Fax :** (86)0769-89951629
**E-mail :**sales@sincoo.cn

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor
Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual din

SINCO0962179

1/7/2019                                                                 Product center

Chine





創新技術　精益求精
Technical Innovation　Strive for excellence

❄ Home    👥 About        🏛 Product    📰 news         📷
                Xingke       and R&D                   Recruitment

## Main business

Current Location> Home > Products & R&D > Main Business

**Main business**

Technology and innovation

Product center



### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89819999-
8242
Fax : (86)0769-89819000
E-mail : tom.chen@sincoo.cn

The company specializes in the R&D, design, production and sales of precision molds and precision structural parts in the consumer electron
field. With its leading innovation technology, scientific management, promotion of platform vertical integration, industry leading scale effect and
service concept, the company has won comprehensive competitive advantages. It is a leading enterprise in the manufacture of consumer electro
precision structural parts products and services.

At present, the company mainly provides high-precision, high value-added mold making, CNC machining, injection molding, surface treatme
and other comprehensive technical support services for consumer electronic products (mobile phones, tablets, data cards), 3C home appliances
medical, automotive and other fields. .

Home | About Xingke | Products & R&D | News | Recruitment | Investor                    Dongguan Xingke Electronic Technology Co., Ltd. Copyright ©
Relations                                                                              reserved Design and maintenance: visual dim

SINCO0962180

1/7/2019                                                Product center

Beijing time: Monday, January 7, 119                                                                Chir



🏠 Home    👥 About     🏠 Product    📃 news      💼
                    Xinqke      and R&D                  Recruitment

创新技术  精益求精
Technical Innovation   Strive for excellence



Current location> Home > Technology and Innovation > Technology and Innovation

## Product and

Main business

**Technology and innovation**

Product center

### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn

First, technology research and development capabilities



Second, one-stop integration capabilities



Third, diversified customer service capabilities

SINCO0962181

1/7/2019                                    Product center

服务众多客户，拥用灵活
的资源分配方案与严格的
客户信息保密制度！













Fourth, efficient project management



→ 集金属、塑料与后制程领域一体化垂直整合服务。
→ 从产品前端研发提供有效技术解决方案。
→ 专业的团队涵盖项目管理、技术支持、生产与品质管理。

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor
Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual din

SINCO0962182

1/7/2019                                    精密金属结构件

北京时间：119年1月7日 星期一





创新技术 精益求精
Technical Innovation   Strive for excellence

🏠 首页   关于兴科   产品与研发   新闻动态   招聘

# 产品中心

精密金属结构件

精密塑胶结构件

精密模具

当前位置 > 首页 > 产品与研发 > 产品中心 > 精密金属结构件



精密结构件3        精密结构件2        精密结构件1

共 **3** 篇

## 联系我们

地 址：中国广东省东莞市虎门镇
怀德社区怀北大道兴科工业园
电 话：(86)0769-89951688
传 真：(86)0769-89951629
E-mail：sales@sincoo.cn

首页 | 关于兴科 | 产品与研发 | 新闻动态 | 招聘 | 投资者关系

兴科电子科技有限公司 Copyright © 2014 版权所有 设计

http://www.sincoo.cn/index.php?cate–cid-27.html                                    1/1

SINCO0962183

1/7/2019                                    Industry news

Beijing time: Monday, January 7, 119                                                          Chir



 🏠 Home    👥 About    🏭 Product    📰 news    💼 Recruitment
                              Xingke    and R&D





Current location> Home > Industry News

## news

**Industry news**

company news

### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn



### Looking at future mobile phone technology from iPhone 6

Looking at the mainstream mobile phone technology from the iPhone 6 Although the Apple official has not anno
ed the release date of the iPhone 6, but the news has already pointed to September 9, the iPhone has such mag
ach

Published: 2014-08-29 00:00:00    Author: adm

### Takee holographic mobile phone has entered mass production stage

Holographic mobile phone effect concept map Securities Times reporter Ma Lingling market hot-selling takee h
raphic mobile phone has entered mass production stage, its supplier Shen Tianma A officially announced that it
received the billionsida order

Published: 2014-08-25 00:00:00    Author: adm

### Data shows: high-tech electronics make modern people addicted

Ofcom has released an up-to-date survey of lifestyle habits, and the results are surprising. Data shows that ma
eople are addicted to electronic devices

Published: 2014-08-18 00:00:00    Author: adm

### Android market share growth is 10.6% faster than iOS platform

August 15th news, according to the latest data released by IDC in the second quarter of 2014, the two major sy
platforms of Apple iOS and Google Android continue to lead, and the share continues to grow.

Published: 2014-08-17 00:00:00    Author: adm



### Worm gear drive principle

The worm gear reducer is completely driven by two eccentric wheels.

Published: 2014-08-08 00:00:00    Author: adm

### Process and method description of machining

Machining mainly refers to machining, and it is widely used in industrial production.

Published: 2014-08-08 00:00:00    Author: adm

**6** in total

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual dim

SINCO0962184

1/7/2019                     从iPhone 6看未来手机技术

北京时间：119年1月7日 星期一



🏠 首页　👥 关于兴科　🏭 产品与研发　📰 新闻动态　📧 招聘　‹



当前位置 > 首页 > 行业新闻

从iPhone 6看未来手机技术　　　　作者：admin　日期：2014-08-29　人气：889　评论：0

????????????iPhone 6?????????????????9?9??iPhone??????????????????????????????????????????????????????????????????????????
???????????????????????????????????????????? ????????"???????"?????iPhone?iO
S??????????????????????????????? ???????????iPhone????????????????
????????iPhone 6?????????????????????????????????????????????????????
??????
?????????????????iPhone 6??????????CEO???????????????????????iPhone??????????iPhone
6???????????????????????????????



iPhone 6 ?????????

??????????????????????????????????????9??????10??????????
???????????????????????????????????????????? ??

| 莫氏硬度表 | | |
|---|---|---|
| 代表性矿物质名称 | 莫氏硬度 | 绝对硬度 |
| 滑石 Mg3Si4O10(OH)2 | 1 | 1 |
| 石膏 CaSO4·2H2O | 2 | 2 |
| 方解石 CaCO3 | 3 | 9 |
| 萤石 CaF2 | 4 | 21 |
| 磷灰石 Ca5(PO4)3(OH-，Cl-，F-) | 5 | 48 |
| 正长石 KAlSi3O8 | 6 | 72 |
| 石英 SiO2 | 7 | 100 |
| 黄玉 Al2SiO4(OH-,F-)2 | 8 | 200 |
| 刚玉（蓝宝石）Al2O3 | 9 | 400 |
| 钻石 C | 10 | 1500 |

?????

??????????????????????????????????????????????????????????????????????

http://www.sincoo.cn/index.php?show--cid-18-id-9.html

推荐文章

蜗轮蜗杆传动工作原理
从iPhone 6看未来手机技术
数据显示：高科技电子产品让现代人沉迷
takee全息手机已进入量产阶段
Android市场份额增长比iOS平台供10.6%
关于机加工的工艺以及方法阐述

SINCO0962185

1/7/2019                                       从iPhone 6看未来手机技术

????????????????????????????????????????????????????--??

????iPhone 6?????????????????????????Vertu???????iPhone????????????????????vivo???????????????????????iPhone 6??????????????



?vivo????????

?????????????????????????????????????????????????????????????????????????????????????????
?????????

????????????????????????????????????????????iPhone 6????????????????????????????????????????????????????????



iPhone 6????

???????????????????????iPhone?????????????????????????????????????????????????????????????????????
?????????????????????????????????????????????????????????????



???????

????HTC???????M7 / M8????????????????????????????????????????????????????????????
?????????

??????Nowhereelse.fr?????iPhone 6???????????????iPhone 5s???iPhone 6?????True Tone?LED?????????????????

SINCO0962186

1/7/2019                                          从iPhone 6看未来手机技术



iPhone 6????True Tone?LED???

?????iPhone 5s??????True Tone?LED?????????LED?????True Tone LED???????????????????????????????????LE
D???????????????????????????? ???????????iPhone 5s??????????????????????????????????????????????????????????



?True Tone LED???

?????????????????True Tone?LED????????????????????True Tone?LED???????????????????????????????HTC M8?????
1???????????????????????????????

??OIS????

???????????Nowhereelse.fr????iPhone 6??????--?????????????????iPhone 6??????????????????????????
???????????????????????????????????????????????????????????????????????
???????????????????????????????????????????????????????????????????????



??????(???????)

????????????????????????nubia Z7?vivo Xshot??????????????iPhone 6????????????????
??????

??????????appleclub???????4.7??iPhone 6????????+??+??+?????????????????????iPhone 6??????????????????????????Touch ID Ho
me???????

http://www.sincoo.cn/index.php?show--cid-18-id-9.html

SINCO0962187

1/7/2019                                      从iPhone 6看未来手机技术



iPhone 6????Touch ID

??iPhone 5s?????????????????????????????????????????????--~??????????????????????????
???????????????????????,????????????????????????????????????????? ????????????????????????????????



????

???????????????????????????????????????????????HTC????????????????????????????????????????
?????
?????iPhone??????????????????????????????????????????????????????
???????????????????????????????????????????????????iPhone??????????????????

分享到:                                        0

上 一篇：takee全息手机已进入量产阶段                    下 一篇：没有了

首页  ｜ 关于兴科 ｜ 产品与研发 ｜ 新闻动态 ｜ 招聘 ｜ 投资者关系          兴科电子科技有限公司 Copyright © 2014 版权所有  设计f

SINCO0962188

1/7/2019　　　　　　　　　　takee全息手机已进入量产阶段

北京时间：119年1月7日 星期一



 

当前位置 > 首页 > 行业新闻

## takee全息手机已进入量产阶段

作者：admin　日期：2014-08-25　人气：406　评论：0

**推荐文章**

蜗轮蜗杆传动工作原理
从iPhone 6看未来手机技术
数据显示：高科技电子产品正现代人沉迷
takee全息手机已进入量产阶段
Android市场份额增长比iOS平台快10.6%
关于机加工的工艺以及方法阐述



全息手机效果概念图

证券时报记者 马玲玲

　市场热炒的takee全息手机已进入量产阶段，其供应商深天马A正式宣布已收到亿思达订单。对于全息手机的争议目前尚未停息，但据了解，全息手机上市将给生产商及游戏、视频内容提供商带来巨大商机。

**掘金产业链**

takee全息手机的发布直接带动了资本市场对全息技术的热捧，其中龙头股深天马A一个月以来股价几近翻番。

8月20日，takee全息手机的供应商之一深天马A公告，近日收到亿思达订单，将为其提供液晶透镜3D显示器件总计12万片，用于takee手机。深天马表示，此次订单为公司液晶透镜3D显示器件所获得的首批订单，该订单对2014年度业绩不会产生重大影响。

　自takee全息手机7月17日发布以来，相关上市公司皆受到关注，其中尤以深天马A表现突出。7月29日，深天马A称，公司2013年底与亿思达开始合作开发基于液晶透镜技术的裸眼3D显示方案，并成为亿思达takee全息手机中关键显示器件的供应商之一。

消息一出，深天马A的股价节节攀升。自7月25日复牌至8月18日，股价几近翻番。

除了深天马A外，亿思达公布了与全息手机相关的五家A股公司，分别是硕贝德、欧菲光、德赛电池、宇顺电子和莱宝高科。亿思达董事长刘美鸿介绍，硕贝德、欧菲光提供takee手机元器件，德赛电池、宇顺电子、莱宝高科为takee手机代工。

莱宝高科表示，公司为全息手机配备开发采用OGS技术的电容式触摸屏，目前正在优化开发阶段。

随着深天马A公布订单及亿思达公布价格，takee全息手机开始进入量产阶段。亿思达副总经理武美祥称，手机将于9月8日中秋之夜预售，价格制定是由线下和线上的专业调查相结合，最终定出3600元的价格。

据悉，自7月17日开放预定以来，截至8月17日上午，该款手机预约超过120万台。亿思达董事长刘美鸿对证券时报记者表示，首批全息手机量产数量主要是根据公司计划制定，后续将根据消费者需要调整产量。

**全息之争**

全息手机的推出，不仅在消费者中引起一波"全息是什么"的疑问，在专业机构中也引起了争议。

7月30日，中国3D产业联盟发布联合声明称，全球全息技术尚处于实验室基础研究阶段，产业化尚未启动，中国也处于这个阶段，所谓"个人全息或智能全息"技术为核心的"全息手机"并不存在。

8月5日，亿思达回应称，联合声明所罗列的33家机构、某些知名教授等根本非"被代表"；多家被联名企业和机构表示不知情。

值得玩味的是，当日3D联盟便予以回击，指责亿思达背后进行网络炒作。

8月7日，亿思达联合多家相关高校和公司召开个人全息显示技术及产业化研讨会。公司称，takee手机采用的显示技术，从实现的技术手段上来说，应该属于"数字全息显示"技术范畴，这是有别于传统激光全息技术之外的一种创新的全息显示技术，它开辟了全息技术的新方向；由于只适用于一个人观看，所以也可称为"个人全息"。

SINCO0962189

1/7/2019                                           takee全息手机已进入量产阶段

　　对于全息技术的通俗理解，是可以全方位观看物体的每一角度。亿思达称，通过前置景深式摄像头来追踪人眼视角位置，并通过软件优化图像，形成具有指向性的成像效果，实现类似全息影像的效果。

　　对于亿思达的技术，多数专家质疑认为，该款手机不能实现投影达到真正的全息。目前takee手机采用光栅3D显示的柱镜光栅技术，专业人士认为该技术仍属于裸眼3D范畴。

　　刘美鸿说："数字全息技术是对裸眼3D技术的升级，目前我们的手机的确不完善，主要实现的是全息手机从无到有的过程，以后会逐步完善。"

　　据了解，亿思达主要以3D相关产业为主。刘美鸿表示，亿思达于2013年年底在全息技术上取得突破，并决定自己生产手机，切入全息手机领域。

　　分享到：                              0

上一篇：数据显示：高科技电子产品让现代人沉迷              下一篇：从iPhone 6看未来手机技术

首页　｜关于兴科　｜产品与研发　｜新闻动态　｜招聘　｜投资者关系                        兴科电子科技有限公司 Copyright © 2014 版权所有  设计

http://www.sincoo.cn/index.php?show--cid-18-id-8.html                                                       2/2

SINCO0962190

1/7/2019　　　　　　　　　　　　数据显示：高科技电子产品让现代人沉迷

北京时间：119年1月7日 星期一



🏠 首页　👥 关于兴科　🏢 产品与研发　📰 新闻动态　💬 招聘　‹





当前位置 > 首页 > 行业新闻

## 数据显示：高科技电子产品让现代人沉迷

作者: admin　　日期: 2014-08-18　　人气: 425　　评论: 0

Ofcom发布了一项最新的关于生活习惯的调查报告，报告的结果令人吃惊。

数据显示很多人沉迷于电子设备

根据最新的研究，现代人使用电子设备的时间比睡觉还要多。英国成人平均每天花8小时41分钟使用高科技产品，而对比看其睡眠时间只有8小时21分钟。这还不是全部，通信监管机构报告说，有超过58%的人每天在电子设备上所花费的时间超过了14小时。

你可能会问："这怎么可能？"在今天科技的发展方便了人们的生活，多任务智能化的设备让业务更容易，但是令人难以置信的是，人们花在这上面的时间达到9小时8分钟，这个数字比2010年上涨了2个小时。

在上周，调查发现70%的英国人使用智能手机、平板电脑或者PC来与家人、朋友、同时聊天。本次调查涉及2800名成人和儿童，调查结果可以说令人大感吃惊。

分享到：　　　　　　　　0

上一篇：Android市场份额增长比iOS平台快10.6%　　　　下一篇：takee全息手机已进入量产阶段

首页　|　关于兴科　|　产品与研发　|　新闻动态　|　招聘　|　投资者关系　　　　　　　兴科电子科技有限公司 Copyright © 2014 版权所有　设计

推荐文章

蜗轮蜗杆传动工作原理
从iPhone 6看未来手机技术
数据显示：高科技电子产品让现代人沉迷
takee全息手机已进入量产阶段
Android市场份额增长比iOS平台快10.6%
关于机加工的工艺以及方法阐述

SINCO0962191

1/7/2019                                    Android市场份额增长比iOS平台快10.6%

北京时间：119年1月7日 星期一



首页    关于兴科    产品与研发    新闻动态    招聘

  

当前位置 > 首页 > 行业新闻

## Android市场份额增长比iOS平台快10.6%

作者：admin   日期：2014-08-17   人气：301   评论：0

**推荐文章**

8月15日消息，根据IDC发布的2014年第二季度智能手机市场的最新数据显示，苹果iOS和谷歌Android两大系统平台继续领跑，份额继续增长，而其他系统平台的对于市场份额则进一步被蚕食。苹果iPhone出货量同比增长了12.7%，而在第二季度的6月底达到了3520万台。与此同时，Android阵营增长则更惊人，达到了33.3%，出货量达到了2.553亿台，比iPhone的增长速度更快。

蜗轮蜗杆传动工作原理
从iPhone 6看未来手机技术
数据显示：高科技电子产品让现代人沉迷
takee全息手机已进入量产阶段
Android市场份额增长比iOS平台快10.6%
关于机加工的工艺以及方法阐述



不过值得留意的是，尽管苹果的份额有所增长，但是其整体市场份额从去年同期的13%下降1.3%，到今年第二季度为11.7%。Android份额从2013 Q2的79.6%增长到了2014Q2的84.7%。

除此之外，IDC给出了不同价格区段的智能手机份额数据，苹果无意外地在400美元以上的高端市场傲视群雄，而接近60%的Android设备售价均低于200美元。

分享到：                        0

上一篇：蜗轮蜗杆传动工作原理                 下一篇：数据显示：高科技电子产品让现代人沉迷

首页  |  关于兴科  |  产品与研发  |  新闻动态  |  招聘  |  投资者关系                 兴科电子科技有限公司 Copyright © 2014 版权所有  设计By

SINCO0962192

1/7/2019                                蜗轮蜗杆传动工作原理

北京时间：119年1月7日 星期一



🏠 首页    👥 关于兴科    🏭 产品与研发    📰 新闻动态    📣 招聘    ‹





当前位置 > 首页 > 行业新闻

蜗轮蜗杆传动工作原理          作者: admin   日期: 2014-08-08   人气: 1212   评论: 0

推荐文章

蜗轮蜗杆传动工作原理
从iPhone 6看未来手机技术
数据显示：高科技电子产品让现代人沉迷
takee全息手机已进入量产阶段
Android市场份额增长比iOS平台快10.6%
关于机加工的工艺以及方法阐述



　　涡轮蜗杆减速机完全是靠两个偏心轮实现齿轮的传递。在输入轴上装有一个错位180°的双偏心套，在偏心套上装有两个滚柱轴承，形成H机构，两个摆线轮的中心孔即为偏心套上。

　　转臂轴承的滚道，并由摆线轮与针齿轮上一组环形排列的针齿轮相啮合，以组成少齿差内啮合减速机构，为了减少摩擦，在速比小的减速机中，针齿上带有针齿套。

　　当输入轴带着偏心套转动一周时，由于摆线轮上齿廓曲线的特点及其受针齿轮上针齿限制之故，摆线轮的运动成为即有公转又有自转的平面运动，在输入轴正转一周时，偏心套亦转动一周，摆线轮于相反方向上转过一个齿差从而得到减速，再借助W输出机构，将摆线轮的低速自转运动通过销轴，传递给输出轴，从而获得较低的输出转速。

　　1.涡轮蜗杆减速机原理：通过涡轮以及蜗杆90度的交叉配合实现传动。

　　2.摆线针轮与涡轮蜗杆共同点：效率低，扭矩输出大。

分享到：          0

上一篇：关于机加工的工艺以及方法阐述          下一篇：Android市场份额增长比iOS平台快10.6%

首页 | 关于兴科 | 产品与研发 | 新闻动态 | 招聘 | 投资者关系          兴科电子科技有限公司 Copyright © 2014 版权所有  设计

SINCO0962193

1/7/2019                                          关于机加工的工艺以及方法阐述

北京时间：119年1月7日 星期一

 SINCOO
兴科科技集团

🏠 首页    👥 关于兴科    🏢 产品与研发    📰 新闻动态    📱 招聘    ‹





当前位置 > 首页 > 行业新闻

关于机加工的工艺以及方法阐述                  作者：admin   日期：2014-08-08   人气：292   评论：0

机加工主要是指机械加工，在工业生产领域里面应用十分广泛。

对零件进行加工和制造采用机加工是一种十分方便的方法，主要是采用机械对零件的毛坯形状进行测量和加工，这种方法就叫做机加工。

机加工工艺流程是工件或者零件制造加工的步骤，采用机加工的方法，直接改变毛坯的形状、尺寸和表面质量等，使其成为零件的过程称为机加工工艺流程。比如一个普通零件的加工工艺流程是粗加工-精加工-装配-检验-包装，就是个加工的笼统的流程。

机加工工艺就是在流程的基础上，改变生产对象的形状、尺寸、相对位置和性质等，使其成为成品或半成品，是每个步骤，每个流程的详细说明，比如，上面说的，粗加工可能包括毛坯制造，打磨等等，精加工可能分为车，钳工，铣床，等等，每个步骤就要有详细的数据了。比如粗糙度要达到多少，公差要达到多少。

分享到：                    0

上一篇：没有了                    下一篇：蜗轮蜗杆传动工作原理

推荐文章

蜗轮蜗杆传动工作原理

从iPhone 6看未来手机技术

数据显示：高科技电子产品让现代人沉迷

takee全息手机已进入量产阶段

Android市场份额增长比iOS平台快10.6%

关于机加工的工艺以及方法阐述

首页  |  关于兴科  |  产品与研发  |  新闻动态  |  招聘  |  投资者关系

兴科电子科技有限公司 Copyright © 2014 版权所有  设计f

SINCO0962194

1/7/2019                                           company news

Beijing time: Monday, January 7, 119                                              Chin





 Home      About      Product     news                Recruitment
            Xingke     and R&D



news

Industry news

**company news**

Current location> Home > Company News

**Total 0 articles**

contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
**Tel** : (86)0769–89951688
**Fax** : (86)0769–89951629
E–mail :sales@sincoo.cn

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor
Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual din

SINCO0962195

1/7/2019

recruitment ads

Beijing time: Monday, January 7, 119

Chir



🏠 Home    👥 About Xingke    🏭 Product and R&D    📰 news    📇 Recruitment



小梦想　大舞台
我里是我们共同的舞台 兴科期待有您的加入！

## recruitment ads

**recruitment ads**

social recruitment

Campus Recruiting

Current location> Home > Recruitment > Recruitment





### contact us

**Address** : Xingke Industrial Park, Huaibei Avenue, Huaide Community, Humen Town, Dongguan City, Guangdong Province, China
**Tel** : (86)0769–89951688
**Fax** : (86)0769–89951629
**E-mail** :sales@sincoo.cn

## Human resource development principles :

People-oriented, put the right people in the right positions. While realizing the overall goals of the company, each employee is provided with a development space that fully realizes self-worth.

## Contact information :

Contact: Mr. Zhang
Contact number: 18681119033
E-mail:Zhang.qianwei@sincoo.cn

Home | About Xingke | Products & R&D | News | Recruitment | Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r and maintenance: visual din

SINCO0962196

1/7/2019                                    Social recruitment / social recruitment

Beijing time: Monday, January 7, 119                                                                        Chir





🏠 Home        👥 About        🏛 Product        📄 news        🔳 Recruitment
                    Xingke          and R&D



小梦想　大舞台

我里是我们共同的舞台 兴科期待有您的加入！

## social

Current location> Home > Recruitment > Social recruitment

recruitment ads

**social recruitment**

Campus Recruiting

### contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769–89951688
Fax : (86)0769–89951629
E-mail :sales@sincoo.cn

| location | post | Quantity | age | Education | job requirements |
|---|---|---|---|---|---|
| Dongguan | CNC programming engineer | 2 | 20-28 years old | College or above | 1. More than 2 years of product programming experience; 2. Ability to work hard nd obey arrangements. |
| Dongguan | CNC controller | 20 | 21-28 years old | High school/secondary school | 1. High school education or above, work onscientiously responsible; 2. More than two years of CNC operatio experience; 3. Know brothers, Franck system operate s are preferred; 4. Have mobile phone, notebook experie ce is preferred; 5. Can work hard and obey the arranger nt. |
| Dongguan | Fixture design | 2 | 21-28 years old | College or above | 1. With more than 2 years experience in NC fixture design or sanding, sandblasti fixture design or laser engraving and we ing fixture design; 2. Be able to work hard and obey the ar ngement. |
| Dongguan | Quality Engineer | 4 | 20-30 years old | College or above | 1. More than 2 years experience in quali management of mobile phone and note ook structural parts; 2. Familiar with the appearance and per mance standards of mobile phone and r tebook structural parts; 3. Can independently produce inspectio standard documents, guide inspection v rk, familiar with CAD, Pro-E, etc. enginee ng software. |
| Dongguan | Project Engineer | 4 | 18-32 years old | College or above | 1. More than 1 year mobile phone and r ebook metal structure projects are prefe ed; 2. Familiar with CAD, Pro-E and other re ed engineering software; 3. Mechanical related majors are preferr d; |

http://www.sincoo.cn/index.php?cate--cid-43.html

SINCO0962197

1/7/2019

Social recruitment / social recruitment

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 4. Good communication skills and keen observation ability ,Clear thinking. |
| Dongguan | Machine repair, electrician | 12 | 18-38 years old | High school/secondary school or above | 1. Have an electrician certificate; 2. Familiar with the installation of pipelines and installation of factory buildings; 3. Understand the basics of PLC, can understand the circuit diagram; 4. Experience in CNC and anodizing equipment is preferred. |
| Dongguan | Process Engineer | 4 | 24-32 years old | College or above | 1.2 years and above experience in metal cleaning, polishing, polishing and sand blasting; 2. Familiar with the cleaning line, polishing machine, sand blasting machine, grinding related equipment debugging, production related process parameters; 3. Can communicate with customers independently Conditions and effects; 4. Chemistry, mechanical specialty is preferred. |
| Dongguan | Process technician | 6 | 18-28 years old | High school/secondary school | 1. Have relevant adjustment experience, can accurately implement relevant requirements; 2. Have independent judgment ability, strong communication ability; 3. Can guide the maintenance and adjustment of the fixture; 4. Hard work, obey the arrangement. |
| Dongguan | production manager | 3 | 25-40 years old | High school/secondary school | 1. Familiar with CNC, anodizing and other processes and production processes; 2. Familiar with 6S management, with strong sense of responsibility; 3. Cost awareness and refined management ability, strong execution. |
| Dongguan | warehouse supervisor | 2 | 20-35 years old | College or above | 1. Have more than two years of experience in warehouse management; 2. Strong digital concept, can bear hardships and endurance; 3. Have experience in hardware factory auxiliary materials and raw material management. |
| Dongguan | Plan/material control | 5 | 20-30 years old | High school/secondary school | 1. According to the quantity of orders, formulate daily production plan and implementation plan, control and supervise the implementation process; 2. Work experience of PMC post for more than 2 years; 3. Strong digital concept, obey management, analyze data related to production plan; 4. Familiar with Purchasing Process. |
| Dongguan | IPQC Supervisor | 2 | 18-29 years old | High school/secondary school | More than 1.3 years of IPQC management experience; |

SINCO0962198

1/7/2019

Social recruitment / social recruitment

| | | | | | | 2.Familiar with caliper, height gauge, GC NO GO checker use and maintenance; 3.Familiar with CNC quality control requ ments such as anodizing; 4. Can analyze and analyze quality data, oordinate other Unit improvement; 5. Good communication skills. |
| --- | --- | --- | --- | --- | --- | --- |
| Dongguan | Clerk, administ rative assistant | 3 | 18-28 years ol d | High school/se condary schoo l | | 1. Limited to women, good image qualit 2. Will be skilled in operation; Word/Exc PPT and other office software; 3. Have certain ability to adapt, commur ate and coordinate. |

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r and maintenance:  visual din

SINCO0962199

1/7/2019       Campus Recruitment / Campus Recruitment

Beijing time: Monday, January 7, 119

Chin

# SINCOO
兴科科技集团

 Home    About Xingke     Product and R&D     news     Recruitment

小梦想　大舞台

我里是我们共同的舞台  兴科期待有您的加入！

## Campus

Current location> Home > Recruitment > Campus Recruitment

recruitment ads

social recruitment

**Campus Recruiting**

### contact us

**Address** : Xingke Industrial Park, Huaibei Avenue, Huaide Community, Humen Town, Dongguan City, Guangdong Province, China

**Tel** : (86)0769-89951688

**Fax** : (86)0769-89951629

**E-mail** :sales@sincoo.cn

Home | About Xingke | Products & R&D | News | Recruitment | Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r and maintenance:  visual din

SINCO0962200

1/7/2019                                              Investor Relations

Beijing time: Monday, January 7, 119                                                                 Chin

 SINCOO
兴科科技集团

🏠 Home    👥 About Xingke    🏛 Product and R&D    💻 news    📣 Recruitment



引领行业大发展 携手共筑兴科大未来

**Investor**

Current Location> Home > Investor Relations > Investor Relations

Investor Relations

Company Announcement

Periodic reports

Investor relations service

Basic information of Xingke shares:

| company name: | Xingke Electronic Technology Co., Ltd. |
|---|---|
| Registered address: | Xingke Industrial Park, North Avenue, Huaide Community, Humen Town, Dongguan City |
| Company referred to as: | Xingke Technology |
| legal representative: | Hu Enci |
| Registered capital (ten thousand yuan): | RMB 110 million |
| Industry category: | Manufacturing category |
| Postal code: | 523926 |
| company phone: | (86)0769-89819999-8242 |
| company Fax: | (86)0769-89819000 |
| company website: | Http://www.sincoo.cn |

**contact us**

Address : Xingke Industrial Park, Huaibei Avenue, Huaide Community, Humen Town, Dongguan City, Guangdong Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn

Home   |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance:  visual din

SINCO0962201

1/7/2019                                    Company announcement / company announcement

Beijing time: Monday, January 7, 119                                                                Chir

 **SINCOO**
兴科科技集团

🏠 Home       👥 About        🏛 Product        📰 news        Recruitment
                    Xinqke        and R&D

引领行业大发展 携手共筑兴科大未来



# Company

Current Location> Home > Investor Relations > Company Announcement

Investor Relations

**Company Announcement**           The announcement content will be issued on the website in mid-August.

Periodic reports

Investor relations service

## contact us

Address : Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
Tel : (86)0769-89951688
Fax : (86)0769-89951629
E-mail :sales@sincoo.cn

Home  |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor
Relations

Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
and maintenance: visual din

SINCO0962202

1/7/2019                                   Periodic report / periodic report

Beijing time: Monday, January 7, 119                                                                   Chir



 Home     About        Product      news                  <
            Xingke      and R&D                  Recruitment

引领行业大发展 携手共筑兴科大未来

## Periodic reports

Current Location> **Home > Investor Relations > Regular Report**

Investor Relations

Company Announcement

**Periodic reports**

Investor relations service

### contact us

**Address :** Xingke Industrial
Park, Huaibei Avenue, Huaide
Community, Humen Town,
Dongguan City, Guangdong
Province, China
**Tel :** (86)0769–89951688
**Fax :** (86)0769–89951629
**E–mail :** sales@sincoo.cn

Home   |  About Xingke  |  Products & R&D  |  News  |  Recruitment  |  Investor        Xingke Electronic Technology Co., Ltd. Copyright © 2014 All rights r
Relations                                                                                                  and maintenance:  visual din

SINCO0962203

# EXHIBIT 3



REDWOOD CITY | 1001 Marshall Street
Boston | Suite 500
Las Vegas | Redwood City, CA 94063-2052
Los Angeles | Telephone (650) 364-8200
New York | Facsimile (650) 780-1701
Paris | www.rmkb.com
San Francisco |
San Jose | Lael D. Andara
Seattle | (650) 780-1714

lael.andara@rmkb.com

February 16, 2018

Ec Hu
SinCoo Industrial Park
Huaibei Avenue
Huaide Community
Humen, Dongguan, Guandong, China

Re:    *SinCo Technologies PTE Ltd v. Soon, et al.*

Dear Mr. Hu:

We write to you on a matter of urgent and significant legal importance. This firm represents SinCo Technologies PTE Ltd. (SinCo) as it relates to its registered and issued Intellectual Property rights in the United States. Your use of the "SinCo" trademark is in violation of U.S. law and you are directed to immediately cease and desist or be subject to legal penalty.

SinCo initially designed and began using the "SinCo" trademark on or before **May 1, 1996**. SinCo has obtained several U.S. trademarks on the word mark "SinCo" and the use of the Yin-Yang symbol, circles with two breaks or divided in the middle, circles that are totally or partially shaded and the colors red and green. SinCo's first issued trademark was Registration no. 3,188,537 which was issued on **December 26, 2006**. SinCo's trademarks are on the Principal Register and are therefore incontestable, therefore, limiting any potential claim of a third party usage.

We request that you immediately cease the operation of Sincoo website at www.sincoo.cn, cease the distribution of business cards with the SinCo mark (including font, color, and image), and cease use of emails directed to or from the United States containing the term "SinCo." We have received your business card from our customers who were confused by the identical mark as SinCo's. We have also received emails directed to you that were accidentally sent to us by U.S. customers who believe



they are dealing with SinCo when, in fact, your company is the one who initiated the dialog. (Jabil)

4823-3342-7549.1

SINCO791213



Ec Hu
February 16, 2018                                                                    Page 2

    Please confirm by no later than **February 28, 2018** that you will immediately comply
with these demands or have your counsel contact us. SinCo reserves all rights and remedies
under law associated with the conduct identified above.  Failure to respond to this notice is
evidence of willful trademark infringement.[1]

                        Sincerely,

                        Lael D. Andara

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service,
we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction or matter addressed in this
communication (or in any attachment).

---

[1] *Craigslist, Inc. v. Kerbel,* C-11-3309 EMC, 2012 U.S. Dist. LEXIS 108573 (N.D. Cal. Aug. 2, 2012); *Bancroft &
Masters, Inc. v. Augusta Nat'l, Inc.,* 223 F.3d 1082, 1087 (9th Cir. 2000) (concluding that "'express aiming'
encompasses wrongful conduct individually targeting a known forum resident."); *Govino v. Whitepoles LLC,* 2017
U.S. Dist. LEXIS 203547, at *4 (N.D. Cal. Nov. 3, 2017); and *Derek Andrew, Inc. v. Poof Apparel Corp.,* 528 F.3d
696, 702 (9th Cir. 2008).

4823-3342-7549.1

REDWOOD CITY | 1001 Marshall Street
Boston | Suite 500
Las Vegas | Redwood City, CA 94063-2052
Los Angeles | Telephone (650) 364-8200
New York | Facsimile (650) 780-1701
Paris | www.rmkb.com
San Francisco
San Jose | Lael D. Andara
Seattle | (650) 780-1714



lael.andara@rmkb.com

February 16, 2018

Tom Chen
SinCoo Industrial Park
Huaibei Avenue
Huaide Community
Humen, Dongguan, Guandong, China

      Re:    *SinCo Technologies PTE v. Soon, et al.*

Dear Mr. Chen:

      We write to you on a matter of urgent and significant legal importance. This firm represents SinCo Technologies PTE Ltd. (SinCo) as it relates to its registered and issued Intellectual Property rights in the United States. Your use of the "SinCo" trademark is in violation of U.S. law and you are directed to immediately cease and desist or be subject to legal penalty.

      SinCo initially designed and began using the "SinCo" trademark on or before **May 1, 1996**. SinCo has obtained several U.S. trademarks on the word mark "SinCo" and the use of the Yin-Yang Symbol, circles with two breaks or divided in the middle, circles that are totally or partially shaded and the colors red and green. SinCo's first issued trademark was Registration no. 3,188,537 which was issued on **December 26, 2006**. SinCo's trademarks or on the Principal register and are therefore incontestable therefor limiting any potential claim of a third party usage.

      We request that you immediately cease the operation of Sincoo website at www.sincoo.cn cease the distribution of business cards with the SinCo mark (including font, color, and image), and cease use of emails directed to or from the United States containing the term "SinCo." We have received your business card from our customers who were confused by the identical mark as SinCo's. We have also received emails directed to you that were accidentally



sent to us by U.S. customers who believe they are dealing with SinCo when in fact your company is the one who initiated the dialog. (Jabil)

SINCO791208



Tom Chen
February 16, 2018                                                                                                    Page 2

     Please confirm by no later than **February 28, 2018** that you will immediately comply with these demands or have your counsel contact us. SinCo reserves all rights and remedies under law associated with the conduct identified above.  Failure to respond to this notice is evidence of willful trademark infringement.[1]

                                                 Sincerely,

Lael D. Andara

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

---

[1] *Craigslist, Inc. v. Kerbel,* C-11-3309 EMC, 2012 U.S. Dist. LEXIS 108573 (N.D. Cal. Aug. 2, 2012); *Bancroft & Masters, Inc. v. Augusta Nat'l, Inc.,* 223 F.3d 1082, 1087 (9th Cir. 2000) (concluding that "'express aiming' encompasses wrongful conduct individually targeting a known forum resident."); *Govino v. Whitepoles LLC,* 2017 U.S. Dist. LEXIS 203547, at *4 (N.D. Cal. Nov. 3, 2017); and *Derek Andrew, Inc. v. Poof Apparel Corp.,* 528 F.3d 696, 702 (9th Cir. 2008).

4842-7984-6749.1

SINCO791209

# EXHIBIT 4

**Andara, Lael D.**

| | |
|---|---|
| **From:** | tom.chen@sincoo.cn |
| **Sent:** | Tuesday, February 27, 2018 10:48 PM |
| **To:** | Riedell, Roxana |
| **Cc:** | Andara, Lael D.; Trevino, Michelle G. |
| **Subject:** | Re: SinCo Technologies PTE v. Soon, et al. |

您好！来信收悉。

就来信提及事宜，我司感到非常惊讶，我司会马上着手自查，如涉及来信所述之问题，我们会立即采取措施予以纠正。

再次感谢你来信！

tom.chen@sincoo.cn

**From:** Riedell, Roxana
**Date:** 2018-02-17 08:01
**To:** tom.chen@sincoo.cn
**CC:** Andara, Lael D.; Trevino, Michelle G.
**Subject:** SinCo Technologies PTE v. Soon, et al.
Attached please find Lael Andara's letter dated February 16, 2018.

**Roxana Riedell**
**Ropers Majeski Kohn & Bentley PC**
Office Manager
1001 Marshall Street, Suite 500 • Redwood City • CA • 94063-2052
Office: (650) 364-8200 • Direct: (650) 780-1607
roxana.riedell@rmkb.com



# EXHIBIT 5

Volume 5

Pages 738 - 897

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE EDWARD M. CHEN

```
SINCO TECHNOLOGIES PTE LTD.,      )
                                  )
               Plaintiff,         )
                                  )
   vs.                            ) No. C 17-5517 EMC
                                  )
SINCO ELECTRONICS (DONGGUAN) CO., )
LTD.; XINGKE ELECTRONICS (DONGGUAN))
CO., LTD.; XINGKE ELECTRONICS     )
TECHNOLOGY CO., LTD.; SINCOO      )
ELECTRONICS TECHNOLOGY CO., LTD.; )
MUI LIANG TJOA (an individual);   )  San Francisco, California
NG CHER YONG a/k/a CY NG          )
(an individual); and LIEW YEW SOON )  Monday
 a/k/k MARK LIEW (an individual), )  November 8, 2021
                                  )  8:15 a.m.
               Defendants.        )
_____)
```

### TRANSCRIPT OF JURY TRIAL PROCEEDINGS

**APPEARANCES**:

**For Plaintiff:**          ROPERS MAJESKI PC
                           545 Middlefield Road
                           Suite 175
                           Menlo Park, California 94025
                      BY:  **LAEL D. ANDARA, ESQ.**


                           ROPERS MAJESKI PC
                           445 South Figueroa Street
                           Suite 3000
                           Los Angeles, California 90071
                      BY:  **ERNEST E. PRICE, ESQ.**


               (APPEARANCES CONTINUED ON FOLLOWING PAGE)


*Reported By:*   *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                Official Reporter - US District Court
                Computerized Transcription By Eclipse

**APPEARANCES:   (CONTINUED)**

For Defendant              ARNOLD & PORTER KAYE SCHOLER LLP
                           Three Embarcadero Center
                           10th Floor
                           San Francisco, California94111
                      BY:  **DOUGLAS A. WINTHROP, ESQ.**
                           **JEREMY T. KAMRAS, ESQ.**
                           **JOSEPH R. FARRIS, ESQ.**


For Defendants:            ARNOLD PORTER KAYE SCHOLER LLP
                           601 Massachusetts Avenue, NW
                           Washington D.C., DC 20001
                      BY:  **ROBBIN LEE, ESQ.**


Also Present:         **DR. JONATHAN CHEE**
                      - SinCo Technologies PTE, Limited


                      **MR. TAO TAO**
                      - Kingke Electronics (Dongguan) Co., Limited


                            - - -

TJOA - DIRECT / ANDARA

```
 1    BY MR. ANDARA
 2    Q.    As it relates to tracking workers' time records, was
 3    anything done to do that?
 4              MR. WINTHROP:  Objection.
 5              THE WITNESS:  Yes.
 6              MR. WINTHROP:  Objection.  Assumes facts not in
 7    evidence.
 8              THE COURT:  Overruled.
 9    BY MR. ANDARA
10    Q.    As it relates to personal protective equipment, was
11    anything done?
12    A.    I do not know about that.
13    Q.    Okay.  And as it relates to records of hazardous waste
14    disposal, what was done?
15    A.    What I know the facility has a wastewater treatment and
16    has a license.
17    Q.    Who holds the license?
18    A.    The license was hold by the tenants, a company called
19    SinCoo.
20    Q.    How do you spell that?
21    A.    S-I-N-C-O-O.
22    Q.    Did that tenant also use the mark?
23              MR. WINTHROP:  Objection.  Motion in Limine.
24              THE COURT:  Sustained.
25              THE WITNESS:  I do not know.
```

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Monday, November 8, 2021

# EXHIBIT 6

REDWOOD CITY | 1001 Marshall Street
Boston | Suite 500
Las Vegas | Redwood City, CA 94063-2052
Los Angeles | Telephone (650) 364-8200
New York | Facsimile (650) 780-1701
Paris | www.rmkb.com
San Francisco |
San Jose | Lael D. Andara
Seattle | (650) 780-1714



lael.andara@rmkb.com

March 8, 2018

Tom Chen
SinCoo Industrial Park
Huaibei Avenue
Huaide Community
Humen, Dongguan, Guandong, China

Re:     *SinCo Technologies PTE v. Soon, et al.*

Dear Mr. Chen:

My client has advised me that I am authorized to agree to a third party request to meet and discuss a potential settlement of the use of the SinCo mark in the United States. My client has further directed me to provide you the same opportunity to meet at my offices to discuss the letter we sent on this issue to you on **February 16, 2018,** based on your prompt response and promise to investigate that I received on **February 27, 2018**.

For your understanding and reference, you and your attorney (if you so desire) are invited to meet me at our offices in Redwood City, California in the next thirty (30) days to discuss the issues set forth previously. As I am under the impression you are not currently represented by counsel and therefore am ethically obligated to disclose that any communication we may have is subject to Federal Rule of Civil Procedure 408:

*Rule 408. Compromise Offers and Negotiations*

*(a) Prohibited Uses. Evidence of the following is not admissible—on behalf of any party—either to prove or disprove the validity or amount of a disputed claim or to impeach by a prior inconsistent statement or a contradiction:*

*(1) furnishing, promising, or offering—or accepting, promising to accept, or offering to accept—a valuable consideration in compromising or attempting to compromise the claim; and*

*(2) conduct or a statement made during compromise negotiations about the claim— except when offered in a criminal case and when the negotiations related to a claim by a public office in the exercise of its regulatory, investigative, or enforcement authority.*

This rule is designed to allow for candid and frank discussion to potentially avoid further action, but if an action does occur the statements we exchange is not admissible,  nor can be used



Tom Chen
**March 8, 2018**                                                                                     Page 2

against the person or entity as set forth above.  Although you are under no obligation to do so, I would recommend that you speak with an attorney as to the contents of this letter and our previous communications.

If you decline to meet in person, I will request that as a courtesy you advise of that decision at your earliest convenience, but no later than **March 20, 2018**. If after that date has passed I have not heard from you, we will initiate proceedings against you for willful trademark infringement. [1]

Sincerely,

Lael D. Andara

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

---

[1] *Craigslist, Inc. v. Kerbel,* C-11-3309 EMC, 2012 U.S. Dist. LEXIS 108573 (N.D. Cal. Aug. 2, 2012); *Bancroft & Masters, Inc. v. Augusta Nat'l, Inc.,* 223 F.3d 1082, 1087 (9th Cir. 2000) (concluding that "'express aiming' encompasses wrongful conduct individually targeting a known forum resident."); *Govino v. Whitepoles LLC,* 2017 U.S. Dist. LEXIS 203547, at *4 (N.D. Cal. Nov. 3, 2017); and *Derek Andrew, Inc. v. Poof Apparel Corp.,* 528 F.3d 696, 702 (9th Cir. 2008).

4846-3026-7487.1

# EXHIBIT 7



**Confidential - Contains Attorneys' Eyes Only Information**

# Transcript of Mui Liang Tjoa

**Date:** January 17, 2019
**Case:** Sinco Technologies Pte Ltd. -v- Soon, et al

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    ---------------------------X

4    SINCO TECHNOLOGIES PTE LTD., :

5                    Plaintiff,   :   Civil Action No.

6        v.                      :   3:17CV5517 EMC

7    LIEW YEW SOON aka MARK LIEW; :

8    SINCO ELECTRONICS (DONGUAN)  :

9    CO. LTD. and DOES 1-10,      :

10   inclusive, et al.;           :

11                    Defendants.:  Full Version

12   ---------------------------X

13

14

15    Confidential - Contains Attorneys' Eyes Only Information

16                    VOLUME I

17      Videotaped Deposition of MUI LIANG TJOA

18                    Singapore

19            Thursday, January 17, 2019

20                    9:15 a.m.

21

22

23   Job No.:  223470

24   Pages:  1 - 360

25   Reported by:  Giselle M. Mitchell, RPR, CRI

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                              187

| | | | |
|---|---|---|---|
| 1 | Q. | Why is that? | 02:12:52 |
| 2 | A. | Why is that? | 02:12:53 |
| 3 | Q. | Yes. | 02:12:55 |
| 4 | A. | Because we are more focused on new | 02:12:57 |
| 5 | business. | | 02:13:00 |
| 6 | Q. | Okay.  Is the facility -- is the DG | 02:13:00 |
| 7 | factory a gated area? | | 02:13:11 |
| 8 | A. | Yes. | 02:13:12 |
| 9 | Q. | Within the gates, are there buildings? | 02:13:13 |
| 10 | A. | Yes. | 02:13:15 |
| 11 | Q. | Are all the buildings operated by DG? | 02:13:15 |
| 12 | A. | No. | 02:13:18 |
| 13 | Q. | What other buildings are within the gate | 02:13:18 |
| 14 | that are not operated by DG? | | 02:13:20 |
| 15 | A. | I don't know the exact buildings, but | 02:13:27 |
| 16 | there is a tenant there. | | 02:13:28 |
| 17 | Q. | How many tenants, if you know? | 02:13:30 |
| 18 | A. | I know there is tenant, S-I-N-C-O-O. | 02:13:31 |
| 19 | Q. | What do you know about that company? | 02:13:37 |
| 20 | A. | I don't know much about them. | 02:13:40 |
| 21 | Q. | Do they do any manufacturing or work for | 02:13:42 |
| 22 | DG? | | 02:13:45 |
| 23 | A. | No. | 02:13:46 |
| 24 | Q. | Who do they do work for? | 02:13:46 |
| 25 | A. | They have their own customers. | 02:13:48 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                              188

| | | |
|---|---|---|
| 1 | Q.   Okay.  But they -- they lease the land | 02:13:51 |
| 2 | from DG? | 02:13:52 |
| 3 | A.   They lease the building from us.  Not the | 02:13:53 |
| 4 | land. | 02:13:56 |
| 5 | Q.   Okay.  Are you involved in that at all? | 02:13:56 |
| 6 | A.   No. | 02:13:59 |
| 7 | Q.   Have you ever met those individuals? | 02:13:59 |
| 8 | A.   I met a gentleman. | 02:14:01 |
| 9 | Q.   Do you know -- who was that? | 02:14:03 |
| 10 | A.   His last name is -- in Chinese, Hu, but | 02:14:04 |
| 11 | the full name, I don't really -- we always call him | 02:14:07 |
| 12 | "Hu Jong."  But in China, it's like -- you call | 02:14:09 |
| 13 | them, it's like "Hu-something." | 02:14:15 |
| 14 | Q.   Okay.  And the lease -- did you sign the | 02:14:18 |
| 15 | lease with them? | 02:14:21 |
| 16 | A.   No. | 02:14:22 |
| 17 | Q.   Who signed the lease? | 02:14:22 |
| 18 | A.   I think Gao signed the lease. | 02:14:23 |
| 19 | Q.   And was that company -- did they become a | 02:14:25 |
| 20 | tenant after the acquisition? | 02:14:28 |
| 21 | A.   Prior to that, I believe they had been | 02:14:29 |
| 22 | there. | 02:14:31 |
| 23 | Q.   You believe they were there prior to the | 02:14:32 |
| 24 | acquisition? | 02:14:34 |
| 25 | A.   Yes. | 02:14:34 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                    189

| | | |
|---|---|---|
| 1 | Q.    Do you know what the nature of their | 02:14:36 |
| 2 | business is? | 02:14:37 |
| 3 | A.    Metals. | 02:14:38 |
| 4 | Q.    Do you know if there is any relationship | 02:14:41 |
| 5 | between Gao and those individuals? | 02:14:43 |
| 6 | A.    I don't know. | 02:14:45 |
| 7 | Q.    And what is -- what are the terms -- the | 02:14:45 |
| 8 | lease terms.  Do you know? | 02:14:51 |
| 9 | A.    I don't know the details. | 02:14:52 |
| 10 | Q.    What's the term of the lease?  How long? | 02:14:53 |
| 11 | Years?  Months? | 02:14:54 |
| 12 | A.    Should be years.  Normally, signed for | 02:14:57 |
| 13 | years.  But how many years, I didn't pay attention | 02:14:58 |
| 14 | to that. | 02:15:00 |
| 15 | Q.    And does that company share the same | 02:15:01 |
| 16 | dormitories, cafeteria, same employee resources? | 02:15:03 |
| 17 | A.    I don't know.  I'm not sure.  In fact, | 02:15:08 |
| 18 | when I was manager of the factory, I didn't pay | 02:15:09 |
| 19 | attention to that. | 02:15:12 |
| 20 | Q.    Okay.  Do you know if they have their own | 02:15:13 |
| 21 | separate dormitory? | 02:15:16 |
| 22 | A.    I don't know. | 02:15:18 |
| 23 | Q.    Okay.  Do you understand that they are | 02:15:18 |
| 24 | also accused of violating the plaintiff's trademark? | 02:15:22 |
| 25 | A.    I don't know. | 02:15:27 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                          190

| | | |
|---|---|---|
| 1 | Q.   Have you seen their website? | 02:15:36 |
| 2 | A.   No. | 02:15:38 |
| 3 | Q.   Were you specifically asked in written | 02:15:38 |
| 4 | discovery about their website? | 02:15:43 |
| 5 | A.   Sorry? | 02:15:45 |
| 6 | Q.   We served with you with requests | 02:15:46 |
| 7 | for admissions, for example. | 02:15:48 |
| 8 | A.   Yes. | 02:15:50 |
| 9 | Q.   And in those requests, we said that, "Is | 02:15:52 |
| 10 | this the facility that you work at?"  And we gave | 02:15:54 |
| 11 | you a website.  Did you click on that site to | 02:15:57 |
| 12 | confirm whether or not you did or did not? | 02:16:00 |
| 13 | A.   Because the name -- I don't work for that | 02:16:02 |
| 14 | company. | 02:16:04 |
| 15 | Q.   I understand.  But it's at the same | 02:16:04 |
| 16 | facility.  Correct? | 02:16:06 |
| 17 | A.   Yes.  But my office -- my office is not | 02:16:06 |
| 18 | there.  My office is in corporate, in Shenzhen. | 02:16:08 |
| 19 | Q.   Okay.  If you wanted that company to | 02:16:11 |
| 20 | vacate the premises, do you have the authority to do | 02:16:17 |
| 21 | that? | 02:16:22 |
| 22 | A.   I need to look at the terms of the lease. | 02:16:22 |
| 23 | Q.   Okay.  But you are the main person in | 02:16:24 |
| 24 | charge at DG.  Correct? | 02:16:27 |
| 25 | A.   Yes. | 02:16:29 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                    191

```
 1      Q.   And if you knew that there was a factory    02:16:29

 2   on site that was violating another company's        02:16:32

 3   trademark, you wouldn't help facilitate that, would 02:16:35

 4   you?                                                02:16:38

 5           MR. HOGAN:  Objection.  That calls for      02:16:39

 6   speculation.  It's an incomplete hypothetical.      02:16:40

 7      Q.   If you can answer, please?                  02:16:43

 8      A.   No.                                         02:16:44

 9      Q.   What would you do?                          02:16:45

10           MR. HOGAN:  Same objections.                02:16:47

11      Q.   You said no.  But what would you do?        02:16:50

12      A.   It's depending on the -- what would be the  02:16:53

13   issue.                                              02:16:55

14      Q.   Okay.  Would you educate yourself as to     02:16:57

15   what the issue was and then talk to them about it?  02:16:59

16           MR. HOGAN:  Same objections.  Calls for     02:17:04

17   speculation.                                        02:17:06

18      A.   I need to understand.                       02:17:08

19      Q.   And how would you understand?               02:17:20

20      A.   Well, if there is any explanation, what     02:17:21

21   the issues are, then we can evaluate.  We can       02:17:23

22   assess.                                             02:17:26

23      Q.   Did you ask for explanation?                02:17:27

24           MR. HOGAN:  Same objection.                 02:17:29

25      A.   What was the issue?  I didn't know there    02:17:30
```

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                        192

| | | |
|---|---|---|
| 1 | was any issue with them. | 02:17:33 |
| 2 | Q. Okay. So, as you sit here today, when is | 02:17:34 |
| 3 | the first time you knew there was an issue with | 02:17:37 |
| 4 | Sincoo -- S-I-N-C-O-O -- and the plaintiff in this | 02:17:40 |
| 5 | case? | 02:17:44 |
| 6 | MR. HOGAN: Same objections. And | 02:17:45 |
| 7 | misstates testimony. And calls for a legal | 02:17:45 |
| 8 | conclusion. | 02:17:47 |
| 9 | A. I didn't know there is a legal litigation | 02:17:50 |
| 10 | against them. | 02:17:52 |
| 11 | Q. You read Exhibit 109. Correct? You've | 02:17:53 |
| 12 | seen that before. Correct? | 02:18:08 |
| 13 | A. Yes. Just now, I saw it. | 02:18:09 |
| 14 | Q. So on page 12, where it says: | 02:18:12 |
| 15 | "Defendants as well as those acting in | 02:18:13 |
| 16 | concert with them are barred from using the term | 02:18:15 |
| 17 | 'SinCo' or 'Sincoo' -- S-I-N-C-O-O -- including in | 02:18:19 |
| 18 | any logo to identify or otherwise describe | 02:18:23 |
| 19 | themselves or their products or services." | 02:18:26 |
| 20 | You read that. Correct? | 02:18:27 |
| 21 | A. Yes. I just saw that. | 02:18:29 |
| 22 | Q. But this is the first time you're seeing | 02:18:30 |
| 23 | this? | 02:18:32 |
| 24 | A. Yes. | 02:18:33 |
| 25 | Q. Okay. Now that you know, are you going to | 02:18:33 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                197

| | | |
|---|---|---|
| 1 | A.   I need to double-check.  I want to be | 02:25:02 |
| 2 | sure.  I don't want do -- | 02:25:05 |
| 3 | Q.   Do you believe it is? | 02:25:07 |
| 4 | MR. HOGAN:  Calls for speculation. | 02:25:11 |
| 5 | A.   I need to check. | 02:25:12 |
| 6 | Q.   Okay.  So you -- as you sit here today, | 02:25:13 |
| 7 | you don't know? | 02:25:15 |
| 8 | A.   I need to confirm.  Some part is red -- | 02:25:16 |
| 9 | which part is red, I need to double-check on that. | 02:25:19 |
| 10 | Q.   Okay.  If you had to estimate how tall is | 02:25:21 |
| 11 | the sign -- like the "X" of the sign -- is it, you | 02:25:24 |
| 12 | know, three inches tall; three feet tall; 30 feet | 02:25:27 |
| 13 | tall? | 02:25:30 |
| 14 | A.   I don't know. | 02:25:31 |
| 15 | Q.   But you've seen the sign? | 02:25:31 |
| 16 | A.   Yes.  But I don't know how tall.  I | 02:25:33 |
| 17 | wouldn't pay attention how tall.  Right? | 02:25:35 |
| 18 | Q.   Okay.  And you can't estimate? | 02:25:37 |
| 19 | A.   No. | 02:25:39 |
| 20 | Q.   Okay.  All right.  And then on this page, | 02:25:40 |
| 21 | it says, "SinCo Electronics DongGuan company was | 02:25:44 |
| 22 | established in 2000."  Is that a true statement? | 02:25:48 |
| 23 | A.   I don't know. | 02:25:53 |
| 24 | Q.   Okay. | 02:25:55 |
| 25 | "After 10 years of steady development, has | 02:25:55 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                    198

| | | |
|---|---|---|
| 1 | become a highly -- a high-tech enterprises that | 02:26:00 |
| 2 | design and production of silicone rubber, plastic | 02:26:02 |
| 3 | and metal components of electronic, electrical | 02:26:04 |
| 4 | appliances products professionally." | 02:26:05 |
| 5 | Is that accurate with your understanding? | 02:26:08 |
| 6 | A.   Yes. | 02:26:15 |
| 7 | Q.   And then the next paragraph says: | 02:26:15 |
| 8 | "At 2007, DongGuan Humen SinCo Industrial | 02:26:17 |
| 9 | Park had completed and put into operation.  It | 02:26:20 |
| 10 | covers an area of 70,000 square meters, with | 02:26:23 |
| 11 | construction area of 180,000 square meters." | 02:26:27 |
| 12 | Is that accurate, based on your visiting | 02:26:33 |
| 13 | the site? | 02:26:35 |
| 14 | A.   I believe so.  Gao told me, it must be | 02:26:36 |
| 15 | correct.  Right?  Otherwise he wouldn't put it. | 02:26:38 |
| 16 | Q.   Okay.  Is this language the company | 02:26:41 |
| 17 | typically uses in its presentations, giving the | 02:26:43 |
| 18 | background? | 02:26:48 |
| 19 | A.   This is done by this team.  Different team | 02:26:49 |
| 20 | they do different way.  Different BU. | 02:26:51 |
| 21 | Q.   So you think there are different | 02:26:53 |
| 22 | descriptions in other presentations? | 02:26:56 |
| 23 | A.   Yes.  No.  For DG, it's consistent, I | 02:26:57 |
| 24 | believe. | 02:27:00 |
| 25 | Q.   But now that it's changed its name, would | 02:27:00 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                    199

| | | |
|---|---|---|
| 1 | it still be described in these terms? | 02:27:04 |
| 2 | A.   I don't pay attention to that detail. | 02:27:04 |
| 3 | Q.   Okay. | 02:27:06 |
| 4 | A.   Because I have people working for me, it's | 02:27:06 |
| 5 | not my job to look at the detail of this. | 02:27:10 |
| 6 | Q.   Okay.  And just sort of frame of | 02:27:12 |
| 7 | reference, if you will, Jinlong Machinery & | 02:27:19 |
| 8 | Electronics, when was that founded, if you know? | 02:27:23 |
| 9 | A.   '86. | 02:27:28 |
| 10 | Q.   1986?  Okay.  All right, let's hand you | 02:27:29 |
| 11 | what's been previously marked as Exhibit 103 in the | 02:27:57 |
| 12 | deposition of NG.  Have you seen this document | 02:28:01 |
| 13 | before? | 02:28:10 |
| 14 | A.   Let me see.  I don't think so, no.  This | 02:28:12 |
| 15 | is Sincoo. | 02:28:29 |
| 16 | Q.   Do they have a sign on their building? | 02:28:30 |
| 17 | A.   No. | 02:28:35 |
| 18 | Q.   They do not? | 02:28:36 |
| 19 | A.   This is the same building.  The name is | 02:28:37 |
| 20 | Sincoo. | 02:28:40 |
| 21 | Q.   So it looks like somebody just went in and | 02:28:40 |
| 22 | photoshopped a name on a building? | 02:28:43 |
| 23 | A.   I don't know. | 02:28:46 |
| 24 | Q.   But you've never seen that building with | 02:28:46 |
| 25 | that name on it?  Sorry.  Strike that. | 02:28:46 |

Confidential - Contains Attorneys' Eyes Only Information

Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                    200

| | | |
|---|---|---|
| 1 | You've seen that building but not with | 02:28:46 |
| 2 | that name? | 02:28:49 |
| 3 | A.   I've never come across this name on the | 02:28:50 |
| 4 | building. | 02:28:52 |
| 5 | Q.   But does that accurately represent the | 02:28:53 |
| 6 | building with the factory; just not with that sign? | 02:28:54 |
| 7 | A.   Yes. | 02:28:57 |
| 8 | Q.   Okay. | 02:28:58 |
| 9 | A.   That building looks similar to this, yes. | 02:28:58 |
| 10 | But no, it's not under this name. | 02:29:05 |
| 11 | Q.   But on this website, it says: | 02:29:07 |
| 12 | "2007, Humen DongGuan branch industrial | 02:29:08 |
| 13 | park completed and put into operation, covers an | 02:29:13 |
| 14 | area of 70,000 square meters, construction area of | 02:29:15 |
| 15 | 180,000 square meters." | 02:29:19 |
| 16 | Do you recall that language from the prior | 02:29:21 |
| 17 | exhibit? | 02:29:24 |
| 18 | A.   Yes. | 02:29:24 |
| 19 | Q.   Did you authorize Sincoo to use the same | 02:29:24 |
| 20 | description as DG? | 02:29:29 |
| 21 | A.   No. | 02:29:30 |
| 22 | Q.   Would this have been a violation of your | 02:29:31 |
| 23 | copyrights? | 02:29:38 |
| 24 | MR. HOGAN:  Objection.  Calls for a legal | 02:29:40 |
| 25 | conclusion.  Calls for speculation.  Vague as to | 02:29:41 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                      201

| | | |
|---|---|---|
| 1 | "copyright?" | 02:29:44 |
| 2 | A.   This, yes. | 02:29:48 |
| 3 | Q.   Okay.  Do you understand that your website | 02:29:49 |
| 4 | has a copyright on it?  The DG website? | 02:29:50 |
| 5 | A.   I believe so. | 02:29:55 |
| 6 | Q.   And if you found out somebody was using | 02:29:56 |
| 7 | that, you would enforce that.  Correct? | 02:29:58 |
| 8 | A.   Yes. | 02:30:01 |
| 9 | Q.   Okay. | 02:30:04 |
| 10 |    (Exhibit 116 marked for identification) | 02:30:33 |
| 11 | Q.   All right.  Let me hand you what's been | 02:30:34 |
| 12 | marked as Exhibit 116, which is SinCo962164 to | 02:30:36 |
| 13 | SinCo962202, which I will represent is a screen | 02:30:48 |
| 14 | capture roughly a year later of the same HTTP at | 02:30:53 |
| 15 | www.sincoo.cn. | 02:30:59 |
| 16 |      Have you seen this website before? | 02:31:06 |
| 17 | A.   No. | 02:31:07 |
| 18 | Q.   Is the statement at the top of this | 02:31:08 |
| 19 | document, where it says, "XingKe Official Website," | 02:31:09 |
| 20 | is that a correct statement? | 02:31:13 |
| 21 | A.   No. | 02:31:15 |
| 22 | Q.   Do you see where under "Sinco | 02:31:16 |
| 23 | Technologies," there is three tabs? | 02:31:19 |
| 24 | A.   Yes. | 02:31:22 |
| 25 | Q.   Do you see where it says "XingKe | 02:31:22 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                    202

| | | |
|---|---|---|
| 1 | Technology?" | 02:31:24 |
| 2 | A.   Yes. | 02:31:25 |
| 3 | Q.   Do you have any understanding that Sincoo | 02:31:26 |
| 4 | is associated with XingKe Technology?  Looking at | 02:31:28 |
| 5 | page two of three, at the very top, it's in silver | 02:31:40 |
| 6 | and blue. | 02:31:47 |
| 7 | A.   Page two of three?  Which page again? | 02:31:53 |
| 8 | Q.   I'm sorry.  962170? | 02:31:54 |
| 9 | A.   Yes.  Okay.  Which page is that?  Yes. | 02:31:59 |
| 10 | Q.   Do you see those certificates? | 02:32:00 |
| 11 | A.   Yes. | 02:32:08 |
| 12 | Q.   And do you see where it says "2008?" | 02:32:09 |
| 13 | A.   I cannot see the detail. | 02:32:16 |
| 14 | Q.   Okay.  Are you familiar with what's | 02:32:18 |
| 15 | depicted here in these images? | 02:32:19 |
| 16 | A.   No. | 02:32:21 |
| 17 | Q.   These plaques? | 02:32:21 |
| 18 | A.   No. | 02:32:23 |
| 19 | Q.   Okay.  Do you know whether or not XingKe | 02:32:24 |
| 20 | has these types of recognitions from customers? | 02:32:26 |
| 21 | A.   I don't know.  It was displayed in the | 02:32:30 |
| 22 | lobby.  I don't know.  I don't pay attention to | 02:32:32 |
| 23 | this. | 02:32:34 |
| 24 | Q.   Okay. | 02:32:35 |
| 25 | (Exhibit 117 marked for identification) | 02:32:50 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                          216

| | | |
|---|---|---|
| 1 | up to.  For this.  Yeah.  It's -- kind of surprise | 02:56:33 |
| 2 | me. | 02:56:39 |
| 3 | Q.   I mean, if you confirmed that they are | 02:56:40 |
| 4 | competing with you for the same customers, is this | 02:56:42 |
| 5 | something you would evict them for? | 02:56:45 |
| 6 | MR. HOGAN:  That calls for speculation. | 02:56:48 |
| 7 | It's an incomplete hypothetical. | 02:56:49 |
| 8 | A.   They are not really competing with us on | 02:56:51 |
| 9 | the same parts.  They do metals. | 02:56:54 |
| 10 | Q.   Okay.  Even if it's the same customers? | 02:56:56 |
| 11 | A.   Yes.  That's okay. | 02:56:59 |
| 12 | Q.   Do you understand that they are working on | 02:57:01 |
| 13 | the same end product?  They are just providing | 02:57:02 |
| 14 | different parts to that end product for the same | 02:57:07 |
| 15 | customer? | 02:57:09 |
| 16 | A.   Yes. | 02:57:11 |
| 17 | Q.   Do you understand that? | 02:57:12 |
| 18 | A.   They do metal.  We do plastic and | 02:57:13 |
| 19 | silicons.  I think that's fine. | 02:57:13 |
| 20 | Q.   Is there any coordination between Sincoo | 02:57:17 |
| 21 | and DG as it relates to that main customer, | 02:57:17 |
| 22 | providing parts that work together? | 02:57:20 |
| 23 | A.   I don't know in the past.  I don't know in | 02:57:22 |
| 24 | the past, but since we acquire, I don't come across | 02:57:24 |
| 25 | any major collaboration. | 02:57:29 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                    348

| | | |
|---|---|---|
| 1 | here today, of a specific type of machine that was | 06:02:04 |
| 2 | acquired after the acquisition? | 06:02:06 |
| 3 | A.    There are many -- many equipments.  The | 06:02:08 |
| 4 | machine for tooling.  The molding machine.  The | 06:02:10 |
| 5 | compression molding machine.  Upgrading and spray | 06:02:13 |
| 6 | painting lines.  Right? | 06:02:18 |
| 7 | Q.    How much would those types of machines | 06:02:19 |
| 8 | cost? | 06:02:21 |
| 9 | A.    Depends.  Different model; different | 06:02:22 |
| 10 | capabilities; different capacity.  Different cost. | 06:02:23 |
| 11 | Q.    Did you buy any anodizing equipment? | 06:02:28 |
| 12 | A.    No, we did not. | 06:02:31 |
| 13 | Q.    Do you do anodizing at that factory? | 06:02:32 |
| 14 | A.    Anodizing was done by the other company. | 06:02:36 |
| 15 | Q.    Sincoo? | 06:02:37 |
| 16 | A.    Yes. | 06:02:38 |
| 17 | Q.    Okay.  So the license, and all that, would | 06:02:39 |
| 18 | have been held by Sincoo? | 06:02:40 |
| 19 | A.    The license has been held, I believe it's | 06:02:42 |
| 20 | under -- oh, I need to check who has that license. | 06:02:45 |
| 21 | Q.    Isn't it true that the license is held by | 06:02:50 |
| 22 | Jinlong? | 06:02:54 |
| 23 | A.    I think we do have the license for that. | 06:02:54 |
| 24 | Q.    Okay.  So you have the license for a | 06:02:56 |
| 25 | company that you don't know about that you've leased | 06:02:59 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                        349

| | |
|---|---|
| 1 | to, but you don't -- you haven't spoken to one | 06:03:03 |
| 2 | individual.  Is that right? | 06:03:06 |
| 3 |     MR. HOGAN:  Misstates testimony. | 06:03:08 |
| 4 | Incomplete hypothetical. | 06:03:09 |
| 5 |     Go ahead. | 06:03:11 |
| 6 |     A.   I need to check.  I need to check. | 06:03:12 |
| 7 |     Q.   Okay.  All right.  So, to summarize, | 06:03:12 |
| 8 | Sincoo, you will agree, has been using your | 06:03:14 |
| 9 | copyrighted material, based on the websites that we | 06:03:18 |
| 10 | reviewed.  Is that a fair statement? | 06:03:21 |
| 11 |     A.   I need to investigate. | 06:03:23 |
| 12 |     Q.   But as you sit here today, having looked | 06:03:24 |
| 13 | at that, you don't know one way or the other? | 06:03:28 |
| 14 |     A.   I don't know before. | 06:03:31 |
| 15 |     Q.   I know you don't know before, but today | 06:03:33 |
| 16 | when you actually looked at it -- | 06:03:33 |
| 17 |     A.   Yes.  I need to investigate. | 06:03:33 |
| 18 |     Q.   Okay.  That's a problem.  It's a red flag | 06:03:35 |
| 19 | for you that you want to investigate? | 06:03:36 |
| 20 |     A.   Yes. | 06:03:38 |
| 21 |     Q.   Okay.  And you also understand that they | 06:03:38 |
| 22 | are making projects for the same U.S. customers that | 06:03:39 |
| 23 | you're building projects for, but theirs are metal | 06:03:42 |
| 24 | and yours are rubber?  Is that right? | 06:03:48 |
| 25 |     A.   U.S. customer, I don't know.  I'm not | 06:03:49 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                      350

| | | |
|---|---|---|
| 1 | sure. | 06:03:50 |
| 2 | Q.    Okay.   Do they do any anodizing for U.S. | 06:03:51 |
| 3 | customers that you are aware of? | 06:03:53 |
| 4 | A.    I don't know. | 06:03:55 |
| 5 | Q.    Do any of the products the U.S. customers | 06:03:55 |
| 6 | are making -- the end products -- require anodizing, | 06:03:58 |
| 7 | to your knowledge? | 06:04:01 |
| 8 | A.    Right now, we don't do any anodizing. | 06:04:03 |
| 9 | Q.    I know you don't do anodizing.  That's not | 06:04:05 |
| 10 | what I asked.  I asked, are you aware of the end | 06:04:07 |
| 11 | products the consumers are using -- the parts DG | 06:04:10 |
| 12 | makes -- the rubber parts -- requiring other parts, | 06:04:11 |
| 13 | separate and apart from DG, that require anodizing? | 06:04:13 |
| 14 | MR. HOGAN:  The question is vague. | 06:04:18 |
| 15 | Go ahead. | 06:04:19 |
| 16 | A.    I think I need to clarify.  What do you | 06:04:20 |
| 17 | mean?  Can you be more specific? | 06:04:24 |
| 18 | Q.    Do you know what Google Home is?  Or | 06:04:27 |
| 19 | Chromebook? | 06:04:28 |
| 20 | A.    Yes. | 06:04:29 |
| 21 | Q.    Those are products, right?  Those are end | 06:04:29 |
| 22 | products. | 06:04:29 |
| 23 | A.    Yes. | 06:04:29 |
| 24 | Q.    And you're making parts for those | 06:04:29 |
| 25 | products? | 06:04:29 |

Confidential - Contains Attorneys' Eyes Only Information

Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                                        351

| | | |
|---|---|---|
| 1 | A.   Yes. | 06:04:30 |
| 2 | Q.   Do either of those products require | 06:04:30 |
| 3 | anodizing? | 06:04:32 |
| 4 | A.   We don't do any part with anodizing. | 06:04:33 |
| 5 | Q.   That's not what I asked.  I asked, to your | 06:04:36 |
| 6 | knowledge, do either of those products require | 06:04:38 |
| 7 | anodizing? | 06:04:41 |
| 8 | A.   I don't know. | 06:04:42 |
| 9 | Q.   Okay.  Fair enough.  That's reasonable. | 06:04:42 |
| 10 | Okay.  When did Jinlong obtain the anodizing | 06:04:46 |
| 11 | license?  Was it after the acquisition? | 06:04:49 |
| 12 | A.   I don't know.  There is a license.  That's | 06:04:52 |
| 13 | what I know. | 06:04:53 |
| 14 | Q.   Okay.  Were you involved with that as CEO, | 06:04:54 |
| 15 | as part of your -- | 06:04:57 |
| 16 | A.   No, I don't get involved with that.  I | 06:05:00 |
| 17 | leave it to the GM to do it. | 06:05:02 |
| 18 | Q.   How did you learn about that? | 06:05:04 |
| 19 | A.   They told me there was a license, and in | 06:05:06 |
| 20 | fact, they showed me the license in Chinese before. | 06:05:08 |
| 21 | Q.   Okay.  Have you got a copy of that? | 06:05:11 |
| 22 | A.   I don't physically have a copy, but our | 06:05:13 |
| 23 | team has a copy of that. | 06:05:14 |
| 24 | Q.   So that's something that could be produced | 06:05:16 |
| 25 | in this case? | 06:05:18 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Mui Liang Tjoa, Volume 2
Conducted on June 3, 2019                    181

```
 1        Q.   Sure.                                    10:33:21

 2        A.   Okay.  Over here, the organization, maybe,   10:33:29

 3   there's a -- the theme may be misunderstood.  In    10:33:31

 4   fact, I'm the President/CEO of the Jin Long         10:33:34

 5   Machinery & Electronic.  Not SinCo -- not XingKe.   10:33:37

 6        Q.   You're talking about ML16999?             10:33:39

 7        A.   Yes.                                      10:33:42

 8        Q.   Okay.  And that's representing that you   10:33:43

 9   are actually the president of SinCo Electronics.    10:33:45

10   Correct?                                            10:33:49

11        A.   No.  This is not an accurate             10:33:49

12   representation.                                     10:33:51

13        Q.   It's representing that, but that -- your  10:33:51

14   point, it's not correct?                            10:33:53

15        A.   Yes.                                      10:33:55

16        Q.   I see.  Okay.  So the document says       10:33:55

17   something that you don't agree with?                10:33:57

18        A.   Yes.  This should be correct.             10:33:59

19        Q.   I see.  Because -- is it your position,   10:34:01

20   you were never the president of SinCo Electronics?  10:34:04

21        A.   No.                                       10:34:07

22        Q.   Okay.  Okay; is there anything else about 10:34:07

23   Exhibit 235 that you believe is incorrect?          10:34:15

24        A.   I will need to look at it.                10:34:18

25        Q.   Sure.  Take your time, please.            10:34:21
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Mui Liang Tjoa, Volume 2
Conducted on June 3, 2019                          182

1        A.   Okay.  All the CNC, in fact, when we took          10:34:51
2   over, I asked the team to change all those CNC owned         10:34:54
3   and anodizing owned by partners instead of owned by          10:34:58
4   XingKe.                                                      10:35:02
5        Q.   So that's beginning at ML17007 --                  10:35:03
6        A.   Yeah.                                              10:35:07
7        Q.   -- to 17051?                                       10:35:07
8        A.   Yeah.  I asked them to put all my                  10:35:09
9   partners.  That's a factual case.  Actual facts.            10:35:11
10       Q.   Which partners had that capability?               10:35:14
11       A.   That's the tenants.                               10:35:16
12       Q.   The SinCoo?                                        10:35:18
13       A.   Yeah.  The tenants.                                10:35:19
14       Q.   So this was something that you would show         10:35:21
15  customers to show you could do anodizing, but it was        10:35:22
16  actually your partner who did the anodizing?                10:35:25
17       A.   Yes; yes.                                          10:35:27
18       Q.   I see.  And that's -- because that goes to        10:35:28
19  the metal part?                                              10:35:29
20       A.   Yes.                                               10:35:31
21       Q.   Okay.  So you had a partner that did the          10:35:31
22  metal parts, but XingKe, itself, did the plastic            10:35:33
23  parts.                                                       10:35:38
24       A.   Plastic and rubber.                                10:35:39
25       Q.   I see.  But it was represented to                  10:35:39

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Mui Liang Tjoa, Volume 2
Conducted on June 3, 2019                              183

| | | |
|---|---|---|
| 1 | customers that you had the capability to do | 10:35:41 |
| 2 | anodizing and metal parts? | 10:35:43 |
| 3 | A.    Yes. | 10:35:45 |
| 4 | Q.    Okay.  Okay.  All right.  Let me show you | 10:35:45 |
| 5 | what's -- oh boy, I'm mixing them up. | 10:35:53 |
| 6 | Okay.  Let me show you what's previously | 10:36:15 |
| 7 | been marked as Exhibit 202.  And this is a document | 10:36:17 |
| 8 | dated December 21st 2018.  Have you seen this | 10:36:27 |
| 9 | before? | 10:36:36 |
| 10 | A.    No.  I don't read Chinese. | 10:36:37 |
| 11 | Q.    Okay.  Do you recognize the company stamp | 10:36:40 |
| 12 | that's on this document? | 10:36:41 |
| 13 | A.    Yes.  I believe the company stamp. | 10:36:51 |
| 14 | Q.    And whose stamp is that? | 10:36:53 |
| 15 | A.    This is XingKe stamp. | 10:37:03 |
| 16 | Q.    Okay.  But looking at Exhibit 202, you | 10:37:10 |
| 17 | can't read enough Chinese to know what the title of | 10:37:13 |
| 18 | this document is? | 10:37:15 |
| 19 | A.    [Inaudible] | 10:37:17 |
| 20 | Q.    So you don't know? | 10:37:17 |
| 21 | A.    No. | 10:37:18 |
| 22 | Q.    Okay.  And, just for the record, I gave | 10:37:21 |
| 23 | the wrong date for that document. | 10:37:30 |
| 24 | A.    August 1st, you say -- | 10:37:42 |
| 25 | Q.    August 1st 2018? | 10:37:44 |

Confidential - Contains Attorneys' Eyes Only Information
Transcript of Mui Liang Tjoa
Conducted on January 17, 2019                        360

1                C E R T I F I C A T E

2

3                   I, Giselle M. Mitchell, RPR,

4    CRI, do hereby certify that the witness was first duly

5    sworn by me pursuant to stipulation of counsel and that I

6    was authorized to and did report said proceedings.

7        I further certify that the foregoing transcript is a

8    true and correct record of the proceedings; that said

9    proceedings were taken by me stenographically and

10   thereafter reduced to typewriting under my supervision;

11   that reading and signing was not requested; and that I am

12   neither attorney nor counsel for, nor related to or

13   employed by, any of the parties to the action in which

14   this deposition was taken; and that I have no interest,

15   financial or otherwise, in this case.

16

17                IN WITNESS WHEREOF, I have hereunto set my hand

18   this 22nd day of January 2019.

19

20

21

22

23   GISELLE M. MITCHELL, RPR, CRI

24

25