| | |
|---|---|
| 1 | LAEL D. ANDARA (SBN 215416) |
|   | ERNEST E. PRICE (SBN 164534) |
| 2 | ROPERS MAJESKI PC |
|   | 545 Middlefield Road, Suite 175 |
| 3 | Menlo Park, CA 94025 |
|   | Telephone:   650.364.8200 |
| 4 | Facsimile:   650.780.1701 |
|   | Email:       lael.andara@ropers.com |
| 5 |              ernest.price@ropers.com |

Attorneys for Plaintiff
SINCO TECHNOLOGIES PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD, | Case No. 3:17CV5517 |
| Plaintiff, | Date Action Filed: 9/22/2017 |
| v. | **PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT** |
| SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), | [Fed. Rules Civ. Proc. § 55(b)(2)] |
|  | **Judge:**   Honorable Edward M. Chen |
|  | Date:        TBD |
|  | Time:        TBD |
|  | Courtroom: 1, 17th Floor |
| Defendants. | |

Plaintiff SINCO TECHNOLOGIES PTE LTD. ("SINCO" or "SinCo" or "Plaintiff") respectfully submits this Reply brief in support of its Motion for Default Judgment against Defendant SINCOO ELECTRONICS TECHNOLOGY CO., LTD. ("SINCOO") pursuant to Fed. Rules Civ. Proc. § 55(b)(2) [ECF 619 – 619-3].

I.  **NO OPPOSITION BY DEFENDANT IN DEFAULT SINCOO**

Defendant SINCOO ELECTRONICS TECHNOLOGY CO., LTD has not responded to Plaintiff SINCO TECHNOLOGIES PTE LTD's Motion for Entry of Default Judgment. [ECF

619 – 619-3.] Its Opposition or Statement of opposition was due filed and served on December 20, 2021. However, no opposition or statement of non-opposition has been filed by Defendant SINCOO as required by Local Rule 7-3. As such, SINCO's Motion for Default Judgment should be granted.

## II.   DEFAULT JUDGMENT IS APPROPRIATE UNDER THE EITEL FACTORS

SINCO's moving memorandum of points and authorities and supporting papers [ECF 619 -619-3], incorporated by reference here, SINCO's request for default judgment establishes the Eitel factors weigh in favor of SINCO and entry of default judgment against Defendant SINCOO.

## III.   CONCLUSION

For all of the reasons discussed above and in the moving papers, Plaintiff respectfully requests that this Court grant default judgment against the Defendant SINCOO in the amount of $800,000 and permanently enjoin Defendant SINCOO from infringing on the SINCO and SINCOO marks in the future. Plaintiff also requests this Court grant its costs in this action.

Dated: December 22, 2021            Respectfully submitted,

ROPERS MAJESKI PC


By: */s/ Lael D. Andara*
    LAEL D. ANDARA
    ERNEST E. PRICE
    Attorneys for Plaintiff
    SINCO TECHNOLOGIES PTE LTD