DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., formerly known as SINCO ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka, MARK LIEW, NG CHER YONG. aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17-CV-05517-EMC<br><br>Action Filed: September 22, 2017<br><br>[PROPOSED] **ORDER APPROVING SUPERSEDEAS BOND AND STAYING ENFORCEMENT OF JUDGMENT**<br><br>**Judge:**     Honorable Edward M. Chen |

# [PROPOSED] ORDER

Now before the Court is the Application for Entry of Supersedeas Bond and Stay of Enforcement of Judgment submitted by Defendants XingKe Electronics (Dongguan) Co., Ltd.; Mui Liang Tjoa; Ng Cher Yong, and Liew Yew Soon (the "Application").

Having considered the Application, and any arguments or submissions related thereto, the Court hereby GRANTS the Application.

IT IS SO ORDERED THAT the supersedeas bond submitted by Defendants is approved and that any proceedings to enforce any portions of the Final Judgment in this action are stayed pending appeal of the instant action.

Dated: December 23, 2021

_____
EDWARD M. CHEN
United States District Judge