Lael D. Andara (SBN 215416)
**DICKINSON WRIGHT RLLP**
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Tel: (408) 701-6152
LAndara@dickinsonwright.com

*Attorneys for Plaintiff*
SINCO TECHNOLOGIES PTE LTD.

DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
JEREMY T. KAMRAS (SBN 237377)
Jeremy.Kamras@arnoldporter.com
JOSEPH FARRIS (SBN 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100

*Attorneys for Defendants*
XINGKE ELECTRONICS (DONGGUAN) CO., LTD., LIEW YEW SOON aka MARK LIEW, NG CHER YONG aka CY NG, and MUI LIANG TJOA aka ML TJOA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual),<br><br>Defendants. | Case No. 3:17-CV-05517-EMC<br><br>Action Filed: September 22, 2017<br><br>**STIPULATION OF VACATUR OF JUDGMENT, DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION**<br><br>**Judge:** Honorable Edward M. Chen<br><br>**Trial:** November 1, 2021 |

Plaintiff SinCo Technologies Pte. Ltd. and Defendants XingKe Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa aka ML Tjoa, Ng Cher Yong aka CY Ng, and Liew Yew Soon aka Mark Liew (each a "Party" and collectively, the "Parties") hereby jointly stipulate that, pursuant the terms of the Parties' settlement of this action (the "Settlement"), the judgment entered in this action on November 17, 2021, shall be vacated in full and have no force or effect whatsoever.

Further, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties jointly stipulate to the dismissal with prejudice of all claims asserted in this action, and thereby move for an order dismissing this action with prejudice, with each Party to bear its own costs, expenses, and attorneys' fees.

Finally, the Parties consent to the Court's retention of jurisdiction for the purpose of enforcing the Settlement and to the assignment of all matters relating to the enforcement of the Settlement to the Honorable Laurel Beeler, Magistrate Judge.

Dated: April 11, 2022               DICKINSON WRIGHT RLLP

                                    By: /s/ Lael D. Andara
                                        LAEL D. ANDARA

                                        *Attorneys for Plaintiff / Cross-Defendant*
                                        SINCO TECHNOLOGIES PTE LTD


Dated: April 19, 2022               ARNOLD & PORTER KAYE SCHOLER LLP

                                    By: /s/ Douglas A. Winthrop
                                        DOUGLAS A. WINTHROP

                                    Attorneys for Defendants
                                    XINGKE ELECTRONICS (DONGGUAN) CO.,
                                    LTD., LIEW YEW SOON aka, MARK LIEW, NG
                                    CHER YONG. aka CY NG, and MUI LIANG TJOA
                                    aka ML TJOA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17-CV-05517-EMC <br><br> Action Filed: September 22, 2017 <br><br> **[PROPOSED] ORDER OF VACATUR OF JUDGMENT, DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION** <br><br><br> **Judge:    Honorable Edward M. Chen** |

## [PROPOSED] ORDER

Before the Court is the Stipulation of Vacatur of Judgment, Dismissal with Prejudice and Retention of Jurisdiction filed by Plaintiff SinCo Technologies Pte. Ltd. and Defendants XingKe Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa aka ML Tjoa, Ng Cher Yong aka CY Ng, and Liew Yew Soon aka Mark Liew (each a "Party" and collectively, the "Parties"). Having considered the Parties' submission, the Court hereby ORDERS that, pursuant to the Parties' settlement of this action (the "Settlement"), the judgment entered in this action on November 17, 2021, is vacated in full and shall have no force or effect whatsoever.

The Court further ORDERS the dismissal with prejudice of all claims asserted in this action, with each Party to bear its or his own costs, expenses, and attorneys' fees.

Finally, the Court ORDERS that it shall retain jurisdiction for the purpose of enforcing the Settlement and any future matters relating to the enforcement of the Settlement shall be assigned to the Honorable Laurel Beeler, Magistrate Judge.

Dated: _____, 2022

_____
EDWARD M. CHEN
United States District Judge