UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SINCO ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS (DONGGUAN) CO., LTD.; XINGKE ELECTRONICS TECHNOLOGY CO., LTD.; SINCOO ELECTRONICS TECHNOLOGY CO., LTD.; MUI LIANG TJOA (an individual); NG CHER YONG aka CY NG (an individual); and LIEW YEW SOON aka MARK LIEW (an individual), <br><br> Defendants. | Case No. 3:17-CV-05517-EMC <br><br> Action Filed: September 22, 2017 <br><br> [~~PROPOSED~~] **ORDER OF VACATUR OF JUDGMENT, DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION** <br><br><br> **Judge:    Honorable Edward M. Chen** |

**[~~PROPOSED~~] ORDER**

Before the Court is the Stipulation of Vacatur of Judgment, Dismissal with Prejudice and Retention of Jurisdiction filed by Plaintiff SinCo Technologies Pte. Ltd. and Defendants XingKe Electronics (Dongguan) Co., Ltd., Mui Liang Tjoa aka ML Tjoa, Ng Cher Yong aka CY Ng, and Liew Yew Soon aka Mark Liew (each a "Party" and collectively, the "Parties"). Having considered the Parties' submission, the Court hereby ORDERS that, pursuant to the Parties' settlement of this action (the "Settlement"), the judgment entered in this action on November 17, 2021, is vacated in full and shall have no force or effect whatsoever.

The Court further ORDERS the dismissal with prejudice of all claims asserted in this action, with each Party to bear its or his own costs, expenses, and attorneys' fees.

Finally, the Court ORDERS that it shall retain jurisdiction for the purpose of enforcing the Settlement and any future matters relating to the enforcement of the Settlement shall be assigned to the Honorable Laurel Beeler, Magistrate Judge.

Dated: __April 20__, 2022

_____
EDWARD M. CHEN
United States District Judge