UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al.,<br><br>    Defendants. | Case No. 17-cv-05517-EMC (JCS)<br><br>**ORDER RE LETTER REQUEST** |

    The Court is in receipt of a letter from the State Bar of California's Office of Chief Trial Counsel ("State Bar") requesting that the Court provide it with a copy of a sealed document in this case, pursuant to California Business and Professions Code section 6090.6. Dkt. no. 664. The State Bar has not cited authority that establishes that the statutory provision it relies upon is binding upon federal courts, or that the procedure set forth therein applies in this Court. Therefore, the Court DENIES the request of the State Bar without prejudice to it bringing a motion to intervene for the purpose of bringing a motion to unseal the document it seeks, or for the purpose of bringing a motion to compel. In its motion to compel, the State Bar should address whether section 6090.6 is binding on federal courts or if there is other authority or federal common law that governs the provision of sealed documents to the State Bar that applies to federal district courts. Finally, the Court notes that it has provisionally filed the State Bar's letter under seal. Any party that seeks to maintain that document under seal should bring a motion to seal pursuant to Civil Local Rule 79-5 no later than **April 3, 2023**.

    **IT IS SO ORDERED.**

Dated: March 13, 2023

JOSEPH C. SPERO
Chief Magistrate Judge