UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-05517-EMC   (JCS)<br><br>**ORDER TO UNSEAL DOCKET NO. 664** |

The Court provisionally filed under seal a letter [dkt. 664] received from an investigator of the California State Bar seeking access to a sealed document in this case. The Court's March 13, 2023 Order [dkt. 665] stated that any party that sought to maintain the letter under seal should bring a motion to seal pursuant to Civil Local Rule 79-5 no later than April 3, 2023. The Order was served on the parties to this action through the Court's electronic filing system and by mail on the State Bar investigator. No request to maintain docket 664 under seal has been filed and the deadline to make such a request has passed. Accordingly, the Clerk is instructed to unseal docket no. 664.

**IT IS SO ORDERED.**

Dated: April 12, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge